UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff/Relator,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S. K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

    Defendants.

------------------------------------------------------------x

07 cv 3314 (GBD)

FILED UNDER SEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 4/25/07

ORDER

MICROFILM
APR 26 2007 -12:00 PM

## ORDER

The plaintiff/relator in the above captioned matter, by her attorney, Jerry V. Leaphart of Jerry V. Leaphart & Assoc., P.C., has requested permission from the Court to file her complaint under seal for the following reason:

1. This is a case arising under and pursuant to the False Claims Act, 31 U.S.C. §3729 et seq. As per 31 U.S.C.S. §3730, such complaints are to be filed under seal. Section 31 U.S.C. §3730 states in relevant part as follows:

> "A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and sh all not be served on the defendant until the court so orders."

The Court, having considered the request of the plaintiff, hereby orders that the plaintiff's request to file her complaint under seal is

(GRANTED) / DENIED

BY THE COURT

_____
Judge, U.S.D.C.

DATED: April 25, 2007

2