UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DR. JUDY WOOD on behalf of the UNITED
STATES OF AMERICA,

    Plaintiff,       ORDER

 v.             07 Civ. 3314 (GBD)

APPLIED RESEARCH ASSOCIATES, INC., et al.,

    Defendants.
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2007

  The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

  1. The complaint shall be unsealed and service upon defendants by the plaintiff-relator is authorized.

  2. The government's Notice of Election to Decline Intervention shall be served by the plaintiff-relator upon defendants only after service of the complaint.

  3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

  4. The parties shall serve all pleadings and motions filed in this action, including supporting memorandums and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States may seek to intervene in this action, for good cause, at any time.

  5. All orders of this Court shall be sent to the United States by plaintiff-relator.

  6. Should the plaintiff-relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties must solicit the written consent of the United States before applying for Court approval.

  SO ORDERED.

Dated: New York, New York
   SEP 12 2007, 2007

                 *George B. Daniels*
                 HON. GEORGE B. DANIELS