UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Adam S. Ennis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

{D0464807.1}

Wm. David Byassee
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
303.390.0003 Telephone
303.390.0177 Fax

Wm. David Byassee is a member in good standing of the Bar of the States of Colorado and Kansas. There are no pending disciplinary proceedings against Wm. David Byassee in any State or Federal court.

Dated: 9/20/07

City, State: Pittsburgh, PA

Respectfully submitted,

*[signature]*

Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
412.434.8804 Telephone
412.434.8062 Fax

{D0464807.1}                    2

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid, on this 26th day of September, 2007 to the following counsel of record:

Jerry V. Leaphart
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
*Counsel for Plaintiff*

/s/ Paul Walker

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>**AFFIDAVIT OF ADAM S. ENNIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Adam S. Ennis, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Jackson Kelly PLLC, counsel for Defendant, Applied Research Associates, Inc., in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Wm. David Byassee as counsel pro hac vice to represent Defendant Applied Research Associates, Inc. in this matter.

{D0464812.1}

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on April 15, 1991. I was also admitted to practice law in the Commonwealth of Pennsylvania on May 31, 1994. I was admitted to the bar of the United States District Court for the Southern District of New York in 1991, and am in good standing with this Court.

3. I have known Wm. David Byassee since January 2007.

4. Wm. David Byassee is an attorney at Jackson Kelly PLLC in Denver, Colorado.

5. I have found Wm. David Byassee to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Wm. David Byassee, pro hac vice.

7. I respectfully submit a proposed order granting the submission of Wm. David Byassee, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Wm. David Byassee, pro hac vice, to represent Defendant Applied Research Associates, Inc. in the above captioned matter be granted.

Dated: 9/20/07

City, State: Pittsburgh, PA

Respectfully submitted,

Adam S. Ennis
SDNY Bar No. AE9468

STATE OF PENNSYLVANIA )
                      )
COUNTY OF ALLEGHENY   )

Subscribed and sworn to before me this 20th day of September, 2007, by Adam S. Ennis.

Notary Public

My Commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tracie S. Turoczy, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Sept. 27, 2011
Member, Pennsylvania Association of Notaries

{D0464812.1}



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**WILLIAM D BYASSEE**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **31st** day of **December** A.D. **1986** and that at the date hereof the said **WILLIAM D BYASSEE** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **September** A.D. **2007**

*Susan J. Festag*

Clerk

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on ____April 18, 1975____,

### WILLIAM DAVID BYASSEE

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __20TH__ day of __September__, __2007__.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Wm. David Byassee
>Jackson Kelly PLLC
>1099 18th Street, Suite 2150

{D0464811.1}

      Denver, Colorado 80202
      303.390.0003 Telephone
      303.390.0177 Fax

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

 

_____
United States District/Magistrate Judge

{D0464811.1}                                 2