UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2007

| | |
|---|---|
| DR. JUDY WOOD on behalf § <br> of the UNITED STATES OF AMERICA § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> APPLIED RESEARCH ASSOCIATES, § <br> INC.; SCIENCE APPLICATIONS § <br> INTERNATIONAL CORP.; § <br> BOEING, NuSTATS; COMPUTER § <br> AIDED ENGINEERING ASSOCIATES, § <br> INC.; DATASOURCE, INC.; § <br> GEOSTAATS, INC.; GILSANZ § <br> MURRAY STEFICEK LLP; HUGHES § <br> ASSOCIATES, INC.; AJMAL ABBASI; § <br> EDUARDO KAUSEL; DAVID PARKS; § <br> DAVID SHARP; DANIELE VENEZANO; § <br> JOSEF VAN DYCK; KASPAR WILLIAM; § <br> ROLF JENSEN & ASSOCIATES, INC.; § <br> ROSENWASSER/GROSSMAN § <br> CONSULTING ENGINEERS, P.C.; § <br> SIMPSON GUMPERTZ & HEGER, INC.; § <br> S. K. GHOSH ASSOCIATES, INC.; § <br> SKIDMORE, OWINGS & MERRILL, § <br> LLP; TENG & ASSOCIATES, INC.; § <br> UNDERWRITERS LABORATORIES, § <br> INC.; WISS, JANNEY, ELSTNER § <br> ASSOCIATES, INC.; AMERICAN § <br> AIRLINES; SILVERSTEIN PROPERTIES; § <br> and UNITED AIRLINES, § <br> § <br> Defendants. § | Case No. 07CV3314 (GBD) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of Adam S. Ennis attorney for Applied Research Associates,

Inc. and said sponsor attorney's affidavit in support;

   IT IS HEREBY ORDERED that

      Wm. David Byassee
      Jackson Kelly PLLC
      1099 18th Street, Suite 2150

{D0464811.1}

Denver, Colorado 80202
303.390.0003 Telephone
303.390.0177 Fax

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
OCT 0 3 2007
City, State:

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS

{D0464811.1}                                    2