# JACKSON KELLY
### ATTORNEYS AT LAW PLLC

THREE GATEWAY CENTER • SUITE 1340 • 401 LIBERTY AVENUE • PITTSBURGH, PA 15222 • TELEPHONE: 412-434-8055 • FAX: 412-434-8062

www.jacksonkelly.com

January 7, 2007

**SO ORDERED**

Via Facsimile
212-805-6737

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

/s/ George B. Daniels
HON. GEORGE B. DANIELS

JAN 11 2008

Re: Wood on behalf of the USA v. Applied Research Assoc., Inc., et al.
No.: 07-civ-3314

Dear Judge Daniels:

This firm represents defendant Applied Research Associates, Inc. in the captioned action. Pursuant to your Honor's Individual Practices, we request the Court's permission to submit a memorandum of law in support of a motion to dismiss the complaint that exceeds the page limitation by no more than 10 pages.

Thank you for your consideration of this request.

Very truly yours,

Adam S. Ennis

ASE/tt

cc: Jerry V. Leaphart, Esq. (203) 825-6256

David M. Pollack, Esq. (212) 244-5697
Jason A. Harrington, Esq. (212) 490-3000
Sean T. O'Leary, Esq. (212) 687-5703
Kevin R. Sido, Esq. (312) 704-3001
Philip Touitou, Esq. (212) 935-1166
Renee C. Choy, Esq. (312) 704-3001
Chad E. Sjoquist, Esq. (212) 682-6861
Louis J. Dennis, Esq. (212) 682-6861

Jeffrey S. Margolin, Esq. (212) 422-4726
Edward B. Keidan, Esq. (312) 658-1201
Philip C. Semprevivo, Esq. (212) 986-3509
Dina R. Jansenson, Esq. (212) 964-9200
E. Leslie Hoffman, Esq. (304) 263-7110
W. David Byassee, Esq. (303) 390-0177
Gail D. Zirkelbach, Esq. (303) 390-0177
Christopher W. Myers, Esq. (303) 390-0177