**NIST NCSTAR 1**
Federal Building and Fire Safety Investigation
of the World Trade Center Disaster

# Final Report on the Collapse of the World Trade Center Towers



**National Institute of
Standards and Technology**
Technology Administration
U.S. Department of Commerce

**NIST NCSTAR 1**
Federal Building and Fire Safety Investigation
of the World Trade Center Disaster

# Final Report on the Collapse of the World Trade Center Towers

September 2005



U.S. Department of Commerce
*Carlos M. Gutierrez, Secretary*

Technology Administration
*Michelle O'Neill, Acting Under Secretary for Technology*

National Institute of Standards and Technology
*William Jeffrey, Director*

Disclaimer No. 1

Certain commercial entities, equipment, products, or materials are identified in this document in order to describe a procedure or concept adequately or to trace the history of the procedures and practices used. Such identification is not intended to imply recommendation, endorsement, or implication that the entities, products, materials, or equipment are necessarily the best available for the purpose. Nor does such identification imply a finding of fault or negligence by the National Institute of Standards and Technology.

Disclaimer No. 2

The policy of NIST is to use the International System of Units (metric units) in all publications. In this document, however, units are presented in metric units or the inch-pound system, whichever is prevalent in the discipline.

Disclaimer No. 3

Pursuant to section 7 of the National Construction Safety Team Act, the NIST Director has determined that certain evidence received by NIST in the course of this Investigation is "voluntarily provided safety-related information" that is "not directly related to the building failure being investigated" and that "disclosure of that information would inhibit the voluntary provision of that type of information" (15 USC 7306c).

In addition, a substantial portion of the evidence collected by NIST in the course of the Investigation has been provided to NIST under nondisclosure agreements.

Disclaimer No. 4

NIST takes no position as to whether the design or construction of a WTC building was compliant with any code since, due to the destruction of the WTC buildings, NIST could not verify the actual (or as-built) construction, the properties and condition of the materials used, or changes to the original construction made over the life of the buildings. In addition, NIST could not verify the interpretations of codes used by applicable authorities in determining compliance when implementing building codes. Where an Investigation report states whether a system was designed or installed as required by a code *provision*, NIST has documentary or anecdotal evidence indicating whether the requirement was met, or NIST has independently conducted tests or analyses indicating whether the requirement was met.

Use in Legal Proceedings

No part of any report resulting from a NIST investigation into a structural failure or from an investigation under the National Construction Safety Team Act may be used in any suit or action for damages arising out of any matter mentioned in such report (15 USC 281a; as amended by P.L. 107-231).

**National Institute of Standards and Technology National Construction Safety Team Act Report 1**
**Natl. Inst. Stand. Technol. Natl. Constr. Sfty. Tm. Act Rpt. 1, 298 pages (September 2005)**
**CODEN: NSPUE2**

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON: 2005

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov — Phone: (202) 512-1800 — Fax: (202) 512-2250
Mail: Stop SSOP, Washington, DC 20402-0001

# NATIONAL CONSTRUCTION SAFETY TEAM FOR THE FEDERAL BUILDING AND FIRE SAFETY INVESTIGATION OF THE WORLD TRADE CENTER DISASTER

| | |
|---|---|
| S. Shyam Sunder, Sc.D. (NIST) | Lead Investigator |
| Richard G. Gann, Ph.D. (NIST) | Final Report Editor; Project Leader, Project 5: Reconstruction of Thermal and Tenability Environment |
| William L. Grosshandler, Ph.D. (NIST) | Associate Lead Investigator; Project Leader, Project 4: Investigation of Active Fire Protection Systems |
| H.S. Lew, Ph.D., P.E. (NIST) | Co-Project Leader, Project 1: Analysis of Building and Fire Codes and Practices |
| Richard W. Bukowski, P.E. (NIST) | Co-Project Leader, Project 1: Analysis of Building and Fire Codes and Practices |
| Fahim Sadek, Ph.D. (NIST) | Project Leader, Project 2: Baseline Structural Performance and Aircraft Impact Damage Analysis |
| Frank W. Gayle, Ph.D. (NIST) | Project Leader, Project 3: Mechanical and Metallurgical Analysis of Structural Steel |
| John L. Gross, Ph.D., P.E. (NIST) | Co-Project Leader, Project 6: Structural Fire Response and Collapse Analysis |
| Therese P. McAllister, Ph.D., P.E. (NIST) | Co-Project Leader, Project 6: Structural Fire Response and Collapse Analysis |
| Jason D. Averill (NIST) | Project Leader, Project 7: Occupant Behavior, Egress, and Emergency Communications |
| J. Randall Lawson (NIST) | Project Leader, Project 8: Fire Service Technologies and Guidelines |
| Harold E. Nelson, P.E. | Fire Protection Engineering Expert |
| Stephen A. Cauffman (NIST) | Program Manager |

This page intentionally left blank.

# CONTRIBUTORS TO THE INVESTIGATION

## NIST TECHNICAL STAFF

| | | |
|---|---|---|
| Mohsen Altafi | Jeffrey Fong | Max Peltz |
| Robert Anleitner | Glenn Forney | Lisa Petersen |
| Elisa Baker | William Fritz | Rochelle Plummer |
| Stephen Banovic | Anthony Hamins | Kuldeep Prasad |
| Howard Baum | Edward Hnetkovsky | Natalia Ramirez |
| Carlos Beauchamp | Erik Johnsson | Ronald Rehm |
| Dale Bentz | Dave Kelley | Paul Reneke |
| Charles Bouldin | Mark Kile | Michael Riley |
| Paul Brand | Erica Kuligowski | Lonn Rodine |
| Lori Brassell | Jack Lee | Schuyler Ruitberg |
| Kathy Butler | William Luecke | Jose Sanchez |
| Nicholas Carino | Alexander Maranghides | Raymond Santoyo |
| Sandy Clagett | David McColskey | Steven Sekellick |
| Ishmael Conteh | Chris McCowan | Michael Selepak |
| Matthew Covin | Jay McElroy | Thomas Siewert |
| Frank Davis | Kevin McGrattan | Emil Simiu |
| David Dayan | Roy McLane | Monica Starnes |
| Laurean DeLauter | George Mulholland | David Stroup |
| Jonathan Demarest | Lakeshia Murray | Laura Sugden |
| Stuart Dols | Kathy Notarianni | Robert Vettori |
| Michelle Donnelly | Joshua Novosel | John Widmann |
| Dat Duthinh | Long Phan | Brendan Williams |
| David Evans | William Pitts | Maureen Williams |
| Richard Fields | Thomas Ohlemiller | Jiann Yang |
| James Filliben | Victor Ontiveros | Robert Zarr |
| Tim Foecke | Richard Peacock | |

