## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV3314 (GBD)<br><br><br><br><br>**APPLIED RESEARCH ASSOCIATES, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6), AND 9(b)** |

      COMES NOW Defendant Applied Research Associates, Inc. ("ARA"), by and through counsel, and hereby submits its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b). In support of said Motion Defendant ARA submits herewith its Memorandum of Law.

WHEREFORE, for the reasons outlined in Section II of said Memorandum of Law, the Court lacks subject matter jurisdiction over Relator's FCA claims and, therefore, Causes of Action One, Two and Three must be dismissed. Furthermore, as set forth in Section III of Defendant's Memorandum of Law, Relator fails to state a claim upon which relief can be granted under Rule 12(b)(6). Finally, for the reasons set forth in Section IV of the Defendant's Memorandum of Law, the Relator fails to plead fraud with particularity under Rule 9(b). Accordingly, Defendant respectfully requests the Court dismiss with prejudice the Complaint in its entirety.

Dated: January 22, 2008
Denver, Colorado

**s/ Wm. David Byassee**
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:        aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0188
Facsimile:    303-390-0177
Email:        dbyassee@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

{D0478389.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2008, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6), AND 9(b)** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Philip C. Semprevivo, Esq.
Justin Cilenti, Esq.
Amanda Gruber, Esq.
psemprevivo@bhmr.com
jcilenti@bhmr.com
agruber@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Counsel for Wise, Janney, Elstner Associates, Inc.,*
*Rolf Jensen Associates, Inc. and*
*Teng & Associates, Inc.*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, L.L.P.*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

{D0478389.1}

        **s/ Wm. David Byassee**
Adam S. Ennis
SDNY Bar No. AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:        aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0188
Facsimile:    303-390-0177
Email:        dbyassee@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

{D0478389.1}