UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> vs. <br><br> SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, <br><br> Defendants. | Case No. 07CV3314 (GBD) <br><br> **WM. DAVID BYASSEE'S AFFIDAVIT IN SUPPORT OF APPLIED RESEARCH ASSOCIATES, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6), AND 9(b)** |

Wm. David Byassee, being duly sworn, hereby deposes and says as follows:

1.   I am a member of Jackson Kelly PLLC, attorneys of record for Defendant Applied Research Associates, Inc. in the captioned case.

2.   I am admitted *pro hac vice* in this matter.

3.   I submit this Affidavit in Support of Applied Research Associates, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b), solely to submit certain

1

{D0478118.1}

documents for consideration by the Court, all of which are public records or otherwise publicly available.

4.     Attached as Exhibit A is a true and correct copy of the Request for Correction submitted by Dr. Morgan Reynolds to the National Institute of Standards and Technology, dated March 8, 2007.

5.     Attached as Exhibit B is a true and correct copy of the Complaint in Civil Action No. 06-CV-01770-JDT-TAB, *Ryan v. Underwriters Laboratories, Inc.,* United States District Court for the Southern District of Indiana, dated November 16, 2006.

6.     Attached as Exhibit C is a true and correct copy of the article by Christopher Bollyn, *Laser Beam Weapons and the Collapse of the World Trade Center*, AM FREE PRESS, Feb.14, 2002.

7.     Attached as Exhibit D is a true and correct copy of the Edited Transcript of *Your Eyes Don't Lie: Common Sense, Physics, and the World Trade Center Collapses, An Interview of Jim Hoffman by Bonnie Faulkner On* Guns and Butter (KPFA radio broadcast in two parts on Jan. 21 and 28, 2004).

8.     Attached as Exhibit E is a true and correct copy of the Memorandum in Support of Government Defendants' Motion to Dismiss in *Edward F. Haas v. Secretary*, No. 07-CIV-3623(VM) (S.D.N.Y. filed May 10, 2007).

   Dated:  January 23, 2008
           Denver, Colorado

                                                        **s/  Wm. David Byassee**
                                                        Wm. David Byassee

STATE OF COLORADO               )
CITY AND COUNTY OF DENVER       )

   Subscribed and sworn to before me this 23rd day of January 2008, by Wm. David Byassee.

                                                        **s/ Robin Walker**
                                                        Notary Public

My Commission expires: 4/4/09                                                       [SEAL]

2

{D0478118.1}