UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>**APPLIED RESEARCH ASSOCIATES, INC.'S RULE 7.1 STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Applied Research Associates, Inc. (a private

{D0479819.1}

nongovernmental party) certifies that Applied Research Associates, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: January 24, 2008
Denver, Colorado

Respectfully submitted,

**s/ Wm. David Byassee**
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:     412-434-8062
Email:           aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0003
Facsimile:     303-390-0177
Email:           dbyassee@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

{D0479819.1}

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of January 2008, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S RULE 7.1 STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

    Chad Everette Sjoquist
    csjoquist@zdlaw.com
    *Counsel for Skidmore, Owings & Merrill, L.L.P.*

    And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

    Jerry V. Leaphart, Esq.
    Jerry V. Leaphart & Associates, PC
    8 West Street, Suite 203
    Danbury, CT  06810
    *Counsel for Relator*

    **s/  Wm. David Byassee**
    Adam S. Ennis
    SDNY Bar No.  AE9468
    Jackson Kelly PLLC
    Three Gateway Center, Suite 1340
    Pittsburgh, PA 15222
    Telephone:	412-434-8804
    Facsimile:	412-434-8062
    Email:	aennis@jacksonkelly.com

    Wm. David Byassee, Esq.
    (admitted *pro hac vice*)
    Jackson Kelly PLLC
    1099 18th Street, Suite 2150
    Denver, Colorado 80202
    Telephone:	303-390-0003
    Facsimile:	303-390-0177
    Email:	dbyassee@jacksonkelly.com

    *Counsel for Applied Research Associates, Inc.*