UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
DR. JUDY WOOD on behalf of the §
UNITED STATES OF AMERICA §
 §
                    Plaintiff, §
 §
vs. §
 §
SCIENCE APPLICATIONS §
INTERNATIONAL CORP.; APPLIED § Case No. 07CV3314
RESEARCH ASSOCIATES, INC.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES § **NOTICE OF APPEARANCE**
ASSOCIATES, INC.; AJMAL ABBASI; §
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
 §
                    Defendants. §
------------------------------------------------------X

   **PLEASE TAKE NOTICE,** that Philip C. Semprevivo, Jr. and Amanda G. Gruber of

BIEDERMANN, REIF, HOENIG & RUFF, P.C., certifying that they are admitted to practice before

this court, hereby file this notice of appearance in the above-entitled action on behalf of Defendant UNDERWRITERS LABORATORIES, INC., without waiver of its rights to assert any and all affirmative defenses, including jurisdictional defenses. All pleadings and papers in this action should be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       January 25, 2008

                              BIEDERMANN, REIF, HOENIG & RUFF, P.C.

                              By: _____
                                  Philip C. Semprevivo, Jr. (PS 1526)
                                  Amanda G. Gruber (AG 0124)
                              **Attorneys for Defendant**
                              Underwriters Laboratories, Inc.
                              570 Lexington Avenue, 16th Floor
                              New York, New York 10022
                              (212) 697-6555

TO:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com

*Attorney for Relator*

Gail D. Zirkelbach, Esq.
Adam S. Ennis, Esq.
William David Byassee, Esq.
E. Leslie Hoffman, III, Esq.
gdzirkelbach@jacksonkelly.com
aennis@jacksonkelly.com
dbyassee@jacksonkelly.com
phoffman@jacksonkelly.com

*Attorneys for Applied Research Associates, Inc.*

David M. Pollock, Esq.
dpollock@donovanhatem.com

*Attorney for Simpson, Gumpertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com

*Attorney for Wise, Janney, Elstner Associates, Inc. Rolf Jensen Associates, Inc., and Teng & Associates, Inc.*

Chad Everett Sjoquist, Esq.
csjoquist@zdlaw.com

*Attorney for Skidmore, Owings & Merrill, LLP*

Dina R. Jansenson, Esq.
djansenson@fzw.com
service@fzw.com

Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Jason Andrew Harrington, Esq.
Jason.harrington@wilsonelser.com

Renee C. Choy, Esq.
Kevin R. Sido, Esq.
rchoy@hinshawlaw.com
ksido@hinshawlaw.com

Edward B. Keidan
ebk@cmcontractors.com