UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff / Realtor,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.
-------------------------------------------------------------------------- X

Civil Action
No. 07 CV 3314 (GBD)

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), (6)**

**PLEASE TAKE NOTICE** that Defendant Skidmore, Owings & Merrill LLP, by its attorneys Zetlin & De Chiara LLP, hereby withdraws its Notice of Motion to Dismiss Plaintiff/Relator's Complaint, the Declaration of Louis J. Dennis in support of said motion (ECF document number 10), and the Memorandum of Law in support of said motion (ECF document number 11), all of which are dated January 21, 2008. Said documents were mistakenly signed by an attorney who was admitted *pro hac vice* in the related matter of Morgan Reynolds but has not

yet been so-admitted in this action. SOM's motion will be re-filed by an attorney admitted to practice before this Court.

Dated: New York, New York
      January 28, 2008

                           Respectfully submitted,

                           ZETLIN & DE CHIARA, LLP
                           *Attorneys for Defendant*
                           *Skidmore, Owings & Merrill LLP*

                           Chad E. Sjoquist (CS 0142)
                           801 Second Avenue
                           New York, New York 10017
                           (212) 682-6800
                           csjoquist@zdlaw.com