

array, or subaperture, imaging is apparent whereby an incoming signal is also modified by the writeable grating.

The OPA concept facilitates the idea of conformal apertures for aircraft-based lasers. These lasers would be used for self-defense, sensing, and force application. In Space OPAs are scalable to large apertures and high powers for SBLs while keeping the power-area ratio low. The OPA represents a distributed architecture that provides a graceful degradation.

The soon-to-kickoff research effort will award a number of small contracts to stimulate private investment and explore promising technologies in preparation for an eventual large-scale research effort.

# *Wave Packets*

1. The following is an extract from the **ENACTMENT OF PROVISIONS OF H.R. 5408, THE FLOYD D. SPENCE NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2001.** It describes the level of funding for the new JTO and the congressional expectations

..........SEC. 241. FUNDING.

(a) FUNDING FOR FISCAL YEAR 2001- (1) of the amount authorized to be appropriated by section 201(4), $30,000,000 is authorized for high energy laser development.

(2) Funds available under this subsection are available to supplement the high energy laser programs of the military departments and Defense Agencies, as determined by the official designated under section 243.

(b) SENSE OF CONGRESS- It is the sense of Congress that--

(1) the Department of Defense should establish funding for high energy laser programs within the science and technology programs of each of the military departments and the Ballistic Missile Defense Organization; and

(2) the Secretary of Defense should establish a goal that basic, applied, and advanced research in high energy laser technology should constitute at least 4.5 percent of the total science and technology budget of the Department of Defense by fiscal year 2004.

SEC. 242. IMPLEMENTATION OF HIGH ENERGY LASER MASTER PLAN.

The Secretary of Defense shall implement the management and organizational structure specified in the Department of Defense High Energy Laser Master Plan of March 24, 2000.

SEC. 243. DESIGNATION OF SENIOR OFFICIAL FOR HIGH ENERGY LASER PROGRAMS.

(a)    DESIGNATION- The Secretary of Defense shall designate a single senior civilian official in the Office of the Secretary of Defense (in this subtitle referred to as the 'designated official') to chair the High Energy Laser Technology Council called for in the master plan referred to in section 242 and to carry out responsibilities for the programs for which funds are provided under this subtitle. The designated official shall report directly to the Under Secretary of Defense for Acquisition, Technology, and Logistics for matters concerning the responsibilities specified in subsection (b).

(b)    RESPONSIBILITIES- The primary responsibilities of the designated official shall include the following:

(1) Establishment of priorities for the high energy laser programs of the military departments and the Defense Agencies.



(2) Coordination of high energy laser programs among the military departments and the Defense Agencies.

(3) Identification of promising high energy laser technologies for which funding should be a high priority for the Department of Defense and establishment of priority for funding among those technologies.

(4) Preparation, in coordination with the Secretaries of the military departments and the Directors of the Defense Agencies, of a detailed technology plan to develop and mature high energy laser technologies.

(5) Planning and programming appropriate to rapid evolution of high energy laser technology.

(6) Ensuring that high energy laser programs of each military department and the Defense Agencies are initiated and managed effectively and are complementary with programs managed by the other military departments and Defense Agencies and by the Office of the Secretary of Defense.

(7) Ensuring that the high energy laser programs of the military departments and the Defense Agencies comply with the requirements specified in subsection (c).

( c )    COORDINATION AND FUNDING BALANCE- In carrying out the responsibilities specified in subsection (b), the designated official shall ensure that--

(1) high energy laser programs of each military department and of the Defense Agencies are consistent with the priorities identified in the designated official's planning and programming activities;

(2) funding provided by the Office of the Secretary of Defense for high energy laser research and development complements high energy laser programs for which funds are provided by the military departments and the Defense Agencies;

(3) programs, projects, and activities to be carried out by the recipients of such funds are selected on the basis of appropriate competitive procedures or Department of Defense peer review process;

(4) beginning with fiscal year 2002, funding from the Office of the Secretary of Defense in applied research and advanced technology development program elements is not applied to technology efforts in support of high energy laser programs that are not funded by a military department or the Defense Agencies; and

(5) funding from the Office of the Secretary of Defense to complement an applied research or advanced technology development high energy laser program for which funds are provided by one of the military departments or the Defense Agencies do not exceed the amount provided by the military department or the Defense Agencies for that program.

# *Calendar*

1.  The 3rd Annual DE Symposium was held during the week of 30 Oct 00 through 3 Nov 00 and was a huge success. The Army has already started planning for next year's symposium which will be held around the same timeframe, but at a location yet to be determined...please make a note on your calendar to check the DEPS website for further information.

