SCANNED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. JUDY WOOD on behalf §
of the UNITED STATES OF AMERICA §
§
                    Plaintiff, §
§
vs. §
§
APPLIED RESEARCH ASSOCIATES, §
INC.; SCIENCE APPLICATIONS §        Case No. 07CV3314 (GBD)
INTERNATIONAL CORP.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES §        MOTION TO ADMIT
ASSOCIATES, INC.; AJMAL ABBASI; §       COUNSEL PRO HAC VICE
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
§
                 Defendants. §

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Adam S. Ennis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of :

{V0000277.1}

Gail D. Zirkelbach
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:   303-390-0003
Facsimile:   303-390-0177
Email:       gdzirkelbach@jacksonkelly.com

Gail D. Zirkelbach is a member in good standing of the Bar of the States of Colorado and California. There are no pending disciplinary proceedings against Gail D. Zirkelbach in any State or Federal court.

Dated: \_\_1\\2\_\_\\0\_8\_\_
City, State: Pittsburgh, PA

                                                Respectfully submitted,

                                                Adam S. Ennis
                                                SDNY Bar No. AE9468
                                                Jackson Kelly PLLC
                                                Three Gateway Center, Suite 1340
                                                Pittsburgh, PA 15222
                                                Telephone:   412-434-8804
                                                Facsimile:   412-434-8062

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid, on this 24th day of January, 2008 to the following counsel of record:

Jerry V. Leaphart
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
*Counsel for Relator*

Chad E. Sjoquist, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
*Counsel for Skidmore, Owings & Merrill, Llp*

Julie A. Kehrer

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>AFFIDAVIT OF ADAM S. ENNIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Adam S. Ennis, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Jackson Kelly PLLC, counsel for Defendant, Applied Research Associates, Inc., in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Gail D. Zirkelbach as counsel pro hac vice to represent Defendant Applied Research Associates, Inc. in this matter.

{V0000277.1}

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on April 15, 1991. I was also admitted to practice law in the Commonwealth of Pennsylvania on May 31, 1994. I was admitted to the bar of the United States District Court for the Southern District of New York in 1991, and am in good standing with this Court.

3. I have known Gail D. Zirkelbach since January 2007.

4. Gail D. Zirkelbach is an attorney at Jackson Kelly PLLC in Denver, Colorado.

5. I have found Gail D. Zirkelbach to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Gail D. Zirkelbach, pro hac vice.

7. I respectfully submit a proposed order granting the submission of Gail D. Zirkelbach, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gail D. Zirkelbach, pro hac vice, to represent Defendant Applied Research Associates, Inc. in the above captioned matter be granted.

Dated: 1/22/08
City, State: Pittsburgh, PA

Respectfully submitted,

_____
Adam S. Ennis
SDNY Bar No. AE9468

COMMONWEALTH OF PENNSYLVANIA  )
                              )
COUNTY OF ALLEGHENY           )

Subscribed and sworn to before me this 22nd day of January, 2008, by Adam S. Ennis.

_____
Notary Public

My Commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tracie S. Turoczy, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Sept. 27, 2011

Member, Pennsylvania Association of Notaries

{V0000277.1}

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV3314 (GBD)<br><br><br><br>**ORER TO ADMIT COUNSEL PRO HAC VICE** |

Upon the motion of Adam S. Ennis attorney for Applied Research Associates, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

{D0466176.1}                                                    6

      Gail D. Zirkelbach
      Jackson Kelly PLLC
      1099 18th Street, Suite 2150
      Denver, Colorado 80202
      Telephone:   303-390-0003
      Facsimile:    303-390-0177
      Email:         gdzirkelbach@jacksonkelly.com

is admitted to practice pro hac vice as counsel for Applied Research Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated: _____
City, State:  New York, NY


                                    _____
                                    United States District/Magistrate Judge



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### GAIL DEBRA ZIRKELBACH

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that GAIL DEBRA ZIRKELBACH was on the 3RD day of JANUARY 1996, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 10th day of JANUARY, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**GAIL DEBRA ZIRKELBACH**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **15th** day of **February** A.D. **2000** and that at the date hereof the said **GAIL DEBRA ZIRKELBACH** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **14th** day of **January** A.D. **2008**.

*Susan J. Festag*

Clerk