## WAIVER OF SERVICE OF SUMMONS

TO:   Gilsanz, Murray & Steficek LLP
      Attn: Legal Representative
      129 West 27th Street/5th Floor
      New York, NY 10002

I, _Jason Harrington, Esq._, on behalf of Gilsanz, Murray & Steficek LLP, acknowledge receipt of your request that I waive service of summons in the action of Dr. Judy Wood, plaintiff, against Applied Research Associates, Inc., et al, which is Case No. 07 CIV 3314 (GBD) filed in the United States District Court for the Southern District of New York.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (as representative of Gilsanz, Murray & Steficek LLP) be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Gilsanz, Murray & Steficek LLP if any answer or motion under Rule 12 is not served upon you within 60 days after December 27, 2007.

Dated: _2/5/08_

_____

Print/Type Name _Jason Harrington_

As _Attorney_
   Title

of _Gilsanz, Murray & Steficek LLP_
   Defendant's Name

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Address of signer

150 East 42nd Street

New York, NY 10017

(212) 490-3000 ext 2891