UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. JUDY WOOD on behalf of the                        :
UNITED STATES OF AMERICA,                             :      **Index No.:**
                                                      :      **07-CV-3314 (GBD)**
                      Plaintiff / Relator,    :
                                                      :
        - against -                                  :
                                                      :      **NOTICE OF APPEARANCE**
APPLIED RESEARCH ASSOCIATES, INC.;                    :
SCIENCE APPLICATIONS INTERNATIONAL                    :
CORP.; BOEING; NuSTATS; COMPUTER                      :
AIDED ENGINEERING ASSOCIATES, INC.;                   :
DATASOURCE, INC.; GEOSTAATS, INC.;                    :
GILSANZ MURRAY STEFICEK LLP;                          :
HUGHES ASSOCIATES, INC.; AJMAL                        :
ARBASI; EDUARDO KAUSEL; DAVID                         :
PARKS; DAVID SHARP; DANIELE                           :
VENEZANO; JOSEF VAN DYCK; KASPAR                      :
WILLIAM; ROLF JENSEN & ASSOCIATES,                    :
INC.; ROSENWASSER/GROSSMAN                            :
CONSULTING ENGINEERS, P.C.; SIMPSON                   :
GUMPERTZ & HEGER, INC.; S.K. GHOSH                    :
ASSOCIATES, INC.; SKIDMORE, OWINGS &                  :
MERRILL, LLP; TENG & ASSOCIATES, INC.;                :
UNDERWRITERS LABORATORIES, INC.;                      :
WILL, JANNEY, ELSTNER ASSOCIATES,                     :
INC.; AMERICAN AIRLINES; SILVERSTEIN                  :
PROPERTIES; and UNITED AIRLINES,                      :
                                                      :
                      Defendants.             :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Jason Harrington and Glenn Fuerth of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certifying that they are admitted to practice before this Court, hereby file this notice of appearance in the above-entitled action on behalf of Defendant GILSANZ MURRAY STEFICEK LLP, without waiver of its rights to assert any and all affirmative defenses, including jurisdictional defenses. All pleadings and papers in this action should be served upon the undersigned at the office and address stated below.

3113361.1

-2-

Dated: New York, New York
February 5, 2008

                                Yours etc.,

                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         By: <u>/s/ Jason Harrington</u>
                              Jason Harrington (JH7273)
                              Attorneys for Defendant
                              Gilsanz Murray Steficek
                              150 East 42nd Street
                              New York, NY 10017
                              (212) 490-3000 (p)
                              (212) 490-3038 (f)

To: All parties via ECF

3113361.1