UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DR. MORGAN REYNOLDS, on behalf of the
United States of America,

      -against-

SCIENCE APPLICATIONS
INTERNATIONAL CORP., et al.,

               Defendants.
------------------------------------------------------------x
DR. JUDY WOOD, on behalf of the
United States of America,

            Plaintiff.

      -against-

APPLIED RESEARCH ASSOCIATES, INC., et al.,
              Defendants.
------------------------------------------------------------x

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008
ORDER

07 CV 4612(GBD)

07 CV 3314(GBD)

GEORGE B. DANIELS, District Judge:

    The defendants' time to reply, and plaintiff Dr. Judy Wood's time to respond to the

pending motions to dismiss, is extended to February 29, 2008.

Dated: New York, New York
       February 4, 2008

                        SO ORDERED:

                        GEORGE B. DANIELS
                        United States District Judge