UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA §§§<br><br>Plaintiff, §§§<br><br>vs. §§<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>**HUGHES ASSOCIATES, INC's**<br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Declaration of John T. Morin, Esq. dated February 6, 2008, the exhibit thereto and all prior pleadings and proceedings in this case, the undersigned will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Rules 12(b)(1), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure dismissing the Complaint of Plaintiff/Realtor and granting Defendant Hughes Associates, Inc. such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       February 6, 2008

>                         **/s/ John T. Morin**
>                         John T. Morin (JM0390)
>                         Wormser, Kiely, Galef & Jacobs LLP
>                         825 Third Avenue
>                         New York, New York 10022
>                         Telephone: 212-687-4900
>                         Facsimile: 212-687-5703
>                         Email:     jtm@wkgj.com

L:\Litigation\3694.2 Wood v. Hughes\2.05.08 Declaration of Hughes Associates Incs Notice of Motion.doc