UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,

                      Plaintiff/Relator,

-against-

SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,

                      Defendants.

07 CIV 3314 (GBD)

**DEFENDANT ROLF JENSEN & ASSOCIATE'S RULE 7.1 DISCLOSURE STATEMENT**

---

    Defendant ROLF JENSEN & ASSOCIATES, INC. ("RJA"), by and through its attorneys, Hinshaw & Culbertson LLP, respectfully submits RJA's corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

    1.    RJA is not publicly held or traded.

2. No publicly held companies own ten percent (10%) or more of RJA's stock.

Dated: New York, New York
February 12, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
Philip Touitou (PT-4302)
Concepcion Montoya (CM-7147)

Attorneys for Defendants
WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200

TO: ALL COUNSEL ON SERVICE LIST

31026756v1 880267