UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD ON BEHALF OF THE UNITED
STATES OF AMERICA,

                        Plaintiff/Relator,

            -against-

SCIENCE APPLICATIONS INTERNATIONAL, CORP.;
APPLIED RESEARCH ASSOCIATES, INC.; BOEING;
NUSTATS; COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.; DATASOURCE, INC.;
GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK
LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI;
EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP;
DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES, INC.;
ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER,
INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE,
OWINGS & MERRILL, LLP; TENG & ASSOCIATES,
INC.; UNDERWRITNERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN PROPERTIES;
AND UNITED AIRLINES,

                        Defendants.

---

07 CIV 3314 (GBD)

**DEFENDANT WISS, JANNEY,
ELSTNER ASSOCIATES, INC.'S
RULE 7.1 DISCLOSURE
STATEMENT**

---

Defendant WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE"), by and through
its attorneys, Hinshaw & Culbertson LLP, respectfully submits WJE's corporate disclosure
statement pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

1.    WJE is not publicly held or traded.

2.    No publicly held companies own ten percent (10%) or more of WJE's stock.

Dated: New York, New York
       February 12, 2008

                              Respectfully submitted,

                              HINSHAW & CULBERTSON LLP

                              By: _____
                                    Philip Touitou (PT-4302)
                                    Concepcion Montoya (CM-7147)

                              Attorneys for Defendants
                              WISS, JANNEY, ELSTNER ASSOCIATES,
                              INC. and ROLF JENSEN & ASSOCIATES,
                              INC.
                              780 Third Avenue, 4th Floor
                              New York, NY 10017
                              (212) 471-6200


TO:    ALL COUNSEL ON SERVICE LIST

31026755v1 880267