UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD, on behalf of the UNITED STATES OF AMERICA,

                Plaintiff/Relator,

- against -

SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,

                Defendants.

**NOTICE OF APPEARANCE**

07-CV-3314 (GBD)

---

**PLEASE TAKE NOTICE,** that Philip Touitou and Concepcion A. Montoya, attorneys admitted to practice in the Southern District of New York, hereby enter their appearance as counsel for Defendants Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen Associates, Inc., without waiving any of their rights to assert any applicable affirmative defenses, including but not limited to, all jurisdictional defenses. All papers in this matter shall be sent to the address set

forth below.

Dated: New York, New York
February 12, 2008

HINSHAW & CULBERTSON LLP

By: ______________________________
Philip Touitou (PT -4302)
Concepcion A. Montoya (CM-7147)

Attorneys for Defendants
WISS, JANNEY, ELSTNER ASSOCIATES, INC.
and ROLF JENSEN ASSOCIATES, INC.
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

TO: ALL COUNSEL ON SERVICE LIST