# JERRY V. LEAPHART & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
8 West Street, Suite 203
Danbury, CT 06810

Tel: 203-825-6265

Facsimile 203-825-6256



VIA FACSIMILE (212) 805-6737

February 12, 2008

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*/s/ George B. Daniels*

FEB 13 2008

RE: Wood o/b/o the USA v. Applied Research Assoc., Inc., et al
    07 CIV 3314 (GBD)

Dear Judge Daniels:

This firm represents the plaintiff in the above cited matter. Pursuant to your Honor's Individual Practices, we request the Court's permission to submit a memorandum of law in opposition to defendants' motions to dismiss the complaint exceeding the page limitation by no more than 20 pages.

Respectfully,

*/s/ Jerry V. Leaphart*

Jerry V. Leaphart

CC: Edward B. Keidan, Esq. (312) 658-1201
    E. Leslie Hoffman, Esq. (304) 263-7110
    Remaining counsel via email