**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------- X

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

               Plaintiff / Realtor,

          vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

               Defendants.

-------------------------------------------------------------------------------- X

Civil Action
No. 07 CV 3314 (GBD)

**MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chad E. Sjoquist, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission, *pro hac vice*, of:

Applicant's Name:     Louis J. Dennis

Firm Name:            Zetlin & De Chiara LLP

Address:              801 Second Avenue

City/State/Zip:       New York, New York 10017

Telephone             (212) 682-6800

Fax:                  (212) 682-6861

Email address:        LDennis@ZDLaw.com

Louis J. Dennis is a member in good standing of the Bar of the State of California and is admitted to practice in the United States District Court for the Central District of California.

There are no pending disciplinary proceedings against Louis J. Dennis in any state or federal court.

Dated: February 7, 2008
       New York, New York

Respectfully submitted,

Chad E. Sjoquist
Bar No. CS 0142
Zetlin & De Chiara LLP
801 Second Avenue
New York, New York 10017
Telephone:     (212) 682-6800
Fax:           (212) 682-6861

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

February 1, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LOUIS JAY DENNIS, #157586 was admitted to the practice of law in this state by the Supreme Court of California on February 7, 1992; that from the date of admission to December 31, 2002, he was an ACTIVE member of the State Bar of California; that on December 31, 2002, he transferred at his request to the INACTIVE status; that from that date to July 3, 2006, he was an INACTIVE member of the State Bar of California; that on July 3, 2006, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent via U.S. mail, postage prepaid on this 8th day of February, 2008 to the following counsel of record:

Jerry V. Leaphart
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT  06810