## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. JUDY WOOD on behalf<br>of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES,<br>INC.; SCIENCE APPLICATIONS<br>INTERNATIONAL CORP.;<br>BOEING, NuSTATS; COMPUTER<br>AIDED ENGINEERING ASSOCIATES,<br>INC.; DATASOURCE, INC.;<br>GEOSTAATS, INC.; GILSANZ<br>MURRAY STEFICEK LLP; HUGHES<br>ASSOCIATES, INC.; AJMAL ABBASI;<br>EDUARDO KAUSEL; DAVID PARKS;<br>DAVID SHARP; DANIELE VENEZANO;<br>JOSEF VAN DYCK; KASPAR WILLIAM;<br>ROLF JENSEN & ASSOCIATES, INC.;<br>ROSENWASSER/GROSSMAN<br>CONSULTING ENGINEERS, P.C.;<br>SIMPSON GUMPERTZ & HEGER, INC.;<br>S. K. GHOSH ASSOCIATES, INC.;<br>SKIDMORE, OWINGS & MERRILL,<br>LLP; TENG & ASSOCIATES, INC.;<br>UNDERWRITERS LABORATORIES,<br>INC.; WISS, JANNEY, ELSTNER<br>ASSOCIATES, INC.; AMERICAN<br>AIRLINES; SILVERSTEIN PROPERTIES;<br>and UNITED AIRLINES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 07CV3314 (GBD)<br><br><br><br>**APPLIED RESEARCH ASSOCIATES, INC.'S<br>NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon Defendant Applied Research Associates, Inc.'s

Motion For Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, and all prior

pleadings and proceedings in this case, the undersigned will move this Court, before the

Honorable George B. Daniels, United States District Judge, at the United States Courthouse

located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for

{D0478841.1}

1

an order pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA issuing sanctions against

Plaintiff/Relator Dr. Judy Wood and her attorney Jerry V. Leaphart and such other and further

relief as the Court may deem just and proper.

Dated: January 23, 2008
      Denver, Colorado

Respectfully submitted,

s/ Wm. David Byassee
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:    aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0003
Facsimile:    303-390-0177
Email:    dbyassee@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2008, I served the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** via overnight Federal Express on:

Jerry V. Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT  06810
*Counsel for Relator*

s/ **Wm. David Byassee**
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:    412-434-8804
Facsimile:    412-434-8062
Email:         aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:    303-390-0003
Facsimile:    303-390-0177
Email:         dbyassee@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2008, I electronically filed the foregoing **APPLIED RESEARCH ASSOCIATES, INC.'S NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart
jsleaphart@cs.com
*Counsel for Relator*

Chad Everette Sjoquist
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill, LLP*

Philip C. Semprevivo
psemprevivo@bhmr.com
*Counsel for Underwriters Laboratories, Inc.*

Philip Touitou
ptouitou@hinshawlaw.com
*Counsel for Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen Associates, Inc.*

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

s/  **Wm. David Byassee**
Adam S. Ennis
SDNY Bar No.  AE9468
Jackson Kelly PLLC
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
Telephone:     412-434-8804
Facsimile:     412-434-8062
Email:           aennis@jacksonkelly.com

Wm. David Byassee, Esq.
(admitted *pro hac vice*)
Gail D. Zirkelbach, Esq.
(admitted *pro hac vice*)
Jackson Kelly PLLC

1099 18th Street, Suite 2150
Denver, Colorado 80202
Telephone:     303-390-0003
Facsimile:     303-390-0177
Email:         dbyassee@jacksonkelly.com
               gdzirkelbach@jacksonkelly.com

*Counsel for Applied Research Associates, Inc.*