UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>        Defendants. | Case No. 07CV3314 (GBD)<br><br>**AFFIDAVIT OF WM. DAVID BYASSEE IN SUPPORT OF APPLIED RESEARCH ASSOCIATES, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P.11 AND § 3730(d)(4) OF THE FCA** |

Wm. David Byassee, being duly sworn, hereby deposes and says as follows:

1.    I am a member of Jackson Kelly PLLC, attorneys of record for Defendant Applied Research Associates, Inc. in the captioned case.

2.    I am admitted *pro hac vice* in this matter.

3.    I submit this Affidavit in Support of Applied Research Associates, Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, solely to submit certain

1

documents for consideration by the Court, all of which are public records or otherwise publicly available.

4.      Attached as Exhibit A is a true and correct copy of the First Amended Complaint in Civil Action No.: 07-cv-3623 (VM), *Edward F. Haas v. Secretary*, United States District Court for the Southern District of New York, dated May 10, 2007.

5.      Attached as Exhibit B is a true and correct copy of the Scholars for 9/11 Truth Members Lists, available at http://twilightpines.com/index.php? option=com_content&task=view&id=37& Itemid=35.

6.      Attached as Exhibit C is a true and correct copy of the Scholars for 9/11 Truth: Who Are We? statement, available at http://twilightpines.com//index.php? option=com_content&task= view&id=36&Itemid=35.

Dated: January 23, 2008
Denver, Colorado

s/ Wm. David Byassee
Wm. David Byassee

STATE OF COLORADO           )
CITY AND COUNTY OF DENVER   )

Subscribed and sworn to before me this 23rd day of January 2008, by Wm. David Byassee.

s/ Robin Walker
Notary Public

My Commission expires:    4/4/09           [SEAL]