**Who Are We?** 



# Who Are We?

Full Members
Associate Members
Student Members
Society Associates
Join Us

*Scholars for 9/11 Truth* (S9/11T) is a non-partisan association of faculty, students, and scholars, in fields as diverse as history, science, military affairs, psychology, and philosophy, dedicated to exposing falsehoods and to revealing truths behind 9/11.

The members of *Scholars for 9/11 Truth* are encouraged to take an active role by devoting themselves to reporting the results of research on 9/11 to the nation and the world by means of lectures, articles, and other venues.

*Scholars for 9/11 Truth* members are convinced their research proves the current administration has been dishonest about what happened in New York and Washington, D.C.

These experts contend that books and articles by members and other associates have established that the World Trade Center was almost certainly brought down by controlled demolitions and that the available relevant evidence casts grave doubt on the government's official story about the attack on the Pentagon.

They believe that the government not only permitted 9/11 to occur but may even have orchestrated these events to facilitate its political agenda.

*Scholars for 9/11 Truth* encourages its members to vigorously express their concerns on this score through lectures, conferences, symposia, articles, and books as well as other access routes that publicize their findings.

Founded by professor Jim Fetzer, *Scholars for 9/11 Truth* is devoted to applying the principles of scientific reasoning to the available evidence, "letting the chips fall where they may".

Currently, *Scholars for 9/11 Truth* has four categories of members: full members (FM), who have or have had academic appointments or the professional equivalent; associate members (AM), who have backgrounds and interests relevant to 9/11 research; and student members (SM), who are concerned about these issues and want to pursue them. The special category of society associate (SA) exists for others who wish to publicly support the association.

Close Window

