UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA § § § § Plaintiff, § § § vs. § § § APPLIED RESEARCH ASSOCIATES, § INC.; SCIENCE APPLICATIONS § INTERNATIONAL CORP.; § BOEING, NuSTATS; COMPUTER § AIDED ENGINEERING ASSOCIATES, § INC.; DATASOURCE, INC.; § GEOSTAATS, INC.; GILSANZ § MURRAY STEFICEK LLP; HUGHES § ASSOCIATES, INC.; AJMAL ABBASI; § EDUARDO KAUSEL; DAVID PARKS; § DAVID SHARP; DANIELE VENEZANO; § JOSEF VAN DYCK; KASPAR WILLIAM; § ROLF JENSEN & ASSOCIATES, INC.; § ROSENWASSER/GROSSMAN § CONSULTING ENGINEERS, P.C.; § SIMPSON GUMPERTZ & HEGER, INC.; § S. K. GHOSH ASSOCIATES, INC.; § SKIDMORE, OWINGS & MERRILL, § LLP; TENG & ASSOCIATES, INC.; § UNDERWRITERS LABORATORIES, § INC.; WISS, JANNEY, ELSTNER § ASSOCIATES, INC.; AMERICAN § AIRLINES; SILVERSTEIN PROPERTIES; § and UNITED AIRLINES, § § Defendants. § | Case No. 07CV3314 (GBD) **AFFIDAVIT OF WM. DAVID BYASSEE IN SUPPORT OF APPLIED RESEARCH ASSOCIATES, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND § 3730(d)(4) OF THE FCA** |

Wm. David Byassee, being duly sworn, hereby deposes and says as follows:

1. I am a member of Jackson Kelly PLLC, attorneys of record for Defendant Applied Research Associates, Inc. in the captioned case.

2. I am admitted *pro hac vice* in this matter.

3. I submit this Affidavit in Support of Applied Research Associates, Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, solely to submit certain

documents for consideration by the Court, all of which are public records or otherwise publicly available.

4. Attached as Exhibit A is a true and correct copy of the First Amended Complaint in Civil Action No.: 07-cv-3623 (VM), *Edward F. Haas v. Secretary*, United States District Court for the Southern District of New York, dated May 10, 2007.

5. Attached as Exhibit B is a true and correct copy of the Scholars for 9/11 Truth Members Lists, available at http://twilightpines.com/index.php? option=com_content&task=view&id=37& Itemid=35.

6. Attached as Exhibit C is a true and correct copy of the Scholars for 9/11 Truth: Who Are We? statement, available at http://twilightpines.com//index.php? option=com_content&task= view&id=36&Itemid=35.

Dated: January 23, 2008
Denver, Colorado

s/ Wm. David Byassee
Wm. David Byassee

STATE OF COLORADO           )
CITY AND COUNTY OF DENVER   )

Subscribed and sworn to before me this 23rd day of January 2008, by Wm. David Byassee.

s/ Robin Walker
Notary Public

My Commission expires:  4/4/09


[SEAL]

2

{D0478844.1}