UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,

        Plaintiff/Relator,

   -against-

SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,

        Defendants.

---

07 CIV 3314 (GBD)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Philip Touitou, Esq. and the accompanying Memorandum of Law, defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. ("WJE") and ROLF JENSEN & ASSOCIATES, INC. ("RJA"), will move this Court, on a date and time determined by the Court, before the Honorable George B. Daniels in the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, to dismiss the Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b) for the reasons set forth in the motion papers submitted by co-defendant APPLIED RESEARCH ASSOCIATES, INC. which are adopted and incorporated herein, and for such other and further relief in favor of defendants WJE and RJA as the Court may deem just

- 2 -

and proper.

Dated: New York, New York
       February 15, 2008

                              Respectfully submitted,

                              HINSHAW & CULBERTSON LLP

                              By: _____
                                  Philip Touitou (PT- 4302)
                                  Concepcion A. Montoya (CM-7147)

                              Attorneys for Defendants
                              WISS, JANNEY, ELSTNER ASSOCIATES, INC.
                              and ROLF JENSEN & ASSOCIATES, INC.
                              780 Third Avenue, 4th Floor
                              New York, New York 10017
                              (212) 471-6200

TO:    ALL COUNSEL ON SERVICE LIST

31026782v1 880267