# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff / Realtor,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.

----------------------------------------------------------------- X

Civil Action
No. 07 CV 3314 (GBD)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __FEB 1 9 2008__

        Upon the motion of Chad E. Sjoquist, attorney for Skidmore, Owings & Merrill,
LLP and said sponsor attorney's affidavit in support,

## IT IS HEREBY ORDERED that:

    Applicant's Name:    Louis J. Dennis

    Firm Name:    Zetlin & De Chiara LLP

    Address:    801 Second Avenue

City/State/Zip:     New York, New York 10017

Telephone/Fax:   (212) 682-6800 / (212) 682-6861

Email address:    LDennis@ZDLaw.com

is admitted to practice *pro hac vice* for Defendant Skidmore, Owings & Merrill, LLP in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.courts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

*George B. Daniels*
United States District Court Judge

HONE GEORGE B. DANIELS