UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
DR. JUDY WOOD on behalf of the §
UNITED STATES OF AMERICA §
§
                        Plaintiff, §
§
vs. §
§
SCIENCE APPLICATIONS §
INTERNATIONAL CORP.; APPLIED §     Case No. 07CV3314
RESEARCH ASSOCIATES, INC.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES §     **NOTICE OF MOTION**
ASSOCIATES, INC.; AJMAL ABBASI; §
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
§
                     Defendants. §
------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Philip Semprevivo Esq. and the accompanying Memorandum of Law, defendant UNDERWRITERS

LABORATORIES, INC. ("UL") will move this Court, on a date and time determined by the Court, before the Honorable George B. Daniels in the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, to dismiss the Relator's Amended Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) for the reasons set forth in the motion papers submitted by co-defendant APPLIED RESEARCH ASSOCIATES, INC. which are adopted and incorporated herein, and for such other and further relief in favor of defendant UL as the Court may deem just and proper.

Dated: New York, New York
       February 20, 2008

                              Respectfully submitted,
                              **BIEDERMANN, REIF, HOENIG & RUFF, P.C.**

                              By: _____
                                  Philip C. Semprevivo, Jr. (PS 1526)
                              **Attorneys for Defendant**
                              Underwriters Laboratories, Inc.
                              570 Lexington Avenue, 16th Floor
                              New York, New York 10022
                              (212) 697-6555

TO:    ALL COUNSEL ON SERVICE LIST