UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
DR. JUDY WOOD on behalf of the §
UNITED STATES OF AMERICA §
 §
                    Plaintiff, §
 §
vs. §
 §
SCIENCE APPLICATIONS §
INTERNATIONAL CORP.; APPLIED § Case No. 07CV3314
RESEARCH ASSOCIATES, INC.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES § **DECLARATION OF PHILIP**
SSOCIATES, INC.; AJMAL ABBASI; § **SEMPREVIVO**
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
 §
                    Defendants. §
-------------------------------------------------------X

I, **PHILIP SEMPREVIVO**, an attorney duly admitted to the bar of this Court, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1. I am a member of Biedermann, Reif, Hoenig & Ruff, P.C., attorneys for defendants UNDERWRITERS LABORATORIES ("UL") in this lawsuit brought pursuant to the False Claims Act. I have reviewed the pleadings and our files in this matter and, based on our analysis of the same, I am familiar with the facts set forth herein.

2. I submit this declaration in support of defendants UL motion to dismiss the Complaint, pursuant to Rules 12(b)(1), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, by adopting and incorporating co-defendant Applied Research Associates, Inc.'s ("Applied Research") motion to dismiss on the same grounds.

3. Plaintiff filed the Amended Complaint (the "Complaint") on December 28, 2007 bringing claims pursuant to the False Claims Act. The Complaint alleges, in wholly conclusory manner, that defendants manipulated and provided false information to the United States Government during the investigation of the September 11, 2001 events conducted by National Institute of Standards and Technology ("NIST").

4. Defendant UL is a not-for-profit corporation in the State of Delaware, with its principal place of business located at 333 Pfingsten Road, Northbrook, Illinois. It engages in the examination and testing of representative samples of products, submitted to it by manufactures in order to determine whether the samples so submitted comply with Defendant, Underwriters Laboratories, Inc.'s applicable Standards and Requirements.

5. UL provided fire testing consulting services to the National Institute of Standards and Technology (NIST) in relation to NIST's building and fire safety investigation of the September 11, 2001 WTC disaster.

6. Plaintiff's Complaint fails to allege specific actions and/or omissions attributable to defendant UL.

7. UL adopts the arguments set forth in ARA's motion and supporting memorandum of law (the "ARA Motion") as they are equally applicable to UL and, thus, are incorporated herein by reference. UL also seeks the same relief requested in the ARA Motion upon the same grounds made therein, and further seeks an award of attorneys' fees and expenses due to the frivolous nature of Plaintiff/Relator's complaint.

8. In short, this action should be dismissed as against UL because (i) for the reasons outlined in Section II of the ARA Motion, this Court lacks subject matter jurisdiction over Relator's FCA claims; (ii) for the reasons outlined in Section III of the ARA Motion, Relator's Complaint fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6); and for the reasons set forth in Section IV of the ARA Motion, Relator's Complaint must be dismissed for failure to plead fraud with particularity pursuant to Fed. R. Civ. P. 9(b).

9. In addition, for the reasons outlined in Section V of the ARA Motion, Relator's claims should be dismissed as frivolous; and, for the reasons outlined in Section VI of the ARA Motion, attorneys' fees and expenses should be awarded to UL pursuant to 31 U.S.C. Section 3730(d)(4). As discussed more fervently in the ARA Motion, the Relator's Complaint lacks any merit in both fact and law. Clearly, Relator's Complaint has no chance of success as it is premised upon outlandish theories and baseless allegations.

**WHEREFORE,** for all the foregoing reasons, in addition to all of the arguments set forth in the ARA Motion, defendant Underwriters Laboratories, Inc. seeks an Order:

(A) dismissing the complaint of the Plaintiff/Relator with prejudice;

(B) awarding Underwriters Laboratories, Inc. Attorneys' fees and expenses; and

(C) granting such other relief as this Court deems just and proper.

Dated: New York, New York
       February 20, 2008

                                            Respectfully submitted,
                                            **BIEDERMANN, REIF, HOENIG & RUFF, P.C.**

                                            By: _____
                                                 Philip C. Semprevivo, Jr. (PS 1526)

                                            **Attorneys for Defendant**
                                            Underwriters Laboratories, Inc.
                                            570 Lexington Avenue, 16th Floor
                                            New York, New York 10022
                                            (212) 697-6555

TO:    ALL COUNSEL ON SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DR. JUDY WOOD on behalf of the §
UNITED STATES OF AMERICA §
 §
              Plaintiff, §
 §
vs. §
 §
SCIENCE APPLICATIONS §
INTERNATIONAL CORP.; APPLIED §   Case No. 07CV3314
RESEARCH ASSOCIATES, INC.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES §   **CERTIFICATE OF**
ASSOCIATES, INC.; AJMAL ABBASI; §   **SERVICE**
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
 §
              Defendants. §
-----------------------------------------------------------X

    The undersigned certifies that on February 20, 2008, a Notice of Motion to Dismiss the Complaint, Declaration of Philip Semprevivo in Support and Memorandum of Law were filed

electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
Attorney for Plaintiff
*Dr. Morgan Reynolds*

William David Byassee, Esq.
Jackson Kelly, PLLC
1099 18TH Street, Ste. 2150
Denver, CO 80202
Attorneys for Defendant
*Applied Research Associates, Inc.*

Wilson, Elser, Moskowitz, Edelman
  & Dicker
150 East 42nd Street
New York, NY 10017
Attorneys for Defendant
*GILSANZ MURRAY STEFICEK*

Philip Touitou, Esq.
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Floor
New York, NY 10017
Attorneys for Defendant
Wiss, Janney, Elstner Associates, Inc.
And Rolf Jensen & Associates, Inc.

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorneys for Defendant
*Skidmore, Owings & Merrill, LLP*

Jackson Kelly PLLC
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
Attorneys for Defendant
*Applied Research Associates, Inc.*

Jackson Kelly PLLC
310 West Burke Street
Martingsburg, WV 25401
E. Leslie Hoffman, III, Esq.
Attorneys for Defendant
*Applied Research Associates, Inc.*

Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Sean Thomas O'Leary, Esq.
Attorney for Defendant
*Hughes Associates, Inc.*

Donovan Hatem LLP
One Penn Plaza
250 W. 34th Street, Ste. 3324
New York, NY 10119
Attorneys for Defendants
*Simpson Gumphertz & Heger, Inc.
and Computer Aided Engineering
Associates, Inc.*

Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Attorneys for Defendants
*Simpson Gumphertz & Heger, Inc.
and Computer Aided Engineering
Associates, Inc.*

Conway & Mrowiec
20 South Clark Street, Ste. 1000
Chicago, IL 60603
(312) 658-1100
(312) 658-1201 (fax)
ebk@cmcontractors.com
Attorneys for Defendant
*TENG & ASSOCIATES, INC.*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com
Attorneys for Defendant
*TENG & ASSOCIATES, INC.*

Dated: New York, New York
February 20, 2008

_____
Phil Semprevivo