UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA, <br><br> Plaintiff/Realtor, <br><br> vs. <br><br> APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP., BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC., DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, <br><br> Defendants. | Case No. 07-CV-3314 <br><br> **RULE 7.1 STATEMENT** |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Teng & Associates, Inc. ("Teng"), by and through the undersigned and its attorneys, hereby certifies that Teng has no parent corporation and no corporation that owns more than 10% of its stock.

Dated: Chicago, Illinois

February 21, 2008

CONWAY & MROWIEC

By: _____
Edward B. Keidan
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
(312) 658-1100 Tel.
(312) 658-1201 Fax