UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff/Realtor,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP., BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.,
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

    Defendants.

---

Case No. 07-CV-3314

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Edward B. Keidan, Esq. and memorandum of law, defendant Teng & Associates, Inc. ("Teng") hereby adopts and joins for all purposes in the motion to dismiss submitted by co-defendant Skidmore, Owings & Merrill, LLP, which is incorporated herein, and which seeks to dismiss the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b).

60227412_1.DOC

Skidmore, Owings & Merrill, LLP filed its motion on January 21, 2008 (Docket Nos. 10, 11) and re-filed on January 28, 2008 (Docket Nos. 18-19). To best serve justice and avoid unnecessary and duplicative effort, time and expense to the Court and the parties, Teng adopts and joins in that motion in its entirety. For the reasons stated in that motion, Teng requests that this Court dismiss the Plaintiff's Complaint in its entirety as against Teng with prejudice, and further seeks an award of attorneys' fees and expenses.

WHEREFORE, Teng respectfully requests this Court permit Teng to join and adopt the motion to dismiss submitted by Skidmore, Owings & Merrill, LLP in its entirety; grant the relief requested in that motion including attorneys' fees and costs; and for such other and further relief in favor of defendant Teng & Associates, Inc. as this Court deems just and proper.

Dated: February 22, 2008
New York, New York

>          Respectfully submitted,
>
>          HUGHES HUBBARD & REED LLP
>
>          By: *(signature)*
>          David W. Wiltenburg, Esq.
>          Jeffrey S. Margolin, Esq.
>          One Battery Park Plaza
>          New York, NY 10004-1482
>          (212) 837-6000
>          Email: wilten@hugheshubbard.com
>                 Margolin@hugheshubbard.com
>
>          Counsel for Teng & Associates, Inc.

Of Counsel:
Edward B. Keidan, Esq. (*Pro Hac Vice* Admission Pending)
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, Illinois 60603
Phone: (312) 658-1100
Fax: (312) 658-1201