UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | |
|---|---|
| DR. JUDY WOOD on behalf of the<br>UNITED STATES OF AMERICA,<br><br>Plaintiff/Realtor,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.;<br>SCIENCE APPLICATIONS INTERNATIONAL<br>CORP., BOEING; NuSTATS; COMPUTER<br>AIDED ENGINEERING ASSOCIATES, INC.,<br>DATASOURCE, INC.; GEOSTAATS, INC.;<br>GILSANZ MURRAY STEFICEK LLP;<br>HUGHES ASSOCIATES, INC.; AJMAL<br>ABBASI; EDUARDO KAUSEL;<br>DAVID PARKS; DAVID SHARP; DANIELE<br>VENEZANO; JOSEF VAN DYCK; KASPAR<br>WILLIAM; ROLF JENSEN & ASSOCIATES,<br>INC; ROSENWASSER/GROSSMAN CONSULTING<br>ENGINEERS, P.C.; SIMPSON GUMPERTZ &<br>HEGER, INC.; S.K. GHOSH ASSOCIATES,<br>INC.; SKIDMORE, OWINGS & MERRILL,<br>LLP; TENG & ASSOCIATES, INC.;<br>UNDERWRITERS LABORATORIES, INC.;<br>WISS, JANNEY, ELSTNER ASSOCIATES,<br>INC.; AMERICAN AIRLINES; SILVERSTEIN<br>PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07-CV-3314 |

------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 22nd day of February, 2008, I did cause to be served via Federal Express a true and correct copies of Teng & Associates, Inc.'s Notice of Motion to Dismiss and accompanying Memorandum of Law and Declaration of Edward B. Keidan, Esq., in the above-referenced matter on:

Jerry Vincent Leaphart
Jerry Vincent Leaphart & Associates, P.C.
8 West Street, Suite 203
Danbury, Connecticut 06810
Tel. (203) 825-6265
Fax (203) 825-6256
*Attorneys for Plaintiff*


and via U.S. First-Class Mail on the attached Service List.

I further certify under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
February 22, 2008

_____
Jeffrey S. Margolin

# SERVICE LIST
Reynolds v. Applied Research Associates, Inc. et al
Case # 1:07-cv-03314-GBD

William David Byassee
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
Tel. (303) 390-0003
Fax (303) 390-0177
***Attorneys for Applied Research Associates, Inc.***

Gail Debra Zirkelbach
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, CO 80202
(303) 390-0003
Fax: (303) 390-0177
***Attorneys for Applied Research Associates, Inc.***

Jason Andrew Harrington
Shelowitz Broder LLP
11 Penn Plaza
5th Floor
New York, NY 10001
Tel (212) 490-3000
Fax (212) 490-3038
***Attorneys for Gilsanz Murray Steficek, LLP***

Philip Carmine Semprevivo
Biedermann, Hoenig, Massamillo & Ruff
540 Lexington Avenue
New York, NY 10022
Tel (212) 634-5066
Fax (212) 986-3509
***Attorneys for Underwriters Laboratories, Inc.***

Adam S. Ennis
Law Offices of Richard A. Dienst
233 Broadway, Suite 1800
New York, NY 10279
Tel. (412)-434-8804
Fax (412)-434-8062
***Attorneys for Applied Research Associates, Inc.***

Louis J. Dennis
Zetlin & De Chiara LLP
801 Second Avenue
New York, NY 10017
Tel. (212) 682-6800
Fax (212) 682-6861
***Attorneys for Skidmore, Owings & Merrill, LLP***

John T. Morin
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Tel (212) 573-0635
Fax (212) 687-5703
***Attorneys for Hughes Associates, Inc.***

Chad Everette Sjoquist
Zetlin & De Chiara, LLP (NYC)
801 Second Avenue
New York, NY 10017
Tel (212) 682-6800
Fax (212) 682-6861
***Attorneys for Skidmore, Owings & Merill, LLP***

60227426_1.DOC

Philip Touitou
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Tel (212) 471-6211
Fax (212) 935-1166
*Attorneys for Rolf Jensen & Associates, Inc.*