UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 07CV3314<br><br>**RULE 7.1 STATEMENT** |

Pursuant to 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant, UNDERWRITERS LABORATORIES, INC., by its attorneys Biedermann,

Reif, Hoeing & Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which are publicly held: None.

Dated: New York, New York
       February 25, 2008

                                             **BIEDERMANN, REIF, HOENING & RUFF, P.C.**

                                             By: _____
                                                   Philip C. Semprevivo (PS1526)

                                            570 Lexington Avenue
                                            New York, New York 10022
                                            (212) 697-6555

                                            *Attorneys for Defendant Underwriters*
                                            *Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February, 25, 2008, I electronically filed the foregoing **Rule 7.1 Statement** with the Clerk of Court using the CM/ECF system which will send notification of filing to the following e-mail addresses:

Jerry V. Leaphart, Esq.
jsleaphart@cs.com
*Counsel for Relator*

Chad Everette Sjoquist, Esq.
Louis J. Dennis, Esq.
ldennis@zdlaw.com
csjoquist@zdlaw.com
*Counsel for Skidmore, Owings & Merrill LLP*

David M. Pollack, Esq.
dpollack@donovanhatem.com
*Counsel for Simpson, Gumpertz & Heger, Inc. and Computer Aided Engineering Associates, Inc.*

Gail D. Zirkelbach, Esq.
Adam S. Ennis, Esq.
William David Byassee, Esq.
E. Leslie Hoffman, III, Esq.
gdzirkelbach@jacksonkelly.com
aennis@jacksonkelly.com
phoffman@jacksonkelly.com
*Attorneys for Applied Research Associates, Inc.*

Philip Touitou, Esq.
ptouitou@hinshawlaw.com
*Attorney for Wise, Janney, Elstner Associates, Inc. Rolf Jensen Associates, Inc., and Teng & Associates, Inc.*

Jeffrey Steven Margolin, Esq.
margolin@hughesbubbard.com
*Attorney for Teng & Associates, Inc.*

27

Dina R. Jansenson, Esq.
djansenson@fzw.com
service@fzw.com

Sean Thomas O'Leary, Esq.
John T. Morin, Esq.
solearly@wkgj.com
jtm@wkgj.com
*Attorneys for Hughes Associates, Inc.*

Jason Andrew Harrington, Esq.
Jason.harrington@wilsonelser.com
*Attorneys for Gilsanz Murray Steficek, LLP*

Renee C. Choy, Esq.
Kevin R. Sido, Esq.
rchoy@hinshawlaw.com
ksido@hinshawlaw.com

Edward B. Keidan
ebk@cmcontractors.com

And I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following: None.

Dated: February 25, 2008

                      BIEDERMANN, REIFF, HOENIG & RUFF, P.C.

                      By: _____
                            Philip C. Semprevivo (PS1526)

                      570 Lexington Avenue
                      New York, New York 10022
                      (212) 697-6555
                      psemprevivo@brhr.com
                      *Attorneys for Defendant Underwriters Laboratories, Inc.*