UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JUDY WOOD on behalf of the :
UNITED STATES OF AMERICA, :
 :
      Plaintiff/Realtor, :
 : Case No. 07-CV-3314
vs. :
 :
APPLIED RESEARCH ASSOCIATES, INC.; :
SCIENCE APPLICATIONS INTERNATIONAL :
CORP., BOEING; NuSTATS; COMPUTER :
AIDED ENGINEERING ASSOCIATES, INC., :
DATASOURCE, INC.; GEOSTAATS, INC.; :
GILSANZ MURRAY STEFICEK LLP; :
HUGHES ASSOCIATES, INC.; AJMAL :
ABBASI; EDUARDO KAUSEL; :
DAVID PARKS; DAVID SHARP; DANIELE :
VENEZANO; JOSEF VAN DYCK; KASPAR :
WILLIAM; ROLF JENSEN & ASSOCIATES, :
INC; ROSENWASSER/GROSSMAN CONSULTING :
ENGINEERS, P.C.; SIMPSON GUMPERTZ & :
HEGER, INC.; S.K. GHOSH ASSOCIATES, :
INC.; SKIDMORE, OWINGS & MERRILL, :
LLP; TENG & ASSOCIATES, INC.; :
UNDERWRITERS LABORATORIES, INC.; :
WISS, JANNEY, ELSTNER ASSOCIATES, :
INC.; AMERICAN AIRLINES; SILVERSTEIN :
PROPERTIES; and UNITED AIRLINES, :
 :
      Defendants. :

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, Jeffrey S. Margolin, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of: Edward B. Keidan, Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois, 60603, Tel. 312-658-

60225847_1.DOC

1100, Fax. 312-658-1201; to represent defendant Teng & Associates, Inc. in this matter.

Mr. Keidan is a member in good standing of the Bar of the State of Illinois. There are no disciplinary proceedings against Mr. Keidan in any Court. The Affidavit of Jeffrey S. Margolin is attached hereto.

A proposed Order granting the admission of Edward B. Keidan pro hac vice is attached hereto.

WHEREFORE, it is requested that the motion to admit Edward B. Keidan pro hac vice, to represent Teng & Associates, Inc. in the above case be granted.

Dated: February 20, 2008
New York, New York

          Respectfully submitted,

          HUGHES HUBBARD & REED LLP

By: *[signature]*
          Jeffrey S. Margolin, Esq.
          One Battery Park Plaza
          New York, NY 10004-1482
          (212) 837-6000
          Email: margolin@hugheshubbard.com

          Counsel for Teng & Associates, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA, : : : Plaintiff/Realtor, : : vs. : : APPLIED RESEARCH ASSOCIATES, INC.; : SCIENCE APPLICATIONS INTERNATIONAL : CORP., BOEING; NuSTATS; COMPUTER : AIDED ENGINEERING ASSOCIATES, INC., : DATASOURCE, INC.; GEOSTAATS, INC.; : GILSANZ MURRAY STEFICEK LLP; : HUGHES ASSOCIATES, INC.; AJMAL : ABBASI; EDUARDO KAUSEL; : DAVID PARKS; DAVID SHARP; DANIELE : VENEZANO; JOSEF VAN DYCK; KASPAR : WILLIAM; ROLF JENSEN & ASSOCIATES, : INC; ROSENWASSER/GROSSMAN CONSULTING : ENGINEERS, P.C.; SIMPSON GUMPERTZ & : HEGER, INC.; S.K. GHOSH ASSOCIATES, : INC.; SKIDMORE, OWINGS & MERRILL, : LLP; TENG & ASSOCIATES, INC.; : UNDERWRITERS LABORATORIES, INC.; : WISS, JANNEY, ELSTNER ASSOCIATES, : INC.; AMERICAN AIRLINES; SILVERSTEIN : PROPERTIES; and UNITED AIRLINES, : : Defendants. : | Case No. 07-CV-3314 |

------------------------------------------------------------------------

**AFFIDAVIT OF JEFFREY S. MARGOLIN
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Jeffrey S. Margolin, being duly sworn, hereby deposes and states:

1.  I am an attorney at Hughes Hubbard & Reed LLP, counsel for defendant Teng & Associates. I am familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of the motion to admit Edward B.

Keidan as counsel pro hac vice to represent Teng & Associates, Inc. in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on March 21, 2003, and am in good standing with this Court.

