UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----------------------------------------------------------------

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff/Realtor,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP., BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.,
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.

----------------------------------------------------------------

Case No. 07-CV-3314

## ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon written motion, it is hereby ordered that Edward B. Keidan, Conway & Mrowiec, 20 South Clark Street, Suite 1000, Chicago, Illinois 60603, Tel. (312) 658-1100, Fax (312) 658-1201, is admitted to practice pro hac vice as counsel for Teng & Associates, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

60225847_1.DOC

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____ FEB 2 7 2008

                                                            *[signature]*
                                    United States District / Magistrate Judge
                                    HON. GEORGE B. DANIELS