**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff/Relator,

vs.

SCIENCE APPLICATIONS INTERNATIONAL
CORP.; APPLIED RESEARCH ASSOCIATES INC.;
BOEING; NuSTATS; COMPUTER AIDED
ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP; HUGHES
ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO
KAUSEL; DAVID PARKS; DAVIS SHARP;
DANIELE VENEZANO; JOSEF VAN DYCK;
KASPAR WILLIAM; ROLF JENSEN &
ASSOCIATES, INC.; ROSENWASSER/GROSSMAN
CONSULTING ENGINEERS, P.C.; SIMPSON
GUMPERTZ & HEGER, INC.; S.K. GHOSH
ASSOCIATES, INC.; SKIDMORE, OWINGS &
MERRILL, LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.; WISS,
JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.

**Case No. 07 CV 3314 (GBD)**

**NOTICE OF MOTION TO
DISMISS**

PLEASE TAKE NOTICE that, upon the attached affidavit of DAVID M.

POLLACK, attorney for the Defendants, Simpson Gumpertz & Heger, Inc. ("SGH") and

Computer Aided Engineering Associates, Inc. ("CAE"), and the Memorandum of Law In

Support Of Motion to Dismiss Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(6) and

12(h)(3), Defendants shall move this Court, before the Honorable George B. Daniels,

U.S.D.J., on a date and time to be determined by the Court, for an order dismissing the

*qui tam* Complaint filed by Dr. Judy Wood ("Wood") in its entirety, and with prejudice,

and for an award of attorney's fees and costs pursuant to 31 U.S.C. §3730(d)(4).


Dated:  New York, New York
        February 28, 2008


                                        Respectfully submitted,

                                        **SIMPSON GUMPERTZ & HEGER,**
                                        **INC. and COMPUTER AIDED**
                                        **ENGINEERING ASSOCIATES, INC.**

                                        By its attorneys,


                                        /s/ David M. Pollack
                                        David M. Pollack (DP6143)
                                        DONOVAN HATEM LLP
                                        One Penn Plaza
                                        250 W. 34th Street, Suite 3324
                                        New York, NY 10119
                                        (212) 244-3333

                                        David J. Hatem, P.C.
                                        William D. Gillis, Jr., Esq.
                                        Patricia B. Gary, Esq.
                                        DONOVAN HATEM LLP
                                        Two Seaport Lane
                                        Boston, MA 02210
                                        (617) 406-4500


01140956//25550.144