**JERRY V. LEAPHART**
Attorney-at-Law
8 WEST Street
Suite 203
DANBURY, CT 06810

P-203-8256265                                    F-203-825-6256


May 3, 2007

<u>Via Fedex and Facsimile</u>

**AFRL / DEO – PA**
**3550 Aberdeen Avenue S.E.**
**Kirtland Air Force Base, NM 87117-5776**
        Attn. Rich Garcia


**Dear Rich Garcia:**

This is in furtherance of the telephone conference between you, Dr. Judy Wood and I held on April 27th.  That conversation was in response to Dr. Wood's letter to Ms. Susan Thornton, dated April 7th that you indicated had been passed to you for reply to Dr. Wood.

The central query of the April 7th letter was whether or not certain demonstrated effects shown to exist in photographs of the destruction of the World Trade Center on 11 September 2001 were consistent with directed energy weapons having been used? We acknowledged the startling nature of the inquiry.  We did not expect an immediate answer; and, indeed, no immediate answer was given.

In our thirty (30) minute conversation of April 27th, the issue was plainly left open with neither a definitive 'yes' nor definitive 'no' answer to the query having been given. Instead, the possibilities were discussed and left at that.

Both Dr. Wood and I greatly appreciated the opportunity to discuss directed energy weaponry and their effects in conjunction with the theory that the World Trade Center complex (WTC) was destroyed, in whole or in part, by such weapons.

The photographic, videographic, seismographic and atmospheric data all lend support to the hypothesis.  Currently, Dr. Wood is assessing lethality information that is in the public domain.

She is aware that ablation of steel, molecular dissociation and the creation of perpendicular holes, all as seen below, are consistent with DEW.

**STEEL-TO-DUST:**



**Figure 1**



**Figure 2**



**Figure 3**



**Figure 4**



**Figure 5**



**Figure 6**



**Figure 7**



**Figure 8**

**All the above (pgs. 2 – 5) depict steel being visibly turned to dust**

5

**CRUMPLED BEAMS:**



**Figure 9**



**Figure 10**



Figure 6-10 Area of collapsed floor slab in bays between C-8, E-8, C-7, and E-7, from the 15th floor.

**Figure 11**

**Each of the above depict crumpled beams**

6

**PERPENDICULAR CYLINDRICAL AND GEOMETRICAL HOLES:**



**Figure 12**



**Figure 13**



**Figure 14**



**Figure 15**



**Figure 16**

**All of the above (pgs 7 – 9) demonstrate perpendicular, regularized holes**

## PAPER DID NOT BURN:



**Figure 17**

**Unburned paper**

**INSTANTANEOUS PULVERIZATION OF STEEL OF CONCRETE AND MORE:**



**Figure 18**   Utter annihilation, caused by DEW?

**Dr. Wood relies on information available at the website of and through publications of the Directed Energy Professional Society in support of the ablation and other effects mentioned above.**

**Another way of assessing this matter is the timing of the destructive interval; <10 seconds.  This claim is supported in the first instance by the video of the event and by the official governmental reports.  What can be seen and what the reporting agencies have all uniformly concluded is that the destructive interval was approximately 10 seconds for WTC2 and less than <9 seconds for WTC 1.  As to the latter, the timing was faster than that of free-fall in a vacuum from the height of the tower.  That is all but inexplicable, absent directed energy weaponry because there were simply too many completely undamaged floors for none of them to have created some resistance.  Faster than free-fall in a vacuum is simply untenable.**
**Below is the seismic data that Dr. Wood further relies on in confirmation of the timing issue:**

**SEISMIC DATA:**



**Figure 19**



**Figure 20**

11



**Figure 21**

**Eyewitnesses also report phenomena consistent with DEW; including, by way of example, steel bars disappearing; and, more ominously, people disappearing. They also report hearing sound that is frequently described (by multiple witnesses) as that of a high pitched "jet engine." They also experienced what was described alternatively as high winds and/or hurricane force winds.**

**The Space Shuttle sent back photographs showing the extent to which the process of destruction resulted in the creation of a very high plume of particulate matter that Dr. Wood refers to, colloquially, as "dustification," as seen here:**

**DUSTIFICATION SEEN FROM SPACE SHUTTLE:**



**Figure 22**

**On behalf of Dr. Wood, I would appreciate an opportunity to present other of the rather voluminous data that Dr. Wood has compiled and/or invite you and appropriate representatives of the Air Force Research Lab, Directed Energy Directorate, to 'surf' Dr. Wood's website where a significant portion of data has been compiled and laid out in explanatory categories.**

**That website is:**

**http://janedoe0911.tripod.com**

**Upon doing so, I think you and your colleagues may well wish to have further discussions with us.**


**Respectfully,**


**Jerry V. Leaphart**

13

## Epilogue:

**Picture of Edna Cintron as she stood in the epicenter of where a jetliner is said to have crashed into WTC 1:**



**Figure 23**



**Figure 24**

14



**Figure 25**

**The perpendicular holes are found in several buildings and in the streets.**