# FAX COVER SHEET



## To: Jerry V. Leaphart

### Attorney-at-Law

Phone Number: (2030-825-6265
FAX Number: (203) 825-6256

### From:

Juventino R. "Rich" Garcia
Air Force Research Laboratory/DEO-PA
3550 Aberdeen Avenue SE
Kirtland AFB NM 87117-5776

Commercial (Voice): (505) 846-1911
FAX: (505) 846-0423

Number of Pages (including cover): 1
Date Sent: May 4 2007

**MESSAGE:** I received your fax yesterday and your FedEx package today, and had a chance to review the materials you sent. During our telephone conversation I outlined a variety of directed energies that might have future weapons applications but I'm not aware of any that are mature enough to cause the damage at the World Trade Center. Lasers are the most likely candidates for nearer-term weapons use and, to that end, we have conducted laboratory tests to evaluate the effects of laser energy on different materials. For the most part, those materials have been metals, not concrete structures. Effects on metals are from the heat generated by an intense beam of coherent light, which cause the metals to weaken and split. Given sufficient heat, metals would melt (become liquids) and, given significantly more heat, could turn to gases. Since we haven't tested concrete I don't know if the effect would be dust. You report phenomena that we cannot explain here, either because we don't have enough data or because the phenomena are not within our area of expertise. While on a personal level I may find Dr Wood's investigation interesting and worthy of further consideration, on a professional level we are unable to devote our limited resources to activities outside of our charter. I wish you success in your endeavor and am available to answer whatever directed energy questions may arise.

Respectfully,

JUVENTINO R. GARCIA
Director of Public Affairs
Directed Energy Directorate
Air Force Research Laboratory
Kirtland AFB, NM 87117-5776

**Reconstituted Text (With Graphic on Next Page)**

# FAX COVER SHEET



**To: Jerry V, Leaphart**
**Attorney-at-Law**
Phone Number. (2030-825-6265
FAX Number: (203) 825-6256

**From:**
Juventíno R. "Rich" Garcia
Air Force Research Laboratory/DEO-F A
3550 Aberdeen Avenue SE
Kirtland AFB NM 87117-5776
Commercial (Voice): (505) 846-1911
FAX: (505)846-0423
Number of Pages (including cover): 1
Date Sent May 4 2007

MESSAGE: I received your fax yesterday and your FedEx package today, and had a chance to review the materials you sent. During our telephone conversation I outlined a variety of directed energies that might have future weapons applications but I'm not aware of any that are mature enough to cause the damage at the World Trade Center. Lasers are the most likely candidates for nearer-term weapons use and, to that enc, we have conducted laboratory tests to evaluate the effects of laser energy on different materials. For the most part, those materials have been metals, not concrete structures. Effects on metals are from the heat generated by an intense beam of coherent light, which cause the metals to weaken and split. Given sufficient heat, metals would melt (become liquids) and, given significantly more heat, could turn to gases. Since we haven't tested concrete I don't know if the effect would be dust. You report phenomena that we cannot explain here, either because we don't have enough data or because the phenomena are not within our area of expertise. While on a personal level I may find Dr Wood's investigation interesting and worthy of further consideration, on a professional level we are unable to devote our limited resources to activities outside of our charter, I wish you success in your endeavor and am available to answer whatever directed energy questions may arise.

Respectfully,

JUVEISTTINO R GARCÍA
Director of Public Affairs
Directed Energy Directorate
Air Force Research Laboratory
Kirtland AFB, NM 87117-6776