

# DIRECTED ENERGY PROFESSIONAL SOCIETY

## *DEPS Sponsors*

DEPS is supported by its Sponsors, organizations that provide valuable institutional guidance and support. DEPS owes a great debt of gratitude to its Founding Sponsors as well as its current Sponsors. Note: These links take you outside the DEPS web site, and the content is beyond our control.

**Current DEPS Sponsors**

Gold Sponsors

- Boeing - Missile Defense Systems
- IONATRON, Inc.
- Lockheed Martin
- Northrop Grumman
- Raytheon
- Textron Systems Corporation

Silver Sponsors

- MZA Associates Corporation
- Nutronics
- the Optical Sciences Company
- Schafer Corporation
- Science Applications International Corp.

Sustaining Sponsors

- Applied Technology Associates
- Brashear, a Division of L-3 Communications
- Georgia Tech Research Institute
- Hamilton Sundstrand

Sponsors

- Adaptive Optics Associates, Inc.

**Founding Sponsors**

We thank our founding sponsors for their help in making DEPS a reality.

Gold Level Founding Sponsors

- Boeing - Airborne Laser Program
- Lockheed Martin
- Raytheon
- TRW

Silver Level Founding Sponsors

- Applied Research Associates, Inc.
- MZA Associates Corporation
- Mevatec Corporation
- the Optical Sciences Company
- SVS
- Schafer Corporation

Founding Sponsors

- The University of New Mexico