# Table Listing NYC "First Responder" Accounts Of FDNY and EMS Personnel With Redactions

Compiled by Andrew Johnson (ad.johnson@ntlworld.com) using a provisional list supplied by Dr. Judy Wood

**Feb 2008**

This list of accounts was downloaded from links on this page:

http://graphics8.nytimes.com/packages/html/nyregion/20050812_WTC_GRAPHIC/met_WTC_histories_full_01.html

Below, those accounts with any redacted portions are listed. In a few cases, it appears that only 1 or 2 names are redacted, to protect the identity of those people. In other cases, interesting segments are redacted and in additional cases, whole pages are redacted. Accounts with a significant amount of redaction are indicated in red. The "Notes" column indicates what is being discussed near the time of the redaction.

This document can be taken as "pointer" for further study, based on the notes and right hand two columns. The right most column indicates where witnesses appeared to be discussing something about a plane impact where the redaction is found.

**Totals: 102 Accounts with Redactions, 47 may merit further study, 4 of those are related accounts of the plane impact or debris.**

| Occupation | Acc No | Name | Page Nos | Notes | Of interest | Plane related |
|---|---|---|---|---|---|---|
| Paramedic (E.M.S.) | 9110004 | Delgado, Manuel | 18, 29 | 18 - Asking a cop to use a gun. 29 – talking about surviving or wishing he could save patients. | ✓ | |
| Paramedic (E.M.S.) | 9110006 | Murphy, James | 7 | Talking about being with other EMTs and talking to a chief. | | |
| E.M.T. (E.M.S.) | 9110007 | McCorvey, Dulce | 10, 11 | 10 - Talking about plane impact near redaction. 11 - Talking about cops in hospital after redaction. | | |
| <span style="color:red">Assistant Commissioner (F.D.N.Y.)</span> | <span style="color:red">9110008</span> | <span style="color:red">Gregory, Stephen</span> | <span style="color:red">23, 24(all), 24</span> | <span style="color:red">Commissioner Gregory's closing comments redacted</span> | | |
| Paramedic (E.M.S.) | 9110010 | Mulqueen, Tracey | 12-14 | Page 14 she is describing seeing people – presumably in a bad state. | | |
| E.M.T. D. (E.M.S.) | 9110025 | Erdy, Richard | 3, 14 | 3 – Talking about route taken. 14 - Talking | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | about cars. | | |
| E.M.T. (E.M.S.) | 9110027 | Lim, Justin | 10 | 10 - talking about Hospital communications | | |
| E. | 9110048 | Ondrovic | 9, 12, 13, | | | |
| Paramedic (E.M.S.) | 9110056 | Burbano, George | 11 | 11 - Referring to talking to his wife | | |
| Paramedic (E.M.S.) | 9110057 | Harris, Mark | 15, 16 | 15 - Asked about his vision, 16-Talking about sleeping at night | | |
| E.M.T. (E.M.S.) | 9110059 | Longo, Valerie | 6, 7 | Talking about equipment in ambulance. | | |
| E.M.T. (E.M.S.) | 9110060 | Hess, Stephen | 6, 10, 11 | 6 - Talking about his injured partner, 10-11 - talking about remembering things/people | | |
| Civilian (E.M.S.) | 9110062 | Asaeda, Glen | 17, 18, 24 | 17,18 - Referring to sounds near time of collapse of 2nd tower. 24-Referring to wife | ✓ | |
| Battalion Chief (F.D.N.Y.) | 9110064 | Derubbio, Dominick | 2 | 2-Referring to coming in late. | | |
| Lieutenant (E.M.S.) | 9110075 | Davila, Rene | 14, 15, 17, 25-26, 31, 32, 34, 38-39, 40-41, 42-50 | 14-15 - Talking about another lieutenant. 17 - Protecting someone else's identity, 25 - calling his wife, then referring to coming out of building 2. 31-Talkiing about false pride. 32, talking about being in a shop, giving out water. 34 - talking about colleagues. 38-39 - moving towards west and chambers. 40-41 - talking about Kowalcyzk. 42-50 - closing comments. | ✓ | |
| Captain (E.M.S.) | 9110076 | Stone, Mark | 20 | Talking about a firefighter and a policeman going missing. | | |
| E.M.T. (E.M.S.) | 9110078 | McMillan, Mary | 5 | 5-Trying to get out of the building. | | |
| Firefighter (F.D.N.Y.) | 9110084 | Guidetti, Peter | 12, 14, 15, 16, 17, 30-31 | 12-Exodus from Manhattan, 14,15- talking about his experiences back at HQ - talking about experience on next day. 30-31 Talking about being on light duty during time at WTC | ✓ | |
| Lieutenant (E.M.S.) | 9110086 | Medjuck, Bruce | 16 | Protecting someone's identity. | | |
| Chief (E.M.S.) | 9110095 | Kowalczyk, Walter | 9, 19, .20, 21, 22 | 9-Discussing Building collapses. 19-Discussing days after 9-11. 20 - talking about resulting loss of life in his community. 21-22 - General feelings | ✓ | |
| E.M.T. (E.M.S.) | 9110097 | Ritorto, Chad | 13-14 | Talking about going to liberty island with a fellow lieutenant. | | |
| Paramedic (E.M.S.) | 9110101 | Sweeting, Neil | 24 | Talking about his new position at work | | |

