Trade Center site, from security design through construction, occupancy and operations. *(11/11/05)* http://wwww.signonsandiego.com/uniontrib/20051111/news_1b11saic.html

36.  Here, I also confirm that the effects of DEW are still ongoing by presenting evidence associated with the current cleanup and the effects of DEW on the Bankers Trust building.

## Fixing BT before taking it apart, *Bankers Trust (Deutsche Bank)*



**Figure 48.** From FEMA report:
[Link(pdf)] (archived)
http://www.fema.gov/pdf/library/fema403_ch6.pdf
http://drjudywood.com/pdf/fema403_ch6.pdf



**Figure 49.**
*attachment6.php*
*(?/?/0?) Source:*
http://wirednewyork.com/forum/attachment.php?attachmentid=3458&d=1170269946



**Figure 50.**
*attachment7.php*
*(?/?/0?) Source:*
http://wirednewyork.com/forum/attachment.php?attachmentid=3459&d=1170269967



**Figure 51.**
020530_1020252_IMG.jpg
http://k43.pbase.com/u15/apmillard/upload/4818455.1020252_IMG.JPG
**(30-May-2002 09:28:54)**



**Figure 52.**  *Two years after 9/11 the missing floors are being replace.*
031103_06AbandonedDeutscheB.jpg



**Figure 53.**  The structural and cosmetic damage to the building has been

26

http://i.pbase.com/u35/apmillard/upload/23202568.06AbandonedDeutscheBankbuilding.jpg
**03-Nov-2003 13:23:39**

rehabilitated.
060728_IMG_1701_edit.jpg
*(07/28/06) Source*







**Figure 54.**
060301_IMG_1517.jpg
http://i.pbase.com/o6/51/57151/1/80214221.EdF0aqzP.IMG_1517.jpg
**01-Mar-2006 13:31:47**

**Figure 55.**
060728_IMG_1701_edit.jpg
http://i.pbase.com/o6/51/57151/1/80214224.iJeOlpzP.IMG_1701_edited.jpg
**28-Jul-2006 08:09:43**

**Figure 56.** **2007 June - Dismantling has started:** *It is being dismantled piece by piece.*
070607_IMG_0594.jpg
http://i.pbase.com/o6/51/57151/1/80214407.Vs1YYSCi.IMG_0594.jpg
**07-Jun-2007 12:43:43**





**Figure 57.** **2007 September:** *This was taken a couple of weeks after the fire that killed three firefighters.*
070907_IMG_1074.jpg
http://i.pbase.com/o6/51/57151/1/85323874.YJ6gSStT.IMG_1074.jpg
**07-Sep-2007 08:30:01**



**Figure 58.** 1164155146_675bf025e7_b.jpg
*(?/?/0?) Source:*
http://farm2.static.flickr.com/1156/1164155146_675bf025e7_b.jpg



**Figure 59.** ire1163301181_358bb9202b_b.jpg
*(?/?/0?) Source:*
http://farm2.static.flickr.com/1146/1163301181_358bb9202b_b.jpg



**Figure 60.** fire1164155736_e0b7316104_b.jpg
*(?/?/0?) Source:*
http://farm2.static.flickr.com/1225/1164155736_e0b7316104_b.jpg

 

**Figure 61.** Photo from soon after 9/11. *(09/?/01) Source*:

**Figure 62.** This is Bankers Trust being taken apart. Recognize any "rustification" out there?

There seems to be a trend for where the really furry-looking rust is. (WTC2 was across the street, to the right of where the first photo was taken.) That red furry-looking beam in the senter of the photo is incredible! How many years at the bottom of the ocean would be required to to that?   17bank_CA07.jpg *(01/?/07) Source*:

http://graphics8.nytimes.com/images/2007/08/16/nyregion/17bank_CA07.jpg
http://www.nytimes.com/slideshow/2007/08/16/nyregion/20070817_BANK_SLIDESHOW_6.html

 

**Figure 63.** As more and more beams and columns are removed, what was once an enclosed building opens up to the sky.
17bank_CA08.jpg
*(?/?/07) Photo: David W. Dunlap/The New York Times*
http://graphics8.nytimes.com/images/2007/08/16/nyregion/17bank_CA08.jpg
http://www.nytimes.com/slideshow/2007/08/16/nyregion/20070817_BANK_SLIDESHOW_7.html

**Figure 64.** Once the concrete slab and metal decking are removed, what remains is a steel skeleton of each floor.  There is little rust in the southwest corner of the building, even though it is open during the deconstruction from the top down.
17bank_CA06.jpg
http://graphics8.nytimes.com/images/2007/08/16/nyregion/17bank_CA06.jpg
http://www.nytimes.com/slideshow/2007/08/16/nyregion/20070817_BANK_SLIDESHOW_5.html
*(?/?/07) Photo: David W. Dunlap/The New York Times*



