come from. They thought they seen debris coming down and said, "The Lieutenant's dead." My senior guy regroups the company. He yells out, "Regroup." They're under light debris also.

**Figure 110.**   This first responder indicates he thought it was not a "collapse" due to fire but a disintegration of the building.  *(10/9/01) Source*
http://graphics8.nytimes.com/packages/html/nyregion/20050812_WTC_GRAPHIC/met

37.   How the use of DEW to destroy the WTC is proven:



Figure 6-10  Area of collapsed floor slab in bays between C-8, E-8, C-7, and E-7, from the 15th floor.

**Figure 111.**   From FEMA report: (Fig6-10.) Why is this beam shriveled up? This seems to be a common theme.
http://www.fema.gov/pdf/library/fema403_ch6.pdf



**Area 4: Teng & Associates, Inc.**

R-Outside Experts for Baseline Structural Performance, Impact Analysis, Structural Response to Fire, Collapse ...

**Area 1: Skidmore, Owings & Merrill LLP**

R-Outside Experts for Baseline Structural Performance, Impact Analysis, Structural Response to Fire, Collapse ...

47



**Figure 112.** Hutchison-Effect beam
*(?/?/?) Source*: *blog*

38. How the use of DEW to destroy the WTC is proven:



**Figure 113.** Hutchison beam. (3" diameter?)



**Figure 114.** WTC beams
*(?/?/02) Source:* DSCN0941_hires.jpg



**Figure 115.** WTC beams
*(?/?/02) Source* core1.jpg



**Figure 116.** WTC beams.
*(?/?/02) Source* core4.jpg

48

The contractors conducting structural analysis know the above deformation cannot be the result of a collapse.



**Figure 117.** WTC beams
*(?/?/02) Source:* horseshoe_r1_c2_s_s.jpg



| **Figure 118.** WTC beams *(?/?/02) Source* | **Figure 119.** WTC beams *(?/?/02) Source* | **Figure 120.** WTC beams *(?/?/02) Source* |

On the floor is a, cluster of beams wrapped with spandrel plates.  This looks more like a rolled-up carpet than it does the vertical outer columns of the WTC (wheatchex).
***If the WTC was destroyed by a gravity collapse, what would engineers expect to see?***



**Figure 121.**    **Figure 122.**    http://www.tms.org/pubs/journals/JOM/0112/Eagar/fig5.gif

Either the floors hold or they don't.  If there is pancaking, there will not be column failure.  If the floors pancake down, the columns will no longer be carrying a significant load.



$$F_{cr} = \frac{EI\pi^2}{L^2}$$

**Figure 123.**
http://www.efunda.com/formulae/solid_mechanics/columns/images/
CompressionMember_Intermediate.gif

**Figure 124.**
http://www.efunda.com/formulae/solid_mechanics/columns/
images/CompressionMember_Long.gif



**Figure 125.**    http://em-ntserver.unl.edu/NEGAHBAN/Em325/21-Buckling%20of%20columns/Buckling%20of%20columns.htm

**Figure 126.**
http://www.efunda.com/formulae/solid_mechanics/columns/images/Column_SS.gif

**Figure 127.**
http://www.efunda.com/formulae/solid_mechanics/columns/images/Column_SS_FBD.gif

If there is more force (overload and/or high temperature) than the column can carry, it will bow outward or inward.



**Figure 128.** Bending about a horizontal axis (which would be expected for a "collapse" from overload and/or weakening)

**Figure 129.** http://www.zyvex.com/nanotech/images/mechano/fig9.jpg



**Figure 130.** The outer columns are subjected to a vertical axial load. If overloaded, bending in this direction is likely.



**Figure 131.** Bending about a vertical axis makes no sense. The building is not loaded in that way.



**Figure 132.** The outer columns are subjected to essentially no loading in this direction.


**Figure 133.** WTC beams. But, here is phenomenon that needs to be explained. This is not consistent with a gravity collapse or conventional explosion. *(?/?/02) Source*

53






**Figure 134.  NISTNCSTAR1-3C Appxs.pdf, Attachment A, WJE No. 2003.0323.0, Page A-497,**