NISTNCSTAR 1-3C Appxs.pdf, File page (211 of 258), http://wtc.nist.gov/WTCfinal1-3.zip





| **Figure 135.** WTC beams . **NISTNCSTAR1-3C Appxs.pdf**, Attachment A, WJE No. 2003.0323.0, Page A-497, NISTNCSTAR 1-3C Appxs.pdf, File page (211 of 258), http://wtc.nist.gov/WTCfinal1-3.zip | **Figure 136.** WTC beams . **NISTNCSTAR1-3C Appxs.pdf**, Attachment A, WJE No. 2003.0323.0, Page A-497, NISTNCSTAR 1-3C Appxs.pdf, File page (211 of 258), http://wtc.nist.gov/WTCfinal1-3.zip |





| **Figure 137.** WTC beams . **NISTNCSTAR1-3C Appxs.pdf**, Attachment A, WJE No. 2003.0323.0, , NISTNCSTAR 1-3C Appxs.pdf, File page (211 of 258), http://wtc.nist.gov/WTCfinal1-3.zip | **Figure 138.** WTC beams . **NISTNCSTAR1-3C Appxs.pdf**, Attachment B, WJE No. 2003.0323.0, , NISTNCSTAR 1-3C Appxs.pdf, File page (234 of 258), http://wtc.nist.gov/WTCfinal1-3.zip |

*If the WTC was destroyed by a gravity collapse, what would engineers expect to see?*

 **Wiss, Janney, Elstner Associates, Inc.**
(Document and Evaluate the Steel Recovered from the WTC Towers)



In Support of Task 2 under Project 3 of the NIST WTCI
Visual Observations of the Steel Recovered From the World Trade Center Site

| Piece ID Mark: | M-4 | | By & Date: | CP & JH / 25 June 2003 |
|---|---|---|---|---|
| Bldg: WTC 1 or WTC 2 | | Column: unknown | Floors: unknown | Fire effects |



Figure F-B-9a: Overall view of piece M-4.



Figure F-B-9b: Identified Zone Z2. Possible fire effects on inside faces of column elements at window location.

Figure F-B-9c: Identified Zones Z1 and Z0.

This is an unidentified exterior column panel from WTC 1 or WTC 2. The recovered piece is a partial panel, consisting of approximately the upper one-half to two-thirds of the panel.

This panel exhibits possible fire effects on the inside faces of all three columns at some window locations, as exhibited by loss of most paint and the presence of local buckling or "dishing" of the inside faces of the columns. The side faces and outside face of the columns exhibit little or none of these fire effects.

Zones of interest were identified on the inside faces of two of the columns as follows:

Z4:  At window location just below the middle spandrel element. Loss of paint and severe distortions suggest possible fire effects.
Z3:  At spandrel section at middle of panel. Little or no visible indication of fire effects.
Z2:  At window location between middle and upper spandrel elements. Inside face of columns exhibit loss of paint and inward local buckling or dishing, both indicative of possible fire effects.
Z1:  At upper spandrel section. Little or no visible indication of fire effects.
Z0:  At window location above upper spandrel element. Little or no indication of fire effects.



**Figure 139.** WTC beams. **NISTNCSTAR1-3C Appxs.pdf, Attachment B, WJE No. 2003.0323.0, Page B-520,**
NISTNCSTAR 1-3C Appxs.pdf, File page (234 of 258), http://wtc.nist.gov/WTCfinal1-3.zip



**Figure 140.** UL Fire Tests
*(9/05)*: F-B-9c_cc.jpg
NCSTAR1-3c-P234.jpg



| **Figure 141.** NISTNCSTAR1-3C-chaps P253_c.jpg *(9/05)*: | **Figure 142.** UL Fire Tests *(9/05)*: NIST-NCSTAR1-3C-P128_b.jpg NIST-NCSTAR1-3C-P128.jpg | **Figure 143.** UL Fire Tests *(9/05)*: S14-CIM (WTC2 Col.219.jpg NIST-NCSTAR1-3C-P128.jpg |

57

  

| **Figure 144.** UL Fire Tests *(9/05)*: 312a.jpg | **Figure 145.** UL Fire Tests *(9/05)*: 312b.jpg | **Figure 146.** UL Fire Tests *(9/05)*: NIST-NCSTAR1-3C-chaps P317c.jpg |



**Figure 147.** http://en.wikipedia.org/wiki/Buckling

**What possible explanation is there for this evidence, no matter what hypothetical fire event is posited?**

**A gravity collapse (with or without heat) won't cause this type of failure.**
**Bombs won't cause this type of failure.**
**Nukes won't cause this type of failure.**
**Cutting torches won't cause this type of failure.**



**Figure 148.** These columns don't look like 500,000 tons landed on them. UL Fire trees2.jpg



**Figure 149.** The beams stabbed into the street without buckling. WTC beams .
http://www.sharpprintinginc.com/911_math/mech_room_perimeter.jpg

**Figure 150.** Those wheatchext flew far.
http://www.sharpprintinginc.com/911_math/wtc_map.jpg

59


**Figure 151.** WTC beams
*(9/12?/01) Source: blog.* Picture+319.jpg


**Figure 152.** WTC beams.
*(?/?/?) Source:* OcIx3iXItlvZiWjRFZPTR.jpg


**Figure 153.** A Red Bull can, victimized by Hutchison Effects.
*(06/06):* Picture+625.jpg


**Figure 154.** Hazmat vehicle on West Street, in front of WTC6, victimized by DEW on 9/11/01. Note similarities to Figure **153**.
*(9/11/01) Source:* 010911_WTC6_911_1328.jpg.



**Figure 155.**  wtc-lidar092701-site.jpg.
*(9/23-26/01) Source: more*



**Figure 156.**  WTC4 footprint at the bottom, the remaining WTC4 north wing on the right, and the WTC2 footprint above. *(9/23/01) Source: USGS/NOAA*



**Figure 157.**  Red box outlines the region of Figure 60.