

**Figure 158.** wtc6aerial.jpg
(9/23/01) Source: USGS/NOAA





| **Figure 159.** UL Fire Tests *(9/05)*: **NCSTAR1-3c-P197_cc.jpg** | **Figure 160.** UL Fire Tests *(9/05)*: NCSTAR1-3c-P187_carpet_c.jpg |

*If the WTC was destroyed by a gravity collapse, what would engineers expect to see?*

62

## *Trucking Dirt*



**Figure 102(a).** The four yellow dump trucks are heading south on West Street, toward the WTC complex. Each of the dump trucks carries a uniform load of what appears to be dirt.
*(9/27/01)*:



**Figure 103(a).** This appears to be dirt being trucked away from the WTC complex. Why is so much dirt coming and going? The four trucks ahead of the green one carry a uniform load of what appears to be dirt.
*(photo filed 10/13/01) Source*

63

In fighting fires, they may drop loads of dirt on the fire from a chopper. In any case, this will be their cover story. But... we never saw any flames to put out. So, they still have some explaining to do.


**Figure 89.** Why would there be dirt sprinkled on top of the rubble pile? The dirt arrived quickly. Is this from a landfill?
*(9/13/01 entered) Source*


**Figure 161.** Bringing in dirt.
*(10/9/01) Source   5320.jpg*

64

Experimental evidence is the truth theory must mimic.



Where did the buildings go?  Where is all the material for 110 floors of steel and concrete?  Poof!

Photo: http://www.september11news.com/JamesNachtweyTime_search2.jpg


                                                      __/s/ DR. JUDY WOOD__
                                                      DR. JUDY WOOD


Subscribed and Sworn to before
me this 29th day of  February 2008.

 _/s/ Jerry V. Leaphart_____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

65

**EXHIBIT LIST**

| Exhibit | | date | filename | Pages |
|---|---|---|---|---|
| A | RFC | March 16, 2007 | 070316_PROD01_002667.pdf | 43 |
| B | Supplement#1 | March 29, 2007 | 070329_PROD01_002722.pdf | 2 |
| C | Supplement#2 | April 20, 2007 | 070420_PROD01_002899.pdf | 28 |
| | | | | |
| D | NIST Response to RFC | July 27, 2007 | 070727_PROD01_003222.pdf | 3 |
| E | Appeal by Wood | August 23, 2007 | | 54 |
| F | NIST Response to appeal | January 10, 2008 | 070727_PROD01_003222.pdf | 3 |
| | | | | |
| G | Phone call follow-up | May 3, 2007 | 070503_lettertoGarcia.pdf | 18 |
| H | Garcia fax response | May 4, 2007 | 070504_GarciaFaxMESSAGE.pdf | 3 |
| I | NIST Contracts Review (all) | February 28, 2008 | NISTContractsReview-JudyCa.pdf | 58 |
| J | NIST Contract Participants | February 28, 2008 | Participants_NIST_cont.pdf | 9 |
| | | | | (221) |
| | | | | |
| | Judy Wood Affirmation | February 29, 2008 | | ~64 |
| | John Hutchison Affirmation | February 27, 2008 | AffJHutchison3.pdf | 30 |
| | Andrew Johnson Affirmation | February 25, 2008 | ADJ JW AFFIDAVIT-Updated.pdf | 6 |

Ocio links: *http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/PROD01_002619*

**A** Request for Correction from Dr. Judy Wood dated March 16, 2007
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004678*

**B** Supplement #1 to Request for Correction dated March 29, 2007
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004117*

**C** Supplement #2 to Request for Correction dated April 20, 2007
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004156*

**D** Response to Wood Request for Correction July 27, 2007.
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004161*

**E** Appeal by Dr. Wood of NIST Initial Denial dated August 22, 2007
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004155*

Amendment (replacement pages) to Appeal dated August 23, 2007
*http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_004157*

**F** Response to Wood Amendment to Appeal, January 10, 2008.

*http://www.ocio.os.doc.gov/ITPolicyandProgramsInformation_Quality/ssLINK/PROD01_005026*

*http://www.ocio.os.doc.gov/ITPolicyandProgramsInformation_Quality/ssLINK/PROD01_005026*
*http://wtc.nist.gov/pubs/semerjian_remarks_62305.htm*

**G.** Phone call follow-up, May 3, 2007, 070503_lettertoGarcia.pdf

**H.** Garcia fax response, May 4, 2007, 070504_GarciaFaxMESSAGE.pdf

**I.** NIST Contracts Review (all), February 28, 2008, NISTContractsReview-JudyCa.pdf

**J.** NIST Contract Participants, February 28, 2008, Participants_NIST_cont.pdf


EVO
http://blog.hasslberger.com/img/EVO.jpg
http://www.svn.net/krscfs/EVOs%20and%20Hutchison%20Effect.pdf

Silverstein
http://www.observer.com/2007/port-authority-could-owe-larry-silverstein-12m-plus-delays
 **Port Authority Could Owe Larry Silverstein $12 M.-Plus for Delays**
by Eliot Brown | December 31, 2007
http://www.observer.com/2007/author/eliot-brown