## 3. Particularized destructive effects that NIST ignored, thus rendering NCSTAR 1's conclusions incomplete, inadequate, misleading and/or fraudulent:

A. Empty Holes indicative of Unusual Energy Impacts.



**Figure 16.** Satellite image of the WTC complex, 9/23/01, by NOAA. Every building that was destroyed had a prefix of WTC. There was surprisingly little collateral damage to nearby buildings that were not targeted. The WTC buildings that were not totally destroyed had multiple circular holes visible at Ground Zero -- especially in buildings WTC5 and WTC6 and a round cylindrical hole in Liberty Street.

Wood-RFC, 16 March 2007                                                                                              17





**Figure 17.** GZ workers descend into the subbasements below WTC2. While there is extensive damage, there is little building debris at the bottom of the hole. There is no sign of molten metal. A worker in the distance walks along a massive core column. There is little to no material in these holes.
*(photo filed 9/18/01)*

Wood-RFC, 16 March 2007                                                                                                          18