

**Figure 18.** This hole adjacent to WTC2 (zone 2 in Figure 303(c)) is through sidewalk and pavement. This hole contains more debris than the hole discussed in Figure 300 above. It looks as if the debris fell in the hole. Note the scale, shown above.   *(photo filed 9/21/01)*

Wood-RFC, 16 March 2007

19



**Figure 19.** The three steel wheatchex stabbed into West Street in the foreground and the remains of WTC3 in the background, in front of the west wall of WTC2.



**Figure 20.** The remarkable "lay down" of steel wheatchex from the lower stories of WTC1 on West Street (West Side Highway). The WTC3 debris pile is in the background, next to the unsupported WTC2 wall.   *(9/13/01)*



**Figure 21.** Here is a reminder of the material that must be accounted for in the rubble pile. Viewed from West Street.