

**Figure 22.** This photo highlights the depth of the hole in WTC6. The "smoke" or pulverized dust from debris appears to have diminished in comparison to Figure **20**. While there is abundance of aluminum cladding on the roofs of buildings 5 and 6, there is little or none in the holes.



**Figure 23.** Notice how straight the vertical holes were that cut down through WTC6.



Figure 24. A view over the dome of WFC2 shows the damage to WTC6 in the center of the photo. To the left is the collapsed WTC7. Its debris stack is at least five stories high. To the right of WTC6 is the remaining north wall of WTC1 which leans toward WTC6. Where did the wall go? Where did the top 100 floors of the north wall go? They did not fall on WTC6 or WTC7 because there are no steel wheatchex there. Some of the core of WTC1 remains, but where is the rest of the core? The amount of steel on the ground barely covers the ground.

B. Almost complete lack of rubble that is likewise indicative of Unusual Energy Impacts



**Figure 25.** A photo taken by NOAA immediately following 9/11.   *(9/13/01)*

Wood-RFC, 16 March 2007

24



**Figure 26.** Most of WTC3 disappeared during the destruction of WTC1. The pedestrian walkway over the West Side Highway was connected to something that is no longer there. The remains of WTC2 can be seen near the center of the photo and the remains of WTC1 are partly visible in the lower right corner.

"Building vapor" wafts up from the WTC1 and WTC2 "piles." Where is it coming from? It resembles steam off of a manure pile. It does not seem to originate from a single point, but rises over a wide zone, like a haze in a fairly uniform fashion.



**Figure 27.** The WTC plaza before 9/11.



**Figure 28.** Here is a reminder of the material that must be accounted for in the rubble pile.



**Figure 29.** WTC6 supports the leaning remains of the north wall of WTC1. And, although WTC6 is an eight-story building, it dwarfs the remains of WTC1, which had been a 110-story tower. No substantial remains of WTC1 are visible in any of the photos from this area. This is not what a gravity-driven collapse looks like.



**Figure 30.** Looking southeast toward WTC6, across the West Street and Vesey Street intersection.



**Figure 31.** These photos were taken in the afternoon of 9/11/01, before WTC7 was destroyed.



**Figure 32.** The minimal debris left by the destruction of both towers is remarkable. This was no collapse.

Wood-RFC, 16 March 2007

28



**Figure 33.** A view of the remains of WTC1, looking east from West Street.



**Figure 34.** A view of the remains of WTC1, looking north-northeast from West Street. WTC7 is still standing, which identifies the time as the afternoon of 9/11/01.



**Figure 35.**  A look north on West Street.  WFC1 is on the left.  The pedestrian walkway crosses West street just south of Liberty Street.  Here, the remains of the building appear to be no more than dust and paper.



**Figure 36.**  Standing at ground level, the WTC1 rubble pile appears no higher than ground level. *(9/13/01)*