

**Figure 37.** The WTC plaza before 9/11.  WTC2 is on the left, WTC1 is on the right, and WTC3 is straight ahead.



**Figure 38.** Scooping up the building

## C. Evidence of Vehicular burn effects, damages effects and literal Toasting of Cars that are indicative of Unusual and Unexplained by NIST Energy Impacts.

Here I have referred to "unusual energy effects."  I here want to elaborate that the effects seem … These effects are consistent with the use of Directed Energy Weaponry (DEW) as a causal factor for the events of 9/11.[1]



**Figure 39. Peculiar wilting of car doors and deformed window surrounds on FDR Drive.**



**Figure 40.** There is extensive damage to the front of car 2723, including no door handle on the driver's door. There is an unusual, unburned circular area on the rear door.

[1] The public domain contains a wealth of information on the development and current status on DEW.  Please see the following links for a compilation of information DEW.

http://janedoe0911.tripod.com/StarWarsBeam7.html#microwaving,      http://janedoe0911.tripod.com/StarWarsAppendix1.html
http://www.911scholars.org/Media/DEW/MyersRumsfeldDirectedEnergy.wmv      http://janedoe0911.tripod.com/StarWarsAppendix2.html
http://www.911scholars.org/Media/DEW/Myers-Rumsfeld.MOV      http://janedoe0911.tripod.com/StarWarsAppendix3.html

Wood-RFC, 16 March 2007

 

**Figure 41.** Vehicles were toasted along FDR drive.

 

**Figure 42.** The front half of car 2723 is toasted, but check out the new wax job on the back. Notice the missing front door handle and the untouched back door handle.

**Figure 43.** Burned NYPD car
Police car I've not seen before.
Why the back end and not the front?



**Figure 44.** Toasted cars in a lot near the WTC, on the northwest corner of Vesey and West streets.



**Figure 45.** block with fire at end
I think this is just before they did WTC7.  Notice how empty the streets are, while they are flooded with water and lots of fire hoses.  Obviously the water lines weren't busted! The traffic light in the distance appears to still have power. *(9/11/01)*

Wood-RFC, 16 March 2007

34

 

**Figure 46. B**urned SUV and mail truck. . *(9/11/01)*



**Figure 47.** Cars burn while paper does not**.**



**Figure 48.** Looking west on Vesey Street after both WTC2 andWTC1 have been destroyed. The absence of significant debris is remarkable.

 

**Figure 49**. Sans windows. (But nice tire!)  The above illustrates unusual energy effects in that the windows are all blown out including the mirrors, but without damage to the metal parts of the vehicle. NIST's failure to analyze information like this renders NCSTAR1 useless at best and indicative of fraud and deception.  What we see here is not an isolated occurrence.  See also Figures **31** and **32** above for similar effects.

 

**Figure 50.** A mini van is consumed by flames. The fire rages inside the vehicle, contained by the remaining windows. The fire appears more intense at the front where the engine is.

**Figure 51.**   The tires and even the pavement under the car are on fire. The windows appear to be intact with no visible interior fire. There is line of fire along the trunk lid. The right front fender is deformed and has turned white.



**Figure 52.** A fire rages, apparently on Vesey Street, sending up thick black smoke. These may be the vehicles that eyewitness  EMT Rebecca Ondrovic. described as she ran past WTC6 during the destruction of WTC2.  The text of her testimony can be found here: *[http://janedoe0911.tripod.com/StarWarsBeam6.html#eyewitness]*