**D. Degree of destruction of material that resulted in "Dustification" of the massive Twin Tower and WTC complex structures (other than WTC 7) that are, yet again, indicative of Unusual Energy Impacts that are Unexplained by NIST.**



| | |
|---|---|
| **Figure 53.** The dense cloud blocks sunlight. | **Figure 54.** Darkness falls on Battery Park. |



| | |
|---|---|
| **Figure 55.** Ultra fine dust drifts skyward. | **Figure 56.** A few south, down the west side. |



| | |
|---|---|
| **Figure 57.** This is not consistent with a collapse. | **Figure 58.** A view south, from down FDR Drive. |



**Figure 59.** WTC1 smoke obscures WTC 2 destruction. It's like a total eclipse of the sun.



**Figure 60.** WTC1 from the northeast. Does this look more like a pancake collapse, a volcano, or a dust fountain "bubbler"?



**Figure 61.**  from the north



**Figure 62.** Viewed from the north-northwest

 

**Figure 63.** WTC2, demonstrating there is little to no free-fall debris ahead of the "collapse wave."

 

**Figure 64.** This is not what a collapse looks like

**Figure 65.** The building is disintegrating.



**Figure 66.** This is not a collapse and it is fraudulent to have so stated. This may be evidence of criminal intent to deceive the public. It is also evidence of the use of DEW. No other explanation fits the depiction of destruction seen above as well as that of use of DEW.

This RFC has shown that the visual evidence of the manner in which WTC 1,2 were destroyed and the observed effects of that destruction including, by way of example the following effects:

1. The near free-fall timeframe of destruction. See Figs. 3 – 8.
2. The failure properly to assess the dynamic of "tipping" of WTC 2 during its destruction. See Figs. 9 – 14.
3. The lack of debris, consistent with unusual energy effects. See Figs. 15 – 21; 25 – 38.
4. The "holes" that are only adequately explained based on unusual energy effects, consistent with use of Directed Energy Weapons (DEW). See Figs. 22 – 24
5. Vehicles that are inexplicably burned as if toasted and found in unexplained places and at varying distances from Ground Zero; simultaneous lack of burning of paper. Each of these widespread effects are unusual energy effects, consistent with DEW. See Figs 39 – 52.
6. Steel turned to dust as literally as the buildings are being destroyed before our very eyes. These effects defy explanation other than that of DEW. Figs. 53 – 66.
7. The existence of DEW is confirmed by information in the public domain.

NIST's failure to consider evidence and information readily available to it and to its contractors and subcontractors is evidence of fraud as well as indicative of non-compliance with data and information quality standards.

## BURDEN OF PROOF

In and with respect to all Requests for Correction and all claims set forth herein above, I have documented the many incongruities and unexplained phenomena that directly contradict the premise that "collapse" was inevitable. I will provide such other and further information to substantiate each and every request for correction or other claim set forth herein in due course, dependent solely upon whether and to what extent NIST seeks to object to or otherwise assert that one or more of the requests for correction contained herein are not acceptable to it. The better course of action would be for NIST, acting by and through its official decision making process, and/or based on persons with knowledge voluntarily coming forward to do so, to issue the necessary corrections and take other appropriate action forthwith.

I have set forth information confirming the existence of significant evidence of "Unusual energy impacts" that are consistent with Directed Energy Weapons (DEW) having been used as a causal factor in the destruction of the World Trade Center complex on 11 September, 2001. This evidence appears to have been ignored thus far, but cannot reasonably be ignored any longer. I am aware that I am here asserting that the evidence presented is consistent with possible criminality and fraud of an unprecedented scale. Moreover, other and further serious wrongdoing is readily apparent in that the abundant evidence in support of these contentions should have been obvious to competent investigators, be they governmental officials or contractors. Some evidence that might have promptly and effectively revealed the presence of unusual energy effects was either ignored or dealt with in a deceptive or misleading manner, including, by way of example, deliberate alteration of evidence that was consistent with the use of directed energy weapons.

Based upon all of the foregoing, NCSTAR 1 must be retracted in its entirety and NIST must acknowledge that it is doing so because the document is fraudulent, misleading or deceptive, or all of these.

By copy of this Correction Request to my counsel, Jerry V. Leaphart and Associates, P.C., I hereby request that he file such other and further requests for relief as may be suitable based on the original source information submitted herein.

Respectfully submitted,


Dr. Judy Wood


Cc
Jerry V. Leaphart
8 West Street
Suite 203
Danbury, CT 06810
p-203-825-6265
f-203-825-6256
Jsleaphart@cs.com