# DR. JUDY WOOD

March 29, 2007

**VIA EMAIL AND CERTIFIED MAIL RRR**

Chief, Management and Organization Division
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 3220
Gaithersburg, MD 20899-3220
Email: info.quality@nist.gov

Re:  Requests for Correction per
  Section 515 of Public Law 106-554
  SUPPLEMENT # 1 to RFC submitted March 16, 2007
   Ref: http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_002667

Dear Chief, Management and Organization Division:

This is a supplement to the above referenced request for correction that I filed on March 16, 2007, as acknowledged on March 19, 2007, by NIST.  Please also acknowledge receipt of this supplement # 1 in like manner and timeframe.

This supplement asserts that NIST contractor, Applied Research Associates of Albuquerque, NM, under solicitation SB1341-03-Q-0334,
(http://www.eps.gov/spg/DOC/NIST/AcAsD/SB1341%2D03%2DQ%2D0334/listing.html), among other solicitations, has a significant, clear and palpable conflict of interest that adversely affects the quality and the integrity of the work done by ARA for NIST.

I have elsewhere asserted that the evidence confirms that the World Trade Center towers were felled by use of Directed Energy Weaponry.  See pg. 32 of my RFC filed on March 16, 2007.

ARA is a significant manufacturer of directed energy weapons and/or components thereof.

This information was not disclosed in NCSTAR 1 and should have been.

Accordingly, I hereby request the correction of NCSTAR 1 to disclose the extent to which ARA is a manufacturer of directed energy weapons.

This Supplement # 1 to my RFC dated March 16, 2007.

1 of 2