# DR. JUDY WOOD

April 20, 2007

**VIA EMAIL AND CERTIFIED MAIL RRR**

Chief, Management and Organization Division
National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 3220
Gaithersburg, MD 20899-3220
Email: info.quality@nist.gov

Re: Requests for Correction per
    Section 515 of Public Law 106-554
    SUPPLEMENT # 2 to RFC submitted April 20, 2007

      Ref: http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_002667
      Ref: http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_002722

Dear Chief, Management and Organization Division:

This is Supplement #2 to that certain Request for Correction, filed as above noted, by me on March 16, 2007. Except as expressly supplemented herein, all assertions set forth in said RFC and in said Supplement #1 thereto remain in full force and effect.

I supplement my RFC as follows:

Attached hereto and made a part hereof as Exhibit A is that certain witness statement of eyewitness EMT Patricia Ondrovic. In addition to the statement as attached, I hereby incorporate by reference all redacted portions of said witness statement, Exhibit A hereof, as and for additional confirmation of my overall assertion that directed energy weapons were a causal factor in the destruction of the World Trade Center complex on 9/11/01. I also attach hereto Exhibit B, the statement of eyewitness Firefighter Fernando Camacho. I also attach hereto Exhibit C, additional witness statements, all as more fully set forth in said Exhibit C.

Moreover, in addition to the witness statements annexed hereto as Exhibits A, B and listed in Exhibit C, attention is directed to the following additional witness statements, some of which are also inexplicably redacted, as is that of Patricia Ondrovic, that should be deemed, as indicated, incorporated by reference into this Supplement #2, in their entirety, including the versions that are not redacted:

- Patricia Ondrovic (9110048_PatriciaOndrovic.PDF)
- Fernando Camacho (9110318_FernandoCamacho.PDF)

- James McGlynn (9110447_JamesMcGlynn.PDF)
- DanWalker (9110341_DanWalker.PDF)
- Glen Asaeda (9110062_GlenAsaeda.PDF)
- George Kozlowski (9110308_GeorgeKozlowski.PDF)
- Patrick McNally (9110199_PatrickMcNally.PDF)
- John Malley (9110319_JohnMalley.PDF)
- Kevin Gorman (9110434_KevinGorman.PDF)
- Kenneth Escoffery (9110460_KennethEscoffery.PDF)

Moreover, and in addition to those redacted statements of the above-named persons, I hereby incorporate, by reference, all statements of witnesses that were taken as a part of the so-called "World Trade Center Task Force" project, whether redacted or not redacted, from which the above-mentioned statements are taken.

The ones here relied on by being specifically referenced, confirm, in the main, that the Twin Towers were destroyed by weaponry whose characteristics included high pitched "jet engine" noise, accompanied by hurricane force wind effects and which caused objects and people to disappear from view and to be turned to dust as those who were only marginally better sheltered saw, observed and then reported in their statements.

In other words, the plain fact of the matter is that NIST ignored eyewitness testimony that is completely consistent with the claim that directed energy weaponry are a causal factor in the destruction of the Twin Towers and that the buildings did not "collapse" as NIST has fraudulently and deceptively reported.

Accordingly, in addition to incorporating the witness statements in the form available to the public, I also designate as being incorporated by reference, the non-redacted versions of any and all cited witness statements that include redactions, such as those of Patrica Ondrovic and others as being deemed incorporated by reference, based on the assumption that NIST would have had access to the complete witness statements and not the redacted ones.

Based upon the foregoing, I here reiterate that NCSTAR 1 is false, misleading and fraudulent within the meaning of the False Claims Act 31 U.S.C. §§ 3729, *et seq*

In addition, I assert that NIST contractors, as listed in NCSTAR 1, including by way of non-exhaustive example, those listed below, either knew or should have known of the falsity of NCSTAR 1 as it relates to the use of directed energy weapons[1]:

---

[1] The The words 'directed energy weapons' as used in this Supplement #2 and elsewhere in the pending RFC, including Supplement # 1 thereto, shall have the meaning ascribed and found in this link:
http://janedoe0911.tripod.com/StarWarsBeam7.html#DEW

As many weapons systems that comprise 'directed energy weapons' cannot be known by persons not having access to classified information, a general, all inclusive definition is mandated and NIST should be guided accordingly..

