# DR. JUDY WOOD.
Clemson, SC 29631

lisajudy@nctv.com

August 22, 2007

VIA EMAIL AND CERTIFIED MAIL RRR

Deputy Director

National Institute of Standards and Technology
100 Bureau Drive, Mail Stop 1000
Gaithersburg, MD 20899-1000
Email: info.quality@nist.gov

> Re: APPEAL of NIST initial denial dated July 27, 2007

a.

Appeal filed by: Dr. Judy Wood,

b.

Annexed hereto, please find Request for Correction (RFC) dated March 16, 2007; RFC Supplement #1 March 29, 2007; and RFC Supplement #2 dated April 20, 2007.

c.

Statement of reasons why the initial denial was in error are:

## I. Overview

Firstly, I should like to acknowledge that NIST's review of my RFC of March 16, 2007 and the two Supplements thereto of March 29, 2007 and April 20, 2007, (hereinafter RFC&Supps) comports with the requirements of Section 515 of P.L. 106-544 in terms of the procedures that are required; and, for that, I should like to express gratitude.

Secondly, however, based on the factors that are articulated below, this appeal will demonstrate that:

a. NIST should not have reached the conclusion that it would initially deny my request for correction; and
b. NIST should, indeed, retract the NCSTAR 1 report; and
c. NIST should acknowledge the evidence presented confirms that the NCSTAR 1 report is, indeed, fraudulent.

The evidence already presented, together with that which this appeal additionally brings forward will confirm that:

A.

NIST should have known that Applied Research Associates (ARA) is a "significant manufacturer of directed energy weapons and/or components thereof;" and

B.

NIST and its contractors, such as ARA, should have detected evidence of the use of exotic weaponry even in the context of NIST's intentional and, I assert, improper limitation of its investigation to "the sequence of events leading up to the collapse of the World Trade Center (WTC) towers."

C.

NIST should, at a bare minimum, modify NCSTAR 1 to include the definition of "collapse."

D.

As NCSTAR 1 merely offered a "probable [hypothetical] 'collapse' sequence" [or properly speaking, hypothetical destruction sequence] purporting to explain the sequence of events leading up to the 'collapse' of the WTC towers," NIST should modify the stated objective of NCSTAR 1 by deleting the claim that it was seeking determine why and how WTC 1 and WTC 2 'collapsed' following the initial impacts of the aircraft…" Had NIST determined why and how WTC 1 and WTC 2 were destroyed, it would necessarily have had to deal with the following phenomena that are visually confirmed to have occurred during two separate and discrete time intervals.

E.

NIST's analysis did not satisfy either the momentum or the energy conservation principles. Further, NIST's reliance on the technical topic reports, including NCSTAR 1-2A, 1-2B and NCSTAR 1-5 and 1-6 utterly misconstrue the visual evidence as should have been obvious to an entity having the weapons detection capabilities of ARA. That capacity and the evidence that should have been detected as a result of that capacity will be fully supported herein below.

F.

NIST can confirm that directed energy weapons have been used by making inquires at the Directed Energy Directorate, as I have done, and by calling in ARA and SAIC witnesses, together with the First Responders, such as Patricia Ondrovic.


II. Substantiation of assertions A through E.

**A.**
**NIST should have known that Applied Research Associates (ARA) is a "significant manufacturer of directed energy weapons and/or components thereof."**

As indicated at the outset, NIST's treatment of my RFC/Supps is to be accredited for following the requisite procedures. One example of this is NIST's statement in the initial denial letter of July 27, 2007

that "[p]rior to award, each NIST WTC Investigation Contractor underwent a rigorous organizational conflict of interest analysis. As a result of the analysis, ARA was determined not to have an organizational conflict of interest." NIST then goes further to claim that "…there is no factual evidence to support this claim [that ARA is a significant manufacturer of directed energy weapons and/or components thereof"].

That statement simply cannot withstand even a modicum of scrutiny of ARA's known weapons manufacturing capacity and knowledge of the lethality effects of advanced weapons.


**Figure 1(a).** *source* *defens1_poof_l.jpg*


**Figure 1(b).** *source* *sec_1_lwtc.jpg*

ARA should have been asked to state which of their capacities are displayed in connection with the two simulations above depicted. In the one instance, it looks as if they are displaying a capacity to bring about destruction of an urban setting that is similar to the World Trade Center complex; and, in the other, it looks as if they are depicting a capacity to make the World Trade Center glow orange before disappearing.

