



**Figure 26.** *(9/27/01) Source Image313.jpg*     **Figure 27.** *(photo filed 3/15/02) Source Image304.jpg*

The above photo shows highly visible fuming over the WTC site on 9/27/01. In March 2002, the remains of the dirt pile were still fuming and being hosed down, as can be seen in the second photo above.



**Figure 28.** *(?/??/01) Source  http://www.hybrideb.com/source/eyewitness/nyartlab/DSC08057.jpg   57_hosedStreet_DSC08057.jpg*

The street near the WTC were cleaned and repeatedly scrubbed almost immediately after the event. ARA has environmental cleanup toxic material handling expertise. They should know why this scrubbing was done.

## *Dirt*

 

**Figure 29.** *(9/16/01)* source  5320.jpg      **Figure 30.** *(9/16/01 entered)* Source 5321.jpg

This appears to be a method of environmental cleanup that was used, here.   NIST and their contractors should have researched who ordered the new potting soil for the front yard of the WFC.

It looks silly to have this dirt dumped on the fire truck and in the fire truck and under the fire truck. Clearly it didn't suffer from an out-of-control fire in these places. The paint above the tire does not look heat affected.

 

**Figure 31.** *(9/13/01)* Source 5313.jpg      **Figure 32.** *(9/13/01)* source 3885.jpg

The WTC plaza level had been covered with cement blocks before 9/11, and the above photo dated 9/13/01 shows it covered with dirt.  A "collapse" does not cause a building to turn into dirt and ARA should know this.

The second photo above shows what appears to be dirt trucked in from a landfill.



**Figure 33.** *(9/11/01)   source   http://memory.loc.gov/service/pnp/ppmsca/02100/02110v.jpg   02110v_c.jpg (cut)*



**Figure 34.** *(9/16/01) Source*
*http://www.photolibrary.fema.gov/photodata/original/3925.jpg   3925_c1.jpg*



**Figure 35.** *(10/05/01) Source*
*http://www.photolibrary.fema.gov/photodata/original/5707.jpg   011005_5707_c1.jpg (cut)*

*(9/11/01)*
*(9/16/01) 5 days after 9/11*
*(10/05/01) 24 days after 9/11*

During the first few weeks of the "clean up" operation the amount of dirt appears to have grown.



**Figure 36.** *(10/3/01)* *source: http://www.parrhesia.com/wtc/wtc070.jpg*  *wtc070.jpg*

*(10/03/01) 22 days after 9/11*

Despite all of the many truckloads of dirt dumped on the core of WTC1, it still fumes.  This photo was taken on 10/3/01.



**Figure 37.** *(10/28/01)* *Source*    *5508_s.jpg*



**Figure 38.** *(10/28/01)* *Source*   *011028_5509c.jpg*

*(10/03/01) 22 days after 9/11*
*(10/28/01) 47 days after 9/11*

On 10/28/01 there is still fuming from the wet dirt pile.  Note the puddle in the foreground. There are pools of water under a beautiful rainbow! Those orange-rusted core columns are very bright.

### *Rudi Giuliani's "120 dump trucks"*



**Figure 39.**  *Photo source story_giuliani.jpg    http://drjudywood.com/media/010912_GIulianiDumpTrucks.mp3  Statement (9/12/01) Source*

*"We were able to move 120 dump trucks out of the city last night. (So) it should give you a sense of the work that was done over night. And so, some of the debris has already been removed. More of it is being removed, and it will be done by barge all throughout the day today."*

On 9/12/01, WCBS radio recorded Rudi Giuliani's following statement:
http://drjudywood.com/media/010912_GIulianiDumpTrucks.mp3

### *Trucking Dirt In and Out*




**Figure 40.**  *(9/27/01) Source    5644.jpg*     **Figure 41.**  *(photo filed 10/13/01) Source    5450.jpg*



**Figure 42.** *(9/27/01)* *Source*   *010927_5644cb.jpg*

There is evidence of trucks bringing dirt into lower Manhattan.

# DOT Security Consulting
**Showcase Project**
http://www.ara.com/capabilities/p_DOT_security.htm



**Figure 43.**   *source*   *p_DOT_security.gif*

*Quoting ARA:*
> "The General Services Administration (GSA) managed the design and construction of a build-to-lease project for the Headquarters Building of the Department of Transportation (DOT)."
>
> "Results and Benefits
> ARA provided the GSA/DOT the design and installation of electronic and physical security systems to provide the level of protection required by the DOT."

What happened to the DOT camera images of the Pentagon and elsewhere? I think ARA knows.

Does ARA handle the Virginia DOT cameras near the Pentagon? How about those in NYC?