

**Figure 42.** *(9/27/01) Source   010927_5644cb.jpg*

There is evidence of trucks bringing dirt into lower Manhattan.

## DOT Security Consulting
**Showcase Project**
http://www.ara.com/capabilities/p_DOT_security.htm



**Figure 43.**   *source   p_DOT_security.gif*

*Quoting ARA:*
>"The General Services Administration (GSA) managed the design and construction of a build-to-lease project for the Headquarters Building of the Department of Transportation (DOT)."
>
>"Results and Benefits
>ARA provided the GSA/DOT the design and installation of electronic and physical security systems to provide the level of protection required by the DOT."

What happened to the DOT camera images of the Pentagon and elsewhere? I think ARA knows.

Does ARA handle the Virginia DOT cameras near the Pentagon?  How about those in NYC?

## Capabilities - Homeland Safety and Security
**Technology and systems to protect our citizens**
http://www.ara.com/capabilities/security.htm



**Figure 44.**  *source*  sec_1.jpg

Center of Excellence in Weaponry



**Figure 45.**  *source*  sec_1_lwtc.jpg                **Figure 46.**  *Source*  Biggart1836.jpg

ARA shows WTC3 too small. WTC3 was a 22-story building, or one fifth (1/5) of the height of the twin towers and nearly half of the height of WTC7.  ARA apparently didn't want to remind us just how tall WTC3 was.

## ARA's PsyOPs Department

*Quoting ARA:*
> **Cognitive Task Analysis**
> http://www.ara.com/capabilities/tech_cognitive.htm
>
> **Crowd Cultures**
> http://www.ara.com/capabilities/p_crowdculture.htm
>
> * Improve crowd control tactics
>
> Example:
>
> ARA identified the critical cultural elements of Middle Eastern crowds, developed a descriptive model of crowd decision making and behavior across cultures, and developed and evaluated decision-making exercises to support crowd control training for the U.S. military.


## SAIC's PsyOPs Department

### Science Applications International Corporation (SAIC)
http://sourcewatch.org/index.php?title=SAIC

*Quoting sourcewatch:*
> **Science Applications International Corporation** (SAIC) was founded in 1969 by J. Robert Beyster "and a small group of scientists ... as a scientific consulting firm with a handful of government contracts for nuclear power and nuclear weapons effects study programs...."[1]
>
> In 1990 SAIC was indicted and pled guilty to 10 felony counts of fraud on a Superfund site, called "one of the largest (cases) of environmental fraud" in Los Angeles history. [2] SAIC had some 44,000 employees and took in $8 billion in 2006. SAIC "is larger than the departments of Labor, Energy, and Housing and Urban Development combined," reported *Vanity Fair*. [3] "SAIC's largest customer by far is the U.S. government, which accounts for 69 percent of its business," according to the Center for Public Integrity. [4]
>
> **Lost Contract**
> In July 2006 the U.S. military "removed two firms from a psychological operations contract aimed at influencing international public opinion," reports the *Washington Post*. "The firms, plus a third company (SYColeman) that will retain the contract, spent the past year developing prototypes for radio and television spots intended for use in Iraq and in other nations...
>
> **Iraq Work**
> "SAIC executives have been involved at every stage ... of the war in Iraq," from pushing WMD claims to helping "investigate how American intelligence could have been so disastrously wrong," described *Vanity Fair* in its March 2007 issue. [6] …
>
> Under "yet another no-bid contract," SAIC created the Iraqi Media Network, supposedly a "free and independent indigenous media network" that quickly became "a mouthpiece for the Pentagon"….Moreover, SAIC's work on the Iraqi Media Network was criticized by the Pentagon's Inspector General as having "widespread violations of normal contracting procedures." [8] [9]

**Mind Games**  http://cjrarchives.org/issues/2006/3/schulman.asp

*Quoting the article:*
> In November 2001, a secretive Pentagon directorate took shape within the Office of the Assistant Secretary of Defense for Special Operations and …. its role was to harness a variety of informational activities to sway public opinion in the Middle East in favor of the administration's war on terror. It was called the Office of Strategic Influence.
>
> Budgeted at $100 million for its first year of operations, OSI's staff of twenty consisted of experts in psychological and cyber warfare, authorities on the Middle East and Islamic studies, and contractors from Science Applications International Corporation (SAIC), the Fortune 500 research and engineering firm that considers itself a specialist in "information dominance."

