

**Figure 73.** *(9/11/01) Cropped from Source*
*http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC28.jpg*   *bubbler.jpg*



**Figure 74.** *(9/11/01) Source*
*http://hereisnewyork.org//jpegs/photos/5245.jpg*   *snowball.jpg*



GJS-WTC030c_original.jpg    Image43.jpg    Image44.jpg    Image45.jpg    Image46.jpg    Image47.jpg

**Figure 75.**   *source1*   *http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC30.jpg*   *source2*



**Figure 76.** *(9/11/01) Source    http://hereisnewyork.org//jpegs/photos/5704.jpg    5704.jpg*

Note the two-toned coloration.  This does not look normal.





**Figure 77.** *(9/11/01) Source    Image252.jpg*

**Figure 78.** *(9/12/01) Source http://archive.spaceimaging.com/ikonos/2/kpms/2001/09//browse.108668.crss_sat.0.0.jpg  space imaging   browse.jpg*

Notice the two-toned color.

This is a satellite image captured on 9/12/01. It appears that the cloud emerging from the WTC site stays together until it reaches a particular altitude where it begins to just disperse. There appears to be a kink in the cloud trail where this occurs.



**Figure 79.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC32.jpg* *GJS-WTC032.jpg*



**Figure 80.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC35.jpg* *GJS-WTC035.jpg*

This is the rollout of the dust cloud from WTC1. The dust on the pavement in front of the cloud shows the dust from WTC2 stopped about one block before the pedestrian bridge. The dust cloud from WTC1 stopped at the pedestrian bridge, about the distance the WTC towers were separated by.



**Figure 81.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC40.jpg* *GJS-WTC040.jpg*



**Figure 82.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC43.jpg* *GJS-WTC043.jpg*

The dust clouds appear to roll out for a certain distance and then go up.

 

**Figure 83.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC46.jpg* *GJS-WTC046.jpg*

**Figure 84.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC49.jpg* *GJS-WTC049.jpg*

The dust from blowing up the Kingdome rolled out and settled down in less than 20 minutes.
Reference: http://archives.seattletimes.nwsource.com/cgi-bin/texis.cgi/web/vortex/display?slug=4012219&date=20000327
Yet, dust from the WTC buildings went and stayed up for days.



**Figure 85.** *source http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC50.jpg* *GJS-WTC050.jpg*

The dust wafts up.

Flat, no rubble pile, fireman at ground level

 

**Figure 86.**  *(9/11/01) Source and here search2.jpg*      **Figure 87.**  *(9/13/01, likely taken on 9/11/01) Source 010913_5316.jpg*

WTC6, an 8-story building, towers over the "rubble pile" remaining from WTC1 and 2. We know this photo was take before noon on 9/11/01. WTC7 can be seen in the distance. The Verizon Building is at a distance on the left.

This is a view from West Street, looking east across the remains of WTC1. FEMA entered this photo on 9/13/01, which is the earliest date of any postings for the 9/11 event. Other photos they have for 9/13/01 show many more people and equipment present. So, it is believed that this photo was taken on 9/11/01, but entered into their files on 9/13.

Let me reiterate that NIST, itself, without prompting from me, has now defined 'collapse' to mean "…a falling in, loss of shape, or reduction to flattened form or rubble of a structure."  That definition literally mandates that NIST must retract NCSTAR 1 in its entirety because NCSTAR 1 does not in the least cover the time period the defined events took place, all as I have fully illustrated both in my initial RFC/Supps and in this Appeal.

### D.

**As NCSTAR 1 merely offered a "probable [hypothetical] 'collapse' sequence" [or properly speaking, hypothetical destruction sequence] purporting to explain the sequence of events leading up to the 'collapse' of the WTC towers," NIST should modify the stated objective of NCSTAR 1 by deleting the claim that it was seeking determine why and how WTC 1 and WTC 2 'collapsed' following the initial impacts of the aircraft…"  Had NIST determined why and how WTC 1 and WTC 2 were destroyed, it would necessarily have had to deal with the following phenomena that are visually confirmed to have occurred during two separate and discrete time intervals.**

The first time interval is the entire course of the (+/-) <11 second destructive phase, something that NIST avoided by curtailing and cutting off, literally stopping its analysis, at a point defined as "leading up to 'collapse'."

The second time interval is the aftermath of the initial destructive phase that was confirmed by the visible rendering of steel and concrete into dust as it fell, followed by the continuing spread of a toxic and destructive cloud that brought about the destruction of vehicles as and when the said toxic cloud came

into contact with vehicles blocks away from the WTC complex and the spreading of fine particulate dust up to a certain point and the sudden cessation of the effect.

