**See Exhibit 3 of Affirmation of Jerry V. Leaphart**