**See Exhibit 5 of Affirmation of**

**Jerry V. Leaphart**