**See Exhibit 7 of Affirmation of**

**Jerry V. Leaphart**