Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
DR. JUDY WOOD on behalf of the :
UNITED STATES OF AMERICA, : EFC Case
　　　　　　　　　　　　　　　　　　　:
　　　Plaintiff/Relator, :
　　　　　　　　　　　　　　　　　　　:
vs. :
　　　　　　　　　　　　　　　　　　　:
APPLIED RESEARCH ASSOCIATES, INC. et al : DOCKET NO.
　　　　　　　　　　　　　　　　　　　: 07 CV 3314 (GBD)
　　　Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT**

　United Kingdom)
　　　　　　　　　　　　　　ss:
County of --- Derbyshire　　)

ANDREW JOHNSON, being duly sworn, deposes and says:

1.　　　I am of full age and legal capacity and make this affidavit in support of Dr. Judy Wood's contentions that the effects of the use of directed energy weaponry are still ongoing at the site of the World Trade Center in New York, NY, also known as Ground Zero (GZ). I understand this affidavit is to be used in the above captioned case. All representations herein are true to the best of my knowledge, are based on personal observation, including the taking of a videographic record, made by me, from which still

photographs were extracted. As to all such data and information, they are accurate representations of the conditions therein shown, based upon my personal observation.

2.        I hereby reaffirm my review of and agreement with the state of facts and of affairs articulated in plaintiff's amended complaint, which I have read.

3.        I assert that I am a Bachelor of Science Graduate in Computer Science and Physics, and have worked in a Software Engineering Discipline for the greater part of 20 years.

4.        I assert that at a basic level, the stated combination of jet fuel and/or gravity does not pulverize buildings and that a person competent in physics must know that to be the case.

5.        I assert that the evidence collected by Dr. Judy Wood shows the effects of a Directed Energy Weapon rather than the effects of hydrocarbon fires, let alone fires generated by a mere combustible (non-flammable) middle distillate like jet fuel.

6.        I assert that I completed a study of New York City "First Responder Accounts" and I found accounts which indicate the use of directed energy weapons in the destruction of the World Trade Centre.

7.        I assert that, because of assertions 4 and 5, the government and its contractors intentionally participated in a blatantly false and misleading project that was to have determined why and how the Twin Towers of the World Trade Center was destroyed in which project, the defendants herein each had contracts that required them to provide various professional services in furtherance of determining what caused the destruction of the WTC. The importance of that work and the importance of doing it, absent fraud cannot be overstated. As a result of the fraud committed by the defendants herein, the

fact that the WTC was destroyed by use of exotic weapons systems, known generically as "DIRECTED ENERGY WEAPONS" (DEW) has been withheld and hidden, such that, to this day, meaning the day and time this affidavit is submitted and filed, there exists, at the site of the WTC, in New York, NY, a clear and present danger to the public in that the after-effects of the use of DEW has not been rectified and is still ongoing.

8. The type of DEW used to destroy the WTC had certain characteristics and properties that mandate a certain kind of cleanup process. In the case of the DEW used to destroy the WTC, the cleanup necessitates the use of enormous quantities of dirt over an extended period of time, measured in years, rather than days, weeks or months.

9. I visited the site of the WTC on 17th January 2008 and photographed and videoed hosing-down operations on the site of the WTC and videoed trucks removing dirt from the site.

10. I photographed painted beams in the PATH train station where rust had come through the paint, which in such an environment, should not be rusting to the degree that they are.

11. I videoed possible fuming effects caused during ongoing site work on 17th Jan 2008.

12. In recognition of the fact that the after effects of the use of DEW are ongoing and have not been controlled or contained, let alone fully remediated, I have caused a copy of this affidavit to be served on the US Attorney who had been handling this case as and for notification that a clear and present danger continues to exist at the WTC site as a result of and by virtue of the non-disclosure and the continuing fraud of not acknowledging that the WTC was destroyed by DEW.

13.     I assert that photos from the deconstruction of the Deutsche Bank (or Banker's Trust) building show anomalous levels of rusting and that I witnessed the ongoing dismantling of the building in NYC.

14.     I assert that the contamination of the WTC site and effects seen nearby pose a clear and present danger to the public.

15.     I assert that in November 2005, SAIC was hired by NY Gov Pataki to help manage the security of the WTC site.

16.     I assert that only a portion of the WTC site has been turned over to developer Silverstein Properties.

**NYC First Responder Witness Account Portions in Support of this Affidavit**

On page 13 of his account, Paramedic Robert Ruiz (File No. 9110333) describes a spontaneous car fire:

> *Like things weren't bad enough already, the car that's parked right on that corner catches on fire. I don't mean a little fire, the entire thing. Don't ask me how. The entire car caught on fire. You would think maybe just a motor part or just the engine part. But this entire car just goes up in fire.*

Also, Account of Paul Curran, Fire Patrolmen - File No 9110369

> *At that time I went back to the north tower again, and they were stretching a line. A lot of car fires erupted. All of a sudden cars were blowing up everywhere. ... it was bad from the beginning, and it went totally haywire when the other tower collapsed. It was just nothing but carnage and debris. It was just bodies, body parts everywhere, a shoe with a leg in it. It was just horrible, you know.*

**Photographs in Support of this Affidavit**



Figure 1 - Rusting/Corroded Beam on Path Train Station Stairway
17th Jan 2008, Canon A540 Digital Camera



Figure 2 - Fuming effects seen at NYC WTC Site 17th Jan 2008. Still image from Samsung MX10 Video Camera

5



**Figure 3 – Hosing down of a suspended cable at NYC WTC Site, 17th Jan 2008. Still image from Samsung MX10 Video Camera.**

```
                                        /s/ Andrew Johnson
                                            Andrew Johnson

                                       ad.johnson@ntlworld.com
                                       +441332 674271
```

Subscribed and Sworn to before
me this 29th Day of February 2008

_____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com