UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

      Plaintiff/Relator,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

      Defendants.
------------------------------------------------------------------------X

Case No. 07-CV-3314
(GBD)(DFE)

**MEMORANDUM
OF LAW**

      Science Applications International Corp. ("SAIC"), respectfully submits this memorandum

of law in support of its Motion to Dismiss.

      Plaintiff filed the Complaint on April 25, 2007, bringing claims pursuant to the False Claims

Act. In a wholly conclusory manner, the Complaint alleges that defendants manipulated and

provided false information to the United States Government during the investigation of the

September 11, 2001 events conducted by National Institute of Standards and Technology ("NIST").

Defendant SAIC is a corporation organized and existing under the laws of the state of Delaware. It is engaged in the business of systems, solutions and technical services and maintains a principal office at 10260 Campus Point Drive, San Diego, California, 92121.

SAIC adopts the arguments set forth in the motion and supporting memorandum of defendant Applied Research Associates, Inc. ("ARA") as those arguments apply equally to SAIC. SAIC also seeks the same relief requested upon the same grounds stated.

For these reasons and the reasons set forth in defendant ARA's motion, which is adopted and incorporated herein, defendant SAIC moves to dismiss the Complaint against it, and seeks an award of attorneys' fees and expenses pursuant to 31 U.S.C. §3730(d)(4) due to the frivolous nature of Plaintiff's Complaint and for such other relief as this Court deems just and proper.

WHEREFORE, it is respectfully requested that the Court grant the motion of defendant

Science Applications International Corp. to dismiss the Complaint, for attorneys' fees and costs

pursuant to 31 U.S.C. §3730(d)(4), and for such other relief as is just and proper.

Dated:  March 5, 2008
      New York, New York

                       Respectfully submitted,

                       McKENNA LONG & ALDRIDGE LLP

                       By:_____

                       Charles E. Dorkey III (CD-8422)
                       S. Jane Moffat (SM-0912)
                       230 Park Avenue
                       Suite 1700
                       New York, New York  10169
                       (212) 905-8330

                       Of Counsel:

                       Mark R. Troy
                       McKenna Long & Aldridge LLP
                       444 South Flower Street, 8th Floor
                       Los Angeles, California  90071
                       (213) 688-1000

NY:12051025.5

3