Philip Touitou (PT - 4302)
HINSHAW & CULBERTSON LLP
Attorneys for Defendants
*Wiss, Janney, Elstner Associates Inc. and
Rolf Jensen & Associates*
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>Plaintiff/Relator,<br><br>-against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>Defendants. | 07 CIV 3314 (GBD)<br><br>**NOTICE OF MOTION** |

31027051v1 880267

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Philip Touitou, with exhibits, Defendants, WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC., shall move this Court before the Honorable George B. Daniels, U.S.D.J. at the United States Courthouse, 500 Pearl Street, New York, New York, 10007 on a date and time to be set by the court for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York granting admission pro hac vice in this matter to attorneys Kevin R. Sido and Renee C. Choy of the firm of Hinshaw & Culbertson LLP, 222 North LaSalle, Suite 300, Chicago, IL 60601-1081, telephone number (312) 704-3000, fax number (312) 704-3001, members in good standing of the Bar of the State of Illinois, on behalf of Defendants Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc.

There are no pending disciplinary proceedings against Kevin R. Sido or Renee C. Choy in any State or Federal Court.

Dated:   New York, New York
         March 4, 2008

                                                         Respectfully submitted,

                                                         HINSHAW & CULBERTSON LLP

                                                         By: _____
                                                             Philip Touitou [PT-4302]
                                                             780 Third Avenue, 4th Floor
                                                             New York, New York 10017
                                                             (212) 471-6200 (Phone)
                                                            (212) 935-1166 (Facsimile)

Philip Touitou (PT - 4302)
HINSHAW & CULBERTSON LLP
Attorneys for Defendants
*Wiss, Janney, Elstner Associates Inc. and*
*Rolf Jensen & Associates*
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>        Plaintiff/Relator,<br><br>        -against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>        Defendants. | 07 CIV 3314 (GBD)<br><br>**AFFIRMATION OF PHILIP TOUITOU IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

PHILIP TOUITOU, being first duly sworn, deposes and says as follows:

1. I am a partner at Hinshaw & Culbertson LLP, counsel for Defendants, WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit attorneys Kevin R. Sido and Renee C. Choy of the Chicago office of Hinshaw & Culbertson LLP to appear pro hac vice on behalf of defendants Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc., in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kevin R. Sido for over three years. Mr. Sido is a partner of Hinshaw & Culbertson LLP's Chicago, Illinois office, and is in good standing with the Bar of the Supreme Court of Illinois. Mr. Sido is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. A copy of his Certificate of Admission to the Bar of Illinois is attached hereto as Exhibit A.

4. I have known Renee Choy for over one year. Ms. Choy is an associate at Hinshaw & Culbertson LLP in Chicago, Illinois, and is in good standing with the Bar of the Supreme Court of Illinois. Ms. Choy is a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. A copy of her current Certificate of Admission to the Bar of Illinois is attached hereto as Exhibit B.

5. Accordingly, I am pleased to move the admission of Kevin R. Sido and Renee C. Choy pro hac vice to appear in this action.

31027052v1 880267

**WHEREFORE**, it is respectfully requested that the motion for the admission of Kevin R. Sido and Renee C. Choy pro hac vice to appear in this action on behalf of defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC. in the above-captioned matter be granted.

Dated: New York, New York  
       March 4, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____  
    Philip Touitou [PT-4302]  
    780 Third Avenue, 4th Floor  
    New York, New York  
    (212) 471-6200 (Telephone)  
    (212) 935-1166 (Facsimile)

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kevin Richard Sido

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 22, 1975 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, February 20, 2008.

*Juleann Hornyak*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Renee Chi-Ying Choy

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 2005 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, February 20, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,

                        Plaintiff/Relator,

- against -

SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,

                        Defendants.

**CERTIFICATE OF SERVICE**

Docket No. 07-CV-3314 (GBD)

    The undersigned certifies that on March 5, 2008, I caused to be served the foregoing **NOTICE OF MOTION, AFFIDAVIT AND ORDER** upon the following addressees at their last known address by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman, III, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
phoffman@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

- 2 -

Gail Debra Zirkelbach, Esq.
Jackson Kelly PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
(303) 390-0003
gdzirkelbach@jacksonkelly.com
Attorney for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
*Attorneys for Defendant*
*Skidmore, Owings & Merrill, LLP*

Chad Everette Sjoquist, Esq.
Louis J. Dennis
Zetlin & DeChiara, LLP
801 Second Avenue
New York, NY 10017
(212) 682-6800
csjoquist@zdlaw.com
ldennis@zdlaw.com
Attorneys for Defendant
*SKIDMORE, OWINGS & MERRILL, LLP*

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022-6837
(212) 634-5066
psemprevivo@bhmr.com
Attorney for Defendant
*UNDERWRITERS LABORATORIES, INC.*

