**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

                Plaintiff/Relator,

    -vs.-

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN
CONSULTING ENGINEERS, P.C.; SIMPSON
GUMPERTZ & HEGER, INC.; S.K. GHOSH
ASSOCIATES, INC.; SKIDMORE, OWINGS &
MERRILL, LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

                Defendants.

---------------------------------------------------------- x

Case No. 07-CV-3314 (GBD)
(DFE)


**AFFIDAVIT OF SERVICE**


STATE OF NEW YORK    )
                       ) ss:
COUNTY OF NEW YORK  )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the

action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

      That on the 5th and 6th day of March, 2008, deponent served, by U.S. Mail, a true and

correct copy of (1) **DEFENDANT'S NOTICE OF MOTION,** (2) **MEMORANDUM OF**

**LAW IN SUPPORT OF MOTION, (3) DECLARATION OF CHARLES E. DORKEY III**

**(4) RULE 7.1 CORPORATE DISCLOSURE STATEMENT** upon the following:

**Jerry Vincent Leaphart, Esq.**
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
Attorney for Plaintiff
*Dr. Judy Wood*

**Glenn Fuerth, Esq.**
**Jason Harrington, Esq.**
Wilson Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
Attorney for Defendant
*Gilsanz Murray Steficek*

**Louis J. Dennis, Esq.**
**Chad Everette Sjoquist, Esq.**
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorney for Defendant
*Skidmore, Owings & Merril,*
L.L.P.

**David M. Pollack, Esq.**
Donovan Hatem LLP
One Penn Plaza
250 West 34th Street, Ste. 3324
New York, NY 10119
Attorney for Defendants
*Simpson Gumphertz & Heger, Inc.*
*And Computer Aided Engineering*

**Jeffrey S. Margolin, Esq.**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attorney for Defendant
*Teng & Associates, Inc.*

**William David Byassee, Esq.**
Jackson Kelly, PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
Attorney for Defendant
*Applied Research Associates, Inc.*

**Philip Carmine Semprevivo, Esq..**
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022
Attorney for Defendant
*Underwriters Laboratories, Inc.*

**Adam S. Ennis, Esq.**
Jackson Kelly PLLC
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
Attorney for Defendant
*Applied Research Associates, Inc.*

**Gail Debra Zirkelbach, Esq.**
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
Attorney for Defendant
*Applied Research Associates, Inc.*

**Edward B. Keidan, Esq.**
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, IL 60603
Attorney for Defendant
*Teng & Associates, Inc.*

**John T. Morin**
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Attorney for Defendant
*Hughes Associates, Inc.*

**Philip Touitou**
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
Attorney for Defendants
*Rolf Jensen & Associates, Inc. And
Wiss, Janney, Elstner Associates, Inc.*

**Renee C. Choy, Esq.**
**Kevin R. Sido, Esq.**
Hinshaw & Culbertson LLP
222 N. Lasalle, Suite 300
Chicago, IL 60601
Attorney for Defendants
*Rolf Jensen & Associates, Inc. and* Wiss,
*Janney, Elstner Associates, Inc.*

the address designated by said attorneys for that purpose, by depositing the same enclosed in a

postage pre-paid envelope in a post office official depository under the exclusive case and

custody of the United States Postal service within the State of New York.

Sworn to before me this
7th day of March, 2008

NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2019