UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED RESEARCH ASSOCIATES, INC.; SCIENCE APPLICATIONS INTERNATIONAL CORP.; BOEING, NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S. K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314 (GBD)<br><br>**AFFIDAVIT OF WM. DAVID BYASSEE IN SUPPORT OF APPLIED RESEARCH ASSOCIATES, INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND § 3730(d)(4) OF THE FCA** |

Wm. David Byassee, being duly sworn, hereby deposes and says as follows:

1. I am a member of Jackson Kelly PLLC, attorneys of record for Defendant Applied Research Associates, Inc. in the captioned case.

2. I am admitted *pro hac vice* in this matter.

3. I submit this Affidavit in Support of Applied Research Associates, Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and § 3730(d)(4) of the FCA, solely to submit certain

1

documents for consideration by the Court, all of which are public records or otherwise publicly available.

4.      Attached as Exhibit A is a true and correct copy of Elaine Jarvik, *BYU Professor Thinks Bombs, Not Planes, Toppled WTC*, DESERET MORNING NEWS, Nov. 10, 2005, a*vailable at* http://www.deseretnews.com/article/content/mobile/0,5223,635160132,00.html

5.      Attached as Exhibit B is a true and correct copy of the *False Claims Correction Act of 2007, S. 2041 Before the S. Comm. on the Judiciary*, (2008) (statement of Brian A. Benczkowski, Principal Deputy Assistant Attorney General).

Dated:  March 5, 2008
        Denver, Colorado

                                                **s/  Wm. David Byassee**
                                                Wm. David Byassee

STATE OF COLORADO              )
CITY AND COUNTY OF DENVER      )

Subscribed and sworn to before me this 5th day of March 2008, by Wm. David Byassee.

                                                **s/  Robin Walker**
                                                Notary Public

My Commission expires:    4/4/09                                [SEAL]