UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ X
DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

            Plaintiff / Realtor,

     vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

            Defendants.
------------------------------------------------------------------------------ X

Civil Action
No. 07 CV 3314 (GBD)

ECF Case

REQUEST FOR JUDICIAL
NOTICE PURSUANT TO
FED. R. EVID. 201

       Defendant Skidmore, Owings & Merrill LLP ("SOM") respectfully requests that pursuant to FED. R. EVID. 201, this Court take judicial notice of the following fact that is not subject to reasonable dispute in any jurisdiction:

> **On September 11, 2001, terrorists hijacked commercial airplanes and flew them into the north and south towers of the World Trade Center, destroying both buildings.**

This fact is also capable of accurate and ready determination pursuant to the findings of both the Supreme Court of the United States in *Hamdan v. Rumsfeld*,[1] 126 S. Ct. 2749, 2760, 165 L. Ed. 2d 723, 739 (2006) and the United States Court of Appeals for the Second Circuit in *SR Int'l Bus. Ins. Co. v. World Trade Ctr. Props., LLC*,[2] 467 F.3d 107, 116 (2d Cir. 2006).

Dated: New York, New York
       March 7, 2008

                          Respectfully submitted,

                          ZETLIN & DE CHIARA, LLP
                          *Attorneys for Defendant*
                          *Skidmore, Owings & Merrill LLP*

                          _____
                          Chad E. Sjoquist (CS 0142)
                          801 Second Avenue
                          New York, New York  10017
                          (212) 682-6800
                          csjoquist@zdlaw.com

---

[1] The Supreme Court found that:

> On September 11, 2001, agents of the al Qaeda terrorist organization hijacked commercial airplanes and attacked the World Trade Center in New York City and the national headquarters of the Department of Defense in Arlington, Virginia. Americans will never forget the devastation wrought by these acts. Nearly 3,000 civilians were killed.

126 S. Ct. at 2760, 165 L. Ed. 2d at 739.

[2] The Court of Appeals for the Second Circuit found that:

> On the morning of September 11, 2001, terrorists flew two fuel-laden jetliners into the north and south towers of the WTC, destroying both buildings and cutting short the lives of thousands of people.

467 F.3d at 116.