Jerry V. Leaphart #jl4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DR. JUDY WOOD, on behalf of The United States of America | : : : | |
| Plaintiff, | : : | ECF CASE |
| vs. | : : | March 17, 2008 |
| APPLIED RESEARCH ASSOCIATES, INC., et al | : : : | 07 CIV 3314 (GBD) |
| Defendants. | : | |

**AFFIRMATION OF SERVICE OF COMPLAINT and**
**WAIVER OF SERVICE OF SUMMONS DOCUMENTS**

I, Jerry V. Leaphart of Jerry V. Leaphart and Assoc., PC, hereby affirm that:

1. I represent the plaintiff in the above cited matter and am familiar with all aspects of this case.

2. On December 27, 2007, in accordance with Fed.R.Civ.P. 4(d), I caused a copy of the following documents to be mailed, certified mail, return receipt requested, to the defendants listed on Exhibit A, as well as the U.S. Attorney's Office.

    A.    Complaint;

    B.    Waiver of Service of Summons and Complaint package which included the following:

      a.      Informational cover letter;

      b.      Notice of lawsuit and Request for Waiver of Service of Summons;

      c.      Two (2) copies of a Waiver of Service of Summons with return self-addressed stamped envelope;

      d.      Copy of Fed.R.Civ.P. 4(d);

      e.      SDNY 3rd amended instructions for filing an electronic case or appeal; and

      f.      Individuals practices of Judges Daniels and Eaton.

The original green return receipt postcards are attached to the paper filing as Exhibit B, and copies of them will be retained in my files.

    3.    The original waivers of service received from the defendants listed on Exhibit C are attached to the paper filing as Exhibit D, and copies of the waivers will be retained in my files.

THE PLAINTIFF

By____/s/ Jerry V. Leaphart_____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & ASSOC.,PC
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265/(203) 825-6256 – fax
jsleaphart@cs.com

Dated:  Danbury, CT
        March 17, 2007

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, a copy of the foregoing Affirmation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The following attorneys have been served via facsimile:

E. Leslie Hoffman, Esq.
Jackson Kelly P_LLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-7110 fax

Edward B. Keidan, Esq.
Conway & Morwiec
Chicago, IL
(312) 658-1201

    /s/ Jerry V. Leaphart
Jerry V. Leaphart (ct 17185)
JERRY V. LEAPHART & ASSOC., P.C.
8 West Street, Suite 203
Danbury, CT 06810
Tel. (203) 825-6265
Fax (203) 825-6256

# **EXHIBIT A**

(List of defendants to whom waiver packages were mailed December 27, 2007)

APPLIED RESEARCH ASSOCIATES, INC.
SCIENCE APPLICATIONS INTERNATIONAL CORP.
COMPUTER AIDED ENGINEERING ASSOCIATES, INC.
DATASOURCE, INC.
GILSANZ MURRAY STEFICEK LLP
HUGHES ASSOCIATES, INC.
ROLF JENSEN & ASSOCIATES, INC;
ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.
SIMPSON GUMPERTZ & HEGER, INC.
S. K. GHOSH ASSOCIATES, INC.
SKIDMORE, OWINGS & MERRILL, LLP
TENG & ASSOCIATES, INC.
UNDERWRITERS LABORATORIES, INC.
WISS, JANNEY, ELSTNER ASSOCIATES, INC.

# EXHIBIT B

(Original green return receipt postcards showing delivery to the defendants listed on Schedule A)

(paper filing only)

# EXHIBIT C

(List of defendants who returned waivers of service to plaintiff)

APPLIED RESEARCH ASSOCIATES, INC.
ROLF JENSEN & ASSOCIATES, INC;
SIMPSON GUMPERTZ & HEGER, INC.
SKIDMORE, OWINGS & MERRILL, LLP
TENG & ASSOCIATES, INC.
UNDERWRITERS LABORATORIES, INC.
WISS, JANNEY, ELSTNER ASSOCIATES, INC.

# EXHIBIT D

(Original waivers of service returned to plaintiff)

(paper filing only)