# JERRY V. LEAPHART & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW
8 West Street, Suite 203
Danbury, CT 06810

Tel. 203-825-6265

Facsimile 203-825-6256

**SO ORDERED**

*[signature]* George B. Daniels

**HON. GEORGE B. DANIELS**
MAR 1 7 2008

## VIA FACSIMILE (212) 805-6737

February 25 2008

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Wood, on behalf of the USA, v. Applied Research Assoc., Inc., et al
07 CIV 3314 (GBD)

Dear Judge Daniels.

This office represents Dr. Judy Wood, the plaintiff in the above cited matter.

One of the defendants, Applied Research Associates, Inc. ("ARA"), has filed a motion, pursuant to Fed. R. Civ. P. 11 and Section 3730(d)(4) of the False Claims Act, for sanctions, together with a memorandum of law and certification, as of February 14, 2008 (Documents #33 through 36). The plaintiff requests an extension of time to file her response to that motion until thirty (30) days after the Court's ruling on certain presently pending motions to dismiss. Plaintiff's objection to said motions to dismiss are due February 29, 2008.

It is also requested that this extension of time apply to any other motions for sanctions that may be filed subsequent to this letter.

It is also foreseeable that should plaintiff withstand the motions to dismiss as to one or more counts of her complaint, then, in that event, it is likely that ARA might recognize that its motion for sanctions is moot and would withdraw it

Respectfully yours,

*[signature]*
Jerry V. Leaphart

CC: Counsel of record