

Figure 5 "Dustification."



Figure 6  More "dustification."



http://i18.photobucket.com/albums/b108/janedoe444/ARG/toasted/midair_dustification.gif

Figure 7  Video clip of steel turning to dust.



Figure 8  Frames captured from a video showing the steel "spire" turning to dust.
All the above (Figures 1 - 8) depict steel being visibly turned to dust

7

## CRUMPLED BEAMS:



Figure 9 What caused these beams to wrinkle?



Figure 10 What caused these beams to wrinkle? We also note there is no "steam" rising from beneath these beams on a rainy day.

8



Figure 6-10 Area of collapsed floor slab in bays between C-8, E-8, C-7, and E-7, from the 15th floor.
Figure 11  A shriveled-up beam in the opening of the cylindrical cut-out of Bankers Trust Bldg.

Each of the above depict crumpled beams

9

PERPENDICULAR CYLINDRICAL AND GEOMETRICAL HOLES:



Figure 12  The cylindrical holes in the WTC complex are noticeable.



Figure 13  WTC3, between 10:00 AM and 10:30 AM on 9/11/01. After 10:30 AM on 9/11/01, WTC3 was reduced to two or three stories of just the column seen on the right edge of WTC3.

10



Figure 14  Climbing down into the basement of WTC2, shortly after 9/11/01, looking for survivors



Figure 15  The remains of WTC6 are on the right and the footprint of WTC1 is on the left.

11



Figure 16 The material from WTC1 is essentially absent and the vertical holes cut through WTC6 can be seen. Note the absence of material in this void.

All of the above (Figures 12-16) demonstrate perpendicular, regularized holes.

PAPER DID NOT BURN:



Figure 17  Unburned paper

12