Exhibit F

ottom | Star Wars Beam Weapon | Dirt | WTC and the Hutchison Effect | Billiard Balls | Press Release | DQA-NIST | Whistleblower Information | Scientific Method | Why Indeed | Articles | **NEWS** | official challenges | Presentations | Videos | WTC2 Strike | Oath | Links | Weather | FAQ | Disinfo | Critics Corner



*janedoe's video page*
The New Hiroshima & Hutchison Effect:
The New Hiroshima:
(Madison, WI, August 2007)

# 9/11 Issues
Yes, there are issues with 9/11!

*"A time comes when silence is betrayal."*
*- Martin Luther King*

**Judy Would – a 9/11 truth song by ace baker**
**Blown to Kingdom Come - Ace Baker**

**HUNT THE RUBBLE!**



*Brief Bio*

Welcome to my new site! This is the new home of 9/11 Issues, previously at janedoe0911.tripod.com

**Start Here**
**Analysis of Collapse Time**
**Billiard Ball Example (BBE)**



## Star Wars Directed-Energy Weapons (DEW)
*(brought to you by the Star Wars Program)*

   

*dustification page3*    *holes page4*    *toasted cars page5*    *lack-of-sufficient debris page6*

## Molecular Dissociation: from Dust to Dirt
*(brought to you by the Star Wars Program)*

*Alka-Seltzer (dirt1)*    *Fuzzballs (dirt2)*    *dirt (dirt3)*    *Cheetos (dirt4)*    *lathering-up (dirt5)*    *lathering-up (WTC7)*    *dust (dirt6)*

  

## Anomalies at the WTC and the Hutchison Effect

*Index*    *Lift & Disruption (JJ1)*    *weird fire (JJ2)*    *Non self-quenching (JJ3)*    *Jelly Beams (JJ4)*    *transmutation (JJ5)*    *other (JJ6)*    *cold fusion (JJ7)*

      
    

**I call for a true investigation** of what really happened on 9/11, not another puppet show or whitewash.
We can't count on NIST, FEMA, or the 9/11 Omission Commission to do it. So, let's get to work!

## NEWS

9 February 2008            **Related Links**

| | |
|---|---|
| John Hutchison is on "Your Money's Worth," 97.1 KLSX-FM in Los Angeles. Your Money's Worth is Co-hosted by Deanna Despot, Michelle Parisi, and Ryan Tomlinson, Listen : (mp3), www.fortunemarket.net/radio.php#/ 12-1 PM EST (9-10 AM/PST) on 97.1 KLSX-FM: | www.971freefm.com/ www.hutchisoneffect.ca www.americanantigravity.com/ www.myspace.com/johnkhutchison hutchisoneffect2008.blogspot.com/ |

**7 February 2008**
Interview: John Hutchison and Judy Wood are the guests of guest host Morgan Reynolds on "The Dynamic Duo"
5-7 PM/EST (2-4 PM/PST) on GCN: www.gcnlive.com (ch. 4)
Listen edited: (mp3)(0 MB)
  Scientists See WTC - Hutchison Effect Parallel
  Anomalies at the WTC and the Hutchison Effect

**Related Links**
Scientists See WTC - Hutchison Effect Parallel    www.lenr-canr.org/
The Hutchison Effect    www.infinite-energy.com/
Free Energy Batteries    www.newenergymovement.org/
hutchisoneffect.ca
www.americanantigravity.com/    freeenergynews.com/
hutchisoneffect2008.blogspot.com/    Understanding Zero Point Energy
                                     Experimental Energy Links

**4 February 2008**
Rediscovering Lost Technologies: John Hutchison, discoverer of The Hutchison Effect is the guest of Richard Syrett on "the Richard Syrett Show,"
Listen edited: (mp3)
11-12:30 EST (8-9:30 PM/PST) on CFRB: http://www.cfrb.com/

**Related Links**
Anomalies at the WTC and the Hutchison Effect
http://hutchisoneffect2008.blogspot.com/
http://www.americanantigravity.com/

**20 January 2008**
Interview: Judy Wood is the guest of Jay Winter Nightwolf on the Nightwolf show
8-9 PM/EST on WPFW. Listen live: wpfw.org
Listen, edited: (mp3)(10.7 MB)
Jay Winter Nightwolf and Dr Judy Wood discuss 9/11 (video)

**Related Links**
"Terror is not new to American soil, nor is our government a stranger to it.
"Potter Column: We are all Native Americans today
LETTER TO THE WORLD, www.jackgladstone.com    Anomalies at the WTC and the Hutchison Effect
Buckskin Poet Society, www.jackgladstone.com    The Spirit of Haida Gwaii

**18 January 2008**
Interview: Andrew Johnson, Judy Wood, and John Hutchison are the guests of Ambrose Lane on "www.weourselves.org"
10-11 AM/EST on wpfw: www.weourselves.org
Listen edited: (mp3)(14.2 MB)
WTC Destruction and the Hutchison Effect-II (video)

**Related Links**
Anomalies at the WTC and the Hutchison Effect
http://www.checktheevidence.co.uk/cms/
Trip to NYC with Dr Judy Wood - 17th Jan 2007

hutchisoneffect.ca
Judy Wood Videos
John Hutchison Videos
http://hutchisoneffect2008.blogspot.com/

**14 January 2008**
Interview: Andrew Johnson and Judy Wood are the guests of Ambrose Lane on "www.weourselves.org"
10-11 AM/EST on wpfw: www.weourselves.org
Listen edited: (mp3)(9.8 MB)
WTC Destruction and the Hutchison Effect-I (video)

**Related Links**
Anomalies at the WTC and the Hutchison Effect
14 January 2008, by Judy Wood and John Hutchison
http://www.checktheevidence.co.uk/cms/

hutchisoneffect.ca
John Hutchison Videos
Judy Wood Videos
http://www.americanantigravity.com/

**12 December 2007**
Interview: John Hutchison is the guest of Charles Giuliani on "The Truth Hertz" on republicbroadcasting: Listen edited: (mp3)
12-2 PM/EST, Live: http://www.republicbroadcasting.org

**Related Links**
http://hutchisoneffect2008.blogspot.com/
http://www.americanantigravity.com/

---

### New Articles

**_Challenges_ to NIST's 9/11 Investigations.**

APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)
22 August 2007, by Dr. Judy Wood

Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007
27 July 2007, by NIST, Catherine S. Fletcher, Chief, Management and Organization
National Institute of Standards and Technologydataed July 27, 2007,
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

**PRESS RELEASE: Scientists See WTC - Hutchison Effect**
30 January 2008, Press Release by Andrew Johnson

**Scientists See WTC - Hutchison Effect Parallel**
30 January 2008, Press Release by Andrew Johnson

**Anomalies at the WTC and the Hutchison Effect**
12 January 2008, by Judy Wood and John Hutchison

Scholars' WTC Report Appeal acknowledged by NIST
29 September 2007, by Jim Fetzer

