Bottom  *homepage*   Star Wars Beam Weapon   Dirt   Billiard Balls   Press Release   DQA-NIST   Whistleblower Information   Scientific Method   Why Indeed   FAQ   CriticsCorner



# Brief Biographical Sketch for Judy D. Wood, Ph.D.

### Website: http://drjudywood.com/

---

Brief Biographical Sketch for

Judy D. Wood, Ph.D.

Website: http://drjudywood.com/
email: lisajudy [at] nctv.com



Judy D. Wood is a former professor of mechanical engineering with research interests in experimental stress analysis, structural mechanics, optical methods, deformation analysis, and the materials characterization of biomaterials and composite materials. She is a member of the Society for Experimental Mechanics (SEM), co-founded SEM's Biological Systems and Materials Division, and currently serves on the SEM Composite Materials Technical Division.

Dr. Wood received her

- B.S. (Civil Engineering, 1981) (Structural Engineering),

- M.S. (Engineering Mechanics (Applied Physics), 1983), and

- Ph.D. (Materials Engineering Science, 1992) from the Department of Engineering Science and Mechanics at Virginia Polytechnic Institute and State University in Blacksburg, Virginia.

Her dissertation involved the development of an experimental method to measure thermal stresses in bimaterial joints. She has taught courses including

- Experimental Stress Analysis,

- Engineering Mechanics,

- Mechanics of Materials (Strength of Materials)



- Strength of Materials Testing

From 1999 to 2006 Dr. Wood has been an assistant professor in the Mechanical Engineering Department at Clemson University in Clemson, South Carolina. Before moving to Clemson she spent three years as a postdoctoral research associate in the Department of Engineering Science and Mechanics at Virginia Tech. Dr. Wood is currently writing a book with Morgan Reynolds based on the physical evidence for understanding and explaining the events on 9/11.

One of Dr. Wood's research interests is biomimicry, or applying the mechanical structures of biological materials to engineering design using engineering materials. Other recent research has investigated the deformation behavior of materials and structures with complex geometries and complex material properties, such as fiber-reinforced composite materials and biological materials. Dr. Wood is an expert in the use of moiré interferometry, a full-field optical method that is used in stress analysis. In recent years, Dr. Wood and her students have developed optical systems with various wavelengths and waveguides. Dr. Wood has over 60 technical publications in refereed journals, conference proceedings, and edited monographs and special technical reports.

Dr. Wood started to question the events of 9/11 on that same day when what she saw and heard on television was contradictory and appeared to violate the laws of physics. Since that day she has used her knowledge of engineering mechanics to prove that the collapse of the World Trade Center twin towers could not have happened as the American public was told.

Top   *homepage*   Star Wars Beam Weapon   Dirt   Billiard Balls   Press Release   DQA-NIST   Whistleblower Information   Scientific Method   Why Indeed   FAQ   CriticsCorner

In accordance with Title 17 U.S.C. Section 107, the articles posted on this webpage are distributed for their included information without profit for research and/or educational purposes only. This webpage has no affiliation whatsoever with the original sources of the articles nor are we sponsored or endorsed by any of the original sources.

© 2006-2007 Judy Wood and the author above. All rights reserved.

PRLog — Free Press Release Distribution
Home | Submit Free Press Release | News Archive | By Category | By Country | By Date | Newsletter | 40,000 RSS Feeds

[Search]
12:49 PM [GMT -05:00]

**Filter**

Category
Accounting
Aerospace
Agriculture
Arts
Automotive
Banking
Biotech
Business
Chemical
Computers
Construction
Consumer
Defense
Education
Electronics
Energy
Engineering

Country
Afghanistan
Armenia
Australia
Austria
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Brazil
Bulgaria
Canada
China
Costa Rica
Cyprus
Czech Republic

State / Province
Select Country First

City / Town
Select State First

# Scientists See WTC - Hutchison Effect Parallel

*On a Washington DC local radio station, WPFW, Scientists discuss true nature of destruction of WTC Complex on 9/11 and conclude it was related to a known effect.*

Source: *Double-Click Services Ltd*
Jan 30, 2008 05:40:05

PDF Version

**FOR IMMEDIATE RELEASE**

(PRLog.Org) – Jan 30, 2008 – Washington DC, USA - In two appearances on a Washington DC Pacifica Radio Station (14th and 18th January 2008), WPFW, on a show hosted by Author and Political Commentator Ambrose I. Lane, Sr., Dr. Judy Wood, a former Professor of Mechanical Engineering, and John Hutchison, experimental scientist, discussed how photographic and video evidence suggest that the World Trade Centre (WTC) towers were destroyed using Directed Energy Weapons (DEW). Many of the observed effects resemble those seen in John Hutchison's experiments.



