**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

DR. JUDY WOOD on behalf of the §
UNITED STATES OF AMERICA §
§
              Plaintiff, §
§
vs. §
§
SCIENCE APPLICATIONS §
INTERNATIONAL CORP.; APPLIED §       Case No. 07CV3314
RESEARCH ASSOCIATES, INC.; §
BOEING, NuSTATS; COMPUTER §
AIDED ENGINEERING ASSOCIATES, §
INC.; DATASOURCE, INC.; §
GEOSTAATS, INC.; GILSANZ §
MURRAY STEFICEK LLP; HUGHES §     **CERTIFICATE OF**
ASSOCIATES, INC.; AJMAL ABBASI; §    **SERVICE**
EDUARDO KAUSEL; DAVID PARKS; §
DAVID SHARP; DANIELE VENEZANO; §
JOSEF VAN DYCK; KASPAR WILLIAM; §
ROLF JENSEN & ASSOCIATES, INC.; §
ROSENWASSER/GROSSMAN §
CONSULTING ENGINEERS, P.C.; §
SIMPSON GUMPERTZ & HEGER, INC.; §
S. K. GHOSH ASSOCIATES, INC.; §
SKIDMORE, OWINGS & MERRILL, §
LLP; TENG & ASSOCIATES, INC.; §
UNDERWRITERS LABORATORIES, §
INC.; WISS, JANNEY, ELSTNER §
ASSOCIATES, INC.; AMERICAN §
AIRLINES; SILVERSTEIN PROPERTIES; §
and UNITED AIRLINES, §
§
             Defendants. §

-------------------------------------------------------X

     I hereby certify that on February 25, 2008, our office electronically served the Relator copies

of the following documents pursuant to Underwriters Laboratories, Inc.'s Motion for Rule 11

Sanctions: Notice of Motion for Rule 11 Sanctions; Memorandum of Law In Support of Motion for Rule 11 Sanctions by Defendant, Underwriters Laboratories, Inc.; and corresponding Exhibits to Memorandum of Law In Support of Motion for Rule 11 Sanctions.

I hereby certify that on February 26, 2008, our office mailed hardcopies of the corresponding Exhibits to the Memorandum of Law In Support of the Motion for Rule 11 Sanctions to the Relator's Counsel via federal express mail.

I hereby certify that on March 18, 2008, I electronically filed the foregoing Notice of Motion, Memorandum of Law, and Certification with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the following e-mail addresses:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
Attorney for Plaintiff
*Dr. Morgan Reynolds*

William David Byassee, Esq.
Jackson Kelly, PLLC
1099 18TH Street, Ste. 2150
Denver, CO 80202
Attorneys for Defendant
*Applied Research Associates, Inc.*

Wilson, Elser, Moskowitz, Edelman
& Dicker
150 East 42nd Street
New York, NY 10017
Attorneys for Defendant
*GILSANZ MURRAY STEFICEK*

Philip Touitou, Esq.
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
780 Third Avenue, 4th Floor
New York, NY 10017
Attorneys for Defendant
Wiss, Janney, Elstner Associates, Inc.
And Rolf Jensen & Associates, Inc.

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
Attorneys for Defendant
*Skidmore, Owings & Merrill, LLP*

Jackson Kelly PLLC
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
Attorneys for Defendant
*Applied Research Associates, Inc.*

Jackson Kelly PLLC
310 West Burke Street
Martingsburg, WV 25401
E. Leslie Hoffman, III, Esq.
Attorneys for Defendant
*Applied Research Associates, Inc.*

Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
Sean Thomas O'Leary, Esq.
Attorney for Defendant
*Hughes Associates, Inc.*

Donovan Hatem LLP
One Penn Plaza
250 W. 34th Street, Ste. 3324
New York, NY 10119
Attorneys for Defendants
*Simpson Gumphertz & Heger, Inc.
and Computer Aided Engineering
Associates, Inc.*

Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Attorneys for Defendants
*Simpson Gumphertz & Heger, Inc.
and Computer Aided Engineering
Associates, Inc.*

Conway & Mrowiec
20 South Clark Street, Ste. 1000
Chicago, IL 60603
(312) 658-1100
(312) 658-1201 (fax)
ebk@cmcontractors.com
Attorneys for Defendant
*TENG & ASSOCIATES, INC.*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com
Attorneys for Defendant
*TENG & ASSOCIATES, INC.*

And, I hereby certify that I have mailed or served the documents or papers to the following non-CM/ECF participants by U.S. Mail, first class, postage prepaid and addressed to the following:

None.

Dated: New York, New York
        March 18, 2008

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
        Philip C. Semprevivo (PS1526)

570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@brhr.com

*Attorneys for Defendant Underwriters
Laboratories, Inc.*