UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
DR. JUDY WOOD on behalf of the                          Civil Action
UNITED STATES OF AMERICA,                               No. 07 CV 3314 (GBD)

        Plaintiff / Realtor,                 ECF CASE

vs.
                                                         NOTICE OF MOTION FOR
APPLIED RESEARCH ASSOCIATES, INC.;       RULE 11 SANCTIONS
SCIENCE APPLICATIONS INTERNATIONAL
CORP.; BOEING; NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI, EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK, KASPAR
WILLIAM; ROLF JENSEN & ASSOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL,
LLP; TENG & ASSOCIATES, INC.;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES,
INC.; AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

        Defendants.
------------------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Defendant Skidmore, Owings & Merrill LLP ("SOM") will move before the Honorable George B. Daniels, United States District Judge at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an order granting sanctions, pursuant to Rule 11 of the Federal Rules of Civil Procedure, against Plaintiff/Relator Judy Wood and

Plaintiff/Relator's counsel, Jerry V. Leaphart and the Law Offices of Jerry V. Leaphart & Associates, P.C.

This motion is supported by the accompanying Declaration of Chad E. Sjoquist, dated February 15, 2008, the Declaration of Chad E. Sjoquist in support of SOM's motion to dismiss, dated January 28, 2008, SOM's Memorandum of Law in support of its motion to dismiss, dated January 28, 2008, and the Memorandum of Law of Applied Research Associates, Inc. ("ARA") in support of ARA's motion for Rule 11 sanctions, dated January 23, 2008.

As explained in further detail in the accompanying Sjoquist Declaration, ARA's Memorandum of Law, and SOM's motion to dismiss, Plaintiff/Relator's Complaint is frivolous because it is clearly barred by the original source requirement of the False Claims Act. In addition, Plaintiff/Relator and her counsel have made no effort to comply with the heightened pleading requirements for allegations of fraud as codified in Fed. R. Civ. P. 9(b).

Because Plaintiff/Relator and her counsel have refused to withdraw these frivolous claims, SOM is entitled to sanctions pursuant to Fed. R. Civ. P. 11.

Dated: New York, New York
      February 15, 2008

Respectfully submitted,

ZETLIN & DE CHIARA, LLP
*Attorneys for Defendant*
*Skidmore, Owings & Merrill LLP*

_____
Chad E. Sjoquist (CS 0142)
801 Second Avenue
New York, New York  10017
(212) 682-6800
csjoquist@zdlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed the foregoing Notice and Declaration with the Clerk of the Court using the CM / ECF system, which will send notification of filing to the following recipients.

Jerry Leaphart, Esq.
*Attorney for Relator Morgan Reynolds*
8 West Street
Suite 203
Danbury, CT 06810
(203) 825-6265
(203)-825-6256 (fax)
jsleaphart@cs.com

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Defendant Gilsanz Murray Steficek*
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (fax)
Jason Harrington, Esq.
Jason.harrington@wilsonelser.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
Three Gateway Center, Suite 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
1099 18th Street, Suite 2150
Denver, CO 80202
(303) 390-0188
(303) 390-0177 (fax)
William David Byassee, Esq.
dbyassee@jacksonkelly.com
Gail D. Zirkelbach, Esq.
gdzirkelbach@jacksonkelly.com

Jackson Kelly PLLC
*Attorneys for Defendant Applied Research Associates, Inc.*
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
(304) 263-7110
E. Leslie Hoffman, III, Esq.
phoffman@jacksonkelly.com

Biedermann, Hoenig, Massamillo & Ruff
*Attorneys for Underwriters Laboratories, Inc.*
570 Lexington Avenue
New York, NY 10022
(212)-634-5066
(212)-986-3509 (fax)
Philip Carmine Semprevivo, Esq.
psemprevivo@bhmr.com

Wormser, Kiely, Galef & Jacobs LLP
*Attorneys for Hughes Associates, Inc.*
825 Third Avenue, 26th Floor
New York, NY 10022
(212)-573-0618
(212)-687-5703 (fax)
Sean Thomas O'Leary, Esq.
soleary@wkgj.com

Hinshaw & Culbertson LLP
*Attorneys for Wiss, Janney, Elstner Associates, Inc. and Rolf Jensen & Associates, Inc.*
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200
Phillip Touitou, Esq.
ptouitou@hinshawlaw.com
Renee C. Choy, Esq.
rchoy@hinshawlaw.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and*
*Computer Aided Engineering Associates, Inc.*
One Penn Plaza
250 West 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333
David M. Pollack, Esq.
dpollack@donovanhatem.com

Donovan Hatem LLP
*Attorneys for Defendant Simpson Gumphertz & Heger, Inc. and
Computer Aided Engineering Associates, Inc.*
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
Patricia B. Gary, Esq.
pgary@donovanhatem.com

Hughes Hubbard & Reed LLP
*Attorneys for Teng & Associates*
One Battery Park Plaza
New York, NY 10004
Edward B. Keidan
(212) 837-6000
David W. Wiltenberg, Esq.
Wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com

Hughes Hubbard & Reed LLP
*Attorneys for Teng & Associates, Inc.*
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
David W. Wiltenburg, Esq.
wilten@hugheshubbard.com
Jeffrey S. Margolin, Esq.
Margolin@hugheshubbard.com


Dated: New York, New York
       March 19, 2008

_____
Chad E. Sjoquist
801 Second Avenue
New York, New York 10017
(212) 682-6800