**SAIC – Connections and Considerations**

| Title | Extract/Notes | Link |
|---|---|---|
| Science Applications International Corp | Science Applications International Corp., or SAIC as it is commonly known, is owned by its 40,000 or so employees. It is the country's largest employee-owned research and engineering company, chalking up revenue of $5.9 billion in 2002.<br><br>SAIC's largest customer by far is the U.S. government, which accounts for 69 percent of its business, according to its SEC filings. The company also derives a sizeable chunk of its revenue from state, local and foreign governments.<br><br>The company has worked on a large number of high-profile government projects. SAIC had engineers on the ground in New York the day after the Sept. 11, 2001, terrorist attacks on the World Trade Center, deploying point-to-point microwave systems to restore communications to government offices | http://www.public-i.org/wow/bio.aspx?act=pro&ddlC=51 |
| Olympics 2000: Preparing to Respond to Bioterrorism | Jerome M. Hauer, one of the nation's leading experts on biological and chemical terrorism, recently left his post as Director of **New York City's Office of Emergency Management** (OEM) to join **Science Applications International Corporation (SAIC)**. Hauer, who served four years as the City's first OEM Director, will be SAIC's Assistant Vice President and Associate Director of Center for Counterterrorism Technology and Analysis. | http://upmc-biosecurity.net/website/events/2000_symposium-2/hauer/index.html |
| FALSE CLAIMS ACT ALERT RE SCIENCE APPLICATIONS INTERNATIONAL CORPORATION ("SAIC") | In the Woodlee case, the complaint alleges that SAIC used hidden "risk reserves" to inflate its cost proposals, thereby inducing the Air Force to agree to much higher prices than the Air Force would have agreed to had SAIC truthfully disclosed its cost and pricing data. Ir building Its cost proposals, SAIC first estimated the number of labor hours needed to complete the work. SAIC then internally did a "Quantitative Risk Analysis ("QRA") for the project, which detailed possible business risks that SAIC might encounter, such as internal inefficiencies, inoperable equipment, or unanticipated schedule delays. SAIC then estimated the cost of each of these risks and added so called "variance" labor hours to cover the cost of the risk. SAIC submitted to the Air Force the final proposed labor hours as part of SAIC's cost and pricing data, but without disclosing the risk factors, the QRA estimation method, | http://www.taf.org/saicfraud.htm |
| Proceeding Of The 1999 Particle Accelerator Conference - | John Eichner presents a paper related to Directed Energy Research. Eichner was the NIST team leader for SAIC. | http://ieeexplore.ieee.org/iel5/6408/17128/00795609.pdf |

| Design Optimization And Construction Of The Thyratron/Pfn Based Cost Model Modulator For The Nlc* | More information on Eichner and directed energy | http://epaper.kek.jp/p99/PAPERS/TUP16.PDF |
|---|---|---|
| Terry Gudaitis Joins Cyveillance as Cyber Intelligence Director - Focusing on The Human Psychology and Security Aspects | Dr. Gudaitis comes to Cyveillance from Science Applications International Corporation (SAIC), where she was Director of Open Source Monitoring Services | http://www.securitysoftwarezone.com/terry-gudaitis-joins-cyveillance-review541-1.html |
| The Sale of Electoral Politics | Diebold has now taken steps to use an outside organization, Scientific Applications International Corporation (SAIC) of San Diego, to take responsibility for security issues within their software. But this presents yet another conflict of interest. A majority of officials on the board are former members of either the Pentagon or the CIA, many of whom are closely allied with Defense Secretary Donald Rumsfeld. | http://www.projectcensored.org/publications/2005/6.html |
| Science Applications International Corporation | In 1990 SAIC was indicted and pled guilty to 10 felony counts of fraud on a Superfund site, called "one of the largest (cases) of environmental fraud" in Los Angeles history. [2] | http://www.sourcewatch.org/index.php?title=Science_Applications_International_Corporation |
| Dr. France A. Córdova Elected to SAIC Board of Directors | Córdova became the eleventh president of Purdue University in July 2007. Prior to joining **Purdue**, she served as chancellor at the University of California, Riverside, from 2002 to 2007. Córdova has also served as professor of physics and vice chancellor for research at the University of California, Santa Barbara.<br><br>(Purdue University posted "accurate" animations of the WTC aircaft impacts in June 2007 – why then?) | http://investors.saic.com/phoenix.zhtml?c=193857&p=irol-newsArticle&ID=1105470&highlight= |