## NIST EXPERTS AND CONSULTANTS

Vincent Dunn
Steven Hill
John Hodgens
Kevin Malley
Valentine Junker

## DEPARTMENT OF COMMERCE AND NIST INSTITUTIONAL SUPPORT

Michele Abadia-Dalmau
Kellie Beall
Arden Bement, Jr.
Audra Bingaman
Sharon Bisco
Phyllis Boyd
Marie Bravo
Craig Burkhardt
Paul Cataldo
Virginia Covahey
Deborah Cramer
Gail Crum
Jane Dana
Sherri Diaz
Sandra Febach
Susan Ford
James Fowler
Matthew Heyman

James Hill
Verna Hines
Kathleen Kilmer
Kevin Kimball
Thomas Klausing
Donna Kline
Fred Kopatich
Kenneth Lechter
Melissa Lieberman
Darren Lowe
Mark Madsen
Ronald Meininger
Romena Moy
Michael Newman
Gail Porter
Thomas O'Brian
Nualla O'Connor-Kelly
Norman Osinski

Karen Perry
Sharon Rinehart
Michael Rubin
Rosamond Rutledge-Burns
John Sanderson
Hratch Semerjian
Sharon Shaffer
Elizabeth Simon
Jack Snell
Michael Szwed
Kelly Talbott
Anita Tolliver
Joyce Waters
Teresa Vicente
Dawn Williams

## NIST CONTRACTORS

### Applied Research Associates, Inc.

Steven Kirkpatrick*
Robert T. Bocchieri
Robert W. Cilke

Marsh Hardy
Samuel Holmes
Robert A. MacNeill

Claudia Navarro
Brian D. Peterson
Justin Y-T. Wu

### Baseline, Inc.
Martin Klain

### Computer Aided Engineering Associates, Inc.

Peter Barrett*
Michael Bak

Daniel Fridline
James J. Kosloski

### DataSource, Inc.
John Wivaag

### GeoStats, Inc.
Marcello Oliveira

**Gilsanz Murray Steficek LLP**

Ramon Gilsanz

**Hughes Associates, Inc.**

| | | |
|---|---|---|
| Ed Budnick* | Matt Hulcher | John Schoenrock |
| Mike Ferreira* | Alwin Kelly | Steven Strege |
| Mark Hopkins | Chris Mealy | Karen Dawn Tooren |

**Independent Contractors**

| | | |
|---|---|---|
| Ajmal Abbasi | David Sharp | Kaspar Willam |
| Eduardo Kausel | Daniele Veneziano | |
| David Parks | Josef Van Dyck | |

**Isolatek International, Inc.**

Paulette Kaminski

**John Jay College**

Norman Groner

**Leslie E. Robertson Associates, R.L.L.P.**

| | |
|---|---|
| William J. Faschan* | William C. Howell |
| Richard B. Garlock* | Raymond C. Lai |

**National Fire Protection Association**

Rita Fahey*
Norma Candeloro
Joseph Molis

**National Research Council, Canada**

Guylene Proulx*
Amber Walker

**NuStats, Inc.**

| | | |
|---|---|---|
| Johanna Zmud* | Christopher Frye | Della Santos |
| Carlos Arce | Nancy McGuckin | Robert Santos |
| Heather Contrino | Sandra Rodriguez | |

**Rolf Jensen & Associates, Inc.**

| | | |
|---|---|---|
| Ray Grill* | Tom Brown | Bob Keough |
| Ed Armm | Duane Johnson | Joseph Razz |

**Rosenwasser/Grossman Consulting Engineers, P.C.**

Jacob Grossman*
Craig Leech
Arthur Seigel

**Science Applications International Corporation**

| | | |
|---|---|---|
| John Eichner* | Pamela Curry | Mark Madara |
| Cheri Sawyer* | John DiMarzio | Walter Soverow |
| Lori Ackman | Heather Duvall | Paul Updike |
| Marina Bogatine | Mark Huffman | Yvonne Zagadou |
| Sydel Cavanaugh | Charlotte Johnson | |
| Kathleen Clark | Michael Kalmar | |

**Simpson Gumpertz & Heger Inc.**

| | | |
|---|---|---|
| Mehdi Zarghamee* | Ron Hamburger | Wassim I. Naguib |
| Glenn Bell | Frank Kan | Rasko P. Ojdrovic |
| Said Bolourchi | Yasuo Kitane | Andrew T. Sarawit |
| Daniel W. Eggers | Atis Liepins | Pedro Sifre |
| Ömer O. Erbay | Michael Mudlock | |

**S. K. Ghosh Associates, Inc.**

| | |
|---|---|
| S. K. Ghosh* | Dave Fanella |
| Analdo Derecho | Xumei Liang |

**Skidmore, Owings & Merrill, LLP**

Bill Baker
Bob Sinn
John Zils

**Teng & Associates, Inc.**

Shankar Nair

**Underwriters Laboratories, Inc.**

| | | |
|---|---|---|
| Fred Hervey* | Mark Izydorek | William Joy |
| Joseph Treadway* | Aldo Jimenez | John Mammoser |