2.  Spring 2001 Workshop - - Watch for news on http://www.deps.org/.



# *Did You Know...?*

## *That according to the Army FM 42-414; TACTICS TECHNIQUES AND PROCEDURES FOR QUARTERMASTER FIELD SERVICE COMPANY DIRECT SUPPORT defines*

Directed energy mission-kill is the use of electromagnetic energy, such as visible light, infrared, millimeter waves, microwaves, or x-rays, to disable susceptible military targets by damaging or destroying a critical component of the military target.

### *Antimateriel Effects*

Mission-kill effects to materiel include inducement of mechanical damage, overheating of components, inducement of electrical currents, or inducement of other effects to cause a variety of types of damage or system malfunction.

### *Antipersonnel Effects*

Directed energy mission-kill antipersonnel effects cover a very wide range.

### *Sources of Directed Energy Mission-Kill Effects*

Directed energy mission-kill effects can occur in training or combat. Effects in training or combat can occur when susceptible personnel or equipment are accidentally exposed by getting too close to nonweapons-directed energy sources such as radio transmitters, radars, electronic warfare jamming devices, television transmitters, television or communications microwave relays, laser range finders, laser designators, laser jammers, and similar devices. Some of these mission-kill effects are also sometimes technically categorized as electromagnetic interference or electromagnetic effects. Directed energy warfare is the use of and defense against directed energy weapons and devices in combat. Mission kill is one of a very large continuum of DEW effects on targets. The large variety of DEW target effects are used to provide a very wide range of combat functions including the following: detection of targets, illumination of targets to supplement night-viewing systems, identification and classification of targets, disruption of target function or mission, damage of targets, and destruction of targets. Examples of directed energy mission-kill devices include hand-held, crew-served, or vehicular-mounted laser devices and vehicular-mounted or artillery-delivered radio frequency devices.



*The End....*

**EXHIBIT C**

**Dr. JUDY WOOD**
**202 Mulberry Ave.**
**Clemson, SC 29631**

lisajudy@nctv.com

04-07-07

VIA FACSIMILE 202-395-3888 FEDEX & EMAIL

Ms. Susan J. Thornton
Air Force Research Laboratory
Directed Energy Directorate
Office of Public Affairs
3550 Aberdeen Avenue S.E.
Kirtland Air Force Base, NM 87117-5776

    FedEx No. 8614 4577 3211

and Distribution List

**Directed Energy Weapons destroy World Trade Center complex:**

Ref.: Request for Correction per Section 515 Public Law
106-554

**U.S. Department of Commerce, Office of Chief Information Officer**

See:

http://www.ocio.os.doc.gov/s/groups/public/%40doc/%40os/%40ocio/%40oitpp/documents/content/prod01_002667.pdf

    Dear Sirs/Madam:

I am not so naïve as to think that leveling the charge that directed energy weapons (DEW) were a causal factor in the 9/11/01 (9/11) destruction of the World Trade Center complex (WTC) will be received as "good news" by U.S. governmental officials.  This is not "good news" but it is a necessary query and a supported claim.

I am a research scientist with skills, expertise, background and training sufficient to enable me to

1

formulate rational, evidence-based findings and conclusions. I have amassed and caused to be filed with the National Institute of Standards and Technology (NIST) a Request for Correction (RFC), as referenced and accessible as above, that summarizes salient portions of the evidence substantiating the theory that DEW are a causal factor in the 9/11 destruction of the WTC.

I have also asserted that NIST's failure to properly explain that destruction results from fraud and that the fraud is a result of NIST having contracted with, among other parties, key manufacturers of DEW, key participants in official psychological operations (psy ops) and marketing firms, specializing in controlling public perception, as well as other parties having a clear and direct conflict of interest that would militate against an accurate description of what caused the destruction of the WTC on 9/11.

And the parties so engaged knew as much, or should have known.

Each of the persons to whom this letter is addressed can reasonably be expected to either know the extent to which the effects mentioned in the referenced RFC are consistent with DEW; or, know of persons who would know that information. I am aware, for example, that as of the year 2000, weapons having the capacity to destroy the WTC were deployed.

See: http://www.deps.org/DEPSpages/graphics/wavefront2.pdf

I am informed by my counsel, Attorney Jerry V. Leaphart, that it is appropriate to assume that many of those to whom this letter is addressed are persons whose positions within government and/or as private contractors, would probably place some or all of them within the purview of the rigors set forth in, among other places, 32 CFR Part 154.

Accordingly, and to that end, I am sending a copy of this letter to Mr. Clay Johnson III, Deputy Director of the Office of Management and Budget, who, I am told, is the overall supervisor and person in charge of the regulatory apparatus associated with security clearances.