3.  Edward B. Keidan is an attorney with Conway & Mrowiec in Chicago, Illinois. Mr. Keidan was admitted to practice law in the State of Illinois on November 9, 1995. A Certificate of Good Standing is attached hereto. Mr. Keidan was admitted to the bar of the United States District Court for the Northern District of Illinois in 1995 (and the Trial Bar on September 15, 1999), to the United States District Court for the District of Indiana in 2001, and to the United States Court of Appeals for the Seventh Circuit in 2001.

4.  I have found Edward Keidan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.  Accordingly, I am pleased to move for the admission of Edward B. Keidan, pro hac vice. A proposed order granting the admission of Edward B. Keidan pro hac vice is attached hereto.

Jeffrey S. Margolin

Subscribed and Sworn to
Before Me This 20th Day
of February 20, 2008

Notary Public, State of New York
No. 31-4636293
Qualified in New York County
Commission Expires August 31, 2010

2

60225847_1.DOC

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Edward Barrett Keidan
Conway & Mrowiec
20 South Clark, Suite 1000
Chicago, IL 60603-1825

Chicago
Thursday, February 14, 2008

In re: Edward Barrett Keidan
Admitted: 11/9/1995
Attorney No. 6229552

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:jpo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

   Plaintiff/Realtor,

vs.                     Case No. 07-CV-3314

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP., BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.,
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

   Defendants.

------------------------------------------------------------------------

## ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon written motion, it is hereby ordered that Edward B. Keidan, Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois 60603, Tel. (312) 658-1100, Fax (312) 658-1201, is admitted to practice pro hac vice as counsel for Teng & Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

60225847_1.DOC

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

_____
United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
DR. JUDY WOOD on behalf of the            :
UNITED STATES OF AMERICA,                 :
                                                                         :
        Plaintiff/Realtor,                       :
                                                                         :      Case No. 07-CV-3314
vs.                                                                          :

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP., BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.,
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.
-------------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I, Jeffrey S. Margolin, do hereby certify that I am over the age of 18 and not a party to this action and that on the 20th day of February, 2008, I did cause to be served via Federal Express a true and correct copy of the Motion to Admit Counsel Pro Hac Vice of Edward B. Keidan in the above-referenced matter on

Jerry Vincent Leaphart
Jerry Vincent Leaphart & Associates, P.C.
8 West Street, Suite 203
Danbury, Connecticut 06810
Tel. (203) 825-6265
Fax (203) 825-6256
*Attorneys for Plaintiff*

and via U.S. First-Class Mail on the attached Service List.

    I further certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 20, 2008

                                                      Jeffrey S. Margolin

## SERVICE LIST
Reynolds v. Applied Research Associates, Inc. et al
Case # 1:07-cv-03314-GBD

William David B yassee
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
Tel. (303) 390-0003
Fax (303) 390-0177
*Attorneys for Applied Research Associates, Inc.*

Adam S. Ennis
Law Offices of Richard A. Dienst
233 Broadway, Suite 1800
New York, NY 10279
Tel. (412)-434-8804
Fax (412)-434-8062
*Attorneys for Applied Research Associates, Inc.*

Gail Debra Zirkelbach
Jackson Kelly PLLC
1099 18th Street
Suite 2150
Denver, CO 80202
(303) 390-0003
Fax: (303) 390-0177
*Attorneys for Applied Research Associates, Inc.*

Louis J. Dennis
Zetlin & De Chiara LLP
801 Second Avenue
New York, NY 10017
Tel. (212) 682-6800
Fax (212) 682-6861
*Attorneys for Skidmore, Owings & Merrill, LLP*

Jason Andrew Harrington
Shelowitz Broder LLP
11 Penn Plaza
5th Floor
New York, NY 10001
Tel (212) 490-3000
Fax (212) 490-3038
*Attorneys for Gilsanz Murray Steficek, LLP*

John T. Morin
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Tel (212) 573-0635
Fax (212) 687-5703
*Attorneys for Hughes Associates, Inc.*

Philip Carmine Semprevivo
Biedermann, Hoenig, Massamillo & Ruff
540 Lexington Avenue
New York, NY 10022
Tel (212) 634-5066
Fax (212) 986-3509
*Attorneys for Underwriters Laboratories, Inc.*

Chad Everette Sjoquist
Zetlin & De Chiara, LLP (NYC)
801 Second Avenue
New York, NY 10017
Tel (212) 682-6800
Fax (212) 682-6861
*Attorneys for Skidmore, Owings & Merill, LLP*

Philip Touitou
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Tel (212) 471-6211
Fax (212) 935-1166
***Attorneys for Rolf Jensen & Associates, Inc.***