- 2 -

| Rank | ID | Name | Pages | Description | ✓ | |
|---|---|---|---|---|---|---|
| Division Commander (E.M.S.) | 9110102 | Pascale, Fran | 19 | Talking about going back to the site | | |
| Paramedic (E.M.S.) | 9110103 | Cook, Louis | 22 | Talking about waiting with someone who was having chest pains. | ✓ | |
| Lieutenant (E.M.S.) | 9110120 | Maggiore, Dominick | 8-9, | 8-9 Talking about going home after 60 hours at the site. | | |
| E.M.T. (E.M.S.) | 9110123 | Marquez, Vincent | 8 | Describing how there was no one to save. | ✓ | |
| E.M.T. (E.M.S.) | 9110128 | Sanchez, Luis | 10 | Talking about keeping himself calm | | |
| E.M.T. (E.M.S.) | 9110134 | Blacksberg, David | 8 | Talking about vehicles that had arrived and people he had got the names of. | | |
| E.M.T. (E.M.S.) | 9110136 | Smith, Briam | 31, 56, 60, 64-67 | 31-Talking about his feelings of what might happen. 56-Talking about a guy he ended up with. 61 - talking about taking someone to a certain hospital. 64-67 - talking about being taken to hospital | ✓ | |
| Deputy Chief (F.D.N.Y.) | 9110137 | Blaich, Charles | 2, 6 | 2-Talking about initial events and his brother ringing him. 6- talking about people moving around. | ✓ | |
| Fire Marshall (F.D.N.Y.) | 9110141 | Mosiello, Steven | 26, 28, 29, 30 | Talking about a victim. 28 - Talking about going to see a victim's wife 29-Coming back to work. 30 - talking about towing a car | ✓ | |
| Deputy Assistant Chief (F.D.N.Y.) | 9110142 | Turi, Albert | 24, 25 | 24-Talking about firefighters searching rubble pile. 25-Talking about victim | ✓ | |
| Lieutenant (F.D.N.Y.) | 9110143 | Cahill, Michael | 26 | Protecting someone's identity | | |
| E.M.T. (E.M.S.) | 9110144 | Merced, Mery | 5, 6, 9, 19, 20, 21, 22 | 5-6-Talking about it being extraordinary event and how his peers were reacting. 8 - Protecting someone's identity. 9- talking about debris falling. 19 - talking favourably about support given following event and the aftermath. 20, 21 - talking about afterwards. 22-Protecting someone's identity | ✓ | |
| E.M.T. (E.M.S.) | 9110146 | Gattas, Immaculada | 14-16 | Talking about feelings following the event, also nature of the blast (P15) | ✓ | |
| Captain (F.D.N.Y.) | 9110150 | Goldbach, Ray | 2, 3, 8, 13, 16, 17, 20 | 2 - talking about emergency communications 3 - talked about seeing plane hole. 8 - Talking about evacuation of building 7. 13- Talking about contacting Police Academy. 16 - Talking about a victim 17 - Talking about building 7. 20 - talking | ✓ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | about a victim | | |
| E.M.T. (E.M.S.) | 9110151 | Loutsky, Alexander | 23-24 | Talking about difficulty sleeping | | |