28

**It appears that the folks in charge of Bankers Trust were unaware of the non-self-quenching nature of the process of molecular dissociation that was initiated on 9/11/01.**

*Disintegrating Beams?*




**Figure 65.** The old PATH train station used to be below the area between the original WTC 4 & 5 and where the new Tower 3 is, including adjacent areas..
wtc_new_map.jpg
*(01/?/07) Source*:

**Figure 66.** Why is this inspection being done with white hazmat suits? This is the area where the old PATH terminal was.
061200_HMdemo03.jpg
*(01/?/07) Source*:

*Ongoing Rapid Rusting*

Across from WTC7, they are building the **forth temporary PATH train** station since 9/11.




**Figure 67.** New beams rusted. June 2006
*(6/?/06) Sourc:e* 060600_RampJ02.jpg

**Figure 68.** Infected beams removed, probably within days.   *(6/?/06) Source*:

29



**Figure 69.** *(06/?/07)*: 070600_Npathstrstmp01.jpg    **Figure 70.** *(06/?/07)*: 070600_Npathstrstmp02.jpg



**Figure 71.** *(06/?/07)*: 070600_Npathstrstmp03.jpg    **Figure 72.** *(06/?/07)*: 070600_Npathstrstmp04.jpg



**Figure 73.** *(07/?/07) Source*: 070700_Npathstrstmp02.jpg    **Figure 74.** *(09/?/07)*: 070900_Npathstrstmp02.jpg

New beams. Nearly instantaneous rust.  This is not normal, especially for treated and painted beams of structural steel.   This is the kind of rust you might expect to see in an iron skillet left in standing water.




**Figure 75.**  070800_Npathstrstmp01.jpg
*(08/?/07) Source*:

**Figure 76.**  skyview.jpg
*(before to 9/11/01?) Source*



**Applied Research Associates, Inc. (ARA)
Knows the effects of DEW**

31

This is the **second temporary PATH train** station since 9/11.



**Figure 77.**
070400_pathentmove01.jpg
*(04/?/07) Source*:



**Figure 78.**
070400_pathentmove02.jpg
*(04/?/07) Source*:



**Figure 79.**
070400_pathentmove03.jpg
*(04/?/07) Source*:

32

This is the **third temporary PATH train** station since 9/11.



**Figure 80.** 070500_pathstrstmp01.jpg
*(05/07) Source*:



**Figure 81.** 070500_pathstrstmp03.jpg
*(05/07) Source*:



**Figure 82.** 070600_pathstrstmp02.jpg
*(06/?/07) Source*:



**Figure 83.** 070500_pathstrstmp04.jpg
*(05/?/07) Source*

Extraordinary rusting in only a few months.



**Figure 84.**
*(10/09/07) Source*

33



**Figure 85.**
*(10/09/07) Source*



**Figure 86.** This beam was painted in June 2007.
*(10/09/07) Source*



**Wiss, Janney, Elstner Associates, Inc.**
Document and Evaluate the Steel Recovered from the WTC Towers

ARA is contracted to have comprehensive understanding of all weapons of mass destruction (WMD), including DEW.

## ARA - Federal Contract Vehicles
http://www.ara.com/about/contracts.htm
*Quoting ARA:*

| |
|---|
| **Weapons of Mass Destruction-Defeat Technology (WMD-DT IDIQ)** |
| **Contract:** DTRA01-03-D-0014 |
| **Scope:** Purpose is to support all present and future DTRA Counter WMD Technologies Directorate (CX) activities. These activities include supporting other DTRA directorates and providing operational support to the Combatant Commanders and their staffs. Additionally, the scope also includes supporting other federal, state and local government activities. Orders issued pursuant to this contract may be placed by Federal Agencies other than DTRA. Federal Agencies other than DTRA desiring to place orders under this contract shall contact the DTRA Contracting Officer, Ms. Kathryn Cooper,(703) 767-3503, for prior approval. This approval shall be obtained for each order. |
| **Period of Performance:** Active thru May 2008 + 5 year option |
| **Contact:** Rob Sues (703) 329-0200 |

To repeat, "**Weapons of Mass Destruction-Defeat Technology (WMD-DT IDIQ)"** and "Purpose is to support all present and future DTRA Counter WMD Technologies Directorate (CX) activities."  Presumably ARA was chosen for this contract because it is a leading firm in WMD technologies.  Obviously ARA has expertise is all WMD technologies.

ARA supports DTRA research and development.  The Defense Threat Reduction Agency (DTRA)

34