Applied Research Associates Inc.

Science Applications International Corp.

Boeing

NuStats

Computer Aided Engineering Associates, Inc.

DataSource, Inc

GeoStats, Inc.

Gilsanz Murray Steficek LLP

Hughes Associates, Inc,

Ajmal Abbasi, Eduardo Kausel, David Parks, David Sharp, Daniele Veneziano, Josef Van Dyck and Kaspar William

Isolatek International, Inc.

Leslie E. Roberson Assoicates, RLLP

National Fire Protection Association

Rolf Jensen & Associates, Inc.

Rosenwasser/Grossman Consulting Engineers, P.C.

Simpson Gumpertz & Heger Inc.

S.K.Ghosh Associates, Inc.

Skidmore, Owings & Merrill, LLP

Teng & Associates, Inc.

Underwriters Laboratories, Inc.

Wiss, Janney, Elstner Assoicates, Inc.

American Airlines

Silverstein Properties

United Air Lines

Except as specifically supplemented herein, all claims, information and supporting data included in the original RFC dated March 16, 2007 and Supplement # 1 thereof, remain in full force and effect.  This Supplement #2 to RFC is dated April 20, 2007 and is


Respectfully Submitted


Dr. Judy Wood


Cc:
Jerry V. Leaphart
8 West Street
#203
Danbury, CT 06810
p-203-825-6265
f-203-825-6256




Exhibit A:
- Patricia Ondrovic (9110048_PatriciaOndrovic.PDF)

Exhibit B:
- Fernando Camacho (9110318_FernandoCamacho.PDF)

Exhibit C: Attachments
- James McGlynn (9110447_JamesMcGlynn.PDF)
- Dan Walker (9110341_DanWalker.PDF)
- Glen Asaeda (9110062_GlenAsaeda.PDF)
- George Kozlowski (9110308_GeorgeKozlowski.PDF)
- Patrick McNally (9110199_PatrickMcNally.PDF)
- John Malley (9110319_JohnMalley.PDF)
- Kevin Gorman (9110434_KevinGorman.PDF)
- Kenneth Escoffery (9110460_KennethEscoffery.PDF)

# Exhibit A:

- Patricia Ondrovic (9110048_PatriciaOndrovic.PDF)

http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110048.PDF

File No. 9110048

WORLD TRADE CENTER TASK FORCE INTERVIEW

EMT PATRICIA ONDROVIC

Interview Date:        October 11, 2001

P. ONDROVIC


CHRISTOPHER ECCLESTON:     Today's date is October 11, 2001.  The time
is 6:48 AM, and this is Christopher Eccleston of the New York City Fire Department.  I
am conducting an interview with the following individual…please state your name, rank,
title, and assigned command area of the Fire Department of the City of New York,
regarding the events of September 11, 2001.

PATRICIA ONDROVIC:     Patricia Ondrovic, shield 1634, EMTD, assigned to
Battalion 8.

Q:     Were you assigned to the World Trade Center disaster on September 11,
2001?

A:     Yes.

Q:     En route to the alarm, what did you see?

A:     I saw the two towers burning.

Q:     On arrival, did any civilians report anything to you?

A:     No.

Q:     Where did you park your vehicle when you arrived?

A:     In the middle of Vesey Street between West and whatever is East of
Vesey.

Q:     On this map, can you indicate with a number 1 where you parked your
vehicle?

A:     Um…it was on Vesey between West and the West Side Highway so, it
was, I'm not sure if it was this block or that block.

P. ONDROVIC

Q:    Okay, just approximate and put a number 1.

A:    I guess it was over here.

Q:    Okay, and what vehicle were you in?

A:    Vehicle 90.

Q:    Vehicle 90.  Whom did you first report to and where?

A:    On Vesey and West, in the middle of the block, there was an EMS captain. I never got his name, I don't know who he was.  I said I was 07 Charlie, he said park it over there.  That was the last I saw of him.

Q:    Were you given a specific assignment?

A:    No.  Stand by.  Take the equipment out of the vehicle and stand by.

Q:    Were you asked to assist any specific units?