The building in the background of Figure 1(a) resembles WTC3, the Marriott Hotel, as if we were looking south down West Street, with the WFC on our right (out of view). See the building in the foreground of Figures 3 and 4


**Figure 2.** *source1* and *source2* *OKC_DEW450.jpg*


**Figure 3.** source.*Image523.jpg*


**Figure 4.** source *site1082_ph.jpg*


**Figure 5.** source *Image557.jpg*

One photograph in Figure 2 is of the inside of WTC6 and the other is the Murrah Building in OKC. Can you tell which is which? (Hint: one of them has a wheatchex at the bottom.) The point here is that weapons expertise of the type that ARA has is used for assessing the cause of the destruction seen. ARA

3                                                                                           sec. A.

knows how to do that sort of assessment; and, for that reason, it is indicative of fraud for ARA to have given input into a process that found it appropriate to stop the entire analysis of what caused the destruction of the WTC towers at a point that did not involve assessment of the effects seen above.

Let me be clearer still. It is incongruent for NIST to have stated, as it did, that the effects seen above are inevitable without so much as a single sentence of explanation of the seen and observed effects.

Figure 3 is a reminder of the material that must be accounted for in the rubble pile.
Figure 4 shows WTC3 on the morning of 9/11
Figure 5 shows the destruction of WTC1 viewed from the north-northwest



**Figure 6.**  source ARA their capabilities *source*  defens1.jpg

The above depictions clearly illustrate a degree of involvement by ARA with a wide variety of advanced weaponry:
  a) They design/manufacture missiles.
  b) They design/manufacture radio-controlled flying objects that fly and spy and/or perhaps fly in secretly to deliver some biological agent.
  c) They design/manufacture nukes and/or some other type of weapon of mass destruction (WMD).
  d) They anticipate working in a toxic environment and plan for it.
  e) They can destroy tall buildings with little damage to untargeted neighboring structures.
  f) They design/manufacture all-terrain robots to seek and destroy anybody and anything.

Now that ARA's overall capabilities have been demonstrated, we come now to what should have been a determining factor for NIST to know that ARA had a clear and palpable conflict of interest and should never have been allowed to participate in the preparation of NCSTAR 1. That is because ARA's primary

capabilities involve the study of lethality and destructive effects caused by weaponry.  Here is how ARA, itself, describes its "company-wide initiative":

*Quoting ARA:*
> **Vulnerability/Lethality Center of Excellence**
> *http://www.ara.com/capabilities/p_VulnerabilityLethalityExcellence.htm*
>
> ### Problem Statement and Objectives
> The Vulnerability/Lethality Center of Excellence is an ARA company-wide initiative to coordinate the efforts of ARA's professional engineering and scientific staff working in the areas of research, development, testing acquisition and maintenance of conventional munitions.
>
> * Target Vulnerability analyses are performed to evaluate the susceptibility of targets to damage inflicted by our munitions.
>
> * Weapon Effectiveness is the mathematical/ analytical combination of the weapon lethality and system delivery accuracy.  The warhead lethality is a detailed analysis of the interaction of the warhead damage mechanism and a detailed target description.
>
> ### Results and Benefits
> Extensive background in providing modeling, simulation, and statistical analysis in analytical and empirical process environments to both government and commercial entities. To support our areas of interest, we maintain a professional staff of highly qualified engineers and scientists with the educational and experience background necessary to support the objectives of our customers.
>
> ### Weapon Effects
> ARA develops models and software to simulate the extreme environments created by conventional blast, chemical, biological, and nuclear weapons. We model the physics of the weapon, the environments created by the weapon, and the effect of these environments on humans and man-made objects. Man-made objects include fixed and mobile structures, military and commercial structures, above-ground and buried structures.
>
> We apply our full spectrum CBRNE (chemical, biological, radiological, nuclear, explosives) effects expertise for trade studies, analysis of alternatives, weapon system design, operational planning, targeting, design of protective structures, design of protective equipment and training simulators. We provide direct support services as well as software products enabling others to perform these analyses.