**Science Applications International Corp.**
http://www.public-i.org/wow/bio.aspx?act=pro&ddlC=51

*Quoting Center for Public Integrity:*
> The company has worked on a large number of high-profile government projects. SAIC had engineers on the ground in New York the day after the Sept. 11, 2001, terrorist attacks on the World Trade Center, ... …. Other high-profile projects SAIC has been involved in include the 1993 World Trade Center bombing investigation, the cleanups after the Three Mile Island nuclear disaster and the Exxon Valdez oil spill in Alaska, the first Gulf War, and space missions including the Voyager mission to Mars and the Hubble Space Telescope.

B.

**NIST and its contractors, such as ARA, should have detected evidence of the use of exotic weaponry even in the context of NIST's intentional and, I assert, improper limitation of its investigation to "the sequence of events leading up to the collapse of the World Trade Center (WTC) towers."**

NIST states its WTC mandate in the following way:
*Quoting NIST:*
> **E.1 Genesis of this investigation**
> p. xxxv-xxxvi (pp. 37-38): "The specific objectives were:
> "1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed;"

And then, as a footnote, NIST autonomously changed its mandate.

*Quoting NIST:*
> p. xxxvii (p. 39) footnote (!)[2] "The focus of the Investigation was on the sequence of events from the instant of aircraft impact to the initiation of collapse for each tower. For brevity in this report, this sequence is referred to as the probable collapse sequence," although it includes little analysis of the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable.

1. NIST improperly limited the scope of its investigation to events preceding the destruction of each building.

2. NIST and its contractors did a fraudulent job of analyzing the events preceding the destruction of each building, for example, ignoring the "lathering up" of the buildings prior to their destruction.

3. Since NIST and its contractors did not study the destruction of the buildings, NIST should not use a narrow term like "collapse" to characterize the destruction of the buildings because doing so is deceptive and irresponsible. "Destruction" is a generic term that would more accurately describe the overall event.

*Quoting The American Heritage:*
> The word "collapse" as a noun means: (a) The act of falling down or inward, as from loss of supports. (b) An abrupt failure of function, strength, or health; breakdown. The word "collapse" stems from the Latin word "collapsus," past participle of "collabi," meaning to fall together, fall in ruin.*
>
> *Source: p. 261, The American Heritage DICTIONARY of the English Language, New College Edition, Houghton Mifflin, 1969+.

The WTC buildings, as many videos and pictures establish, were "blown to kingdom come," with most of their "material" powderized upward.

4. NIST and its contractors have failed to prove that there was an "aircraft impact" and they therefore failed to demonstrate that the starting point of their investigation was real. See: "Request for Correction by NIST for Its Invalid WTC Jetliner Animations and Analyses," by Dr. Morgan Reynolds, Request for Correction dated March 8, 2007
http://www.ocio.os.doc.gov/ITPolicyandPrograms/Information_Quality/ssLINK/PROD01_002621

5. NIST states [p. xxxvii (p. 39) footnote (!)[2]],
> "For brevity in this report, this sequence is referred to as the probable collapse sequence," although it includes little analysis of the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable."

This statement is deceptive. A large portion of the sub-report, NCSTAR1-6 contains information that *appears* to be the product of a detailed analysis of what happened after the building's destruction was initiated. The document gives the appearance that this event was analyzed.

6. In the -"Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007" dated July 27, 2007, NIST states,
> "As stated in NCSTAR 1, NIST only investigated the factors leading to the initiation of the collapses of the WTC towers, not the collapses themselves."

This statement is in direct conflict with the actual report. NIST and its contractors cannot have it both ways. They must commit to analyzing an event or not analyzing an event. It appears NIST and its contractors wish to APPEAR to have analyzed the event, but then evade being held accountable for it. The entire NCSTAR1 report would appear to be the product of a psychological operation (PsyOPs).

According to the most recently defined limits for analyzing WTC2, only events in the time span given below should be analyzed.