In each of the two time intervals above referenced, the precise capabilities of NIST contractors, like ARA and SAIC, would have permitted them to accurately indicate the exact weapons and lethality effects that were seen.

Instead, NIST's contractors engaged in a fraudulent cover-up.

I demonstrate this aspect of the Appeal as follows:

The initial denial letter of July 27, 2007 is incongruent in that in the one paragraph it stated what it actually did  -- namely propose a sequence of events that stopped short of the actual destruction of the towers --  and, then, in another paragraph it continued to claim that its objective was to "determine why and how WTC 1 and WTC 2 collapsed following the initial impacts…"  NIST did not do that.  Had it done so, it would, of necessity, have had to take into account not just the phenomena mentioned in section C, above, but it would also have had to take into consideration the evidence of what else happened and how the site was cleaned up.

In this respect, NIST and its contractors did not take into consideration the obvious clean up process that is associated with the after effects of exotic weaponry, including directed energy weapons.

Here is what NIST and its contractors fraudulently ignored:

The dust cloud



**Figure 88.** *(9/11/01)* *Source*    *http://hereisnewyork.org//jpegs/photos/5704.jpg*     *5704.jpg*



**Figure 89.** *(9/11/01)* Source
http://hereisnewyork.org//jpegs/photos/5717.jpg



**Figure 90.** *(9/11/01)* Source
http://911wtc.freehostia.com/gallery/originalimages/GJS-WTC56.jpg

This is a ground-level view of the enormous quantity of dust wafting skyward. Conventional demolition dust does not do this.



**Figure 91.** *(9/11/01)* Source
http://digitaljournalist.org/issue0110/original_images/Reuters/rtr08.jpg



**Figure 92.** *((9/11/01)* Source
http://uploads.abovetopsecret.com/ats37434_wtc_2_60kb.jpg

This is a view north, across Pine Street, which is parallel to Liberty Street and a block or two south of Liberty Street.  The second photo above shows the destruction of WTC2 enveloping lower Manhattan in a blizzard of ultra-fine dust.

Steel turns to dust in mid-air.



**Figure 93.** *(9/11/01)* Source*: Shannon Stapleton, Reuters*
http://upload.wikimedia.org/wikipedia/en/c/c5/DustifiedWTC2.jpg



**Figure 94.** *(9/11/01)* Source
http://hereisnewyork.org//jpegs/photos/1539.jpg

Toasted cars



**Figure 95.** source
http://www.hybrideb.com/source/eyewitness/nyartlab/DSC07998.jpg



**Figure 96.** source
http://www.worldfiredepartments.com/animations/images/firetruck-3.jpg

Peculiar wilting of car doors and deformed window surrounds on FDR Drive.

47                                                                                          sec. D.

 

**Figure 97.** *(9/11/01)* Source
http://image03.webshots.com/3/3/40/70/21934070XFlNSYUYrp_ph.jpg

**Figure 98.** *(9/11/01)* source
http://image03.webshots.com/3/3/41/28/21934128ZFFrTnkajW_ph.jpg

Burned out cars and bus along West Broadway. Consistently, they seem to have missing door handles. And the gas tanks don't appear to explode, but several engine blocks appear to disintegrate.

The oranges



**Figure 99.** Source    http://digitaljournalist.org/issue0111/images/aris11.jpg

Dust covers an abandoned produce stand in lower Manhattan.

**E.**

**NIST should, likewise at a bare minimum, modify NCSTAR 1 by changing the wording of its objective by admitting that it did not determine why and how WTC 1 and WTC 2 'collapsed' following the initial impacts of the aircraft…;" and, instead, acknowledge that its work actually consists in the proposal of a "probable '[hypothetical] 'collapse' sequence" explaining the sequence of events leading up to the 'collapse' of the WTC towers."**

http://wtc.nist.gov/pubs/factsheets/faqs_8_2006.htm

The August 8, 2006 Fact Sheet (Answers to Frequently Asked Questions) by NIST states, "NIST estimated the elapsed times for the first exterior panels to strike the ground after the collapse initiated in each of the towers to be approximately 11 seconds for WTC 1 and approximately 9 seconds for WTC 2." (Question #6.)