William David Byassee, Esq.
Jackson Kelly, PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
dbyassee@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

| | |
|---|---|
| Wilson Elser, Moskowitz, Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017<br>(212) 490-3000<br>(212) 490-3038 (fax)<br>Jason Harrington, Esq.<br>Jason.harrington@wilsonelser.com<br>Attorneys for Defendant<br>*GILSANZ MURRAY STEFICEK* | Jackson Kelly PLLC<br>Three Gateway Center, Ste. 1340<br>Pittsburgh, PA 15222<br>(412) 434-8804<br>(412) 434-8062<br>Adam S. Ennis, Esq.<br>aennis@jacksonkelly.com<br>Attorneys for Defendant<br>*APPLIED RESEARCH ASSOCIATES, INC.* |
| Wormer, Kiely, Galef & Jacobs LLP<br>825 Third Avenue, 26th Floor<br>New York, NY 10022<br>(212) 573-0618<br>(212) 687-5703 (fax)<br>Sean Thomas O'Leary, Esq.<br>soleary@wkgj.com<br>Attorneys for Defendant<br>*HUGHES ASSOCIATES, INC.* | David M. Pollack, Esq.<br>Donovan Hatem LLP<br>One Penn Plaza<br>New York, NY 10119<br>(212) 244-3333<br>dpollack@donovanhatem.com<br>Attorneys for Defendants<br>*SIMPSON GUMPHERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC., NuSTATS, DATASOURCE, INC., GeoSTATS, INC., GILSANZ, MURRAY, STEFICEK, LLP, HUGHES ASSOCIATES, INC., AJMAL ABBASI, EDUARDO KAUSEL, DAVID PARKS, DAVID SHARP, DANIELE VENEZIANO, JOSEF VAN DYCK, KASPER WILLIAM, ROLF JENSEN & ASSOC., INC., ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C., S.K. GHOSH ASSOCIATES, INC., SKIDMORE, OWINGS & MERRILL, LLP, TENG & ASSOCIATES, UNDERWRITERS LABORATORIES, INC., WISS JANNEY, ELSTNER ASSOCIATES, INC.* |

- 4 -

Donovan Hatem, P.C.  
World Trade Center East  
Two Seaport Lane  
Boston, MA 02210  
(617) 206-4500  
Patricia B. Gary, Esq.  
pgary@donovanhatem.com  
Attorneys for Defendants  
*SIMPSON GUMPHERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC.*

Edward B. Keidan, Esq.  
Conway & Mrowiec  
20 South Clark Street, Ste. 1000  
Chicago, IL 60603  
(312) 658-1100  
(312) 658-1201 (fax)  
ebk@cmcontractors.com  
Attorneys for Defendant  
*TENG & ASSOCIATES, INC.*

Jeffrey Steven Margolin, Esq.  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, NY 10004-1482  
(212) 837-6375  
Margolin@hugheshubbard.com  
Attorneys for Defendant  
*TENG & ASSOCIATES, INC.*

Jason Andrew Harrington  
Shelowitz Broder LLP  
11 Penn Plaza, 5th Floor  
New York, NY 10001  
(212) 490-3000  
jason.harrington@wilsonelser.com  
Attorney for Defendant  
*GILSANZ, MURRAY, STEFICEK, LLP*

Dated: New York, New York  
      March 5, 2008

_____  
ALFRAE JOHNSON-RAGINS

Philip Touitou (PT - 4302)
HINSHAW & CULBERTSON LLP
Attorneys for Defendants
*Wiss, Janney, Elstner Associates Inc. and*
*Rolf Jensen & Associates*
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Telephone)
(212) 935-1166 (Facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>    Plaintiff/Relator,<br><br>    -against-<br><br>SCIENCE APPLICATIONS INTERNATIONAL, CORP.; APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NUSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELLE VENEZANO, JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRIILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITNERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; AND UNITED AIRLINES,<br><br>    Defendants. | 07 CIV 3314 (GBD)<br><br>**ORDER FOR ADMISSION**<br>**<u>PRO</u> <u>HAC</u> <u>VICE</u>**<br>**ON <u>WRITTEN MOTION</u>** |

Upon the motion of PHILIP TOUITOU, attorney for Defendant, WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| KEVIN R. SIDO | RENEE C. CHOY |
| Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP |
| 222 North LaSalle Street, Suite 200 | 222 North LaSalle Street, Suite 200 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| Tel: (312) 704-3000 | Tel: (312) 704-3000 |
| Fax: (312) 704-3001 | Fax: (312) 704-3001 |
| Email: ksido@hinshawlaw.com | Email: rchoy@hinshawlaw.com |

are admitted to practice pro hac vice to argue or try this particular case in whole or in part on behalf of Defendants WISS, JANNEY, ELSTNER ASSOCIATES, INC. and ROLF JENSEN & ASSOCIATES, INC. in the above captioned case. A notation of Ms. Choy's and Mr. Sido's admission pro hac vice will be made on the roll of attorneys.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including he Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) System, counsel shall immediately apply for an EFC password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
_____, 2008

**SO ORDERED**:

_____
HON. GEORGE B. DANIELS, U.S.D.J.