---

### Earlier Events/Presentations

---

### Formal _Challenges_ to the Official Story

**FY 2007 Information Quality Request for Corrections**
US Department of Commerce:
Office of the Chief Information Officer

**Press Release RFC NCSTAR 1**
REQUESTS FOR CORRECTION OF NIST REPORT ON DESTRUCTION OF WORLD TRADE CENTER FILED
**22 March 2007**

**RFC NCSTAR 1 and related documents**

**WTC, DEW and NIST contractor, ARA, linked:**
**Major conflict of interest cited**

Judy Wood's Qui Tam Law Suit Unsealed filed April 25, 2007 and .
12 September 2007, unsealed



*Jerry V. Leaphart  
Attorney*

Supplement#2 to RFC submitted earlier (320 kb)  
Supplement#2 to PROD01_00  
20 April 2007, Judy Wood

MEMORANDUM To: Dr. Judy Wood (232 kb)  
30 March 2007, Jerry V. Leaphart, Attorney

Supplement#1 to RFC submitted earlier (28 kb)  
Supplement#1 to PROD01_002667  
29 March 2007, Judy Wood



*(click to enlarge)*

APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)  
22 August 2007, by Dr. Judy Wood

Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007  
27 July 2007, by NIST, Catherine S. Fletcher  
Chief, Management and Organization  
National Institute of Standards and Technologydataed July 27, 2007,  
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

Extension of NIST review for Dr. Judy Wood Request  
29 June 2007, email from Catherine S. Fletcher to Dr. Wood  
Chief, Management and Organization  
National Institute of Standards and Technology

WTC7: Complaint for Injunctive and Declaratory Relief filed  
7 May 2007, Ed Haas and Jerry V. Leaphart

Response from Juventino R. "Rich" Garcia via fax  
Directed Energy Directorate, Air Force Research Laboratory/DEO-PA, Kirtland AFB NM  
4 May 2007, from Rich Garcia to Jerry V. Leaphart

DEW Information follow-up letter to response from the Office of Public Affairs, Directed Energy Directorate, Kirtland Air Force Base  
3 May 2007, from Jerry Leaphart to Rich Garcia

Supplement#2 to RFC submitted earlier (320 kb)  
Supplement#2 to PROD01_002667  
20 April 2007, Judy Wood

*Earlier articles about challenging the Offcial Story*

**More Events/Presentations**

---

**TOP**  Articles

### Anomalies at the WTC and the Hutchison Effect
12 January 2008, Judy Wood and John Hutchison  
*(ongoing series)*

**Under construction: This is too important to wait.**  
*(Due to the seriousness of this issue, it is important to present the analysis and data as soon as possible.) More*

### Molecular Dissociation: from Dust to Dirt
16 May 2007, Judy Wood, v. 0.5  
*(ongoing series)*

**Under construction: This is too important to wait.**  
*(Due to the seriousness of this issue, it is important to present the analysis and data as soon as possible.) More*

### The Star Wars Beam Weapons

/11 Issues

**Star Wars Directed-Energy Weapons**
17 Oct 2006, Judy Wood and Morgan Reynolds, v. 0.5
(ongoing series)

**Under construction: This is too important to wait.**
*(Due to the seriousness of this issue, we felt it was important to present the analysis and data as soon as possible. (Following the murder of my student, Michael Zebuhr, an extraordinary human being, I received an email stating, "we've done it before and we will do it again if need be.") Therefore, expect this website to be added to and updated over the next few days. Michael told me, "Whatever happens, don't ever stop pursuing this. It's too important." Michael, this is for you)*
More

**PRESS RELEASE: Scientists See WTC - Hutchison Effect**
30 January 2008, Press Release by Andrew Johnson

**Scientists See WTC - Hutchison Effect Parallel**
30 January 2008, Press Release by Andrew Johnson

**Anomalies at the WTC and the Hutchison Effect**
12 January 2008, by Judy Wood and John Hutchison

**Billiard Balls and Momentum**
29 December 2007, by worldtradecenter

**Scholars' WTC Report Appeal acknowledged by NIST**
29 September 2007, by Jim Fetzer

**Acting like a Grown-up**
27 September 23 2007, by Steven Jones, Ace Baker, Morgan Reynolds

**Gorillas in the Midst: Perceptual Conformity**
21 September 2007, in honor of JP

**Professors Make Legal Challenges to NIST 9/11 World Trade Centre**

Justice for Michael Zebuhr



Justice for Michael Zebuhr

a blog for research and updates
on the murder of Michael Zebuhr

Report
8 September 2007, by
Andrew Johnson

Professors Make Legal
Challenges to NIST 9/11
World Trade Centre
Report
7 September 2007,
DANBURY,
CONNECTICUT, Legal
News

Nice Guy Kevin Barrett
Spins 9/11 Planes: A Peer
Review
5 September 2007, by
Morgan Reynolds and
Judy Wood

I Had a Car Crash
11 September 2007, by
Roadrunner
with Comments on
Newton's Third Law by
Dr. Morgan Reynolds

Stories of September 11
26 August 2003, by
Douglas Longenecker

Supporting Evidence for
No-Planes and DEW
(exotic weapons)
26 August 2007, excellent
posts by Ace Baker and
others
from
www.nineeleven.co.uk/

Excellent Summary by
"underscribed"
The 9/11 "official truth
movement's" new cover-
up
15 August 2007, excellent
posts by "underscribed"
from
forum.911movement.org/

Directed Energy Weapons
and the World Trade
Center
(alternate pdf format)
Issue 45 | fall 2007,
paranoiamagazine.com
2 August 2007, by Len
Bracken

Explosions or Collapse?
The Semantics of
Deception and the
Significance of
Categories
(undated), by C. Thurston

Thoroughly Discredited
August 14, 2007, by Jeff
Strahl

A Touch of "The Hidden
Hand"?
Is the Next False Flag
Attack on US Soil Near?
28 July 2007, by Andrew
Johnson

Weighing the Evidence
23 July 2007, by
CB_Brooklyn

9/11 Truth is Truth 101
(An Apple is an Apple)
22 July 2007, by Matt



The team casts a crankcase from aluminum.

PHOTO BY JUDY HAY
source: Popular Mechanics

*TOP*     **Special Articles**

Molecular Dissociation: from Dust to Dirt
16 May 2007, Judy Wood, v. 0.5
*(ongoing series)* For audio, see here, as well as
individual pages

The Star Wars Beam Weapons Star Wars Directed-
Energy Weapons
5 January 2007, Judy Wood and Morgan Reynolds
*(ongoing series)* For audio, see here.