Structure d'acier DMR
Bâtiment utilisant un concept révolutionnaire d'acier léger.
www.structuredacierdmr.com

Post a Resume - Get a Job
Tons of Free Listings & Resources for Science & Biotech Jobs.
www.ScienceCareerSite.com

Ads by Google

In early January 2008, Wood posted a new study on her website (http://drjudywood.com/articles/JJ), which relates effects seen in photographs taken before, during and after the destruction of the WTC complex, to effects seen in Hutchison's ongoing experiments. Wood and Hutchison co-authored the study.

John Hutchison is a Canadian inventor and experimental scientist who has been working with "field effects" for almost 30 years. The Hutchison Effect is a collection of phenomena discovered accidentally by John Hutchison in 1979 during attempts to reproduce the work of Nikola Tesla. Hutchison uses radio frequency and electrostatic sources. The Hutchison Effect occurs in a volume of space where the beams intersect and interfere. The results are levitation of heavy objects, fusion of dissimilar materials such as metal and wood, anomalous melting (without heating) of metals without burning adjacent material, spontaneous fracturing of metals (which separate by sliding in a sideways fashion), and both temporary and permanent changes in the crystalline structure and physical properties of metal samples.

Hutchison has reproduced his experiments many times and the results are recorded on video and have been included in a number of TV documentaries that focus on unusual scientific experiments. Hutchison's metal samples have been repeatedly tested by scientists, including a group at the Max Planck Institute in Germany, confirming Hutchison Effects.

The article by Wood and Hutchison (http://drjudywood.com/articles/JJ) documents effects and events seen in the vicinity of the World Trade Centre and compares these with observed characteristics of the Hutchison Effect.

The observed effects include:

"Weird Fires" - The fires seen near the badly damaged cars do not seem to ignite nearby office paper. Some photos show firefighters walking very close to or even through the fires. A video by John Hutchison shows similar looking "fires" on a model metal boat.

Bent Beams and "Jellification" - Samples that Hutchison produced show very unusual effects on metal. Sometimes the metal "jellifies," turning soft and losing form, leading to severe bending or fracturing of the sample. Sometimes samples erupt from the centre and sometimes they turn to dust, similar to what happened to the WTC on 9/11.

Ongoing reactions - Hutchison's samples often show an ongoing reaction, even after the energy field is removed. This "non-self-quenching" reaction seems to occur at the nuclear level. This also appears to be happening at Ground Zero (GZ). Dr. Wood's study suggests that the WTC site is still being "decontaminated," with trucks moving dirt into and out of the site, while "hosing down operations" continue, which Dr. Wood and Andrew Johnson photographed and recorded on video in January 2008.

Transmutation – Sometimes materials subjected to the Hutchison Effect seem to change at a molecular or even atomic level. This could be the explanation for the apparent rapid rusting at GZ, where steel rusts like iron. Also, some photographs show unusual effects on the aluminium cladding used on the twin towers that look similar to effects produced on Hutchison's aluminum samples.

Wood, Hutchison, and Johnson appeared on two Ambrose Lane shows, "We Ourselves," and discussed the similarities between the WTC event and the experimental evidence produced by the Hutchison Effect. "I have been collecting data over the last year and a half or so and I have found these distinct and unusual characteristics, which I have given names such as 'fuming' and 'toasted' cars – I have even noticed flipped

**Most Viewed** (Last 7 days)

LG Viewty Launched in UK, LG KU990 Viewty 5 Megapixel Camera Phone - 423 views

Singapore Budget 2008 Unveil "benefits for Business" says Singapore Company Setup Specialists - 238 views

Nokia 6500 Slide Black Edition Joins the Nokia 6500 Slide Collection - 220 views

Bangalore Real Estate Registers Maximum Price Rise in India - 213 views

Singapore Budget 2008 - Key Personal Tax Relief At A Glance - 198 views

Samsung Armani - Giorgio Armani Phone by Samsung Released UK - 165 views

Doors Open on Law of Attraction University - 158 views

Purple Motorola U9 Joins the Motorola U9 Pink Edition in MOTO PEBL Range - 151 views

Flatlift Slimline Ceiling TV Lift for XXL TV's works via remote control – from the room ceiling - 146 views

Hyderabad's Fab City gets 7 investor offers - 141 views

Previous News

Next News

cars in some pictures," said Wood. "In some cases, the flipped cars are sitting next to trees that are fully covered with leaves."