**University at Buffalo, The State University of New York**

Andrew Whitaker*

Andrei Reinhorn

Joshua Repp

**University of Chicago Survey Lab**

Virginia Bartot

Martha van Haitsma

**University of Colorado**

Dennis Mileti

**University of Michigan**

Jamie Abelson

**Wiss, Janney, Elstner Associates, Inc.**

Ray Tide*

Jim Hauck

Conrad Paulson

COOPERATING ORGANIZATIONS

**American Airlines**

Desmond Barry

Morgan Heyer

**The Boeing Company**

Marlene Nelson

**Blanford Land Development Corporation**

Lisa Lickman

Ron Lickman

John Sandy

**Carr Futures, Inc.**

David Mangold

**City of New York Fire Department**

Alexandra Fisher

Allen S. Hay

**Federal Bureau of Investigation**

Kenneth Marr

**Hugo Neu Schnitzer East**

Robert Kelman

Steve Shinn

Frank Manzo

**Laclede Steel**

David McGee

**Marsh & McLennan Companies**

Thomas Gress

Michael Lyons

**Metal Management Northeast, Inc.**

Michael Henderson

Alan Ratner

John Silva

**National Commission on Terrorist Attacks Upon the United States**

Madeline Blot

Sam M. W. Casperson

George L. Delgrosso

Daniel Marcus

James Miller

Catherine S. Taylor

**New York City Law Department**

Lawrence S. Kahn
Jay L. Cohen
Gary Shaffer

Rachel Relkin
Joanna Weiss
George C. D. Duke

Katherine Winningham
Jessie Levine

**New York City Police Department**

Michael F. Healey

**The Port Authority of New York and New Jersey**

James Begley
Saroj Bhol
Gerry Gaeta

Jeffrey Gertier
Frank Lombardi
Alan Reiss

Nancy Seliga

**Siemens**

Steven Shamash
John Farrington
Robert Salamone

**Silverstein Properties**

**Simpson, Thacher & Bartlett LLP**

Jamie Gamble

**Structural Engineers Association of New York**

Ed DiPaolo

**Wachtell, Lipton, Rosen & Katz**

Marc Wolinsky
Andrew Cheung

**United Air Lines**

John Midgett
Norvis Huezo

**Williams & Connolly LLP**

Philip Sechler

---

*Principal Investigator/Key Contact

# DEDICATION

On the morning of September 11, 2001, Americans and people around the world were shocked by the destruction of the World Trade Center (WTC) in New York City and the devastation of the Pentagon near Washington, D.C., after large aircraft were flown into the buildings, and the crash of an aircraft in a Pennsylvania field that averted further tragedy. Four years later, the world has been changed irrevocably by those terrorist attacks. For some, the absence of people close to them is a constant reminder of the unpredictability of life and death. For millions of others, the continuing threats of further terrorist attacks affect how we go about our daily lives and the attention we must give to homeland security and emergency preparedness.

Within the construction, building, and public safety communities, there arose a question pressing to be answered: How can we reduce our vulnerability to such attacks, and how can we increase our preparedness and safety while still ensuring the functionality of the places in which we work and live?

This Investigation has, to the best extent possible, reconstructed the response of the WTC towers and the people on site to the consequence of the aircraft impacts. It provides improved understanding to the professional communities and building occupants whose action is needed and to those most deeply affected by the events of that morning. In this spirit, this report is dedicated to those lost in the disaster, to those who have borne the burden to date, and to those who will carry it forward to improve the safety of buildings.

This page intentionally left blank.

# ABSTRACT

This is the final report on the National Institute of Standards and Technology (NIST) investigation of the collapse of the World Trade Center (WTC) towers, conducted under the National Construction Safety Team Act. This report describes how the aircraft impacts and subsequent fires led to the collapse of the towers after terrorists flew jet fuel laden commercial airliners into the buildings; whether the fatalities were low or high, including an evaluation of the building evacuation and emergency response procedures; what procedures and practices were used in the design, construction, operation, and maintenance of the towers; and areas in current building and fire codes, standards, and practices that warrant revision. Extensive details are found in the 42 companion reports. The final report on the collapse of WTC 7 will appear in a separate report.

Also in this report is a description of how NIST reached its conclusions. NIST complemented in-house expertise with private sector technical experts; accumulated copious documents, photographs, and videos of the disaster; established baseline performance of the WTC towers; performed computer simulations of the behavior of each tower on September 11, 2001; combined the knowledge gained into a probable collapse sequence for each tower; conducted nearly 1,200 first-person interviews of building occupants and emergency responders; and analyzed the evacuation and emergency response operations in the two high-rise buildings.

The report concludes with a list of 30 recommendations for action in the areas of increased structural integrity, enhanced fire endurance of structures, new methods for fire resistant design of structures, enhanced active fire protection, improved building evacuation, improved emergency response, improved procedures and practices, and education and training.

Keywords: Aircraft impact, building evacuation, emergency response, fire safety, human behavior, structural collapse, tall buildings, wind engineering, World Trade Center.

This page intentionally left blank.

# TABLE OF CONTENTS

National Construction Safety Team for the Federal Building and Fire Safety Investigation of the
World Trade Center Disaster ........................................................................................................... iii

Contributors to the Investigation ...................................................................................................... v

Dedication ........................................................................................................................................ xi

Abstract ........................................................................................................................................... xiii

List of Figures .................................................................................................................................. xxi

List of Tables .................................................................................................................................. xxv

List of Acronyms and Abbreviations ............................................................................................ xxvii

Preface ........................................................................................................................................... xxix

Executive Summary ....................................................................................................................... xxxv


**Part I: September 11, 2001** ............................................................................................................ 1


**Chapter 1**
**New York City's World Trade Center** ........................................................................................... 1

   1.1    The Origination ......................................................................................................................... 1

   1.2    The World Trade Center Complex ........................................................................................... 2

      1.2.1    The Site .......................................................................................................................... 2

      1.2.2    The Towers ..................................................................................................................... 5


**Chapter 2**
**The Account of World Trade Center 1** ........................................................................................ 19

   2.1    8:46:30 a.m. EDT .................................................................................................................... 19

   2.2    The Aircraft ............................................................................................................................. 20

   2.3    The Immediate Damage ......................................................................................................... 20

   2.4    The Jet Fuel ............................................................................................................................ 24

   2.5    8:47 a.m. to 9:02 a.m. EDT .................................................................................................... 24

   2.6    9:02:59 a.m. EDT .................................................................................................................... 27

   2.7    9:03 a.m. to 9:57 a.m. EDT .................................................................................................... 27

   2.8    9:58:59 a.m. EDT .................................................................................................................... 32

   2.9    9:59 a.m. to 10:28 a.m. EDT .................................................................................................. 32