2

I am doing that, on advice of counsel, in order to help avoid any reticence any of you might have in replying to the central query; to wit:

**Are the effects set forth in the referenced RFC consistent with the destructive effects that would result from the use of DEW?**

Because this query arises in the context of a presently pending challenge under the Data Quality Act, I assert that your replies cannot properly be used against you in any way under 32 CFR Part 154, or any other aspect of the requirements any of you may have as a result of your security clearances.

Written confirmation of the correctness of this observation from OMB Deputy Director for Management, Clay Johnson III, is requested.   To be clear, I am requesting that Mr. Johnson confirm that there is nothing in any of the security clearances applicable to any of the persons to whom this is addressed that would preclude a forthcoming reply to the query posed above, concerning the effects associated with the use of High Energy Lasers and/or other directed energy weapons.  On the other hand, if certain additional protocols or procedures are required to obtain a reply to the query, then I request Mr. Johnson indicate what procedures and protocols are to be followed to obtain the answers I am seeking.


Respectfully,



Dr. Judy Wood



Cc:
Mr. Clay Johnson III
OMB Deputy Director for Management
The Office of Management and Budget
725 17th Street, NW
Washington, DC 20503
f- 202-395-3888

Distribution List:

3

Dr. William Baker *(2009)*
wbaker@deps.org

Dr. Rettig Benedict Jr. *(2009)*
rbenedict@deps.org

Dennis Boesen *(2008)*
dboesen@deps.org

Edward Duff *(2007)*
eduff@deps.org

Maj Gen Donald Lamberson *(2008)*
dlamberson@deps.org

Louis Marquet *(2007)*
lmarquet@deps.org

Thomas Meyer *(2009)*
tmeyer@deps.org

Ed Pogue *(2008)*
epogue@deps.org

Dr. J. Thomas Schriempf *(2009)*
tschriempf@deps.org

Hon. Henry Waxman


Cc:
Attorney Jerry V. Leaphart
8 West Street #203
Danbury, CT 06810

p-203-825-6265
f-203-825-6256

4

**EXHIBIT D**



33

| Day | # | Date/Time | x/jvl | Email | Type | col1 | col2 | col3 | col4 |
|-----|---|-----------|-------|-------|------|------|------|------|------|
| Fri, | 1 | 3/16/07 17:11 | x | info.quality@nist.gov | RFC | jw | NIST | jvl | |
| Fri, | 1 | 3/16/07 17:23 | x | csfletch@postmark.nist.gov | RFC | NIST | | | |
| Fri, | 2 | 3/16/07 17:30 | x | swillett@nist.gov | RFC | jw | NIST | jvl | |
| Mon | 2 | 3/19/07 7:17 | x | swillett@nist.gov | RFC | NIST | | | |
| Thu, | 3 | 3/22/07 15:11 | x | david.sharp@gmsllp.com | FEMA 403 | jvl | SHARP | | jdw |
| Thu, | 4 | 3/22/07 15:16 | x | mszarghamee@sgh.com | ease RFC NCSTA | jvl | SGH | jdw | |
| Wed | 5 | 3/28/07 19:59 | x | anderzone@aol.com | LETTER A | jw | | | jvl, jw |
| Wed | 6 | 3/28/07 19:59 | x | doug@DougBeason.com | B-LETTER A | jw | | | jvl, jw |
| Wed | 7 | 3/28/07 19:59 | x | rangel@as.arizona.edu | LETTER A | jw | edu | | jvl, jw |
| Wed | 18 | 3/28/07 20:34 | x | eduff@deps.org, wbaker@depf B-LETTER B (Be | | jvl | DEPS | | jw |
| Wed | 19 | 3/28/07 21:07 | x | afrl.public.affairs@kirtland.af.m B-LETTER B (Be | | jw | KIRTLAND | | jw |
| Thu, | 20 | 3/29/07 8:13 | x | saftergood@fas.org | fB-LETTER C (kir | jvl | FAS | | jw |
| Thu, | 21 | 3/29/07 8:55 | x | dshapley@fas.org | fB-LETTER B (Be | jw | FAS | | jvl, jw |
| Thu, | 23 | 3/29/07 8:59 | x | mamarelo@fas.org (Monica Arf B-LETTER B (Be | | jw | FAS | rich@fas | jvl, jw |
| Thu, | 23 | 3/29/07 8:44 | x | saftergood@fas.org | fB-LETTEF C (kir | FAS | | | |
| Thu, | 24 | 3/29/07 13:15 | x | fas@fas.org | fB-LETTER B (Be | jw | FAS | | jvl, jw |
| Thu, | 25 | 3/29/07 14:30 | x | te14@cornell.edu | fB-LETTEF C (kir | jvl | edu | | jw |
| Thu, | 26 | 3/29/07 16:42 | x | RICHARD.S.ST.JOHN@saic.c | LETTER A | jw | SAIC | | jvl, jw |
| Thu, | 27 | 3/29/07 16:44 | x | steve.rose@ngc.com | LETTER A | jw | ngc | | jvl, jw |
| Thu, | 29 | 3/29/07 18:34 | x | info.quality@nist.gov, swillett@ | RFC-1a | jw | NIST | jvl | jw |
| Fri, | 29 | 3/30/07 16:32 | x | catherine.fletcher@nist.gov | RFC-1a | NIST | | | |
| Fri, | 29 | 3/30/07 17:10 | x | catherine.fletcher@nist.gov | RFC-1a | NIST | | | |
| Fri, | 30 | 4/6/07 6:59 | x | geoffrey.a.landis@nasa.gov, gf B-LETTER B (Be | | jw | NASA | | jvl, jw |
| Fri, | 31 | 4/6/07 13:24 | x | afrl.public.affairs@kirtland.af.m fB-LETTER D (Be | | jvl | KIRTLAND | | jw |
| Sat, | 32 | 4/7/07 6:41 | jvl | Henry Waxman | S-LETTER web | jvl | | | |
| Tue. | 32 | 4/10/07 6:41 | x | Henry Waxman | S-LETTER web | | | | |
| Sat, | 33 | 4/7/07 12:34 | | Susan J. Thornton | S-LETTER FedX | jvl | | | |
| Mon | 33 | 4/9/07 9:03 | x | Susan J. Thornton | S-LETTER FedX | | jvl | | |
| Sat, | 34 | 4/7/07 13:55 | | Clay Johnson III | S-LETTER fax | jvl | | | |
| Sat, | 34 | 4/7/07 13:55 | x | Clay Johnson III | S-LETTER fax | | jvl | | |