| Lieutenant (E.M.S.) | 9110153 | Cacciola, Grace | 10-11 | Talking about rescuing someone from a hole? | ✓ | |
| E.M.T. (E.M.S.) | 9110157 | Broderick, Richard | 15-16 | Talking about a victim. | | |
| E.M.T. (E.M.S.) | 9110173 | Jacobs, Veronica | 13 | Talking about his reaction to the building collapse. 14 - Closing Comments | ✓ | |
| E.M.T. (E.M.S.) | 9110181 | Adams, Paul | 7 | Protecting a Captain's Name | | |
| E.M.T. (E.M.S.) | 9110188 | Siebuhr, Laura | 6-7, 13, 21 | 6-Talking about pentagon hit, then 2nd plane hit.7-talking about her unit.13 - talking about destruction.14 - talking about seeing her captain. 21 - closing comments. | | ✓ |
| Captain (E.M.S.) | 9110189 | Sickles, Howard | 25, 26 | 25-Talking about a victim. 26-Talking about staging - and helping a girl called Laura | | |
| Battalion Chief (F.D.N.Y.) | 9110208 | King, Stephen | 36 | Talking about not being able to recollect details of his account | | |
| Lieutenant (E.M.S.) | 9110214 | Moore, Roger | 8-9 | Talking about his injuries | | |
| Firefighter (F.D.N.Y.) | 9110222 | Massa, Vincent | 4 | Talking about a driver trapped in a rig | | |
| Lieutenant (F.D.N.Y.) | 9110223 | Smith, Warren | 35-37 | All redacted! Starts talking about survivors | ✓ | |
| Firefighter (F.D.N.Y.) | 9110246 | Smith, Thomas | 9 | Talking about jumpers? | | |
| Firefighter (F.D.N.Y.) | 9110255 | Heaney, Todd | 14 | Talking about his state of health/exhaustion on the day. | | |
| Firefighter (F.D.N.Y.) | 9110258 | Palmieri, Vincent | 14 | Talking about Chief Nigro & Chief Pfeifer | | |
| Firefighter (F.D.N.Y.) | 9110260 | Sterling, Daniel | 8 | Talking about meeting someone on 37th floor | | |
| E.M.T. (E.M.S.) | 9110274 | Gschlecht, Charles | 5 | Talking about losing his radio | | |
| Lieutenant (F.D.N.Y.) | 9110285 | Wall, William | 4, 12 | 4-Talking about Louis Cachioli. 12 - Talking about being on Chambers Street | | |
| Firefighter (F.D.N.Y.) | 9110291 | Brodbeck, Michael | 11-12 | Talking about F-16's and being persuaded to leave the scene | | |
| Firefighter (F.D.N.Y.) | 9110308 | Kozlowski, George | 12 | Talking about a Lieutenant he had met | | |
| Captain (F.D.N.Y.) | 9110312 | Mallery, Paul | 8 | Talking about the collapse of tower 2 | | |
| Firefighter (F.D.N.Y.) | 9110326 | Beck, Paul | 2-3 | Half a page redacted at start of his account | ✓ | |
| Firefighter (F.D.N.Y.) | 9110327 | Murray, ChristopherPatrick | 4, 13 | 4-Talking about south footbridge with Chief Barbara. 13 - Talking about the collapse. | ✓ | |
| Lieutenant (F.D.N.Y.) | 9110328 | Brosnan, Neil | 2-3, 34 | 2-3 - Trying to move traffic and reporting something to police. 34-35 - asked to repeat | ✓ | |