A:    No.

Q:    Can you tell me what you did when you arrived at that location?

A:    We took the stretcher and all the crash equipment out of the bus and we formed up alongside one of the buildings on Vesey.  I don't remember which number it was.  We were in a line of several other ambulances.  Next to us was a St. Claire's ambulance and a Cabrini Ambulance.  I think there was only one other EMS ambulance on that block at the time I was there.  That was vehicle 350, 08 David.  I didn't know a lot of the people there, I didn't know the EMS captain that was there.  There were no patients that we could see at that point.  I think they were trying to set up a triage in front of the building that the ambulances were all parked at.  I guess we were supposed to be

P. ONDROVIC

the first on the wave to take patients out, and there was a Tex-Mex restaurant across the

street.  I went in to use the bathroom, that's where the Police were using their command

center.  I saw a police captain that I knew, and he came out to me.  He looked absolutely

terrified, he was shaking, he was pale, he was sweating.  I looked at him, I said what's

wrong?  He said there's another plane headed our way, and they just blew up the

Pentagon.  I said, another plane? What are you talking about?  I hadn't realized that

planes had hit this, I thought they just set bombs off.  I didn't realize when I got there that

planes hit it.  I said, what do you mean another plane?  He said two planes hit the World

Trade Center.  So I'm thinking a little Cessena.  How can a little Cessena do all that

damage?  He said no, 757s.  I said big things?  See I was there for about 25 minutes

before I knew that planes had crashed into this. We just got assigned to do stand-by.  We

didn't know what the stand-by was.  I mean, who thinks something like that?  You just

think they hit it again.  So I said, what do you mean there's another one headed this way?

He said, it's on the TV, there's a TV in there and it said that the Pentagon has been hit.

Then we all went outside cause they had on the police radio that there was another plane

headed in our direction, we all went outside and started looking up in the sky.  Then the

EMS captain said everyone grab your equipment, get to your vehicles and stay with your

vehicles.  My partner and I grabbed our stretcher, went to put it in the back of our

vehicle, and at that time, I think it was the lobby of the building behind us blew out.

Everybody started running, I didn't see him again that day.  He got thrown one way, I got

P. ONDROVIC

thrown the other way. I started running towards the West Side Highway, and there was

another building on the corner, I guess it was a federal building, cause it was all the green

and gray uniforms with the Smokey the Bear hats, the cops in there. I went to run in the

lobby cause all of a sudden you couldn't see anything. There was smoke, there was

debris, there was everything flying around. I ran into the lobby cause I had no idea what

had happened and the cops that were in there were telling everybody get out, get out, get

out. Where are you gonna go? Stuff's blowing up. So I ran back out and I started

running west again. At that point, there was a car on the corner of I think I was here at

that point, on the West Side Highway.

    Q:      West Side Highway and Vesey?

    A:      And Vesey, yeah. I was still on Vesey, cause the building that blew up on

me was on Vesey, it was on the corner next to the West Side Highway. Cause I know I

was running west, I didn't run that way. Thank God, I would have been dead had I run

the other way. But I ran towards the West Side Highway, and I kept running up Vesey.

As I was running up Vesey, the first car blew up on me on the corner of Vessey and the

West Side Highway. That set my turnout coat on fire, that set my hair on fire, and that

set my feet on fire. I kept running. I got news for you, those turn out coats need to be

called burn out coats, cause this thing caught up in flames. They cut two inches off my

hair in less that two minutes, my coat was completely engulfed, and that was the only

way I could see where I was running at that point, because I had a glow from my coat.

P. ONDROVIC

There's hundreds of cops all running up there, and I ended up running through this park, and I couldn't even see where I was running anymore. I kept running North.

Q:      Through North Park?