# Federal Contract Vehicles
http://www.ara.com/about/contracts.htm

*Quoting ARA:*
> ARA has signed a number of major task-order contracts with the Federal government. Please contact us if you are interested in more information in the following contracts.

*Quoting ARA:*

| |
|---|
| **Technology Directorate's Program for Arms Control, Nonproliferation, Homeland Defense, and Chemical/Biological Weapons Defense (TDA IDIQ)** |
| **Contract:** DTRA01-02-0066<br>**Scope**: Arms Control, Nonporliferation, DTRA<br>**Period of Performance:** Active thru August 2007 + 5 Year option<br>**Contact:** Terry Schechinger (919) 876-0018 |
| **Test Operations, Technology and Test Support (TOTTS)** |
| **Contract:** DTRA02-03-D-0002<br>**Scope:** This contract is the principal contract providing relevant field test support for DTRA/TDT.<br>**Period of Performance:** Active thru April 2008 + 5 year option |
| **Contact:** Robert Couch (505) 846-0487 |
| **Weapons of Mass Destruction-Defeat Technology (WMD-DT IDIQ)** |
| **Contract:** DTRA01-03-D-0014<br>**Scope:** Purpose is to support all present and future DTRA Counter WMD Technologies Directorate (CX) activities. These activities include supporting other DTRA directorates and providing operational support to the Combatant Commanders and their staffs. Additionally, the scope also includes supporting other federal, state and local government activities. Orders issued pursuant to this contract may be placed by Federal Agencies other than DTRA. Federal Agencies other than DTRA desiring to place orders under this contract shall contact the DTRA Contracting Officer, Ms. Kathryn Cooper,(703) 767-3503, for prior approval. This approval shall be obtained for each order.<br>**Period of Performance:** Active thru May 2008 + 5 year option<br>**Contact:** Rob Sues (703) 329-0200 |

To repeat, "**Weapons of Mass Destruction-Defeat Technology (WMD-DT IDIQ)"** and "Purpose is to support all present and future DTRA Counter WMD Technologies Directorate (CX) activities." Presumably ARA was chosen for this contract because it is a leading firm in WMD technologies. Obviously ARA has expertise is all WMD technologies.

ARA supports DTRA research and development.  The Defense Threat Reduction Agency (DTRA)


**Figure 7.**   source *(source)* *http://www.dtra.mil/newsservices/photo_library/RD/popup/RD36.cfm Photo source* *cp06l.JPG*


**Figure 8.**   source *(source)* *http://www.dtra.mil/newsservices/photo_library/RD/popup/RD30.cfm Photo source* *cp30l.JPG*

**DTRA** Research and Development. Concrete for test structures is mixed at the batch plant at the U.S. Army White Sands Missile Range, N.M.

**DTRA** Research and Development. The Defense Threat Reduction Agency (DTRA) uses the Component Test Structure-1 (CTS-1), located at the DTRA Permanent High Explosive Test Site at the U.S. Army White Sands Missile Range, N.M., to test various weapons effects (photo depicts debris resulting from a test).

## Weapon Systems
 http://www.ara.com/capabilities/c_weapon_systems.htm



**Figure 9.**   *source* http://www.ara.com/capabilities/images/c_weapon_systems.jpg   *c_weapon_systems.jpg*

*Quoting ARA:*
## Weapon Systems

> ARA develops advanced weapon system concepts and designs that expand performance ranges as well as leverage advanced technologies to increase targeting precision and on-board autonomy. We develop weapon systems with enhanced survivability, penetration depth, range, and explosive performance. We also develop advanced non-lethal and lethal concepts and designs that make weapon systems smarter and limit collateral damage. We integrate weapons and advanced robotic systems that can infiltrate denied sites and maximize the reach of our warfighters
>
> We use high fidelity physics-based modeling and simulation methods to perform weapons effectiveness evaluations to engineer these solutions and optimize effectiveness considering all system requirements. We also design and execute tests of new weapon systems for development as well as operational evaluations.