Document NCSTAR1-6, Page lxxv (77), http://wtc.nist.gov/NISTNCSTAR1-6.pdf

*Quoting NIST:* Referring to WTC2.

> "**Finding 30:** The time to collapse initiation was 56 minutes after aircraft impact (9:02:59 a.m. to 9:58:59 a.m.)"

However, the following figure would appear to fall outside of this.





Figure 6–26. Kink on southeast corner near Floor 106 formed after collapse initiation.

**Figure 47.** Figure 6-26, Document NCSTAR1-6, page 183 (265), http://wtc.nist.gov/NISTNCSTAR1-6.pdf

Why does the following analysis also appear in this NCSTAR1-6 document?



Figure 9–24. Total displacements of WTC 2 above Floor 86 at 43 min for Case D. Note tilt toward east and south (20x displacement magnification).

**Figure 48.** Figure 9-24, Document NCSTAR1-6, page 319 (401), http://wtc.nist.gov/NISTNCSTAR1-6.pdf

It appears diagrams such as this were included in the NCSTAR1 reports to give the impression that a scientific analysis was performed for each tower.





Figure 6–9. Smoke expulsion at Floor 98 from north and east faces at collapse initiation.

**Figure 49.**   Figure 6-9.  Smoke expulsion at Floor 98 from north and east faces at collapse initiation  Document NCSTAR1-6, page 164  (246),    http://wtc.nist.gov/NISTNCSTAR1-6.pdf

The photos show WTC1 "lathering up," a phenomenon that NIST and its contractors should have analyzed.  The above image is from the NCSTAR1-6 report, implying NIST and its contractors have seen it.

Document NCSTAR1-6, Page  lxxv (77),    http://wtc.nist.gov/NISTNCSTAR1-6.pdf
*Quoting NIST:* Referring to WTC1.
>  "**Finding 24**:  The time to collapse initiation was 102 minutes from the aircraft impact (8:46:30 a.m. until 10:28:22 a.m.)"

The above lathering up phenomenon occurred within their mandate(s) and NIST and its contractors would have and should have analyzed this.


**Figure 50.** source **wtc-34_1_small.jpg**

Document NCSTAR1-6, Page  lxxv (77),     http://wtc.nist.gov/NISTNCSTAR1-6.pdf

*Quoting NIST:* Referring to WTC2.
> "**Finding 30:**  The time to collapse initiation was 56 minutes after aircraft impact (9:02:59 a.m. to 9:58:59 a.m.)"

The figure above shows both WTC towers standing.  So, even using the redefined objective, NIST and its contractors should have analyzed the phenomena observed in this photo.  WTC2 blowing "smoke rings." The "smoke rings" in this photo resemble the intermittent puffs of a smoker blowing smoke rings.  Smoke from a fire is continuous.  There is no visible fire in WTC2.  There appears to be translucent-gray fuzzyblobs on the south face of WTC2, giving it a furry appearance.


**Figure 51.**  source  **wtc-39_1_small.jpg**


**Figure 52.**  source  **wtc-40_1_small.jpg**

WTC2 appears quite furry, especially on the south face, moments before its destruction.

Document NCSTAR1-6, Page  lxxv (77),     http://wtc.nist.gov/NISTNCSTAR1-6.pdf
*Quoting NIST:* Referring to WTC1.
> "**Finding 24**:  The time to collapse initiation was 102 minutes from the aircraft impact (8:46:30 a.m. until 10:28:22 a.m.)"


**Figure 53.**  source  **GJS-WTC010.jpg**

WTC1 lathering up shortly after the destruction of WTC2.  This is a distinctive phenomenon that weapons experts like ARA would or should know about.  This occurred prior to the "initiation of collapse" of WTC1.



**Figure 54.**   source **image001.jpg**

Building 7 also showed this extraordinary phenomenon.  We see a pattern here that ARA should have also seen.



**Figure 55.**   source**:** *http://www.magnumphotos.com/CoreXDoc/MAG/Media/TR3/F/P/J/F/NYC20193.jpg*   **NYC20193.jpg**

In the above photo, WTC1 and WTC7 are lathering-up simultaneously.



**Figure 56.**   source **NYC14148.jpg**



**Figure 57.**   source **db_Magnum21.jpg**

The WTC7 lathering-up appears much darker in late afternoon, while void of WTC1 fumes in the foreground.