*Quoting NIST August 8, 2006 faqs:*

> **6. How could the WTC towers collapse in only 11 seconds (WTC 1) and 9 seconds (WTC 2)—speeds that approximate that of a ball dropped from similar height in a vacuum (with no air resistance)?**
>
> NIST estimated the elapsed times for the first exterior panels to strike the ground after the collapse initiated in each of the towers to be approximately 11 seconds for WTC 1 and approximately 9 seconds for WTC 2. These elapsed times were based on: (1) precise timing of the initiation of collapse from video evidence, and (2) ground motion (seismic) signals recorded at Palisades, N.Y., that also were precisely time-calibrated for wave transmission times from lower Manhattan (see NCSTAR 1-5A).
>
> As documented in Section 6.14.4 of NIST NCSTAR 1, these collapse times show that:
>
> *"… the structure below the level of collapse initiation offered minimal resistance to the falling building mass at and above the impact zone. The potential energy released by the downward movement of the large building mass far exceeded the capacity of the intact structure below to absorb that energy through energy of deformation.*
>
> *Since the stories below the level of collapse initiation provided little resistance to the tremendous energy released by the falling building mass, the building section above came down essentially in free fall, as seen in videos. As the stories below sequentially failed, the falling mass increased, further increasing the demand on the floors below, which were unable to arrest the moving mass."*
>
> In other words, the momentum (which equals mass times velocity) of the 12 to 28 stories (WTC 1 and WTC 2, respectively) falling on the supporting structure below (which was designed to support only the static weight of the floors above and not any dynamic effects due to the downward momentum) so greatly exceeded the strength capacity of the structure below that it (the structure below) was unable to stop or even to slow the falling mass. The downward momentum felt by each successive lower floor was even larger due to the increasing mass.

> From video evidence, significant portions of the cores of both buildings (roughly 60 stories of WTC 1 and 40 stories of WTC 2) are known to have stood 15 to 25 seconds after collapse initiation before they, too, began to collapse. Neither the duration of the seismic records nor video evidence (due to obstruction of view caused by debris clouds) are reliable indicators of the total time it took for each building to collapse completely.

A 9-second "collapse" time for WTC2 is impossible. It violates the laws of physics.

### F.

**NIST can confirm that directed energy weapons have been used by making inquires at the Directed Energy Directorate, as I have done, and by calling in ARA and SAIC witnesses, together with the First Responders, such as Patricia Ondrovic.**

NIST has, unfortunately, approached the level of negligence in not responding directly to my assertion that directed energy weapons were used to destroy the WTC towers. NIST is to be commended, as I indicated earlier, for procedurally acknowledging that it understood and would respond to my claim. However, despite the recognition of the claim, NIST did not address it.

I can now demonstrate that I, myself, have sought the input of those agencies of the US government that are responsible for maintaining our stockpile of directed energy weapons; namely, the Directed Energy Directorate, located at Kirtland AFB, New Mexico and headed by Susan A. Thornton. I have communicated with Ms. Thornton and have received two responses submitted on her behalf by her deputy Rich Garcia, the content of which is set forth below:

CORRESPONDENCE:

DEW Information Request Letter, with comments, 7 April 2007, Judy Wood, comments by Jerry Leaphart  (posted) http://drjudywood.com/articles/NIST/DEW_letter.html
**Attached:   Susan_J_Thornton.pdf,   ThorntonConfirmat,4_9_07.pdf**

DEW Information follow-up letter to response from the Office of Public Affairs, Directed Energy Directorate, Kirtland Air Force Base, May 3, 2007, from Jerry Leaphart to Rich Garcia  (posted) http://drjudywood.com/pdf/070503_letterGarcia.pdf
**Attached:   070503_letterGarcia.pdf**

# FAX COVER SHEET



## To: Jerry V. Leaphart

**Attorney-at-Law**

Phone Number: (2030-825-6265
FAX Number: (203) 825-6256

### From:
Juventino R. "Rich" Garcia
Air Force Research Laboratory/DEO-PA
3550 Aberdeen Avenue SE
Kirtland AFB NM 87117-5776

Commercial (Voice): (505) 846-1911
FAX: (505) 846-0423

Number of Pages (including cover): 1
Date Sent: May 4 2007

**MESSAGE:** I received your fax yesterday and your FedEx package today, and had a chance to review the materials you sent. During our telephone conversation I outlined a variety of directed energies that might have future weapons applications but I'm not aware of any that are mature enough to cause the damage at the World Trade Center. Lasers are the most likely candidates for nearer-term weapons use and, to that end, we have conducted laboratory tests to evaluate the effects of laser energy on different materials. For the most part, those materials have been metals, not concrete structures. Effects on metals are from the heat generated by an intense beam of coherent light, which cause the metals to weaken and split. Given sufficient heat, metals would melt (become liquids) and, given significantly more heat, could turn to gases. Since we haven't tested concrete I don't know if the effect would be dust. You report phenomena that we cannot explain here, either because we don't have enough data or because the phenomena are not within our area of expertise. While on a personal level I may find Dr Wood's investigation interesting and worthy of further consideration, on a professional level we are unable to devote our limited resources to activities outside of our charter. I wish you success in your endeavor and am available to answer whatever directed energy questions may arise.