Rules of Disinformation
Including Articles by H. Michael Sweeney

Misinformation
False Memory Syndrome: Misinformation and Memory,
and the Creation of New Memories, Including Articles
by Elizabeth F. Loftus

*TOP*     **Articles (continued)**

A physicist critiques Steven Jones' new paper
21 May 2007, by Stephen Phillips, Ph.D.

On the Manipulation of the 9/11 Research Community
17 May 2007, by James Fetzer, transcribed by Jeannon
Kralj

Invitation to post a simultaneous response letter
Response1
Email from Steven E. Jones to Judy Wood
Email from Judy Wood to Steven E. Jones

Invitation to post a simultaneous response letter
Response2
Email from Steven E. Jones to Judy Wood
Email from Judy Wood to Steven E. Jones

DEW Sponsors and Department of Defense Contractors
25 April 2007,

---

Reading Between The Lines -- Jenkins/Wood interview
revisited,
Text, Subtext and The Truth About DEWs
10 April 2007, transcript by Andrew Lowe Watson, with
added pictures & comments

The Desert of the Real: the Soul of the World
7 April 2007, The Unapologetic Mexican

"Thinking for Ourselves" (mp3)
An interview with Judy Wood, Ph.D.
6 March 2007, A Slave Planet Interview

Kjeldsen

Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson, Footnotes mainly by Andrew Johnson, with additional comments by Prof Judy Wood.

Chopper 5 Composite: An analysis of the live WNYW helicopter video of UA Flight 175 striking the World Trade Center
June 2007, by Ace Baker

A Ladder 9 Murder
Death Of FDNY 9/11 Vet Probed As Murder
24 May 2007, comment on wnbc news article
XXX (needs editing)

## Formal Challenges to the Official Story

APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)
22 August 2007, by Dr. Judy Wood

Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007
27 July 2007, by NIST, Catherine S. Fletcher Chief, Management and Organization National Institute of Standards and Technology dataed July 27, 2007,
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

Extension of NIST review for Dr. Judy Wood Request
29 June 2007, email from Catherine S. Fletcher to Dr. Wood Chief, Management and Organization National Institute of Standards and Technology

WTC7: Complaint for Injunctive and Declaratory Relief filed
7 May 2007, Ed Haas and Jerry V. Leaphart

Response from Juventino R. "Rich" Garcia via fax Directed Energy Directorate, Air Force Research Laboratory/DEO-PA, Kirtland AFB NM
4 May 2007, from Rich

Dr. Greg Jenkins' "Directed Debunking Energy" and Prof. Judy Wood
1 March 2007, by Andrew Johnson

The New "9/11 Hijackers"?
February 2007, by Andrew Johnson

Why Indeed Must it be Controlled Demolition?
An informal critique of Dr. Jones' hypothesis
30 January 2007, "Who"

---

The Greg Jenkins Analytical Method Ignores the Facts
28 February 2007, by Andrew Lowe Watson

Highlighting Directed Energy Weapons May Save the World from War
8 February 2007, by Andrew Lowe Watson

Was 9/11 and Inside Job?
[Is Steven Jones setting the truth movement up for a fall?]
6 January 2007, March Hustler Magazine, by Mark Johnson

Hustler Magazine Rebuttal – "Was 9/11 an INSIDE JOB?"
12 January 2007, Critique / Rebuttal Compiled by Andrew Johnson
Using Comments by Judy Wood, Morgan Reynolds, Jeff Strahl and Veronica Chapman

The Scientific Method Applied to the Thermite Hypothesis
14 December 2006, Judy Wood and Morgan Reynolds

Presentation made by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)

Why Indeed did the WTC Buildings Disintegrate?
23 Aug 2006, janedoe0911, Morgan Reynolds and Judy Wood

Jonesville
28 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood

Reynolds & Wood Try to Help Steven E. Jones
27 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood

How They Did the Plane Trick at WTC 2
27 Aug 2006, nomoregames.net, Morgan Reynolds

Why Indeed did the WTC Buildings Disintegrate
23 Aug 2006, nomoregames.net, Morgan Reynolds and Judy Wood, v. 1.0

Conspiracy and Closed Minds on 9/11
15 March 2006, Morgan Reynolds

We Have Some Holes in the Plane Stories*
5 Mar 2006, nomoregames.net, Morgan Reynolds, Ph.D.

Aluminum Glows
1 Mar 2006, janedoe0911, Judy Wood and Michael Zebuhr

Billiard Balls Example
16 April 2005, by Judy Wood

Garcia to Jerry V. Leaphart

DEW Information follow-up letter to response from the Office of Public Affairs, Directed Energy Directorate, Kirtland Air Force Base
3 May 2007, from Jerry Leaphart to Rich Garcia

Supplement#2 to RFC submitted earlier (320 kb)
Supplement#2 to PROD01_00
20 April 2007, Judy Wood

DEW Information Request Letter, with comments
7 April 2007, Judy Wood, comments by Jerry Leaphart

MEMORANDUM To: Dr. Judy Wood (232 kb)
30 March 2007, Jerry V. Leaphart, Attorney

Supplement#1 to RFC submitted earlier (28 kb)
Supplement#1 to PROD01_002667
29 March 2007, Judy Wood

RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

Effort to halt government WTC7 investigation launched
1 March 2007, Edward F. Haas

Presentation made by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)

---

**History Repeats.**



*One picture of the inside of WTC6 and the other is the Murrah Building in OKC. Can you tell which is which? (Hint: one of them has a wheatchex at the bottom.)*

— *Click on pictures to access links* —

     

**Analysis of WTC2 strike**     **Finnish Military Expert writes on 9/11**

Enlarged portions of pictures in the ground-zero Tour

     

**Picture Tour of ground zero**     **Close-up views of selected beams**

### Analysis of Collapse Time: Billiard Ball Example (BBE)



Case 4.

| Case 1. Free-fall from roof | Case 2. "collapse" every 10 floors | Case 3. "collapse" every floor | if "collapse" initiated ahead of collapse wave | Seismic Evidence |

> "A time comes when silence is betrayal." - Martin Luther King
> "All that is necessary for evil to succeed is that good men do nothing." -Edmond Burke
> "The world is a dangerous place, not because of those who do evil, but because of those who look on and do nothing." - Albert Einstein



TOP

### Martin Luther King

### "A time comes when silence is betrayal."

"These are the times for real choices and not false ones. We are at the moment when our lives must be placed on the line if our nation is to survive its own folly. Every man of humane convictions must decide on the protest that best suits his convictions, but we must all protest."

source
delivered 4 April 1967 at Riverside Church in New York City

Transcript here

**It's not my job!**



Is this your excuse?

**U.S. Citizenship Oath:**
*I hereby declare, on oath, that ... ...* I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic...