"If the flipping of the cars was caused by big explosions or 'wind' from the towers coming down," asked Johnson, "how did the leaves stay on the trees?" Material scientist George Hathaway observes that the Hutchison Effect causes either lift or disruption of the material itself. Lift explains the flipped cars. (http://drjudywood.com/pdf/HutchisonEffectReport_txt.pdf)

In some of his experiments, Hutchison observed "spontaneous combustion" where "fires appeared out of nowhere." He also confirmed that Col. John Alexander and others from the U.S. military visited him in 1983 and filmed his experiments with a team from Los Alamos National Laboratories (LANL). (http://www.weourselves.org/mp3/wpfw_011808_judy-andrew2.mp3) Canadian MP Chuck Cook and Dr Lorn A Kuehne of the Canadian Security Intelligence Service (CSIS) contacted him in 1986 and told him his work was "a matter of National Security." (http://www.drjudywood.com/articles/JJ/JJ8.html) Hutchison says he's been told that defense contractor, S.A.I.C., has his technology and has been developing it. (http://drjudywood.com/media/071212_JohnHutchison-TruthH.mp3)

Asked about ongoing dirt removal and hosing down at the WTC complex, Hutchison commented, "I think there is an ongoing reaction or 'infection.'" Wood noted that the damage done to the Bankers Trust (Deutsche Bank) building was repaired, but then they decided to take the building down. This evidence indicates there is a continuing reaction there. Rusting beams in the Bankers Trust building and in the temporary PATH train station also suggest ongoing reactions too.

At the end of the first show, a caller said, "This is a revelation beyond revelations...this trumps everything... If this story ever gets out, it will change the course of the United States' and the whole world's history."

Another caller said during the second show, "I am thinking that these revelations we are hearing this morning should have the people so excited and so outraged that they should be flooding the lines to their congressmen and news people to get this message out as the number one story of the year."

For more information please see:
http://www.drjudywood.com/articles/JJ/
http://www.hutchisoneffect.ca/

WPFW Related:
http://www.weourselves.org/
http://www.wpfw.org/

###

Visit Press Room   Email to Author   Email to a Friend       Previous News   Next News

Share this article on

**Web 2.0 Marketing**
Reach clients with social media marketing. Schedule a demo Today
www.shoutlet.com

Ads by Google

| | |
|---|---|
| Website | : http://www.checktheevidence.com/ |
| Email | : Click to contact author |
| Phone | : +441332674271 |
| Fax | : +441332674271 |
| Address | : 22 Mear Drv |
| | : Borrowash |
| City/Town | : Derby |
| State/Province | : Derbyshire |
| Zip | : DE72 3QW |
| Country | : United Kingdom |
| Categories | : Science, Technology, Education |
| Tags | : 9/11, new york, world trade centre, terrorism |

Disclaimer: Issuers of the press releases are solely responsible for the content of their press releases. PRLog.Org can't be held liable for the contents of the press releases.   Report Abuse

How to Write a Press Release | SiteMap | Contact PRLog | Privacy Policy | Terms of Use | Copyright Notice

Bottom  homepage    Star Wars Beam Weapon    Dirt    Billiard Balls    Press Release    DQA-NIST    Whistleblower Information    Scientific Method    Why Indeed    FAQ    Disinfo    CriticsCorner

# DATA QUALITY ACT (DQA) CHALLENGES HAVE BEEN FILED WITH NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY (NIST)

## Listing of RFCs to NIST
### and
## Other Legal Challenges

EVIDENCE FOR DIRECTED ENERGY WEAPONS PUT FORWARD IN A DQA REQUEST FOR CORRECTION: PERSONS WITH SUPPORTING INFORMATION ARE ASKED TO COME FORWARD AND BE HEARD