   2.10  The Outcome .......................................................................................................................... 34

**Chapter 3**
**The Account of World Trade Center 2** ............................................................................ **37**

3.1   8:46:30 a.m. EDT .................................................................................................................. 37

3.2   9:02:59 a.m. EDT .................................................................................................................. 38

3.3   The Immediate Damage .......................................................................................................... 38

3.4   The Jet Fuel ............................................................................................................................ 42

3.5   9:03 a.m. to 9:36 a.m. EDT .................................................................................................... 42

3.6   9:36 a.m. to 9:58 a.m. EDT .................................................................................................... 44

3.7   The Outcome ........................................................................................................................... 45


**Chapter 4**
**The Toll** ............................................................................................................................... **47**


**Part II: Reconstructing the Disaster** ................................................................................. **49**


**Chapter 5**
**The Design and Construction of the Towers** ..................................................................... **51**

5.1   Building and Fire Codes .......................................................................................................... 51

5.2   The Codes and the Towers ....................................................................................................... 52

      5.2.1   The New York City Building Code ................................................................................ 52

      5.2.2   Pertinent Construction Provisions ................................................................................. 53

      5.2.3   Tenant Alteration Process .............................................................................................. 54

5.3   Building Design ...................................................................................................................... 55

      5.3.1   Loads ............................................................................................................................. 55

      5.3.2   Aircraft Impact ............................................................................................................. 55

      5.3.3   Construction Classification and Fire Resistance Rating ................................................ 55

      5.3.4   Compartmentation ........................................................................................................ 56

      5.3.5   Egress Provisions .......................................................................................................... 57

      5.3.6   Active Fire Protection ................................................................................................... 61

5.4   Building Innovations ............................................................................................................... 64

      5.4.1   The Need for Innovations .............................................................................................. 64

      5.4.2   Framed Tube System ..................................................................................................... 64

      5.4.3   Deep Spandrel Plates ..................................................................................................... 64

      5.4.4   Uniform External Column Geometry ............................................................................ 65

      5.4.5   Wind Tunnel Test Data to Establish Wind Loads ......................................................... 65

      5.4.6   Viscoelastic Dampers .................................................................................................... 65

    5.4.7   Long-Span Composite Floor Assemblies .......................................................................... 66

    5.4.8   Vertical Shaft Wall Panels............................................................................................... 66

5.5  Structural Steels ........................................................................................................................ 67

    5.5.1   Types and Sources........................................................................................................... 67

    5.5.2   Properties......................................................................................................................... 67

5.6  Fire Protection of Structural Steel............................................................................................ 69

    5.6.1   Thermal Insulation ......................................................................................................... 69

    5.6.2   Use of Insulation in the WTC Towers............................................................................ 69

5.7  Concrete .................................................................................................................................... 75

5.8  The Tenant Spaces .................................................................................................................... 75

    5.8.1   General ............................................................................................................................ 75

    5.8.2   Walls................................................................................................................................ 76

    5.8.3   Flooring ........................................................................................................................... 76

    5.8.4   Ceilings............................................................................................................................ 76

    5.8.5   Furnishings ...................................................................................................................... 76

**Chapter 6**
**Reconstruction of the Collapses ................................................................................................. 81**

6.1  Approach.................................................................................................................................... 81

6.2  Development of the Disaster Timeline ...................................................................................... 82

6.3  Learning from the Visual Images ............................................................................................. 84

6.4  Learning from the Recovered Steel .......................................................................................... 86

    6.4.1   Collection of Recovered Steel........................................................................................ 86

    6.4.2   Mechanical and Physical Properties............................................................................... 88

    6.4.3   Damage Analysis............................................................................................................. 89

6.5  Information Gained from Other WTC Fires .............................................................................. 91

6.6  The Building Structural Models................................................................................................ 92

    6.6.1   Computer Simulation Software ...................................................................................... 92

    6.6.2   The Reference Models..................................................................................................... 92

    6.6.3   Building Structural Models for Aircraft Impact Analysis .............................................. 94

    6.6.4   Building Structural Models for Structural Response to Impact Damage and Fire and
           Collapse Initiation Analysis ........................................................................................... 97

6.7  The Aircraft Structural Model .................................................................................................. 105

6.8  Aircraft Impact Modeling ......................................................................................................... 107

    6.8.1   Component Level Analyses............................................................................................. 107

    6.8.2   Subassembly Impact Analyses ....................................................................................... 108

        6.8.3  Aircraft Impact Conditions.................................................................................. 108

        6.8.4  Global Impact Analysis ..................................................................................... 109

  6.9  Aircraft Impact Damage Estimates ................................................................................. 112

        6.9.1  Structural and Contents Damage ........................................................................ 112

        6.9.2  Validity of Impact Simulations ......................................................................... 116

        6.9.3  Damage to Thermal Insulation ........................................................................... 119

        6.9.4  Damage to Ceiling System ................................................................................. 120

        6.9.5  Damage to Interior Walls and Furnishings......................................................... 120

  6.10 Thermal Environment Modeling...................................................................................... 121

        6.10.1 Need for Simulation ........................................................................................... 121

        6.10.2 Modeling Approach............................................................................................ 121

        6.10.3 The Four Cases .................................................................................................. 126

        6.10.4 Characterization of the Fires ............................................................................. 127

        6.10.5 Global Heat Release Rates ................................................................................ 130

  6.11 Data Transfer .................................................................................................................. 131

  6.12 Thermal Mapping ............................................................................................................ 131

        6.12.1 Approach ........................................................................................................... 131

        6.12.2 The Fire-Structure Interface .............................................................................. 131

        6.12.3 Thermal Insulation Properties ........................................................................... 132

        6.12.4 FSI Uncertainty Assessment............................................................................... 133

        6.12.5 The Four Cases .................................................................................................. 138

        6.12.6 Characterization of the Thermal Profiles........................................................... 141

  6.13 Measurement of the Fire Resistance of the Floor System .............................................. 141

  6.14 Collapse Analysis of the Towers .................................................................................... 143