| Sat, | 43 | 4/7/07 16:33 | x | wbaker@deps.org (Dr. William | S-LETTER S (Th | jw | DEPS | jvl, jw |
| Sat, | 43 | 4/7/07 16:34 | x | rbenedict@schaferalb.com | S-LETTER S (Th | DEPS | jw | |
| Sun | 48 | 4/8/07 20:43 | | econrm@suddenlink.net, Jslea | S-LETTER S (Th | jw | our gang | rugby |
| | | | | thomasjmattingly@msn.com, c | | | | |
| Sat, | 72 | 4/14/07 23:41 | jvl | Christopher Shays | S-LETTER web | jvl | | |
| Sat, | 72 | 4/14/07 23:41 | | Christopher Shays | S-LETTER web | | | |
| Fri, | 73 | 4/20/07 15:51 | x | info.quality@nist.gov, swillett@ | RFC-1b | jw | NIST | swillett,jvljw, rugby |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |
| | | 4/20/07 15:51 | | | | | | |

LEGEND:

██████████████████

receipt confirmation
multiple recipients

██████████████████

f = forward
ff = forward of a forward

██████████████████

jvi in the print column = jvi informed me verbally

yes   if only the "yes" box is colored, it is just receipt of notification, not an actual reply

*days*

| ████ | ████████████████████████████████████ | | |
|---|---|---|---|
| yes | Catherine Fletcher | | Judy_NIST_RFC6.pdf |
| *0.01* | Catherine Fletcher | *out of office, contact Steve Willett* | |
| yes | Steve Willett | | Judy_NIST_RFC6.pdf |
| *2.57* | Steve Willett | *confirm receipt* | |
| | David Sharp | | |
| | Dr. Mehdi Zarghamee | | http://janedoe0911.tripod.com/070322_PR.html |
| | Kevin J. Anderson | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Dr. Douglas Beason | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Dr. J. Roger P. Angel | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | (DEPS board members) | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Public Affairs, Kirtland AFB | 5-pictures | World Trade Center and Directed Energy Weaponry |
| yes | Steven Aftergood | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Leonard Weiss, Chairman, Weapor | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Monica Amarelo, Lucas Royland | 5-pictures | World Trade Center and Directed Energy Weaponry |
| *0.02* | Steven Aftergood | *sorry, i can't help with this* | |
| | FAS, Henry Kelly | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Dr. Thomas Eisner | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Dr Richard St John | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Mr Steve Rose | 5-pictures | World Trade Center and Directed Energy Weaponry |
| yes | NIST, cc: willett | | Wood_supplement1_to_RFC.pdf |
| *0.92* | | *confirm receipt* | |
| *0.94* | | *confirm receipt* | |
| | Geoffrey Landis | 5-pictures | World Trade Center and Directed Energy Weaponry |
| | Directed Energy Directorate | 5-pictures | World Trade Center and Directed Energy Weaponry |
| yes | Committee on Oversight and Government Reform -- Henry Waxman, Chair | | |
| *3.00* | Committee on Oversight and Government Reform -- Henry Waxman, Chair | | |
| yes | Susan J. Thornton | *Tracking number  861445773* | fedex delivery confirmation 4/07 to Thornton |
| *1.85* | Susan J. Thornton | *Tracking number  861445773* | *Signed for by D.MARTINEZ Delivered to Receptionist/Fro* |
| yes | Clay Johnson III | *VIA FACSIMILE 202-395-386* | fedex delivery confirmation 4/07 to Thornton |
| *0.00* | Clay Johnson III | *VIA FACSIMILE 202-395-386* | *Signed for by D.MARTINEZ Delivered to Receptionist/Fro* |