| Rank | ID | Name | Pages | Notes | ✓ | ✓ |
|---|---|---|---|---|---|---|
| | | | | a note about the World Trade Center response (Almost 2 pages redacted) | | |
| Firefighter (F.D.N.Y.) | 9110330 | Piccerill, Steve | 4, 8-9 | Talking about jumpers near time of "collapse". 8-9 Talking about being back at firehouse and also next day in work. | ✓ | |
| E.M.T. (E.M.S.) | 9110331 | Demarco, Diane | 08-09 | Talking about attending mock disaster drills. | ✓ | |
| Firefighter (F.D.N.Y.) | 9110343 | Rivera, Terence | 24-25 | Talking about being at the hospital | | |
| Firefighter (F.D.N.Y.) | 9110344 | McCabe, Kevin | 6, 7 | 6-Talking about trying to drive the rig. 7-Talking about arriving at the scene and seeing Jumpers | ✓ | |
| Firefighter (F.D.N.Y.) | 9110354 | Moribito, John | 4 | 4-Talking about going to the 2 WTC | ✓ | |
| Firefighter (F.D.N.Y.) | 9110359 | Beltrami, Dean | 3 | 3-Talking about a guy needing rescue. | | |
| Lieutenant (F.D.N.Y.) | 9110360 | Whelan, Brendan | 3 | 3-Looking for command post - hadn't realise whole building had come down! | | |
| Captain (F.D.N.Y.) | 9110361 | McLaughlin, William | 6 | Talking about walking through dust following collapse of tower | ✓ | |
| Battalion Chief (F.D.N.Y.) | 9110379 | Henry, Edward | 12-13 | Talking about going into hospital | ✓ | |
| Firefighter (F.D.N.Y.) | 9110386 | Julian, Timothy | 4, 8, 14 | Talking about parking and getting of the rig on Liberty St. 8,14 maybe protecting someone's identity. | ✓ | |
| Firefighter (F.D.N.Y.) | 9110392 | Greene, William | 16, 26-27, 33 | 16-Talking about devastation - near Marriot Hotel. 26-Talking about being in Staircase B and talking about Jetliners. 33-Talking about Jumpers. | | ✓ |
| E.M.T. (E.M.S.) | 9110395 | Coyne, Ronald | 11-14 | Talking about going back to the Division. Redacted almost to the very end! | ✓ | |
| Firefighter (F.D.N.Y.) | 9110396 | Norris, Robert | 22, 24, 29-30 | Protecting someone's identity. 24 - Requesting to go back to the site. 29-30 Closing comments redacted. | ✓ | |
| Fire Marshall (F.D.N.Y.) | 9110406 | Coyle, John | 8 | 8-9 - Talking about running from destruction | ✓ | |
| Firefighter (F.D.N.Y.) | 9110412 | Curran, James | 21 | Talking about finding people | ✓ | |
| Firefighter (F.D.N.Y.) | 9110413 | Cassidy, Tiernach | 3 | Saying he did not see the plane hit but he saw the explosion. | | ✓ |
| Battalion Chief (F.D.N.Y.) | 9110418 | Vallebuona, Tom | 18 | Talking about listening to Mayday calls - possibly protecting identities. | ✓ | |
| Battalion Chief (F.D.N.Y.) | 9110425 | Congiusta, Frank | 4 | Possibly protecting the identity of someone. | | |
| Lieutenant (F.D.N.Y.) | 9110427 | Bohack, Robert | 4-5, 10-11, 12, 15 | 4-5 - Talking about helping someone in the tower. 10-11 - talking about coming down | ✓ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | the stairs and then the building "collapsing".12 - talking about 2 stragglers. 15 - Talking about hosing fires. | | |
| Battalion Chief (F.D.N.Y.) | 9110431 | O'Flaherty, Brian | 3, 12, 25, 37-38 | Talking about not seeing any fire in the north tower, just smoke. 12- talking about "the hotel" 25 - Protecting someone's identity. 37-38 Talking about father Michael. | | |