A:      I guess that's North Park. It's a big green, grassy area, and there's nothing there. As I was running up here, two or three more cars exploded on me. They weren't near any buildings at that point, they were just parked on the street. The traffic guys hadn't gotten a chance to tow anything yet, cause this was all during the first hour I guess of this thing happening. So there were still cars parked on the street that were completely independent of that. Three cars blew up on me, stuff was being thrown. I went home all bruised that day. Thank God it was only bruises. I just ran into this park along with a bunch of other people, and stuff was still blowing up, I don't think I looked back, but you couldn't see anything, everything was just black. I was running and I was falling over people, cause people were crawling on the ground cause they couldn't see anymore. I just kept on running north. I could smell water, so I just kept on running towards the water, cause I knew that my coat was on fire, and I figured well, if I can see a boat over the water, I'm just gonna jump onto the boat and take that thing to Jersey, cause no one wants to blow up Jersey. Stuff is still blowing up behind me, as I'm running. I can hear stuff exploding. I could hear rumbling, the street under me was moving like I was in an earthquake. I've been in those, so I know what they feel like. It felt like an earthquake. There was no where safe to go. As I was running north in this park, and then I could start seeing again a little bit, and I just kept looking in the sky. Cause the captain was saying

P. ONDROVIC

there's another plane heading in our direction, I was looking for another plane.  I saw

something in the sky, it was a plane, but it was way out.  It looked like it was over Jersey

or something, then it wasn't there anymore.  I saw a small fireball, and it was gone.  I saw

two other planes.  One came in one way, and the other came in the other way, and there

was a plane in the middle that was way far off in the distance.  Then the plane in the

middle just disappeared into a little fire ball.  It looked like the size of a golf ball from

where I could see it.  And the other two planes veered off into opposite directions.  I just

kept on running north.  About fifteen blocks later, I had no idea that that was just the first

tower that had come down.  I had no idea at that time that that's what that was, and the

other buildings were being affected, of course, by that building falling.  I found another

ambulance, I believe it was the 08 Adam, because it was Valdivia and Jose Perez.  Joseph

Valdivia used to be my partner on tour 3, and when I finally caught up to them, I told

them what was happening.  I told them whatever you do, don't go back that way cause

they just blew up triage.  I thought that they blew up our triage sector, cause that's where

the command was and everything.  That was the only thing that I had to go by, everybody

that was there was gone.  Cause a couple of the police officers that are now missing are

guys that I had known, and that's where they were.  The paramedic from Cabrini, that's

where he was.  I was just talking to him 20 minutes before everything blew up.  I don't

know where he ran, I don't know if he ran the wrong way, cause I know I ran the right

way.  If you ran the opposite way, you were dead.  As I got like 15, 20 blocks away, now

I'm on the West Side Highway cause I came out of this park and I found the other

## P. ONDROVIC

ambulance.  I saw my ex-partner, and I said get in this thing and drive it to Westchester.

I told him get the hell out of the city.  Get everyone was can get in this, I said shit's still

blowing up down there.  Whatever you do, don't go in that direction, start driving north.

He was like, looking at me like I was insane.  Cause I don't know if anyone saw what had

happened.  All you could see was black smoke and that's all I can see at that point.  Now

I'm in an area where all the reporters are coming up to me and asking what had

happened, and I said I don't thinking I'm allowed to talk about it.  Cause I don't know

what happened, and I wasn't gonna tell anybody.  You know, it was surreal, like it wasn't

really happening.  So then an EMS Lieutenant comes over, he sees me standing with 8

Adam, and he says okay, you guys are gonna go three blocks south.  I looked at him, and

I said are you out of your mind?  I found another guy from 8 David, Charles Gschlecht

and we found each other as we were running.  He couldn't find his partner, and I couldn't

find mine, so we kind of synched up together, cause at least we knew each other and it's

like, okay, we're okay.  He said I can't find my partner.  I said I can't find mine either, I

think he got blown the wrong way.  This guy was telling me that his partner went back in

to help somebody, and that was the last we saw of either of them for awhile.  That was

the last I saw my partner for six whole days, cause I didn't come back to work after that.

Q:     Who was the lieutenant you saw, do you know?