## Weapon Effects

http://www.ara.com/capabilities/c_weapon_effectiveness.htm



**Figure 10.** *source http://www.ara.com/capabilities/images/c_weapon_effects.jpg* c_weapon_effects.jpg

## Weapon Effects

*Quoting ARA:*

>   ARA develops models and software to simulate the extreme environments created by conventional blast, chemical, biological, and nuclear weapons. We model the physics of the weapon, the environments created by the weapon, and the effect of these environments on humans and man-made objects. Man-made objects include fixed and mobile structures, military and commercial structures, above-ground and buried structures.
>
>   We apply our full spectrum CBRNE (chemical, biological, radiological, nuclear, explosives) effects expertise for trade studies, analysis of alternatives, weapon system design, operational planning, targeting, design of protective structures, design of protective equipment and training simulators. We provide direct support services as well as software products enabling others to perform these analyses.

Confirmation of ARA's central role in directed energy weapons technology is confirmed by their role as a silver level founding sponsor, in 1999, of the Directed Energy Professional Society (DEPS). Not much else can be specifically stated about ARA's manufacturing involvment in directed energy weaponry largely because information about the deployment of such weapons remains shrouded in secrecy.

In the year 2000, DEPS stated in its internal publication Wave Front that such weapons were already deployed in a variety of platforms, implying that they were already then deployed in space, aboard high and low altitude aircraft, on the ground and at sea. Moreover, such weapons had a wide range of lethal effects.

ARA also has an internal publication that is entitled Waves that makes reference to the development of "advanced or unusual" weapons concepts, but says nothing more specific than that.



**DIRECTED ENERGY PROFESSIONAL SOCIETY**
*DEPS Sponsors*

| DEPS Home | Events | Education | Publications | DEPS Info | Links |

DEPS is supported by its Sponsors, organizations that provide valuable institutional guidance and support. DEPS owes a great debt of gratitude to its Founding Sponsors as well as its current Sponsors. Note: These links take you outside the DEPS web site, and the content is beyond our control.

**Current DEPS Sponsors**

Gold Sponsors

- Boeing - Missile Defense Systems
- IONATRON, Inc.
- Lockheed Martin
- Northrop Grumman
- Raytheon
- Textron Systems Corporation

Silver Sponsors

- MZA Associates Corporation
- Nutronics
- the Optical Sciences Company
- Schafer Corporation
- Science Applications International Corp.

Sustaining Sponsors

- Applied Technology Associates
- Brashear, a Division of L-3 Communications
- Georgia Tech Research Institute
- Hamilton Sundstrand

**Founding Sponsors**

We thank our founding sponsors for their help in making DEPS a reality.

Gold Level Founding Sponsors

- Boeing - Airborne Laser Program
- Lockheed Martin
- Raytheon
- TRW

Silver Level Founding Sponsors

- Applied Research Associates, Inc.
- MZA Associates Corporation
- BAE Systems
- the Optical Sciences Company
- SVS
- Schafer Corporation

Founding Sponsors

- The University of New Mexico

DEPS Information                              8/20/07  12:42 PM



**DIRECTED ENERGY PROFESSIONAL SOCIETY**
*About DEPS*

| DEPS Home | Events | Education | Publications | DEPS Info | Links |

**DEPS Mission**: The Directed Energy Professional Society (DEPS) was founded in 1999 to foster research and development of Directed Energy (DE) technology for national defense and civil applications through professional communication and education. We intend to be recognized as the premier organization for exchanging information about and advocating research, development and application of Directed Energy.

**Our Goals**
- Encourage national interest in DE
- Foster communication within the DE community
- Enhance DE education
- Recognize outstanding DE contributions
- Publish and archive DE achievements

**Our Activities**
- Sponsoring
  - DE Symposia, Conferences and Workshops
  - DE Short Courses
- Recognizing
  - Excellent DE papers
  - Contributions of DEPS Fellows
- Publishing
  - Journal of Directed Energy
  - DE Symposium, Conference and Workshop Proceedings

**Figure 11.  DEPS sponsors:** http://www.deps.org/DEPSpages/sponsors.html
**DEPS information:** http://www.deps.org/DEPSpages/DEPSinfo.html

9                                                                                         sec. A.