**Figure 58.**   source **wtc-16_1_small.jpg**

The figure above shows both WTC towers standing.  So, even using the redefined objective, NIST and its contractors should have analyzed the phenomena observed in this photo, such as the fuzzyblob on the south face of WTC1 (at the lower mechanical floor), the furry south wall of WTC2, and especially the fuming of southern Manhattan.  Southern Manhattan should not be fuming south of the towers.




**Figure 59.**   source **wtc-18_1_small.jpg**         **Figure 60.**   source **wtc-22_1_small.jpg**

A fuzzyblob can be seen on the south face of WTC2 at the upper mechanical floor.


**Figure 61.**  source **wtc-31_1_small.jpg**


**Figure 62.**  source **wtc-32_1_small.jpg**

The second photo above shows another extraordinary phenomenon that NIST and its contractors should have addressed. I refer to this as "silly string." This silly string appears to be emanating from the upper mechanical floor of WTC1.



**Figure 63.**  source **wtc-39_1_small.jpg**


**Figure 64.**  source **wtc-40_1_small.jpg**

It is inexcusable for NIST to have surrounded itself with contractors whose primary expertise is lethality effects who then completely leave unanswered the effects discussed in this series of photographs.


**Figure 65.** source **wtc-71_1_small.jpg**


**Figure 66.** source **wtc-73_1_small.jpg**

A collapse does not look like this. The remaining section of the core columns that were not destroyed with the rest of the building, lathered up and turned to dust a few seconds later.


**Figure 67.** source **GJS-WTC009.jpg**    **Figure 68.** source **GJS-WTC010.jpg**

ARA is contracted by DTRA, among others, to know everything to do with weaponry. As a contractor for NIST, ARA should have been analyzed this phenomenon.



**Figure 69.** *Source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC26.jpg* GJS-WTC026.jpg

**Figure 70.** *Source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC27.jpg* GJS-WTC027.jpg

The two photos above were taken immediately before the destruction of WTC1. There appears to be a person hanging on the exterior of the building, indicated by arrow 2. The second photo shows much more fuming from this person as well as elsewhere. This is inconsistent with high temperatures.

C.

**NIST should, at a bare minimum, modify NCSTAR 1 to include the definition of "collapse."**

This element of the appeal is mandated by nothing more than the literal content of the initial denial letter of July 27, 2007. That letter itself states that the word 'collapse' is defined in a way that is nowhere to be found in NCSTAR 1. Thus, NIST must at least put its definition of collapse into NCSTAR 1. In so doing, however, that minimal modification would then require that NIST explain phenomena occurring <u>during</u> the episode that NIST has defined. Note: The definition that NIST has put forth for the word 'collapse' cannot be limited to the time period that NCSTAR 1 is limited to; namely, up to, but not during, the actual destructive phase.

The initiation of 'collapse' as NIST now defines that term must, of necessity, come to grips with the following illustrated phenomena:

The Seattle Kingdome is an example of a collapse, imploded by conventional demolition.



(a) *Source* Kingdome1.jpg
(b) *Source Kingdome2.jpg*
(c) *Source Kingdome2a.jpg*
(f) *Source Kingdome3.jpg*
(h) *Source Kingdome4.jpg*

**Figure 71**.  http://drjudywood.com/media/Kingdome_319180.mpg
http://portland.indymedia.org/media/media/2005/06/319180.mpg

*From the Seattle Times*
http://archives.seattletimes.nwsource.com/cgi-bin/texis.cgi/web/vortex/display?slug=4012219&date=20000327

> "Dust choked downtown for nearly 20 minutes, blocking out the sun and leaving a layer of film on cars, streets and storefronts. The dust cloud reached nearly as high as the top of the Bank of America Tower and drifted northwest about 8 miles an hour."



**Figure 72**.  *source: Terry Schmidt   http://ken.ipl31.net/gallery/albums/wtc/img_1479_001.jpg    img_1479_001.jpg*

I suspect DTRA and ARA know the difference between concrete chunks and micron-sized dust particles (e.g. the concrete chunks from the Seattle Kingdome and DTRA's concrete chunks shown in Figure **8**).