Respectfully,

JUVENTINO R. GARCIA
Director of Public Affairs
Directed Energy Directorate
Air Force Research Laboratory
Kirtland AFB, NM 87117-5776

Response from Juventino R."Rich" Garcia via fax, Directed Energy Directorate, Air Force Research Laboratory/DEO-PA, Kirtland AFB NM, May 4, 2007, from Rich Garcia to Jerry V. Leaphart (posted)
http://drjudywood.com/articles/NIST/Garcia_letter.html
**Attached: Garcia1.gif**

More recently I have sent a request for information to Dr. James A. Tegnalia, head of the Defense Threat Reduction Agency who, by virtue of what his agency does, would be well-suited to acknowledge that the clean up process at Ground Zero was entirely consistent with cleanup the after effects of the use of directed energy weapons and/or other exotic weaponry. NIST should have done this either during its investigation; or, at a minimum, in

determining its response to my RFC/Supps.  In the absence of so doing, NIST literally lacks a proper foundation for denying my request for correction and for asserting that it lacks evidence to support the claims I have made concerning directed energy weapons use and/or ARA's involvement with such weapons, which I have now confirmed and which should have been known to NIST if, as is claimed, it engaged in a "rigorous organizational conflict of interest analysis."

DEW Information Request Letter to DTRA, 20 August 2007, from Dr. Judy Wood to Dr. James A. Tegnelia.
**Attached:** 070820_ Tegnelia.pdf


Any such analysis would, of necessity, have revealed that ARA is, first and foremost, at the epicenter of what is known as "the military industrial complex."  Why is that expertise relevant to a report on what caused the destruction of the WTC towers?  The answer is that ARA's expertise is best suited to preventing the report on what caused the destruction of the WTC towers from focusing on all of the abundant evidence that has been put forward in the RFC/Supps pointing clearly and unequivocally to the use of such weapons.

Pictures are often worth "a 1000 words."  I conclude by offering this comparative photographic array showing what ARA claims its capacities are and the similarity between that and what happened to the WTC towers.

I think you will agree with me that the following photographic comparison is startling:



**Figure 100(a).**  *source*  defens1_poof_l.jpg                **Figure 100(b).**  *source*  sec_1_lwtc.jpg

III.

Conclusion

I conclude by once again acknowledging appreciation for the procedural handling of my RFC/Supps.  I now request that the procedures be followed up with the proper analytical approach that will result in the retraction of NCSTAR 1 in its entirety because the report does not properly account for the destruction of the WTC towers because it fails to address the use of directed energy weapons and because those who assisted NIST had clear conflicts of interest that resulted in the issuance of a fraudulent report.

If any additional information is needed properly to process this Appeal, please revert.


Respectfully,


Dr. Judy Wood



Cc
Jerry V. Leaphart
Attorney for Dr. Judy Wood
8 West Street
#203
Danbury CT 06810
203-825-6265

Attachments:

|  |  |  | Pages |
|---|---|---|---|
| RFC | March 16, 2007 | 070316_PROD01_002667.pdf | 43 |
| Supplement#1 | March 29, 2007 | 070329_PROD01_002722.pdf | 2 |
| Supplement#2 | April 20, 2007 | 070420_PROD01_002899.pdf | 28 |
|  |  |  |  |
| NIST Extension | June 29, 2007 | 070629_PROD01_003260.pdf | 1 |
| NIST Response | July 27, 2007 | 070727_PROD01_003222.pdf | 3 |
|  |  |  |  |
| Minh Vuong | August 17, 2007 | Jsleaphart@cs.com, 02-29 PM.pdf | 4 |
| editor@nationaldefensemagazine.org | August 17, 2007 | Jsleaphart@cs.com, 02-45 PM.pdf | 5 |
|  |  |  |  |
| Thornton letter | April 7, 2007 | Susan_J_Thornton.pdf | 4 |
| Thornton confirmation | April 9, 2007 | ThorntonConfirmat,4_9_07.pdf | 2 |
| Garcia phone call |  |  |  |
| Jerry Leaphart follow-up | May 3, 2007 | 070503_letterGarcia.pdf | 18 |
| Garcia fax response | May 4, 2007 | Garcia1.gif | 1 |
| Dr. James A. Tegnelia | August 20, 2007 | 070820_Tegnelia.pdf | 5 |
|  |  |  |  |
|  |  |  | 116 |