Complete Oath of Citizenship

**FBI Whistle blower, Sibel Edmonds**



This foreign-born US citizen makes it

her job to defend this country!
justacitizen.org

---

| Links |
|---|
| TOP |

**9/11 Sites**

Blown to Kingdom Come - Ace Baker
Judy Would - a 9/11 truth song by ace baker

No More Games

worldtradecenter

Pentagon : Hunt the Boeing! (French Site in English)
Shanksville: Hunt the Boeing II!
WTC: Hunt the Rubble! (Ace Baker)

Andrew Johnson's Audio Archive

http://thewebfairy.com
Killtown
Killtown's 150+ 9/11 Smoking Guns
http://911hoax.com
Plaguepuppy's Video Archive
PlaguePuppy's CafÉ and Sanctuary for the Unspeakable Truth
Friends of the American Revolution

total911.info/
total411.info/
Pissedoffcabbie
damien911.blogspot.com

C-SPAN: Watch LIVE
gunsandbutter.net
Complete 9/11 Timeline (Paul Thompson)

"The Dynamic Duo," Jim Fetzer (T,W,Th) and Kevin Barrett (M, F)
3-5 PM/CT, Genesis Communications Network,
Listen Live on Network 2.here

Terrorize (Danish 911 site)
Demolition Site

The Bush Regime Card Deck

Scholars for 9/11 Truth
The Debt to the Penny

votersunite.org

After Downing Street

ConyersBlog
godlikeproductions.com
Google videos
The Great Conspiracy
Confronting the Evidence
Truth & Lies of 9/11

WeOurselves with Ambrose I. Lane Sr.

**Disinformation**
The Rules of Disinformation
Eight Traits of the Disinformationalist

911truthy.org (spoof site)
German Engineers 9/11 site
Finnish 9/11 Site in English
9/11 Busters
NIST's Evasion
DU
911truthemergence
911 Podcast

**Excellent videos and articles**
911 Eyewitness
A Fairy Tale from Hell:Ê An Introduction to 9/11 http://www.tyrannyalert.com

---

### Presentations/Events

Andrew Johnson's Audio Archive

To quote FDR, "the only thing we have to fear is fear itself." And those who use it for their own political purposes.

TOP

**7 February 2008**
Interview: John Hutchison and Judy Wood are the guests of guest host Morgan Reynolds on "The Dynamic Duo"
5-7 PM/EST (2-4 PM/PST) on GCN: www.gcnlive.com (ch. 4)
Listen edited: (mp3)(0 MB)
Anomalies at the WTC and the Hutchison Effect

John Hutchison Videos
Judy Wood Videos

**Related Links**
hutchisoneffect.ca                    http://www.lenr-canr.org/
The Hutchison Effect                  http://www.infinite-energy.com/
http://hutchisoneffect2008.blogspot.com/   http://www.newenergymovement.org/
Free Energy Batteries                 http://www.americanantigravity.com/
Understanding Zero Point Energy       http://www.bermuda-triangle.org/
Experimental Energy Links             Nick Cook
http://www.checktheevidence.co.uk     http://freeenergynews.com/

**4 February 2008**
Rediscovering Lost Technologies: John Hutchison, discoverer of The Hutchison Effect is the guest of Richard Syrett on "the Richard Syrett Show," Listen edited: (mp3)
11-12:30 EST (8-9:30 PM/PST) on CFRB: http://www.cfrb.com/

**Related Links**
Anomalies at the WTC and the Hutchison Effect
http://hutchisoneffect2008.blogspot.com/
http://www.americanantigravity.com/

**20 January 2008**
Interview: Judy Wood is the guest of Jay Winter Nightwolf
on the Nightwolf show
8-9 PM/EST on WPFW. Listen live: wpfw.org
Listen, edited: (mp3)(10.7 MB)

**Related Links**
"Terror is not new to American soil, nor is our government a stranger to it.
"Potter Column: We are all Native Americans today
LETTER TO THE WORLD,                Anomalies at the WTC and the Hutchison

| | | |
|---|---|---|
| Jay Winter Nightwolf and Dr Judy Wood discuss 9/11 (video) | www.jackgladstone.com<br>Buckskin Poet Society, www.jackgladstone.com | Effect<br>The Spirit of Haida Gwaii |

**18 January 2008**
Interview: Andrew Johnson, Judy Wood, and John Hutchison are the guests of Ambrose Lane on "www.weourselves.org"
10-11 AM/EDT on wpfw: www.weourselves.org
Listen edited: (mp3)(13.5 MB)
WTC Destruction and the Hutchison Effect-II (video)

**Related Links**

Anomalies at the WTC and the Hutchison Effect
http://www.checktheevidence.co.uk/cms/
Trip to NYC with Dr Judy Wood - 17th Jan 2007

hutchisoneffect.ca
Judy Wood Videos
John Hutchison Videos
http://hutchisoneffect2008.blogspot.com/

**14 January 2008**
Interview: Andrew Johnson and Judy Wood are the guests of Ambrose Lane on "www.weourselves.org"
10-11 AM/EDT on wpfw: www.weourselves.org
Listen edited: (mp3)(14 MB)
WTC Destruction and the Hutchison Effect-I (video)

**Related Links**

Anomalies at the WTC and the Hutchison Effect
14 January 2008, by Judy Wood and John Hutchison
http://www.checktheevidence.co.uk/cms/

hutchisoneffect.ca
John Hutchison Videos
Judy Wood Videos
http://www.americanantigravity.com/

**12 December 2007**
Interview: John Hutchison is the guest of Charles Giuliani on "The Truth Hertz" on republicbroadcasting: Listen edited: (mp3)
12-2 PM/EST, Live: http://www.republicbroadcasting.org

**Related Links**

http://hutchisoneffect2008.blogspot.com/
http://www.americanantigravity.com/

**6 December 2007**
Interview: Judy Wood is the guest of Jim Fetzer on "The Dynamic Duo" Listen edited: (mp3)
4-6 PM/EST on GCN: http://www.gcnlive.com (ch. 4)

**Related Links**

more dirt
(Note, this link may change. The page is in development.)