See Whistleblower Information



| jpg files | All-in-one | Part A | Part B | PDF Versions, Appeal plus attachments |
|---|---|---|---|---|
| RFC: | ALL Pages | pages 1-24 | pages 25-43 | 070822_APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf) 22 August 2007, by Dr. Judy Wood |
| RFC Supp: | Supps. 1&2 | supp. #1 pp. 1-2 | supp. #2 pp. 1-28 | Attachments: |
| NIST Response: | Pages 1-3 | | | 070316_Wood_RFC.pdf    070503_letterGarcia.pdf<br>070329_Wood_Suppl1.pdf    Jsleaphart_02-45PM.pdf<br>070420_Wood_suppl2.pdf    Jsleaphart_02-29PM.pdf<br>070727_NIST_Response.pdf    070820_Tegnelia.pdf<br>070629_NIST_Ext.pdf    Susan_J_Thornton.pdf<br>Garcia1.gif    ThorntonConfirmat_4_9_07.pdf |
| Appeal: | ALL Pages | pages 1-28 | pages 29-54 | |

The DQA challenges are called "Requests for Correction" (RFC). Each one asserts that NIST's reporting on the destruction of the World Trade Center on 9/11/01 is lacking in quality, integrity. Some challenge NIST's conclusions and evasions as being fraudulent, misleading and deceptive.

These three RFCs are the first known to have been filed with NIST that challenge the validity of the official explanations of what caused the near instantaneous destruction of the World Trade Center complex on September 11, 2001.

See text of officially filed and acknowledged RFCs: .

**FY 2007 Information Quality Request for Corrections**
US Department of Commerce:
Office of the Chief Information Officer

**Press Releases**

**Scholars' WTC Report Appeal acknowledged by NIST**
29 September 2007, by Jim Fetzer
**OpEdNews Release**

**Professors Make Legal Challenges to NIST 9/11 World Trade Centre Report**
8 September 2007, by Andrew Johnson
**OpEdNews Release**

**7 September 2007, Professors Make Legal Challenges to NIST 9/11 World Trade Centre Report**
DANBURY, CONNECTICUT,  Legal News
**Press Release**

**28 March 2007, Scholars for 9/11 Truth, press release**
**Press Release**

**22 March 2007**
**Press Release**

**16 March 2007, Judy Wood**
**RFC: What Happened was Not Inevitable (6.5 Mb) (picture intensive)**

                                                          various resolutions/file sizes
        300 dpi (17.9 Mb)    best quality
        150 dpi (6.5 Mb)    a reasonable compromise
        72 dpi (3.2 Mb)    poor-quality images, but provided for those with dial-up

Supplement#1 to RFC submitted earlier (28 kb)
Supplement#1 to PROD01_002667
29 March 2007, Judy Wood

    MEMORANDUM To: Dr. Judy Wood (232 kb)
    30 March 2007, Jerry V. Leaphart, Attorney

    DEW Information Request Letter, with comments
    7 April 2007, Judy Wood, comments by Jerry Leaphart

Supplement#2 to RFC submitted earlier (320 kb)
Supplement#2 to PROD01_00
20 April 2007, Judy Wood

    DEW Information followup letter to response from the Office of Public Affairs, Directed Energy
    Directorate, Kirtland Air Force Base
    May 3, 2007, from Jerry Leaphart to Rich Garcia

Extension of NIST review for Dr. Judy Wood Request
29 June 2007, email from Catherine S. Fletcher to Dr. Wood
Chief, Management and Organization
National Institute of Standards and Technology

Response to Request for Correction from Dr. Judy Wood, dated March 16, 2007
27 July 2007, by NIST, Catherine S. Fletcher
Chief, Management and Organization
National Institute of Standards and Technologydataed July 27, 2007,
USPS mail from Catherine Fletcher to Dr. Wood, dated July 30, 2007

                    PDF Versions, Appeal plus attachments

070822_APPEAL of NIST initial denial dated July 27, 2007 (7.9 MB pdf)
22 August 2007, by Dr. Judy Wood

Attachments:
    070316_Wood_RFC.pdf        070503_letterGarcia.pdf
    070329_Wood_Suppl1.pdf     Jsleaphart_02-45PM.pdf
    070420_Wood_suppl2.pdf     Jsleaphart_02-29PM.pdf
    070727_NIST_Response.pdf   070820_Tegnelia.pdf
    070629_NIST_Ext.pdf         Susan_J_Thornton.pdf
    Garcia1.gif                    ThorntonConfirmat_4_9_07.pdf