        6.14.1 Approach to Determining the Probable Collapse Sequences ............................. 143

        6.14.2 Results of Global Analysis of WTC 1 ................................................................ 144

        6.14.3 Results of Global Analysis of WTC 2 ................................................................ 145

        6.14.4 Events Following Collapse Initiation ................................................................. 146

        6.14.5 Structural Response of the WTC Towers to Fire without Impact or Thermal
               Insulation Damage........................................................................................... 146

        6.14.6 Probable WTC 1 Collapse Sequence.................................................................. 150

        6.14.7 Probable WTC 2 Collapse Sequence.................................................................. 151

        6.14.8 Accuracy of the Probable Collapse Sequences................................................... 152

        6.14.9 Factors that Affected Building Performance on September 11, 2001 ................ 154

**Chapter 7**
**Reconstruction of Human Activity** ........................................................................................ **155**

7.1   Building Occupants............................................................................................................... 155

    7.1.1   Background ................................................................................................................ 155

    7.1.2   The Building Egress System .................................................................................... 155

    7.1.3   The Evacuation—Data Sources................................................................................ 157

    7.1.4   Occupant Demographics ........................................................................................... 158

    7.1.5   Evacuation of WTC 1 ............................................................................................... 158

    7.1.6   Evacuation of WTC 2 ............................................................................................... 160

7.2   Emergency Responders.......................................................................................................... 163

    7.2.1   Data Gathered............................................................................................................ 163

    7.2.2   Operation Changes following the WTC 1 Bombing on February 26, 1993 .................... 164

    7.2.3   Responder Organization ............................................................................................ 166

    7.2.4   Responder Access...................................................................................................... 169

    7.2.5   Communications......................................................................................................... 170

    7.2.6   The Overall Response ............................................................................................... 172

7.3   Factors That Contributed to Enhanced Life Safety............................................................... 172

    7.3.1   Aggregate Factors...................................................................................................... 172

    7.3.2   Individual Factors...................................................................................................... 172


**Part III: The Outcome of the Investigation** .......................................................................... **173**


**Chapter 8**
**Principal Findings**................................................................................................................... **175**

8.1   Introduction........................................................................................................................... 175

8.2   Summary ............................................................................................................................... 175

8.3   Findings on the Mechanisms of Building Collapse .............................................................. 179

    8.3.1   Summary of Probable Collapse Sequences ............................................................... 179

    8.3.2   Structural Steels......................................................................................................... 180

    8.3.3   Aircraft Impact Damage Analysis ............................................................................ 182

    8.3.4   Reconstruction of the Fires....................................................................................... 183

    8.3.5   Structural Response and Collapse Analysis .............................................................. 185

8.4   Findings on Factors Affecting Life Safety............................................................................ 186

    8.4.1   Active Fire Protection ............................................................................................... 186

    8.4.2   Evacuation ................................................................................................................. 188

    8.4.3   Emergency Response ................................................................................................. 191

8.5    Findings on Operational Codes, Standards, and Practices ........................................................ 194

    8.5.1    General ................................................................................................................ 194

    8.5.2    Structural Safety ................................................................................................ 195

    8.5.3    Fire Safety ......................................................................................................... 196

8.6    Future Factors That Could Have Improved Life Safety ........................................................ 199

    8.6.1    Building Performance Factors .......................................................................... 200

    8.6.2    Human Performance Factors ............................................................................ 200

**Chapter 9**
**Recommendations ...................................................................................................... 201**

9.1    Building Regulations ........................................................................................................... 201

9.2    NIST's Recommendations for Improving the Safety of Buildings, Occupants, and
    Emergency Responders......................................................................................................... 202

    9.2.1    Group 1.  Increased Structural Integrity ........................................................... 205

    9.2.2    Group 2.  Enhanced Fire Endurance of Structures ............................................ 208

    9.2.3    Group 3.  New Methods for Fire Resistant Design of Structures...................... 211

    9.2.4    Group 4.  Improved Active Fire Protection...................................................... 213

    9.2.5    Group 5.  Improved Building Evacuation ........................................................ 214

    9.2.6    Group 6.  Improved Emergency Response........................................................ 218

    9.2.7    Group 7.  Improved Procedures and Practices ................................................. 220

    9.2.8    Group 8.  Education and Training ..................................................................... 222

9.3    Next Steps............................................................................................................................ 223

**Appendix A**
**National Construction Safety Team Act**

**Appendix B**
**World Trade Center Investigation Publications**

**Appendix C**
**Subject Index of Supporting Investigation Reports**

# LIST OF FIGURES

Figure P–1.   The eight projects in the federal building and fire safety investigation of the WTC
disaster. ................................................................................................................................ xxxi

Figure 1–1.   The World Trade Center in Lower Manhattan.................................................................... 3
Figure 1–2.   Lower Manhattan and the World Trade Center towers......................................................... 4
Figure 1–3.   Tower floor plans with column numbers. ........................................................................... 7
Figure 1–4.   Perimeter column/spandrel assembly and floor structure. .................................................... 8
Figure 1–5.   Plan of the 96th floor of WTC 1 showing the core and tenant spaces. .................................. 9
Figure 1–6.   Schematic of composite floor truss system......................................................................... 10
Figure 1–7.   Schematic of a hat truss. ................................................................................................... 11
Figure 1–8.   Photograph of insulated WTC trusses................................................................................ 12
Figure 1–9.   Schematic of the three-tier elevator system. ...................................................................... 14
Figure 1–10. Orientation of the three stairwells. .................................................................................... 16
Figure 1–11. Views of typical WTC office floors.................................................................................... 17
Figure 1–12. A WTC trading floor.......................................................................................................... 17