|      | DEPS |  |
| --- | --- | --- |
| yes | ██████████ |  |
|      | our gang |  |
|      | ████████████ |  |
| yes | Committee on Oversight and Government Reform -- Henry Waxman, Chair |  |
| *0.00* | Committee on Oversight and Government Reform -- Henry Waxman, Chair |  |
| yes | NIST, cc: willett | Wood_supplement1_to_RFC.pdf |



ont Desk

ont Desk

NIST

Chief, Management and Organization Division
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 3220
Gaithersburg, MD 20899-3220



Rett Benedict

Benedict, Rett                Rett Benedict

| by date | by alphabet - email |
| --- | --- |
| info.quality@nist.gov | afrl.public.affairs@kirtland.af.mil |
| csfletch@postmark.nist.gov | afrl.public.affairs@kirtland.af.mil |
| swillett@nist.gov | anderzone@aol.com |
| swillett@nist.gov | catherine.fletcher@nist.com |
| david.sharp@gmslip.com | catherine.fletcher@nist.gov |
| mszarghamee@sgh.com | csfletch@postmark.nist.gov |
| anderzone@aol.com | cynnamon@deps.org, |
| doug@DougBeason.com | david.sharp@gmslip.com |
| rangel@as.arizona.edu | dboesen@deps.org (Dennis Boesen), |
| eduff@deps.org, | dboesen@deps.org, |
| wbaker@deps.org, | dlamberson@deps.org (Maj Gen Donald Lamberson), |
| dboesen@deps.org, | dlamberson@deps.org, |
| tschriempf@deps.org, | doug@DougBeason.com |
| rbenedict@deps.org, | dshapley@fas.org |
| cynnamon@deps.org, | eduff@deps.org  (Edward Duff), |
| tiffany@deps.org, | eduff@deps.org, |
| dlamberson@deps.org, | epogue@deps.org (Ed Pogue), |
| lmarquet@deps.org, | epogue@deps.org, |
| epogue@deps.org, | fas@fas.org |
| tmeyer@deps.org | geoffrey.a.landis@nasa.gov, |
| afrl.public.affairs@kirtland.af.mil | geoffrey.landis@sff.net |
| saftergood@fas.org | Henry Waxman |
| dshapley@fas.org | Henry Waxman |
| mamarelo@fas.org (Monica Am | info.quality@nist.gov |
| lroyland@fas.org (Lucas Roylan | info.quality@nist.gov, |
| saftergood@fas.org | lmarquet@deps.org (Louis Marquet), |
| fas@fas.org | lmarquet@deps.org, |
| te14@cornell.edu | lroyland@fas.org (Lucas Royland) |