| Firefighter (F.D.N.Y.) | 9110441 | Mettham, Hugh | 11-12 | Talking about loud crashing sound going strangely quiet. | ✓ | |
| Lieutenant (F.D.N.Y.) | 9110442 | Walsh, William | 24 | Talking about other buildings on fire | ✓ | |
| Firefighter (F.D.N.Y.) | 9110446 | Yarembinsky, Michael | 12 | Talking about father Michael. | | |
| Lieutenant (F.D.N.Y.) | 9110447 | McGlynn, James | 7, 20, 33 | 7-Talking about building coming down while in it. 20-Talking about the chief below him. 33-Talkig about going back to firehouse. | ✓ | |
| Paramedic (E.M.S.) | 9110455 | Jefferson, Joseph | 05-06 | Talks about a jumper | | |
| E.M.T. (E.M.S.) | 9110457 | Conzo, Joseph | 5 | Protecting someone's identity. | | |
| Lieutenant (F.D.N.Y.) | 9110459 | Walsh, James | 07-08 | Probably talking about the time near the collapse. | ✓ | |
| E.M.T. (E.M.S.) | 9110464 | Barrett, Kevin | 7 | Talking about the time in between the collapses. | ✓ | |
| Captain (F.D.N.Y.) | 9110466 | Luongo, John | 9 | 2/3 of page of closing comments redacted | ✓ | |
| E.M.T. (E.M.S.) | 9110470 | Heer, John | 15, 16, 19 | 15 – talking to his wife. 16 – probably talking about dealing with a patient. 19 – describing when he got home and "saw it on TV". | | |
| Firefighter (F.D.N.Y.) | 9110477 | McGimpsey, Jason | 5, 6 | 5-Talking about receiving a Mayday and not knowing that South Tower had collapsed. 6- Further details about the May Day. | | |
| Paramedic (E.M.S.) | 9110478 | Ashby, Phillip | 8 | Just after redaction, he says he thought a missile had been launched from the East River | | ✓ |
| E.M.T. (E.M.S.) | 9110480 | Rodriguez, Melvin | 10 (bottom)– top of 15- 5 pages | Just before, he is describing handling body parts. | ✓ | |
| E.M.T. (E.M.S.) | 9110483 | Nacional, Naomi | 8 | 8-After redaction, she is describing someone "off the street" rescuing people. | | |
| Paramedic (E.M.S.) | 9110484 | Lamanna, Karen | 36 | Talking about an injured person he met later at a Christmas Party | | |
| Paramedic (E.M.S.) | 9110485 | Pierce, Joel | 19 | Talking about being on duty a long time (32 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | hours) | | |
| E.M.T. (E.M.S.) | 9110486 | Charles, Jason | 2, 45 | 2-Before Talking about arriving at the scene. 45 – Talking about a bike (stealing/borrowing one) | ✓ | |
| Captain (F.D.N.Y.) | 9110487 | Conlon, Paul | 21, 22 | 21 - Talking about 1 of the fire fighters who had died. 22-Talking about Chief of 11th Division | | |
| Firefighter (F.D.N.Y.) | 9110488 | Burke, Timothy | 6-7 | Talking about a proby Lieutenant. | | |
| Firefighter (F.D.N.Y.) | 9110492 | Ferretti, Douglas | 5 | Closing comments redacted | | |
| E.M.T. (E.M.S.) | 9110494 | Martinez, Edward | 11-12, 15-16 | 11-12 Talking about being at New Jersey Medical Centre. 15-16 Closing comments redacted | ✓ | |
| E.M.T. (E.M.S.) | 9110495 | Badillo, Benjamin | 10 | Talking about finding his partner | | |
| Firefighter (F.D.N.Y.) | 9110506 | Macko, Michael | 5 | Talking about not being injured after one of the collapses. | ✓ | |