A:     Yeah, Bobby Deleon.  Bobby Deleon comes up to me, and I know him

cause he used to be a union rep up in the Bronx when I worked up there a million years

P. ONDROVIC

ago, he tells us to take the vehicle, put me and Charles in the back of the vehicle and go

three blocks south.  Charles told him, are you out of your mind?  We're not safe where

we are, let alone three blocks south.  Yeah, yeah , yeah, I know, I know.  Get in the

ambulance and go three blocks south.  At that point I got really upset.  I said, do you

realize they just blew up our triage sector?  Everybody back there is dead, everybody

back there is gone.  There is no reason for us to go back there, we don't have the proper

protective equipment, we don't have the proper vehicles.  There's no way I'm going back

there, there's no reason to go back.  Yeah , yeah, yeah, I know, don't be hysterical, just

go back three blocks south.  I'm not going three blocks south, he's not going three blocks

south, this ambulance is not going three blocks south.  Sean started telling him we're not

safe where we are now, and we were fifteen blocks away.  It was certainly not safe there.

He was the whole time saying…cause at that point I was screaming at him, cause he

wasn't in there.  We were telling him what we saw, and he just wouldn't listen.  Yeah,

yeah, I know. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████ █

████████████████████████████████ I still

hadn't realized that the first tower had fallen. ████████████████

████████████████████████████████████

████████████████████████ After I found out what actually

P. ONDROVIC

happened, cause I found that out about a week ago, that that's what I ran from. So then, I think it was an EMS chief, I'm not sure who it was. Now more people were starting to come to this location, and he says okay, here's what we're gonna do…everybody's gonna go back down that way on the West Side Highway, and it's okay cause we have a police escort.

       Q:     Back south?

       A:     Back south on the West Side Highway, it's be okay cause we have a police escort. I don't want any free-lancing, we're all gonna go back in a nice orderly fashion. At that point my chest started to hurt, I couldn't breathe cause all I was breathing in was this black crap, I started coughing up all this black crap, all this stuff that looked like goo, and if I had to run another 15 blocks, I would have been dead. There was no way I could do it. I saw Lieutenant Hanlon, who is a lieutenant out of this station at that point, and I sat in the back of the ambulance. I started getting really scared, and really upset, cause people were telling me to go back in and die. There was nothing else they were telling me to do at that point, cause that was all that was gonna happen. So I sat in the back of the ambulance, I was coughing up, I was coughing up. Everyone kept asking me do you want oxygen? I was like no, I don't want it to get pushed down, I want to bring it up. I took some cold water, I put it on my face, I tried to cough up into it, and my chest really started hurting. Then my left arm started hurting, then the whole left side of my body started hurting, and I was like no, there's no way this is gonna happen. Lieutenant Hanlon came over to me and said are you okay? I said no, and I don't

P. ONDROVIC

know where my partner is.  At that point I was crying cause I had no idea where my

partner was, I thought I was having a goddamn heart attack, and these people are telling

me to go back in.  So then when this EMS chief said what we're gonna do I said no, I

have chest pain, I want to go to the hospital.  So 8  Adam took me to the hospital, they

took me to St. Vincent's.  At the time we were setting up, getting ready to take me out,

they took my blood pressure, which was a little high at the time, it's never been before in

my life, but I think that's a good time for it to be high.

        Q:     Did you take something?

        A:     They put me on oxygen, put me in the stretcher.  As they put me in the

stretcher, somebody came over the EMS radio, said that the North Tower is leaning.  As

we started driving off, we saw the second tower fall.  As we're driving away, debris is

hitting the back of the ambulance.  We were now about 20 blocks away, debris was

hitting the back of the ambulance as we were watching this thing come down, it was just

this huge cloud.  It was me and Jose Perez in the back of the bus saying, I can't believe

we're seeing this.  When we saw the towers start coming, I took the oxygen off my face,

me and Jose are yelling up to the front to Joe just drive.  Put your foot on the floor and

drive, drive as fast as you  can out of here, it's coming down.  Joe was like, I know I see

it, and he had his foot on the floor, which meant we were going 30 miles an hour.  Stuff

was still hitting the back of the ambulance.  All I kept thinking of is if this much crap is

hitting the back of the bus and we're 20 blocks away, this lieutenant wanted us to go 3

blocks south, and I'm thinking what happened to everybody who listened to this chief

P. ONDROVIC

and went back?  I don't even know if they got a chance to go back.  You know?  Also,

after I was running, I remember running, and I remember somebody yelling on the radio

May Day, May Day, I'm trapped! Over the EMS radio. I was thinking May Day?  That's

not a term we use, you know 10-13 or 85 forthwith, but somebody's yelling May Day,

I'm trapped.  Then you heard this loud buzz, and you didn't hear anymore transmissions

after that until I would venture to guess it was 20 minutes to a half our later, and the first

thing I remember hearing was somebody saying the North Tower is leaning. Within five

minutes of that statement, the second tower came down.  I spent the rest of my day at St.