## ARA Facilities
http://www.ara.com/offices/facility_manufacturing.htm

ARA manufacturing facility
**Vermont Manufacturing/Prototyping Facility**



**Figure 12.**  *source*  manufacturing_vermont.jpg

Vermont Manufacturing/Prototyping Facility
Randolph, VT, 63,000 sq. ft. plant on 57 acres
*Quoting ARA:*

>ARA's manufacturing/prototyping facility located in Randolph, Vermont brings ARA-developed technologies to the field. Our facilities include 63,000 square feet of manufacturing space on 57 acres, including a machine shop, electronics shops, two large bays for fabrication of large builds, inventory space, and office space.
>
>Our in-house capabilities, including electronic and mechanical assembly, CNC lathing and other machining, welding, quality assurance, and inventory control, allow us to be responsive to each customer's requirements and provide top quality products.
>
>Our staff includes mechanical designers, electronics technicians, fabricators, and accounting, procurement, and inventory control personnel. A major strength of our manufacturing group is their ability to draw on the diverse set of skills that exist across ARA.
>
>Products manufactured at this facility include:
>
>\*  Robotics product lines -  platforms are available with a variety of implements for performance of EOD tasks. With units deployed worldwide, ARA robotics have proven performance in the most challenging environments.
>\* Our geotechnical and environmental product lines include rigs and tools including patented sensors and machines to meet a variety of geotechnical/environmental needs.

**Emerald Coast Manufacturing/Prototyping Facility**



**Figure 13.**  *source* http://www.ara.com/offices/mfg_fl.jpg   *manufacturing_niceville.jpg*

Emerald Coast Manufacturing/Prototyping Facility
Niceville, FL, 4,000 sq.ft
*Quoting ARA:*

> ARA's Emerald Coast Facility consists of a central office complex, a laboratory and a manufacturing facility. This facility is a DoD-approved Top Secret facility with storage capability up to and including Secret level.
>
> The 4000 sq. ft laboratory supports R&D, prototyping, electronics assembly, quality assurance, procurement, inventory control and production. It is equipped with state-of-the-art electronic test equipment such as network analyzers, frequency analyzers, and oscilloscopes, along with the necessary equipment for electronics assembly, production, and quality assurance. Product components are controlled in a staffed inventory room and climate controlled storage is provided by the lab until products are delivered.
>
> The 4000 sq. ft. manufacturing facility is designed for production. This facility is used for LRIP and also serves as a backup to our Vermont manufacturing facility during FRP. The Emerald Coast manufacturing and development facility provides space for production and inventory as well as spiral developments and horizontal technical insertions. It includes an assembly line, a testing/QA area, a controlled inventory room, and a laboratory. Like the office complex, the facility meets DoD 5200.22-M NISPOM requirements and DCID6/9 standards. There are several office rooms in the facility approved for processing and storing of classified material and a secure telephone.

**Comments:**

> "This facility is a DoD-approved **Top Secret facility with storage capability** up to and including Secret level." [Emphasis added]

A DoD-approved Top Secret storage facility does not appear to be for just R&D prototyping. This appears to be a storage facility where the product is available upon demand.

> "Product components are controlled in a **staffed inventory room** and **climate controlled storage** is provided by the lab **until products are delivered.**" [Emphasis added]

A staffed inventory room with climate-controlled storage for storing products until they are delivered implies this is manufacturing, not just R&D prototyping.

# Airblast Short Course
http://www.ara.com/products/seminar_airblast.htm

Cookie-cutter cutouts?



**Figure 14.** *source*  *airblast5.jpg*



**Figure 15.** *source*  http://www.noaanews.noaa.gov/stories/images/wtc-photo-cropped.jpg



**Figure 16.** *Source1* and *source2* OKC_DEW450.jpg

The building in the background reminds me of WTC3, as if we are looking down West Street, with the WFC to our right.

*Quoting ARA:*
### Airblast Short Course
> Summary
> This course is designed to provide wide-ranging exposure to the fields of airblast, high explosives, detonation waves, and fragmentation and subsequent loads on structures with examples for conventional munitions and shock tubes. It will include a section on hydrodynamic codes and blast modeling and a session on blast wave reflection. Different tools will be presented to analyze the response of structures to these loads. This course is intended to be an introduction

to these phenomena and their relationships to each other.

**Comment:** If ARA is teaching a short course in "the fields of airblast, high explosives, detonation waves, and fragmentation and subsequent loads on structures," it follows that they understand and recognize the effects of this technology under any and all circumstances.  They failed to do so in the NIST WTC study. ARA and other contractors that knew or should have known the cause of the destruction of the WTC towers fraudulently steered NIST away from the information confirming that exotic weaponry, almost certainly including directed energy weapons, were used to bring about the destruction of the WTC complex.