**8 November 2007**
Interview: Judy Wood and Jerry Leaphart are the guest of Jim Fetzer on "The Dynamic Duo" Listen : (mp3)
4-6 PM/EST on GCN: http://www.gcnlive.com (ch. 4)

**Related Links**

HR 1955

**30 October 2007**
Interview: Morgan Reynolds is the guest of Jim Fetzer on "The Dynamic Duo" (re: Barrett) Listen: (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)

**Related Links**

**27 October 2007**
Interview: Judy Wood and Jerry Leaphart are the guests of Kevin Barrett
on "Truth Jihad Radio" on republicbroadcasting: Listen edited: (mp3)
6-8 PM/EDT, Live: http://www.republicbroadcasting.org (mp3)

**Related Links**

Qui Tam case

**26 October 2007**
Interview: Judy Wood is the guest of Ambrose Lane
on "www.weourselves.org" Listen edited: (mp3)
10-11 AM/EDT on: www.weourselves.org (ch. 4)

**Related Links**

Qui Tam case

**11 October 2007**
Interview: John R Moffett asked Jim Fetzer to arrange an interview/debate between him (John Moffett) and Judy Wood, as guests of Jim Fetzer,
on "The Dynamic Duo" Listen (mp3)
UPDATE: John Moffett backed out just before the show. Jerry Leaphart talked about the qui tam case.
5-7 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)

**Related Articles**

**Judy Wood's Qui Tam Law Suit Unsealed**
**Click Here for more details**

Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4
http://drjudywood.com/articles/DEW/StarWarsBeam1.html

**27 September 2007**
Interview: Ace Baker is the guest of Jim Fetzer
on "The Dynamic Duo" Listen edited: (mp3)
5-7 PM/EDT on GCN: http://www.gcnlive.com (ch. 4)

**Related Links**

acebaker.com

**31 August 2007**
Interview: Judy Wood is the guest of James Hogue

**Related Links**

on "House at Pooh Corner" on WGDR.org
Listen : (mp3)
4:30-6:00 PM/EDT, LISTEN LIVE
Listen Live help page

Directed-Energy Weapons (DEW)
From Dust to Dirt

toasted cars
more toasted cars

RFC: What Happened was Not Inevitable (6.5 Mb), 16 March 2007
- Response to RFC from Dr. Judy Wood, dated March 16, 2007
APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)

ARA's (and SAIC's) conflict of interest

nomoregames.net

**27 August 2007**
Interview: Morgan Reynolds is the guest of Lenny Bloom on "Cloak and Dagger": Listen : (mp3)
5-6 PM/EDT, Live: cloakanddaeger.de

**Related Links**

nomoregames.net
drjudywood.com

**18 August 2007**
Interview: Judy Wood and Morgan Reynolds are the guests of D'Anne Burley on "Late Night With D'Anne" on Republic Broadcasting:
Listen (mp3-1) (mp3-2) Edited: (mp3)
11 PM-2 AM/EDT, Live: http://www.republicbroadcasting.org
Call-in: 800-313-9443

**Related Articles**

| Molecular Dissociation: from Dust to Dirt | Star Wars Directed-Energy Weapons (DEW) |
|---|---|
| dirt 1   dirt 4 | DEW page 3 (dustification)   DEW page 6 (misc.) |
| dirt 2   dirt 5 | DEW page 4 (holes)   DEW page 7 (conclusion) |
| dirt 3   WTC7 | DEW page 5 (toasted cars)   more toasted cars |

* Request for Correction dated March 16, 2007
  -Supplement #1 to Request for Correction dated March 16, 2007
  -Supplement #2 to Request for Correction dated April 20, 2007
  - Extension of NIST review for Dr. Judy Wood Request
  - Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007

Request for Correction dated March 8, 2007
  -Supplement #1 to Request for Correction dated
  - Extension of NIST review for Morgan Reynolds Request

**13 August 2007**
Interview: Jerry Leaphart is the guest of Total Info on "Total Info Radio" Listen: (mp3) 5.7 MB
10-11 PM/EDT on Revere Radio Network

"Jerry Leaphart joins TotalInfo to discuss the role of Applied Research Associates in writing the National Institutes for Standards and Technology's report on the World Trade Center "collapse." ARA is heavily involved in the exotic weapons business, including directed-energy weapons."

**Related Articles**

* Request for Correction dated March 16, 2007
  -Supplement #1 to Request for Correction dated March 16, 2007
  -Supplement #2 to Request for Correction dated April 20, 2007
  - Extension of NIST review for Dr. Judy Wood Request
  - Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007

* ARA federal contracts
  Reactive Material Testing - Lethality Testing
  Manufacturing/Prototyping
  Facilities
  Weapon Effects testing

**3-5 August 2007**
**Conference: 'The Science of 9/11'**

Here are the available audio recordings
- Thanks to Total911Info and to Andrew Johnson for these

The New Hiroshima:, by Judy Wood,
*(Madison, WI, August 2007)*

**Click on logo for announcement**

1. 070804_1_JudyWood_1.mp3 (mp3)   (5.6 M)
2. 070804_2_BobFritrakis.mp3 (mp3)   (2.6 M)
3. 070804_3_JudyWood_2.mp3 (mp3)   (11.6 M)
4. 070804_4_JerryLeaphart.mp3 (mp3)   (9.8 M)
5. 070804_5_AlfredWebre.mp3 (mp3)   (7.0 M)
6. 070805_6_Morgan Reynolds.mp3 (mp3)   (6.0 M)
7. 070805_7_AceBaker.mp3 (mp3)   (9.6 M)
8. 070805_8_JimFetzerClsngCmt.mp3 (mp3)   (7.4 M)



**31 July 2007**
Interview: Judy Wood is the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3-1) (mp3-2) edited: (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)


Madison Conference

**Related Articles**

What molten metal?

A Touch of "The Hidden Hand"?
Is the Next False Flag Attack on US Soil Near?
28 July 2007, by Andrew Johnson

**27 July 2007**
Interview: Jerry Leaphart is the guest of Kevin Barrett on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Madison Conference

**19 July 2007**
Interview: Judy Wood is the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

History of the Concrete Canoe Competition (ASCE)
Molecular Dissociation: from Dust to Dirt, page 5
WTC7
What is Organized Gang Stalking?
http://www.multistalkervictims.org/
California eyes stronger cyberstalking laws
Terrorist Stalking in America
Molecular Dissociation: from Dust to Dirt, page 4

**19 July 2007**
Interview: Judy Wood is the guest of Charles Giuliani on "The Truth Hertz" on republicbroadcasting: Listen (mp3-1) (mp3-2)
edited: (mp3)
12-2 PM/EDT, Live: http://www.republicbroadcasting.org

**Related Articles**

Molecular Dissociation: from Dust to Dirt, page 1
Molecular Dissociation: from Dust to Dirt, page 2
Molecular Dissociation: from Dust to Dirt, page 3
Molecular Dissociation: from Dust to Dirt, page 4

**18 July 2007**
Interview: Christoper A. Brown is the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

http://www.algoxy.com/gcn/

Look at Figures 3(a), 3(b), 3(c)

http://drjudywood.com/articles/why/why_indeed.html#Overview

http://drjudywood.com/videos/videos.html#building
http://911research.wtc7.net/wtc/arch/core.html
http://911research.wtc7.net/wtc/evidence/photos/wtccons2.html
http://911research.wtc7.net/wtc/evidence/photos/construction.html

**11 July 2007**
Interview: Morgan Reynolds is the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH MOUNTAINS, so beautiful and unreal in late March, glistened against the intense blue of the skies above Salt Lake City..." Key Phrases: University of Utah, Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson,
Steven Jones' Contributions to Science, Humanity and the Planet,
by CB_Brooklyn, 1/29/07.