**8 March 2007, Morgan Reynolds**
**RFC: What Planes? (80 kb)**

> Supplement#1 to RFC submitted earlier (32 kb pdf)
> Supplement#1 to RFC
> 1 May 2007, Morgan Reynolds
>
> Extension of NIST review for Morgan Reynolds Request
> 29 June 2007, email from Catherine S. Fletcher to Morgan Reynolds
> Chief, Management and Organization
> National Institute of Standards and Technology
>
> Response to Request for Correction from Morgan Reynolds, dated March 8, 2007
> (TBA), by NIST, xxx

**1 March 2007, Edward F. Haas**
**Effort to halt government WTC7 investigation launched**
**at RFC site: Effort to halt government WTC7 investigation launched**

> Extension of NIST review for Edward Haas Request
> 29 June 2007, email from Catherine S. Fletcher to Edward Haas
> Chief, Management and Organization
> National Institute of Standards and Technology
>
> Response to Request for Correction from Edward Haas, dated March 1, 2007
> (TBA), by NIST, xxx

**14 December 2006, Jerry V. Leaphart**
The National Construction Safety Team (NCST)
Presentation made by Jerry Leaphart, challenging the official story

> 27 July 2007, audio excerpt: (mp3)(57 k), full show: (mp3)(8.5 MB)
> As Kevin Barrett's radio guest, trial attorney Jerry Leaphart put it,
>
> "What I can tell you and the listeners, Kevin, is this. There is more admissible evidence associated with the theory that the World Trade Center was destroyed by directed energy weapons than there is admissible evidence for any single other theory out there that has been promulgated."
>
> http://drjudywood.com/media/070727_JerryLeaphartRFC_Adm.mp3
> *(segment 0:29:15-0:29:44)*

## NIST's use of the word "collapse" to describe what is seen here is deceptive:





This is **not** what a collapse looks like!



**Shortcuts:**

Jump to: **Press Releases**

Jump to: **RFC-Wood**

Jump to: **RFC-Reynolds**

Jump to: **RFC-Haas**

Jump to: **RFC-NCST-Leaphart**

Top   homepage   Star Wars Beam Weapon   Dirt   Billiard Balls   Press Release   DQA-NIST   Whistleblower Information   Scientific Method   Why Indeed   FAQ   Disinfo   CriticsCorner

In accordance with Title 17 U S C. Section 107, the articles posted on this webpage are distributed for their included information without profit for research and/or educational purposes only. This webpage has no affiliation whatsoever with the original sources of the articles nor are we sponsored or endorsed by any of the original sources.

© 2006-2007 Judy Wood and the author(s) above. All rights reserved.

!ottom  *homepage*    Star Wars Beam Weapon    Dirt    Billiard Balls    Press Release    DQA-NIST    Whistleblower Information    Scientific Method    Why Indeed    FAQ    CriticsCorner



# REQUESTS FOR CORRECTION OF NIST REPORT ON DESTRUCTION OF WORLD TRADE CENTER FILED

## FRAUD AND DECEPTION CITED AS REASONS FOR CORRECTION REQUEST

March 22, 2007

CONTACT: Dr. Judy Wood or Attorney Jerry Leaphart 203-825-6265

For Immediate Release:

Basic Facts:

A Request for Correction (RFC) submitted under the Data Quality Act (DQA) was filed with National Institute of Standards and Technology (NIST) on March 16, 2007

NIST acknowledged receipt of RFC in writing on March 19, 2007, via its Acting Chief of Management and Organization Division, Stephen Willett.

RFC challenges the integrity of NIST document NCSTAR 1 (National Construction Safety Team Advisory Committee), Report on the Collapse of the World Trade Center Towers, issued in September 2005

See www.wtc.nist.gov

A full copy of the RFC filed by DR. Wood can be viewed at

http://drjudywood.com/articles/NIST/NIST_RFC.html

---

Dr. Judy Wood (with degrees in Civil Engineering, Engineering Mechanics, and Materials Engineering Science), widely acknowledged as the leading proponent of the theory that Directed Energy Weapons (DEW) were used to destroy the World Trade Center (WTC) complex, has filed a Request for Correction under the Data Quality Act with the National Institute of Standards and Technology (NIST), located in Gaithersburg, MD.

Dr. Wood is represented in this effort by Attorney Jerry Leaphart, a Connecticut-based trial lawyer, who states that NIST now has 60 days to respond to the RFC. After that, an appeal can be taken and/or other legal action may then follow.