Figure 2–1.   Simulated impact of American Airlines Flight 11 with WTC 1. .......................................... 19
Figure 2–2.   Aircraft entry hole on the north side of WTC 1, photographed 30 s after impact. .............. 21
Figure 2–3.   South face damage of WTC 1 with key aircraft component locations marked.................... 22
Figure 2–4.   Simulation of cumulative aircraft impact damage to floors 93 through 98 in WTC 1......... 23
Figure 2–5.   Representation of exterior views of the fires on the four faces of WTC 1 from 8:47
a.m. to about 9:02 a.m.......................................................................................................... 25
Figure 2–6.   Firefighters on the scene at about 9:07 a.m......................................................................... 27
Figure 2–7.   Representation of exterior views of the fires on the four faces of WTC 1 from about
9:38 a.m. to 9:58 a.m. .......................................................................................................... 28
Figure 2–8.   Steel surface temperatures on the bottom chords of fire-exposed trusses, uninsulated
and insulated with ¾ in. of BLAZE-SHIELD DC/F........................................................... 29
Figure 2–9.   Temperature dependence of yield strength of structural steel as a fraction of the value
at room temperature. ........................................................................................................... 30
Figure 2–10. Simulated temperatures of two adjacent trusses (left) and two adjacent perimeter
columns (right) exposed to the fires in WTC 1.................................................................... 30
Figure 2–11. Temperature contours (°C) on the top and bottom faces of the concrete slab (96th
floor, WTC 1) at 100 min after impact.  A portion of the concrete slab on the north
face (top) was damaged by the impact of the aircraft. ......................................................... 31

Figure 2–12.  South face of WTC 1 at 10:23 a.m., showing inward buckling (in inches) of
              perimeter columns...............................................................................................................33

Figure 3–1.   Imminent impact of United Airlines Flight 175 with WTC 2.............................................38
Figure 3–2.   South face damage of WTC 2 with key aircraft component locations marked...................39
Figure 3–3.   Simulation of aircraft impact damage to the 78th through 83rd floors in WTC 2. ..............40
Figure 3–4.   Representation of exterior views of the fires on the four faces of WTC 2 at about
              9:20 a.m...............................................................................................................................43
Figure 3–5.   Photograph of WTC 2 tilting to the southeast at the onset of collapse. ...............................45

Figure 4–1.   The WTC site on September 17, 2001...................................................................................47

Figure 5–1.   Fire Command Desk in WTC 1, as seen from a mezzanine elevator, looking west. ...........61
Figure 5–2.   Schematic of sprinkler and standpipe systems.....................................................................63
Figure 5–3.   Diagram of floor truss showing viscoelastic damper............................................................66
Figure 5–4.   Ratio of measured yield strength ($F_y$) to specified minimum yield strength for steels
              used in WTC perimeter columns. .......................................................................................69
Figure 5–5.   Irregularity of coating thickness and gaps in coverage on  SFRM–coated bridging
              trusses..................................................................................................................................71
Figure 5–6.   Thermal insulation for perimeter columns............................................................................72
Figure 5–7.   Temperature–dependent concrete properties. .......................................................................75
Figure 5–8.   A WTC workstation. .............................................................................................................76

Figure 6–1.   9:26:20 a.m. showing the east face of WTC 2. ....................................................................85
Figure 6–2.   Close-up of section of Figure 6–1........................................................................................86
Figure 6–3.   Examples of a WTC 1 core column (left) and truss material (right).....................................88
Figure 6–4.   WTC 1 exterior panel hit by the fuselage of the aircraft......................................................88
Figure 6–5.   WTC 1 exterior panel hit by the nose of the aircraft............................................................89
Figure 6–6.   Structural model of the 96th floor of WTC 1.......................................................................95
Figure 6–7.   Model of the 96th floor of WTC 1, including interior contents and partitions. ...................95
Figure 6–8.   Multi-floor global model of WTC 1, viewed from the north. ..............................................96
Figure 6–9.   Multi-floor global model of WTC 2, viewed from the south................................................96
Figure 6–10.  Finite element model of an exterior truss seat. ....................................................................98
Figure 6–11.  Vertical displacement at 700 °C..........................................................................................98
Figure 6–12.  ANSYS model of 96th floor of WTC 1. ..............................................................................99
Figure 6–13.  Finite element model of the Boeing 767-200ER..................................................................105

Figure 6–14.  Pratt & Whitney PW4000 turbofan engine model. ........................................................ 106

Figure 6–15.  Boeing 767-200ER showing the jet fuel distribution at time of impact............................ 106

Figure 6–16.  Calculated impact on an exterior wall by a fuel-laden wing section. ............................... 107

Figure 6–17.  Response of a tower subassembly model to engine impact. .............................................. 108

Figure 6–18.  Side view of simulated aircraft impact into WTC 1, Case B. ........................................... 110

Figure 6–19.  Column damage levels. ..................................................................................................... 112

Figure 6–20.  Case B damage to the slab of floor 96 of WTC 1. ............................................................ 112

Figure 6–21.  Case B simulation of response of contents of 96th floor of WTC 1. ................................. 113

Figure 6–22.  Combined structural damage to the floors and columns of WTC 1, Case A. .................... 114

Figure 6–23.  Combined structural damage to the floors and columns of WTC 1, Case B. .................... 114

Figure 6–24.  Combined structural damage to the floors and columns of WTC 2, Case C. .................... 115

Figure 6–25.  Combined structural damage to the floors and columns of WTC 2, Case D. .................... 115

Figure 6–26.  Observed and Case A calculated damage to the north face of WTC 1. ............................. 117

Figure 6–27.  Schematic of observed damage (top) and Case A calculated damage (lower) to the
              north face of WTC 1. ...................................................................................................... 118

Figure 6–28.  Schematic of observed damage (above) and Case C calculated damage (right) to the
              south face of WTC 2. ...................................................................................................... 118

Figure 6–29.  Ceiling tile system mounted on the shaking table. ........................................................... 120

Figure 6–30.  Eight floor model of WTC 1 prior to aircraft impact. ....................................................... 122

Figure 6–31.  Fire test of a single workstation. ...................................................................................... 123

Figure 6–32.  Interior view of a three-workstation fire test..................................................................... 124

Figure 6–33.  Rubblized workstations..................................................................................................... 124

Figure 6–34.  Three-workstation fire test, 2 min after the start................................................................ 125

Figure 6–35.  Measured and predicted heat release rate from the burning of three
              office workstations. ........................................................................................................ 125

Figure 6–36.  Upper layer temperatures on the 94th floor of WTC 1, 15 min after impact..................... 127

Figure 6–37.  Direction of simulated fire movement on floors 94 and 97 of WTC 1. ............................. 128

Figure 6–38.  Predicted heat release rates for fires in WTC 1 and WTC 2. ............................................ 130