RICHARD.S.ST.JOHN@saic.co mamarelo@fas.org (Monica Amarelo),
steve.rose@ngc.com                mszarghamee@sgh.com
info.quality@nist.gov,            rangel@as.arizona.edu
swillett@nist.gov                 rbenedict@deps.org (Dr. Rettig Benedict Jr.),
catherine.fletcher@nist.gov       rbenedict@deps.org,
catherine.fletcher@nist.gov       rbenedict@schaferalb.com
geoffrey.a.landis@nasa.gov,       RICHARD.S.ST.JOHN@saic.com
geoffrey.landis@sff.net           saftergood@fas.org
afrl.public.affairs@kirtland.af.mil saftergood@fas.org
Henry Waxman                      steve.rose@ngc.com
Henry Waxman                      Susan J. Thornton
Susan J. Thornton                 Susan J. Thornton
Susan J. Thornton                 swillett@nist.gov
wbaker@deps.org (Dr. William E swillett@nist.gov
rbenedict@deps.org (Dr. Rettig I swillett@nist.gov
dboessen@deps.org (Dennis Bo te14@cornell.edu
eduff@deps.org  (Edward Duff), tiffany@deps.org,
dlamberson@deps.org (Maj Ger tmeyer@deps.org
lmarquet@deps.org (Louis Marq tmeyer@deps.org (Thomas Meyer),
tmeyer@deps.org (Thomas Mey tschriempf@deps.org (Dr. J. Thomas Schriempf)
epogue@deps.org (Ed Pogue), tschriempf@deps.org,
tschriempf@deps.org (Dr. J. Th wbaker@deps.org (Dr. William Baker),
rbenedict@schaferalb.com         wbaker@deps.org,

econrm@suddenlink.net,
Jsleaphart@cs.com,
efhaas@comcast.net
thomasjmattingly@msn.com,
cb_brooklyn@nycmail.com,
ad.johnson@ntlworld.com,
lisajudy@nctv.com,
FRANKFERG@aol.com,
me@veronicachapman.com,
onlinetv@yahoo.com,
econrm@suddenlink.net,
jfetzer@d.umn.edu,
jamesfetzerfetzer@yahoo.com,
andrewlowewatson@btinternet.com,
jstrahl@well.com,
nico@911closeup.com,
totalinfo@gmail.com,
webfairy@thewebfairy.com,
connieel@earthlink.net,
rugbyzhg@msn.com,
rdgerst@iname.com,
alexlakshmiram@earthlink.net,
damien.duffy2@ntlworld.com,
ace@acebaker.com,
killtown@yahoo.com,
me@VeronicaChapman.com

| mail-time | Date | email | what | from whom | to whom | cc |
|---|---|---|---|---|---|---|

| bcc | answered | NAME | attachments |
|-----|----------|------|-------------|
|     |          | Steven ████████ | ████████ations on 9/11 a |
| jw  |          | Steven ████████ | ████████ sensations on 9/ |

.nd Beyond
11 and Beyond

**EXHIBIT E**

# NATIONAL CONSTRUCTION SAFETY TEAM FOR THE FEDERAL BUILDING AND FIRE SAFETY INVESTIGATION OF THE WORLD TRADE CENTER DISASTER

| | |
|---|---|
| S. Shyam Sunder, Sc.D. (NIST) | Lead Investigator |
| Richard G. Gann, Ph.D. (NIST) | Final Report Editor; Project Leader, Project 5: Reconstruction of Thermal and Tenability Environment |
| William L. Grosshandler, Ph.D. (NIST) | Associate Lead Investigator; Project Leader, Project 4: Investigation of Active Fire Protection Systems |
| H.S. Lew, Ph.D., P.E. (NIST) | Co-Project Leader, Project 1: Analysis of Building and Fire Codes and Practices |
| Richard W. Bukowski, P.E. (NIST) | Co-Project Leader, Project 1: Analysis of Building and Fire Codes and Practices |
| Fahim Sadek, Ph.D. (NIST) | Project Leader, Project 2: Baseline Structural Performance and Aircraft Impact Damage Analysis |
| Frank W. Gayle, Ph.D. (NIST) | Project Leader, Project 3: Mechanical and Metallurgical Analysis of Structural Steel |
| John L. Gross, Ph.D., P.E. (NIST) | Co-Project Leader, Project 6: Structural Fire Response and Collapse Analysis |
| Therese P. McAllister, Ph.D., P.E. (NIST) | Co-Project Leader, Project 6: Structural Fire Response and Collapse Analysis |
| Jason D. Averill (NIST) | Project Leader, Project 7: Occupant Behavior, Egress, and Emergency Communications |
| J. Randall Lawson (NIST) | Project Leader, Project 8: Fire Service Technologies and Guidelines |
| Harold E. Nelson, P.E. | Fire Protection Engineering Expert |
| Stephen A. Cauffman (NIST) | Program Manager |

This page intentionally left blank.