Vincent's hospital.

    Q:    Okay, is there anything else you would like to add to this?

    A:    I don't know  if it matters, but I took the next three days off after that.  I

didn't go on ███████████████████████████. ████████████████

████████████████████████████████████████████

████████████████████████████████████████ I was

okay with it until the lieutenant wouldn't listen to me, and would not understand that it

was dangerous to go back in.  He wouldn't  accept that from me or the other guy that was

with me.  So I took the next three days off sick.  During that time I went to see two

counselors, one that was set-up by the union.  Cause needless to say, like everyone else in

the city, I did not sleep, I was having nightmares, I think the first full meal I ate was

about last week. ████████████████████████████

███████. Then I went to go see an internist cause I started walking down the street

P. ONDROVIC

and all of a sudden, I couldn't breathe.  I was trying to get back in the swing of things, ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  His statements to two of my co-workers, as well

as a lieutenant was, it's part of the job.  If I can't handle the job, I shouldn't have it.  I

don't think what any of us responded to that day was part of anyone's job, let alone ours.

That was a military operation.  Of course, what are you gonna do?  It could have been my

day off.  I could have been shopping at Border's Books.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I don't think anyone's ever been exposed to

something like this before here.  Of course not, but we all know EMS has a high rate of

suicide.  Not saying that that's gonna be my case cause no, I refuse, I wouldn't let

anybody push me to that corner.

  Q:  I'm glad to hear that.

P. ONDROVIC


A:      But, this is what happens.  This is one of the reasons that I pushed up my resignation date a lot quicker.  Cause I was trying to hold out for another 8 months, as soon I can get another job I'm the hell outta here.  It's not because of this event, cause other events like this will happen whether I'm on duty or off, it's the way I've been treated since.

Q:      I thank you very much for speaking to me, the time is 7:08 and this concludes the interview.

# Exhibit B:

- Fernando Camacho (9110318_FernandoCamacho.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110318.PDF

File No. 9110318

WORLD TRADE CENTER TASK FORCE INTERVIEW

FIREFIGHTER FERNANDO CAMACHO

Interview Date:  December 12, 2001

Transcribed by Laurie A. Collins

F. CAMACHO                    2

CHIEF KENAHAN:  The time is 11:17 a.m.,
and this is Battalion Chief Dennis Kenahan,
Safety Battalion of the Fire Department of
the City of New York.  I am conducting an
interview with Fernando Camacho of Ladder
22, in the quarters of Ladder 22.

Q.  Fernando, describe the events as you
recall them on September 11th.

A.  On the morning of September 11th I was
on house watch, and it was about 8:00.  A little
bit after 8, because I was watching the news, I
saw the first airplane or it would seem, an
explosion on one of the towers; I believe it was
the north tower. Chief Picciotto came down,
called the dispatcher and went out on his way
down.

Approximately 15 minutes later, both
the engine and the truck, we got our tickets to
go down to the World Trade Center.  It took us
about maybe 20 minutes to get there.  We came out
of our truck prepared to receive our orders,
walked down to the command post which was across
the street on the West Side Highway.  It was
across the street from the north tower.  We

F. CAMACHO                          3

waited there approximately about 15 minutes for
our orders.

        After we waited for a while, we were
told to go into the lobby of the Vista Hotel.  We
proceeded along the right side of the highway,
basically the same side of the command post, down
to the south pedestrian bridge, under the
pedestrian bridge, to avoid being hit by bodies
and debris going down.

        We came in through the corner of
Liberty and the West Side Highway into the Vista
Hotel.  There was a setup, a small command post
or small gathering of firefighters there with a
couple of chiefs.  I can't tell who they were.  I
don't remember that.

        We were in there approximately another
ten minutes.  Lieutenant Riley came back from
talking to the chief, and we were assigned to go
to the 75th floor.  We got our equipment together
and started walking up.  Ladder 25 had gone ahead
of us about five minutes before we got assigned
to go to the 75th floor.