## Environmental Treatment Process Development and Testing
http://www.ara.com/capabilities/c_pollution_remediation.htm



**Figure 17.**   *source*   http://www.ara.com/capabilities/images/pollution.jpg   *pollution.jpg*

**Comment:**  ARA key staff members probably know what molecular dissociation looks like.

*Quoting ARA:*
Environmental Treatment Process Development and Testing

> ARA owns and operates a 20,000 sq. ft facility in Panama City, FL. Facilities include a microbial biodegradation laboratory with wet chemistry and media preparation capabilities, an analytical laboratory, and a fabrication and demonstration high bay. The laboratories are equipped to conduct biodegradation testing, ion exchange resin testing and regeneration, thermal treatment, catalytic evaluations, and supercritical and hydrothermal oxidation testing. The analytical laboratory is equipped with a Dionex DX-500 Ion Chromatography, an HP Series 1100 HPLC, an HP 5890 Series II GC, an HP 6890 GC with MS, and necessary support equipment. Key capabilities include:
>
> * Laboratory through pilot-scale equipment for biodegradation

* (2.5 liter through 300-gallon reactor vessels), ion exchange, and hydrothermal testing
* Shop-fabricated components and pilot systems
* Transportable, trailer-mounted treatment systems for biodegradation and ion exchange
* Laboratory and field-test engineering and technician support
* Design, engineering, startup, and operational support
* Owner-operated and lease options for commercial treatment systems

**Environmental Effects and Cleanup**
*Fuming, Fuzzballs, and Fuzzyblobs*



**Figure 18.** *(9/11/01) Source http://memory.loc.gov/service/pnp/ppmsca/02100/02150v.jpg  02150v.jpg*

The picture above shows GZ FDNY emergency workers in various stages of ill health from the after effect of the destruction of the WTC. There are unusual "fuzzyblobs" visible in various locations in this photograph. A plausible interpretation is that these fuzzyblobs have a toxic effect on humans, for example, one emergency worker is slumped over and another is holding his nose. It is also noticeable that the trees don't have leaves. A building "collapse" does not cause these effects.



**Figure 19.** *(9/11/01) Source   imdf11092001221934a.jpg*

The vehicles in the above photo are "fuming."  They don't appear to be on fire, yet "fumes" are emanating from them.  A reported 1400 vehicles were damaged on 9/11 [Reference1]. These vehicles had peculiar patterns of damage and some were as far away as FDR Drive (about 7 blocks from the WTC, along the East River). Vehicles had missing door handles for example, windows blown out, window frames deformed, melted engine blocks, steel-belted tires with only the steel belts left, and vehicle front ends destroyed with little or no effect on the back end of the vehicles. What could have caused such extraordinary damage? Portions of cars burned while paper nearby did not.

Reference1:
http://www.apwa.net/Publications/Reporter/ReporterOnline/index.asp?DISPLAY=ISSUE&ISSUE_DATE=032004&ARTICLE_NUMBER=770



**Figure 20.**   Source: http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC80.jpg **GJS-WTC080.jpg**

This is during the destruction of WTC1.  The cloud wave has not yet passed the building in the foreground, yet vigorous fuming can be seen to the left of the building, ahead of the dust cloud.

 

**Figure 21.** *(9/11/01) Source 0076v.jpg*     **Figure 22.** *(9/11/01) Source Tricia Meadows/Globe Photos m15a.jpg*

The toasted car lot burns. Curiously, it's upwind from the WTC shortly after the destruction of WTC1. Most of the dust appears to have settled out of the air. However, very fine dust can be seen around the feet of people walking in this dust. "Fuzz balls" form around their feet.

  

**Figure 23.** *(9/11/01) Source 0131v.jpg*     **Figure 24.** *(9/14/01) Source 3897.jpg*     **Figure 25.** *(9/14/01) Source 3901.jpg*

The first figure above, looking south toward the pedestrian walkway shows dramatic fuming on 9/11/01. The next two photos, taken of that same area three days later, shows a tremendous amount of dirt added. ARA should know why this dirt is here.