**10 July 2007**
Interview: Morgan Reynolds and Rick Ratjer are the guest of Kevin Barrett
on "9/11 and Empire" Listen (mp3-1) (mp3-2)
5-6 PM/EDT on GCN: http://www.wtprn.com/listen.shtml

**Related Articles**

"SEPTEMBER CLUES" Live Video:
part 1: " THE 911 NEWSWMEDIA COVERAGE "
part 2: "THE FLYING TELEPHANTS"
part 3: " OF MISSILES AND MEN "
part 4: " THE DENSE COINCIDENCE DANCE "
part 5: "17 SECONDS"
part 6: " FORGERIES INC."

**10 July 2007**
Interview: Steven Greer is the guest of Jim Fetzer (hour 1)
Interview: Russ Gerst and Morgan Reynolds are the guest of Jim Fetzer (hour 2)
Listen to "The Dynamic Duo" Listen (mp3-1)(mp3-2)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH MOUNTAINS, so beautiful and unreal in late March, glistened against the intense blue of the skies above Salt Lake City..." Key Phrases: University of Utah, Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"
27 June 2007, Transcript by Andrew Johnson,
Steven Jones' Contributions to Science, Humanity and the Planet,
by CB_Brooklyn, 1/29/07.

**3 July 2007**
Interview: Russ Gerst will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Fire from Ice: Searching for the Truth Behind the Cold Fusion Furor
by Eugene J. Mallove (Author) "THE SNOW-COVERED WASATCH MOUNTAINS, so beautiful and unreal in late March, glistened against the intense blue of the skies above Salt Lake City..." Key Phrases: University of Utah, Los Alamos, Martin Fleischmann
Transcript of "Micronukes vs Thermite/Thermate at WTC"

**27 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4
Marketing an Invasion

**20 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 4
WTC7
Marketing an Invasion

**19 June 2007**
Interview: Judy Wood will be the guest of Jim Fetzer, hour 2
on "The Dynamic Duo" Listen to second half (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 4
Marketing an Invasion
WTC7

**25 May 2007**
Interview: Judy Wood will be the guest of Ambrose Lane
on "www.weourselves.org"
Listen: One 25 min segment (mp3) or two (mp3-1, mp3-2)
11:00 -11:30 AM/EDT

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 1
Molecular Dissociation: from Dust to Dirt: page 2
Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4

**23 May 2007**
Interview: Judy Wood will be the guest of Jim Fetzer
on "The Dynamic Duo" Listen (mp3)
5-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**Related Articles**

Molecular Dissociation: from Dust to Dirt: page 1
Molecular Dissociation: from Dust to Dirt: page 2
Molecular Dissociation: from Dust to Dirt: page 3
Molecular Dissociation: from Dust to Dirt: page 4

**23 May 2007**
Interview: Jerry Leaphart will be the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-5 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**8-9 May 2007**
Interview: Rosalee Grable (Webfairy) will be the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/EDT on GCN: http://www.gcnlive.com (ch. 2)

**2 May 2007**
Interview: Judy Wood will be the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com (ch. 2)

**25 April 2007**
Interview: Andrew Johnson will be the guest of Ambrose Lane on "www.weourselves.org" Listen (mp3)

**19 April 2007**
Interview: Jerry Leaphart will be the guest of Jim Fetzer on "The Dynamic Duo" (rerun-4/5/07) Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**12 April 2007**
Interview: Judy Wood will be the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
5-6 PM/ET on GCN: http://www.gcnlive.com

**10 April 2007**
Interview: Judy Wood will be the guest of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**5 April 2007**
Interview: Jerry Leaphart will be the guests of Jim Fetzer on "The Dynamic Duo" Discussing NCSTAR1's RFCs

Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**3 April 2007**
Interview: Morgan Reynolds will be the guests of Jim Fetzer on "The Dynamic Duo" Listen (mp3)
4-6 PM/ET on GCN: http://www.gcnlive.com

**10 March 2007** (rescheduled from 16 September 2006)
The National 9/11 Debate
Embassy Suites Hotel Airport-Convention Center
5055 International Blvd
N. Charleston, South Carolina, United States 29418
For further information, Press Release, link
**CANCELLED: The government has refused to debate!**

**6 March 2007**
"Thinking for Ourselves" (mp3)
An interview with Judy Wood, Ph.D.
6 March 2007, A Slave Planet Interview

**28 February 2007**
Interview: Morgan Reynolds will be the guest of Jim Fetzer on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT on GCN: gcnlive.com

### Related Articles
Muslims Suspend Laws of Physics (also here)(here)
FY 2007 Information Quality Request for Corrections

### Related Articles
http://missilegate.com
http://webfairy.org/uav
http://webfairy.org/haarp/beamweapon.htm

### Articles
9/11 gatekeepers muzzle truth toward societal dumbing-down
Toasted Parking Lot
DEW Sponsors and Department of Defense Contractors

### Articles
The New "9/11 Hijackers"?
February 2007, by Andrew Johnson
Dr. Greg Jenkins' "Directed Debunking Energy" and Prof. Judy Wood
1 March 2007, by Andrew Johnson

### Articles
MEMORANDUM To: Dr. Judy Wood (232 kb)
30 March 2007, Jerry V. Leaphart, Attorney

### Articles
Supplement#1 to RFC submitted earlier (28 kb)
Supplement#1 to PROD01_002667
29 March 2007, Judy Wood

### Articles
RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

### Articles
RFC: What Happened was Not Inevitable (6.5 Mb)
16 March 2007, Judy Wood
(Other pdf resolutions available here.)

RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

Effort to halt government WTC7 investigation launched
1 March 2007, Edward F. Haas

### Articles
RFC: What Planes? (80 kb)
8 March 2007, Morgan Reynolds

### Articles
Debate seeks advocates of official government account of 9/11
2 August 2006, muckraker report, Ed Haas

**NIST DECLINES DEBATE**
Change in Venue or Date will not Alter Decision
3 Jul 2006, MUCKRAKER REPORT, Edward F. Haas

### Articles

Listen Live on Network 2, Here

http://thewebfairy.com

http://911hoax.com

WTC 'Plane' Crash Videos
http://killtown.911review.org/

The Hidden Advanced Aircraft of Black Operation 911
http://911stealth.blogspot.com/

video discussion:
TV Newscasters on 9/11 were Reading from Scripts

video: Reading from the same script
911 OCTOPUS 8 - Unmasking the Media Perps

**No Big Boeing Theory (NBB)**

We Have Some Holes in the Plane Stories
5 Mar 2006, nomoregames.net, Morgan Reynolds, Ph.D.