Leaphart further states that Dr. Wood knows that the implications of her theory that DEW were used to destroy the

WTC complex shatter certain key beliefs that Americans as a whole cherish and hold dear. Her theory has generated a lot of interest and commentary within the 9/11 Truth Movement that relies primarily upon the Internet as its media source. Mainstream print and broadcast media do not cover the 9/11 Truth Movement, but may need to take heed of this administrative action filed by Dr. Wood, according to Attorney Leaphart.

Leaphart said that to his knowledge, only three RFCs concerning NIST's WTC report have been filed to date. One by Dr. Morgan Reynolds, another by Edward F. Haas and the one filed by Dr. Wood. All three are currently pending.

The 43 page RFC filed by Wood asserts that the basic integrity of NCSTAR 1 is lacking because, by its own admission, it did not investigate the actual destruction of the World Trade Center Towers.

NCSTAR 1 admits:

"The focus of the investigation was on the sequence of events from the instance of aircraft impact to the initiation of collapse for each tower. For brevity in this report, this sequence is referred to as the "probable collapse sequence," although it does not actually include the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable." [See NCSTAR 1, pgs xxxvii, footnote 2 and/or 82, footnote 13]

### E.1 Genesis of this investigation

p. xxxv-xxxvi (pp. 37-38): *"The specific objectives were:*

*1. Determine why and how WTC 1 and WTC 2 collapsed following the initial impacts of the aircraft and why and how WTC 7 collapsed; ..."*

### E.2 Approach

p. xxxvii (p. 39) footnote[2] *"The focus of the Investigation was on the sequence of events from the instant of aircraft impact to the initiation of collapse for each tower. For brevity in this report, this sequence is referred to as the probable collapse sequence," although it includes little analysis of the structural behavior of the tower after the conditions for collapse initiation were reached and collapse became inevitable.*

Thus, to this day, Americans have not been given any explanation whatsoever for the destruction of the WTC complex that comports with information and quality standards.

In contrast, Dr. Wood's RFC contains a stunning array of visual evidence confirming highly unusual energy effects seen by all as the twin towers were almost instantaneously destroyed in less time than it would take a billiard ball to hit the ground if dropped from the height of the twin towers.

That fact is assessed on the basis of the two other laws of physics in Wood's RFC, thus confirming its scientific rigor. Wood also points to other compelling evidence that NIST ignored. Wood's RFC shows visual evidence of unusual and unexplained blast effects on vehicles parked blocks away from the complex. Wood also demonstrates unexplained visual damage in the form of perpendicular gouges in WTC 3, and WTC 4,5,6 and the near disappearance of WTC 3, all of which remain unexplained by NIST to this day. Wood goes further and points out that the incredible amount of dust resulting from the visible process of steel disintegrating before our very eyes all point to the use of directed energy weapons. One other element of Wood's proof is the almost complete lack of even a rubble pile at the WTC complex. Wood asks: Where did it go?

Added to all of that is the fact that whatever the energy and heat source was, it had no effect upon paper that was

seen floating everywhere and <u>not burning</u> very much, if at all.

Dr. Wood's RFC demonstrates all of the above mentioned effects in its 43 pages of text and pictorial proof. The combined effects of gravity, <u>jet fuel</u> (a form of kerosene) and plane damage could not possibly have caused the massive destruction that occurred on September 11, 2001, in New York City, according to Dr. Wood. The wonder of it all is that more engineers and scientists have not come forward to challenge the woeful, scientific inadequacies of the official explanation.

Dr. Wood invites her peers and colleagues to set aside their emotional attachments and to view the evidence objectively. Then and only then can America come to grips with what happened on 9/11/01, according to Dr. Wood.

<u>Top</u>   <u>*homepage*</u>   <u>Star Wars Beam Weapon</u>   <u>Dirt</u>   <u>Billiard Balls</u>   <u>Press Release</u>   <u>DQA-NIST</u>   <u>Whistleblower Information</u>   <u>Scientific Method</u>   <u>Why Indeed</u>   <u>FAQ</u>   <u>CriticsCorner</u>

In accordance with Title 17 U.S.C. Section 107, the articles posted on this webpage are distributed for their included information without profit for research and/or educational purposes only. This webpage has no affiliation whatsoever with the original sources of the articles nor are we sponsored or endorsed by any of the original sources.

© 2006-2007 Judy Wood and the author above. All rights reserved.