Figure 6–39.  Simple bar dimensions (in.). ............................................................................................ 134

Figure 6–40.  Tubular column dimensions (in.). ..................................................................................... 134

Figure 6–41.  Truss Dimensions (in.)...................................................................................................... 135

Figure 6–42.  SFRM-coated steel components prior to a test. ................................................................. 135

Figure 6–43.  Finite element representation of the insulated steel truss (blue), the SFRM (violet),
              and the ceiling (red). ...................................................................................................... 136

Figure 6–44.  Comparison of numerical simulations with measurements for the steel surface
              temperature at four locations on the top chord of a bare truss. ......................................... 137

Figure 6–45. Comparison of numerical simulations with measurements for the temperature of the steel surface at four locations on the top chord of an insulated truss.................................. 137

Figure 6-46. Temperatures (°C) on the columns and trusses of the 96th floor of WTC 1 at 6,000 s after aircraft impact, Case B. ........................................................................................... 139

Figure 6-47. Temperatures (°C) on the columns and trusses of the 81st floor of WTC 2 at 3,000 s after aircraft impact, Case D. ........................................................................................... 139

Figure 6-48. Frames from animation of the thermal response of columns on the 96th floor of WTC 1, Case A. .................................................................................................................... 140

Figure 7–1. Simulated impact damage to 95th floor of WTC 1, including stairwells, 0.7 s after impact.................................................................................................................................... 156

Figure 7–2. Simulated impact damage to WTC 2 on floor 78, 0.62 s after impact............................... 156

Figure 7–3. Observations of building damage after initial awareness but before beginning evacuation in WTC 1. ......................................................................................................... 161

Figure 7–4. Observations of building damage from tenant spaces in WTC 2...................................... 162

Figure 7–5. Location of the radio repeater. ......................................................................................... 165

Figure 7–6. Timing of FDNY unit arrivals. ......................................................................................... 166

Figure 7–7. Fire Command Board located in the lobby of WTC 1....................................................... 168

# LIST OF TABLES

Table P–1.  Federal building and fire safety investigation of the WTC disaster................................... xxx

Table P–2.  Public meetings and briefings of the WTC Investigation. ...............................................xxxiii

Table E–1.  Topics of NIST recommendations for improved public safety in tall and high-risk
buildings............................................................................................................................... xliv

Table 1–1.  Use of floors in the WTC towers. ....................................................................................... 5

Table 2–1.  Locations of occupants of WTC 1. .................................................................................... 26

Table 3–1.  Tenants on impact floors in WTC 2..................................................................................... 39

Table 3–2.  Location of occupants of WTC 2........................................................................................ 42

Table 4–1.  Likely locations of WTC decedents at time of impact......................................................... 48

Table 5–1.  Specified steel grades for various applications. .................................................................. 67

Table 5–2.  Types and locations of SFRM on fire floors......................................................................... 74

Table 5–3.  Floors of focus. .................................................................................................................. 78

Table 6–1.  Times for major events on September 11, 2001.................................................................. 84

Table 6–2.  Indications of major structural changes up to collapse initiation......................................... 87

Table 6–3.  Measured and calculated natural vibration periods (s) for WTC 1. ..................................... 93

Table 6–4.  Summary of aircraft impact conditions.............................................................................. 108

Table 6–5.  Input parameters for global impact analyses..................................................................... 109

Table 6–6.  Values of WTC fire simulation variables........................................................................... 126

Table 6–7.  Summary of insulation on steel components. ................................................................... 136

Table 6–8.  Regions in WTC 1 in which temperatures of structural steel exceeded 600 °C. .............. 141

Table 6–9.  Regions in WTC 2 in which temperatures of structural steel exceeded 600 °C. .............. 141

Table 6–10.  Comparison of global structural model predictions and  observations for WTC 1,
Case B. .............................................................................................................................. 153

Table 6–11.  Comparison of global structural model predictions and  observations for WTC 2,
Case D.............................................................................................................................. 153

This page intentionally left blank.

# LIST OF ACRONYMS AND ABBREVIATIONS

**Acronyms**

| | |
|---|---|
| AA | American Airlines |
| ARA | Application Research Associates |
| ASTM | ASTM International |
| BOCA | Building Officials and Code Administrators |
| BPS | Building Performance Study |
| FCD | Fire Command Desk |
| FDNY | The Fire Department of the City of New York |
| FDS | Fire Dynamics Simulator |
| FEMA | Federal Emergency Management Agency |
| FSI | Fire Structure Interface |
| IBC | International Building Code |
| LERA | Leslie E. Robertson Associates |
| NFPA | National Fire Protection Association |
| NIST | National Institute of Standards and Technology |
| NYC | New York City |
| NYPD | New York City Police Department |
| NYS | New York State |
| PANYNJ | The Port Authority of New York and New Jersey |
| PAPD | Port Authority Police Department |
| SFRM | sprayed fire-resistive material |
| SGH | Simpson Gumpertz & Heger, Inc. |
| SOM | Skidmore, Owings and Merrill |
| UA | United Airlines |
| USC | United States Code |
| WSHJ | Worthington, Skilling, Helle and Jackson |
| WTC | World Trade Center |
| WTC 1 | World Trade Center 1 (North Tower) |

| WTC 2 | World Trade Center 2 (South Tower) |
| WTC 7 | World Trade Center 7 |

## Abbreviations and Conversion Factors

| °C | degrees Celsius | $T (°C) = 5/9 [T (°F) – 32]$ |
| °F | degrees Fahrenheit | |
| ft | feet | |
| gal | gallon | $1 \text{ gal} = 3.78 \times 10^{-3} \text{ m}^3$ |
| GJ | gigajoule | |
| GW | gigawatt | |
| in. | inch | |
| kg | kilogram | |
| kip | 1,000 lb | |
| ksi | 1,000 lb/in.$^2$ | |
| lb | pound | $1 \text{ lb} = 0.453 \text{ kg}$ |
| m | meter | $1 \text{ m} = 3.28 \text{ ft}$ |
| μm | micrometer | |
| min | minute | |
| MJ | megajoule | |
| MW | megawatt | |
| psi | pounds per square inch | |
| s | second | |
| T | temperature | |

# PREFACE

## Genesis of This Investigation

Immediately following the terrorist attack on the World Trade Center (WTC) on September 11, 2001, the Federal Emergency Management Agency (FEMA) and the American Society of Civil Engineers began planning a building performance study of the disaster. The week of October 7, as soon as the rescue and search efforts ceased, the Building Performance Study Team went to the site and began its assessment. This was to be a brief effort, as the study team consisted of experts who largely volunteered their time away from their other professional commitments. The Building Performance Study Team issued its report in May 2002, fulfilling its goal "to determine probable failure mechanisms and to identify areas of future investigation that could lead to practical measures for improving the damage resistance of buildings against such unforeseen events."