## CONTRIBUTORS TO THE INVESTIGATION

### NIST TECHNICAL STAFF

| | | |
|---|---|---|
| Mohsen Altafi | Jeffrey Fong | Max Peltz |
| Robert Anleitner | Glenn Forney | Lisa Petersen |
| Elisa Baker | William Fritz | Rochelle Plummer |
| Stephen Banovic | Anthony Hamins | Kuldeep Prasad |
| Howard Baum | Edward Hnetkovsky | Natalia Ramirez |
| Carlos Beauchamp | Erik Johnsson | Ronald Rehm |
| Dale Bentz | Dave Kelley | Paul Reneke |
| Charles Bouldin | Mark Kile | Michael Riley |
| Paul Brand | Erica Kuligowski | Lonn Rodine |
| Lori Brassell | Jack Lee | Schuyler Ruitberg |
| Kathy Butler | William Luecke | Jose Sanchez |
| Nicholas Carino | Alexander Maranghides | Raymond Santoyo |
| Sandy Clagett | David McColskey | Steven Sekellick |
| Ishmael Conteh | Chris McCowan | Michael Selepak |
| Matthew Covin | Jay McElroy | Thomas Siewert |
| Frank Davis | Kevin McGrattan | Emil Simiu |
| David Dayan | Roy McLane | Monica Starnes |
| Laurean DeLauter | George Mulholland | David Stroup |
| Jonathan Demarest | Lakeshia Murray | Laura Sugden |
| Stuart Dols | Kathy Notarianni | Robert Vettori |
| Michelle Donnelly | Joshua Novosel | John Widmann |
| Dat Duthinh | Long Phan | Brendan Williams |
| David Evans | William Pitts | Maureen Williams |
| Richard Fields | Thomas Ohlemiller | Jiann Yang |
| James Filliben | Victor Ontiveros | Robert Zarr |
| Tim Foecke | Richard Peacock | |

### NIST EXPERTS AND CONSULTANTS

Vincent Dunn
Steven Hill
John Hodgens
Kevin Malley
Valentine Junker

## DEPARTMENT OF COMMERCE AND NIST INSTITUTIONAL SUPPORT

| | | |
|---|---|---|
| Michele Abadia-Dalmau | James Hill | Karen Perry |
| Kellie Beall | Verna Hines | Sharon Rinehart |
| Arden Bement, Jr. | Kathleen Kilmer | Michael Rubin |
| Audra Bingaman | Kevin Kimball | Rosamond Rutledge-Burns |
| Sharon Bisco | Thomas Klausing | John Sanderson |
| Phyllis Boyd | Donna Kline | Hratch Semerjian |
| Marie Bravo | Fred Kopatich | Sharon Shaffer |
| Craig Burkhardt | Kenneth Lechter | Elizabeth Simon |
| Paul Cataldo | Melissa Lieberman | Jack Snell |
| Virginia Covahey | Darren Lowe | Michael Szwed |
| Deborah Cramer | Mark Madsen | Kelly Talbott |
| Gail Crum | Ronald Meininger | Anita Tolliver |
| Jane Dana | Romena Moy | Joyce Waters |
| Sherri Diaz | Michael Newman | Teresa Vicente |
| Sandra Febach | Gail Porter | Dawn Williams |
| Susan Ford | Thomas O'Brian | |
| James Fowler | Nualla O'Connor-Kelly | |
| Matthew Heyman | Norman Osinski | |

## NIST CONTRACTORS

### Applied Research Associates, Inc.

| | | |
|---|---|---|
| Steven Kirkpatrick* | Marsh Hardy | Claudia Navarro |
| Robert T. Bocchieri | Samuel Holmes | Brian D. Peterson |
| Robert W. Cilke | Robert A. MacNeill | Justin Y-T. Wu |

### Baseline, Inc.
Martin Klain

### Computer Aided Engineering Associates, Inc.

| | |
|---|---|
| Peter Barrett* | Daniel Fridline |
| Michael Bak | James J. Kosloski |

### DataSource, Inc.
John Wivaag

### GeoStats, Inc.
Marcello Oliveira

### Gilsanz Murray Steficek LLP

Ramon Gilsanz

### Hughes Associates, Inc.

| | | |
|---|---|---|
| Ed Budnick* | Matt Hulcher | John Schoenrock |
| Mike Ferreira* | Alwin Kelly | Steven Strege |
| Mark Hopkins | Chris Mealy | Karen Dawn Tooren |

### Independent Contractors

| | | |
|---|---|---|
| Ajmal Abbasi | David Sharp | Kaspar Willam |
| Eduardo Kausel | Daniele Veneziano | |
| David Parks | Josef Van Dyck | |

### Isolatek International, Inc.

Paulette Kaminski

### John Jay College

Norman Groner

### Leslie E. Robertson Associates, R.L.L.P.

| | |
|---|---|
| William J. Faschan* | William C. Howell |
| Richard B. Garlock* | Raymond C. Lai |