        We went across the lobby of the hotel,
going north, and we exited and made a right going

F. CAMACHO                    4

towards the second tower, the south tower.  We
must have walked about 100-200 feet to revolving
doors, which led into a hallway to where the mall
was.  I could see maybe 20, 25 civilians and I
believe Ladder 25, which was about another 100 to
150 feet ahead of us.

As we came in through the revolving
doors, the lights went out.  A second or two
later everything started to shake.  You could
hear explosions.  We didn't know what it was.  We
thought it was just a small collapse.

As I looked straight ahead of me, I saw
total darkness.  Everything was coming our way
like a wave.  The firefighters that were ahead of
us and the civilians that were ahead of us
totally disappeared.

We turned around.  We were all pretty
much within ten feet of each other:  lieutenant,
chauffeur, roof, OV, can.  As we turned around, I
ran probably maybe ten feet and that's when the
body of the building or body of the collapse hit,
and we were flying through the air basically.  I
must have flown 30, 40 feet through the air.

Then total quiet.  You couldn't

F. CAMACHO                    5

breathe.  You couldn't see anything.  None of the
equipment worked.  My face piece was gone,
flashlight, helmet.  There were about maybe five
or six civilians around us.  We tried to get them
out, as we tried to make our way out.

        We did a perimeter search.  Everything
behind us was blocked and to our sides.  We came
back out basically through the same way we came
into the building.  We were facing the West Side
Highway now, but there was a hole in the side of
the building.  So that's how we found our way
out.

        The only thing I know is that it was
the roof, the OV and myself that got out.  I had
the can.  Lieutenant Riley and the chauffeur we
couldn't find.  We didn't know if they were
trapped or they made their way out in some other
fashion.  We found out later that they did make
their way out, through another exit or behind us.

        The West Side Highway was still pretty
clear.  There wasn't a lot of debris in front of
us.  We made our way north underneath the
pedestrian bridge that's to the north.  As we
approached the rig again, I was being tended by

F. CAMACHO                        6

EMS for head wounds.

Five minutes after that the north tower
started to lean.

Q.   You saw it leaning?

A.   Yeah.

What happened was that as I was
standing there and getting bandaged, somebody
said the tower is leaning.  So me and Gorman --
he had the irons.  We turned around and looked,
and we could see the tower leaning.  As it
started to lean, it just came straight down.  Now
we're running again.

Q.   Which way was it leaning?  Towards West
Street?

A.   The tower was leaning not towards -- it
leaned somewhat northwest but not -- it came down
pretty straight after it leaned.  It didn't
really continue to lean.  It just leaned a little
bit and then came straight down.

Basically that's it.  We ran and we
went into the high school that's I believe
somewhere --

Q.   On Chambers.

A.   Chambers, yeah.  It might be Chambers,

F. CAMACHO                      7

a little further up from Chambers Street.  We
came back out after the cloud passed us and
started helping out people that couldn't breathe
or were injured.

      That's basically the bulk of the
information I can give.

    Q.   Fine.  Let me get one thing straight.
From the time you noticed the leaning to the time
of it coming down, are we talking about seconds
here?

    A.   No more than three, four seconds.

    Q.   All right.  Thank you for all your
help, Fernando.

    A.   No problem.

      CHIEF KENAHAN:  The time now is 11:27,
and this concludes the interview.

# Exhibit C: Attachments:

- James McGlynn (9110447_JamesMcGlynn.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110447.PDF

- DanWalker (9110341_DanWalker.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110341.PDF

- Glen Asaeda (9110062_GlenAsaeda.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110062.PDF

- George Kozlowski (9110308_GeorgeKozlowski.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110308.PDF

- Patrick McNally (9110199_PatrickMcNally.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110199.PDF

- John Malley (9110319_JohnMalley.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110319.PDF

- Kevin Gorman (9110434_KevinGorman.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110434.PDF

- Kenneth Escoffery (9110460_KennethEscoffery.PDF)
http://graphics8.nytimes.com/packages/pdf/nyregion/20050812_WTC_GRAPHIC/9110460.PDF