Crash physics for everyone
Open Letter to Steven Jones
10 Dec 2006, crashphysics.blogspot.com, Coffinman

An Inconvenient Truth About 9/11:
The Hijacked Planes Were a Hoax (6 Aug 2006)
http://covertoperations.blogspot.com/

Jeff King, an MIT engineer, from "9/11 Revisited"
Demolitions: (jeffkingcd2.mp3)
What planes?: (kingblacktech.mp3)

Heavy Watergate, The War Against Cold Fusion

**20 February 2007**
Ambrose I. Lane, Jerry Leaphart, and Judy Wood discuss evidence that Directed-Energy Weapons (DEWs) likely destroyed the World Trade Towers on 9/11/01, and discuss their concerns that DEWs may be used to attack Iran.
Read the Full Report: Star Wars Directed-Energy Weapons.
1-2 PM/EST, www.weourselves.org (mp3 of show)

(mp3-1) (mp3-2) (mp3-3) (mp3-4) (mp3-5) (mp3-6) (mp3-7)

### Articles

Democrats in pledge to restrict troop deployment
Bush Administration Says No Plans to Attack Iran
"We are not planning to go across the border [into Iran]. But the president also is not going to rule out any alternatives. But for those who think we are beating the war drums, no [no plans to invade Iran].

The Future of Warfare: America's High-Tech Arsenal
(March 5, 2003)

**14 February 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing the latest 9/11 research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com
Listen Live on Network 2, Here

### Articles Referred to:

DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars (cleanup)

**13 February 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing the latest 9/11 research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

### Articles Referred to:

DEW page 3 (dustification)
DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars
**Rules of Disinformation**

**8 February 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing the latest 9/11 research on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

### Articles Referred to:

**Rules of Disinformation**
Including Articles by H. Michael Sweeney

DEW page 3 (dustification)
DEW page 4 (holes)
DEW page 5 (toasted cars)
more toasted cars

**7 February 2007**
Interview: Jerry Leaphart will be the guest of Jim Fetzer discussing developments concerning NIST on "The Dynamic Duo", Listen (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

### Articles Referred to:

Presentation by Jerry Leaphart, challenging the official story
14 Dec 2006, The National Construction Safety Team (NCST)
FOIA –
NCSTAR 1– Report on "Collapses"
[should say Destruction] of Twin Towers
NIST statement on data quality standards –
US Office of Research Integrity –
Overview of Whistleblower Laws –
NIST contracts for WTC 7 –
muckrakerreport.com
Laws that enable NIST to conduct investigations

**6 February 2007**
Interview: Rick Siegel will be the guest of Jim Fetzer discussing recent developments in the 9/11 community on "The Dynamic Duo"
3-5 PM/CT, Genesis Communications Network, gcnlive.com

### Articles Referred to:

**Rules of Disinformation**
Including Articles by H. Michael Sweeney

**30 January 2007**
Daphane Wysham (Institute for Policy Studies) presents the serious status of global warming. Judy Wood offers evidence that Directed-Energy Weapons (DEWs) likely destroyed the World Trade Towers on 9/11/01. John Bloomer explains how the same Directed-Energy Weapons can reverse Global Warming. Gaining control of the orbital

### Global Warming

http://www.iht.com/bin/print.php?id=4370560
http://observer.guardian.co.uk/print/0,,329698789-119093,00.html

Beam apparatus for constructive as opposed to destructive use is discussed by Ambrose I. Lane and his three guests. Read the Full Report: Star Wars Directed-Energy Weapons. 1-2 PM/EST, www.weourselves.org (mp3 of show)

And, here's hair-raising information on Greenland's melting.
http://www.theoildrum.com/story/2005/12/9/31522/5910

**25 January 2007**
Interview: Judy Wood will be the guest of Jim Fetzer discussing recent research on "The Dynamic Duo"
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, archive, listen live (channel 2 or 4)

**Toasted Cars, Science and Disinformation**

http://janedoe0911.tripod.com/disinfo.html
http://janedoe0911.tripod.com/StarWarsBeam3.html
http://janedoe0911.tripod.com/StarWarsBeam4.html
http://janedoe0911.tripod.com/StarWarsBeam5.html
http://janedoe0911.tripod.com/moretoastedcars.html

**12 January 2007**
Interview: Ambrose Lane welcomes Dr. Judy Wood and John Bloomer to discuss high energy beams and the WTC disaster.
Read the Full Report: Star Wars Directed-Energy WeaponsÊ
10-11 AM/EST, http://www.weourselves.org/wpfw/011207.html
Ambrose Lane, Dr. Judy Wood, and Mr. John Bloomer welcome listener questions and comments. (information with mp3 files) (one mp3 file)
Transcript by Veronica Chapman

**4 January 2007**
Interview: Jeff Strahl discusses the history of the "9/11 truth movement" with Jim Fetzer on "The Dynamic Duo" (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com

**Articles Referred to:**

Muslims Suspend Laws of Physics (also here)(here)

**2 January 2007**
Interview: Steven Jones, Judy Wood, and Morgan Reynolds have been invited to discuss 9/11 with Jim Fetzer on "The Dynamic Duo" (mp3)
3-5 PM/CT, Genesis Communications Network, gcnlive.com
Transcript: by Veronica Chapman
~~NIST~~ Steven Jones DECLINES DEBATE

**14 December 2006**
Presentation made by Jerry Leaphart, challenging the official story
The National Construction Safety Team (NCST)
Advisory Committee met via teleconference,
Thursday, December 14, 2006, 9:00 a.m. - 11:00 a.m.
This included the presentation made by Jerry Leaphart

**6 December 2006**
I Interview: Morgan Reynolds will be the guest of Jim Fetzer discussing his research on 9/11 on "The Dynamic Duo," Listen (mp3)(mp3)
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, listen live, archive

**30 November 2006**
Interview: Judy Wood and Jim Fetzer
will be interviewed on Paltalk,9-11 PM/CT
Listen live at and/or write in to ask questions, chat live skypecast

**29 November 2006**
Interview: Judy Wood will be the guest of Jim Fetzer discussing her research on 9/11 on "The Dynamic Duo," Listen (mp3)
3-5 PM/CT, Genesis Communications Network,
gcnlive.com, listen live, archive, (mp3-1)(mp3-2) (mp3)

**Articles**

Related: The Star Wars Beam Weapon

**11 November 2006**
Interview: Judy Wood will be the guest on
"Non-Random Thoughts" with host Jim Fetzer
6-8 PM/CT (7-9 PM/ET and 4-6 PM/PT)
http://rbnlive.com, live page, archive, (mp3-1)(mp3-2)(all: mp3-no ads)

**Articles**

Related: The Star Wars Beam Weapon

**28 October 2006**
Public Forum: 9-11: Search For Truth
Presentations:
Judy Wood, "How Indeed did the WTC Disintegrate?"
Morgan Reynolds, "Proof 9/11 Was An Inside Job," and
Wayne Madsen, "Recent Updates on Whistleblower Revelations"

Trinity United Methodist Church
6512 23rd Ave. NW (NW 65th & 23rd NW) Ballard
Seattle, WA, 7 PM - 10 PM/PT (info)
sponsored by 9-11 Visibility Project

**Videos**

Judy Wood, "How Indeed did the WTC Disintegrate?"