On August 21, 2002, with funding from the U.S. Congress through FEMA, the National Institute of Standards and Technology (NIST) announced its building and fire safety investigation of the WTC disaster. On October 1, 2002, the National Construction Safety Team Act (Public Law 107-231), was signed into law. (A copy of the Public Law is included in Appendix A). The NIST WTC Investigation was conducted under the authority of the National Construction Safety Team Act.

The goals of the investigation of the WTC disaster were:

- To investigate the building construction, the materials used, and the technical conditions that contributed to the outcome of the WTC disaster.
- To serve as the basis for:
    - Improvements in the way buildings are designed, constructed, maintained, and used;
    - Improved tools and guidance for industry and safety officials;
    - Recommended revisions to current codes, standards, and practices; and
    - Improved public safety.

The specific objectives were:

1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed;
2. Determine why the injuries and fatalities were so high or low depending on location, including all technical aspects of fire protection, occupant behavior, evacuation, and emergency response;
3. Determine what procedures and practices were used in the design, construction, operation, and maintenance of WTC 1, 2, and 7; and
4. Identify, as specifically as possible, areas in current building and fire codes, standards, and practices that warrant revision.

NIST is a nonregulatory agency of the U.S. Department of Commerce's Technology Administration. The purpose of NIST investigations is to improve the safety and structural integrity of buildings in the United States, and the focus is on fact finding. NIST investigative teams are authorized to assess building performance and emergency response and evacuation procedures in the wake of any building failure that has resulted in substantial loss of life or that posed significant potential of substantial loss of life. NIST does not have the statutory authority to make findings of fault nor negligence by individuals or organizations. Further, no part of any report resulting from a NIST investigation into a building failure or from an investigation under the National Construction Safety Team Act may be used in any suit or action for damages arising out of any matter mentioned in such report (15 USC 281a, as amended by Public Law 107-231).

## Organization of the Investigation

The National Construction Safety Team for this Investigation, appointed by the then NIST Director, Dr. Arden L. Bement, Jr., was led by Dr. S. Shyam Sunder. Dr. William L. Grosshandler served as Associate Lead Investigator, Mr. Stephen A. Cauffman served as Program Manager for Administration, and Mr. Harold E. Nelson served on the team as a private sector expert. The Investigation included eight interdependent projects whose leaders comprised the remainder of the team. A detailed description of each of these eight projects is available at http://wtc.nist.gov. The purpose of each project is summarized in Table P–1, and the key interdependencies among the projects are illustrated in Fig. P–1.

**Table P–1. Federal building and fire safety investigation of the WTC disaster.**

| Technical Area and Project Leader | Project Purpose |
|---|---|
| Analysis of Building and Fire Codes and Practices; Project Leaders: Dr. H. S. Lew and Mr. Richard W. Bukowski | Document and analyze the code provisions, procedures, and practices used in the design, construction, operation, and maintenance of the structural, passive fire protection, and emergency access and evacuation systems of WTC 1, 2, and 7. |
| Baseline Structural Performance and Aircraft Impact Damage Analysis; Project Leader: Dr. Fahim H. Sadek | Analyze the baseline performance of WTC 1 and WTC 2 under design, service, and abnormal loads, and aircraft impact damage on the structural, fire protection, and egress systems. |
| Mechanical and Metallurgical Analysis of Structural Steel; Project Leader: Dr. Frank W. Gayle | Determine and analyze the mechanical and metallurgical properties and quality of steel, weldments, and connections from steel recovered from WTC 1, 2, and 7. |
| Investigation of Active Fire Protection Systems; Project Leader: Dr. David D. Evans; Dr. William Grosshandler | Investigate the performance of the active fire protection systems in WTC 1, 2, and 7 and their role in fire control, emergency response, and fate of occupants and responders. |
| Reconstruction of Thermal and Tenability Environment; Project Leader: Dr. Richard G. Gann | Reconstruct the time-evolving temperature, thermal environment, and smoke movement in WTC 1, 2, and 7 for use in evaluating the structural performance of the buildings and behavior and fate of occupants and responders. |
| Structural Fire Response and Collapse Analysis; Project Leaders: Dr. John L. Gross and Dr. Therese P. McAllister | Analyze the response of the WTC towers to fires with and without aircraft damage, the response of WTC 7 in fires, the performance of composite steel-trussed floor systems, and determine the most probable structural collapse sequence for WTC 1, 2, and 7. |
| Occupant Behavior, Egress, and Emergency Communications; Project Leader: Mr. Jason D. Averill | Analyze the behavior and fate of occupants and responders, both those who survived and those who did not, and the performance of the evacuation system. |
| Emergency Response Technologies and Guidelines; Project Leader: Mr. J. Randall Lawson | Document the activities of the emergency responders from the time of the terrorist attacks on WTC 1 and WTC 2 until the collapse of WTC 7, including practices followed and technologies used. |



**Figure P–1.  The eight projects in the federal building and fire safety investigation of the WTC disaster.**

## National Construction Safety Team Advisory Committee

The NIST Director also established an advisory committee as mandated under the National Construction Safety Team Act.  The initial members of the committee were appointed following a public solicitation. These were:

- Paul Fitzgerald, Executive Vice President (retired) FM Global, National Construction Safety Team Advisory Committee Chair

- John Barsom, President, Barsom Consulting, Ltd.

- John Bryan, Professor Emeritus, University of Maryland

- David Collins, President, The Preview Group, Inc.

- Glenn Corbett, Professor, John Jay College of Criminal Justice

- Philip DiNenno, President, Hughes Associates, Inc.