### National Fire Protection Association

Rita Fahey*
Norma Candeloro
Joseph Molis

### National Research Council, Canada

Guylene Proulx*
Amber Walker

### NuStats, Inc.

| | | |
|---|---|---|
| Johanna Zmud* | Christopher Frye | Della Santos |
| Carlos Arce | Nancy McGuckin | Robert Santos |
| Heather Contrino | Sandra Rodriguez | |

## Rolf Jensen & Associates, Inc.

| | | |
|---|---|---|
| Ray Grill* | Tom Brown | Bob Keough |
| Ed Armm | Duane Johnson | Joseph Razz |

## Rosenwasser/Grossman Consulting Engineers, P.C.

Jacob Grossman*
Craig Leech
Arthur Seigel

## Science Applications International Corporation

| | | |
|---|---|---|
| John Eichner* | Pamela Curry | Mark Madara |
| Cheri Sawyer* | John DiMarzio | Walter Soverow |
| Lori Ackman | Heather Duvall | Paul Updike |
| Marina Bogatine | Mark Huffman | Yvonne Zagadou |
| Sydel Cavanaugh | Charlotte Johnson | |
| Kathleen Clark | Michael Kalmar | |

## Simpson Gumpertz & Heger Inc.

| | | |
|---|---|---|
| Mehdi Zarghamee* | Ron Hamburger | Wassim I. Naguib |
| Glenn Bell | Frank Kan | Rasko P. Ojdrovic |
| Said Bolourchi | Yasuo Kitane | Andrew T. Sarawit |
| Daniel W. Eggers | Atis Liepins | Pedro Sifre |
| Ömer O. Erbay | Michael Mudlock | |

## S. K. Ghosh Associates, Inc.

| | |
|---|---|
| S. K. Ghosh* | Dave Fanella |
| Analdo Derecho | Xumei Liang |

## Skidmore, Owings & Merrill, LLP

Bill Baker
Bob Sinn
John Zils

## Teng & Associates, Inc.

Shankar Nair

## Underwriters Laboratories, Inc.

| | | |
|---|---|---|
| Fred Hervey* | Mark Izydorek | William Joy |
| Joseph Treadway* | Aldo Jimenez | John Mammoser |

*NIST NCSTAR 1, WTC Investigation*

**University at Buffalo, The State University of New York**

Andrew Whitaker*

Andrei Reinhorn

Joshua Repp

**University of Chicago Survey Lab**

Virginia Bartot

Martha van Haitsma

**University of Colorado**

Dennis Mileti

**University of Michigan**

Jamie Abelson

**Wiss, Janney, Elstner Associates, Inc.**

Ray Tide*

Jim Hauck

Conrad Paulson

## COOPERATING ORGANIZATIONS

**American Airlines**

Desmond Barry

Morgan Heyer

**The Boeing Company**

Marlene Nelson

**Blanford Land Development Corporation**

Lisa Lickman

Ron Lickman

John Sandy

**Carr Futures, Inc.**

David Mangold

**City of New York Fire Department**

Alexandra Fisher

Allen S. Hay

**Federal Bureau of Investigation**

Kenneth Marr

**Hugo Neu Schnitzer East**

Robert Kelman

Steve Shinn

Frank Manzo

**Laclede Steel**

David McGee

**Marsh & McLennan Companies**

Thomas Gress

Michael Lyons

**Metal Management Northeast, Inc.**

Michael Henderson

Alan Ratner

John Silva

**National Commission on Terrorist Attacks Upon the United States**

Madeline Blot

Sam M. W. Casperson

George L. Delgrosso

Daniel Marcus

James Miller

Catherine S. Taylor

**New York City Law Department**

Lawrence S. Kahn

Jay L. Cohen

Gary Shaffer

Rachel Relkin

Joanna Weiss

George C. D. Duke

Katherine Winningham

Jessie Levine

**New York City Police Department**

Michael F. Healey

**The Port Authority of New York and New Jersey**

James Begley

Saroj Bhol

Gerry Gaeta

Jeffrey Gertier

Frank Lombardi

Alan Reiss

Nancy Seliga

**Siemens**

Steven Shamash

John Farrington

Robert Salamone

**Silverstein Properties**

**Simpson, Thacher & Bartlett LLP**

Jamie Gamble

**Structural Engineers Association of New York**

Ed DiPaolo

**Wachtell, Lipton, Rosen & Katz**

Marc Wolinsky

Andrew Cheung

**United Air Lines**

John Midgett

Norvis Huezo

**Williams & Connolly LLP**

Philip Sechler

---

*Principal Investigator/Key Contact

x

*NIST NCSTAR 1, WTC Investigation*