Morgan Reynolds, "Proof 9/11 Was An Inside Job,"

**17 October 2006**
Ambrose I. Lane talks with special guest Dr. Judy Wood about her evidence for the use of high-energy weapons in destroying the WTC Towers.

**Articles**

"We Ourselves" with host Ambrose I. Lane Sr.
1:30 PM to 2:15 PM/ET (show is from 12 PM to 3 PM/ET)
on The Power XM Channel 169
archive, (mp3-1)(mp3-2)(mp3-3)

Related: The Star Wars Beam Weapon

**25 September 2006**
Interview: Ambrose I. Lane interviews special guest
Dr. Judy Wood and discuss her evidence for the use of
high-energy weapons in destroying the WTC Towers.
"We Ourselves" with host Ambrose I. Lane Sr.
1 PM to 2 PM/ET (show is from 12 PM to 3 PM/ET)
on The Power XM Channel 169
archive, (mp3-1)(mp3-2)(mp3-3)(mp3-4)(all 4 files)

**10 September 2006**
9/11 Truth, New York City, 5th Anniversay
Cooper Union:

Education track: Judy Wood, Jim Fetzer, Jesse Richard, Ralph Schoenman, Jim Marrs, Wayne Madsen, Faiz Kahn

Solution track: Kevin Barrett, Ian Wood, Bob Bowman, Barrie Zwicker, William Pepper, Ralph Schoenman, Craig Hill, Lynn Pentz, Carl Person, Les Jamieson, Jason Bermas

Audio files (radio4all.net) (portland.indymedia)

Dialup (32 kbps)

1-Press Conference-Partial
2-Intro-Les Jamieson
3-Judy Wood-Engineer
4-James Fetzer
5-Ralph Schoenman-Author
6-Barrie Zwicker-Journalist
7-David Miller-First Response
8-Jim Marrs-Author
9-Wayne Madsen-Journalist
10-William Pepper-Lawyer

Broadband (128 kbps)

1-Press Conference-Partial
2-Intro-Les Jamieson
3-Judy Wood-Engineer
4-James Fetzer
5-Ralph Schoenman-Author
6-Barrie Zwicker-Journalist
7-David Miller-First Response
8-Jim Marrs-Author
9-Wayne Madsen-Journalist
10-William Pepper-Lawyer

**6 September 2006**
Presentations: "9/11 was an Inside Job" by Morgan Reynolds
and Judy Wood, sponsored by The McClendon Study Group
The National Press Club, Washington, D.C., 7-10 PM/ET (info)
(Reynolds and Wood presentation material), (mp3)(streaming)
[FOX interview with Morgan Reynolds: (mp3)(streaming)]
(Thanks to www.total911.info for the recordings and postings!)

**18 August 2006**
Lecture: Judy Wood, "9/11 Truth: The Key to Avoiding World War III, Depression, and Dictatorship"
Fountain Inn, 104A N. Main Street, Fountain Inn, S.C.
6:00 PM/ET buffet, 7:00PM/ET lecture meeting
For more information, www.patriotnetwork.info/

**12 July 2006**
Interview and Lecture: Judy Wood will be a guest
speaker for the "We the People Tour", discussing 9/11
Ashville-Buncombe Technical College, Asheville, NC
5-6:00 PM/PT (8-9:00 PM/ET)
wethepeoplecongress.org, comments, (streaming video)

**29 June 2006**
Interview: Judy Wood will be the guest on
"Non-Random Thoughts" with host Jim Fetzer
11 AM to 1 PM/CT (Noon-2 PM/ET and 9-11 AM/PT)
Non-Random Thoughts, live page, archive, (mp3-1)(mp3-2)(mp3)

**7 June 2006**
Lecture: "The WTC Towers as Bio-inspired Structures",
by Judy Wood, Ph.D., and M. Tedder, D. Smith, G. Lozano,
Clemson University
1:00 PM/CT, Annual Conference of the Society for Experimental Mechanics,
Adam's Mark Hotel, St. Louis, MO
For further information, link, Technical Program (ppt)

*TOP*

---

*TOP*

## Weather Related

### Was Hurricane Rita manipulated?

In this video, notice that the eye closes up when the "red fingers" appear, and returns after the "red fingers" disappear. Also notice that the hurricane changes course while the "red fingers" are present, and maintains the new course after they disappear.

To view the path change, draw a straight line between the hurricane center and the Galviston Bay, as soon as the Bay is in view. (e.g. Position the edge of a piece of paper over the computer monitor.) Notice that the Bay moves closer to the hurricane center, along that line, until the "red fingers" appear.

Explanation and video from the U. of Wisconsin CIMSS hurricane archive site. They have some really nice hurricane graphics.

GOES Project Science
NWS Storm Center
NOAA Satellite Images
Climate Center

**Videos**


*Source*

### Katrina Victims Testify About Ethnic Cleansing, Levee Bomb!

"Mama D" (Dyan French Cole) Testifies to members of Congress (from Daily KOS)



The Congressmen tried to get Mama D to not go overtime and she scolded them, saying she came up from N'awlins with a list of complaints from fellow victims and she is going to read ALL of them.

Then she accused Chris Shays of accusing the victims of lying about police pointing M-16s at 5-year-olds, of perfectly fine housing projects that Bush had steel-plated and closed, of a LEVEE BOMB (and she went "BA-BOOOOOM! right in the hearing room), of concentration camp tactics on the I-10 Causeway, of outright Ethnic Cleansing.

Mama D's testimony begins at 0:53:00
The "Ba-BOOM" segment begins around 1:36:00
Some comments in response to this testimony

Were New Orlean Levees Blown?
Rumor of levee dynamite persists

Weatherwars.info



FEMA in charge?

Picture of NYC,
3 days after 911.
(Photo on Sept. 14, 2001)



Katriana Blog

FEMA in charge ?

Picture of NOLA,
_?_ days after Katina,
and still counting.

*TOP*

---

| Other Videos |
| :---: |
| video page |
| History Repeats |

---

Click on this link for Older Media and other items

XXXXX



---

Star Wars Beam Weapon | Dirt | Billiard Balls | Press Release | DQA-NIST | Whistleblower Information | Scientific Method | Why Indeed | Articles | NEWS | official challenges | Presentations | Videos | WTC2 Strike | Oath | Links | Weather | FAQ | Disinfo | Critics Corner

p://www.drjudywood.com/                                                                                                        2/22/2008