Jerry V. Leaphart #JL4468
Jerry V. Leaphart & Assoc., P.C.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265 – phone
(203) 825-6256 – fax
jsleaphart@cs.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. JUDY WOOD, on behalf of<br>The United States of America | : | |
| | : | |
| Plaintiff, | : | <u>ECF CASE</u> |
| | : | |
| vs. | : | February 29, 2008 |
| | : | |
| APPLIED RESEARCH ASSOCIATES, INC.,<br>et al | : | 07 CIV 3314 (GBD) |
| | : | |
| Defendants. | : | |

**Affidavit in Opposition to Defendant, Science Applications International Corp.'s**
**<u>Motion  to Dismiss (Docket # 65)</u>**

I, Dr. Judy Wood, being duly sworn depose and say:

1.    I am of full age and legal capacity and make this affidavit in support of my opposition to defendant,

Science Applications International Corp.'s (SAIC) motion to dismiss my case.

2.    I, Dr. Judy Wood, have direct and independent knowledge that Directed Energy Weapons were used at the

WTC complex on September 11, 2001.  My contributions to the understanding of the events of what happened

at the WTC on 9/11 are unique and unparalleled in that there are no other direct challenges, officially filed

pursuant to any legally permissible procedure that I can find that provides evidence confirming that the WTC

was destroyed by directed energy weapons with anything approximating the detail that I have provided in

furtherance of that assertion.  No other relator has discovered or analyzed the full range of physical evidence

stemming from the events of 9/11/01.

**"Political language …is designed to make lies sound truthful and murder respectable, and to give an appearance of solidity to pure wind."**

**- George Orwell**

http://www.strike-the-root.com/columns/Farmer/farmer3.html

### Experimental evidence is the truth theory must mimic.





**Figure 1.**  Height of WTC6.

**Figure 2..**   Where did the building go?
*(9/11/01)*

3.      The truth is that WTC1 is gone.  The minimal debris remaining cannot account for the material of 110 floors of steel and concrete and building contents. .  WTC7 can be seen in the distance, thus we know that the above depiction is from the day itself – 9/11/01.  By the shadows on the ground, it appears to be before noon, thus confirming the depiction seen and the conditions then existing; namely, that Ground Zero (GZ) was flat. The photograph is of an extreme wide-angle and may give the impression of a curved surface and the impression of height.  However, the ground-level pedestrian bridge can be seen at the left side of the photo just below the vertical center of the photograph.  That confirms that what is seen in the entire photograph is ground level.  So complete was the pulverization of the Twin Towers that the debris did not even rise to the level of one (1) story in height.  Yet, it is anecdotally known that most people earnestly believe there was a "huge pile" at GZ.

4.    Before I became involved in 9/11 research, of all the people looking at the above photo, no one, to my knowledge ever asked, in any legally compelling way, "Where did the building go?"  No one thought twice about calling this "the pile."  Language can be functionally equivalent to mind control.  Information presented to the public on 9/11/01, as well as the interpretation of the information, was tightly controlled.  This resulted in a biased perception of the events.  This necessitates an independent evaluation of all the evidence, minimizing assumptions.

5.    If we are to understand what happened to the World Trade Center (WTC) buildings, we need to start with the evidence.  The best explanation about what happened to the WTC addresses the widest range of evidence. So what types of evidence are available?

a)    Current visual evidence (are the Twin Towers gone?)

b)    Eyewitness testimony (What did witnesses of diverse credibility say they thought they saw and heard, interviewed how many days after the event?)

c)    Physical evidence in the form of actual physical items (Carefully preserved? Chain of custody? tampering? Evaluation methods documented? Access to materials by other scientists?)

d)    Photographs (Validity of the object(s) in question? How placed there? Subsequent tampering?, Photographer?, Chain of custody? Photo - raw or manipulated?)

e)    Video footage (same questions apply as with photos) and

f)    Expert witness testimony (Credentials? Credibility? Quality of analysis?).

6.    The quality, credibility and validity of different pieces of evidence varies. The strongest evidence is physical evidence and the strongest physical evidence is undisputed and corroborated by other evidence. Valid physical evidence should form a consistent whole and yield an integrated picture of what happened.  A nearly limitless supply of photos and videos of the actual destruction and aftermath of the WTC event on 9/11 forms a rich database of physical evidence. These photos, for the most part, are undisputed, mutually reinforcing and consistent with other types of evidence. Only in rare cases, like *alleged molten metal* flowing from an upper floor of WTC 2, shortly before its complete destruction, are photos and videos disputed and uncorroborated.

7.    The World Trade Center (WTC) towers did not "collapse" on 9/11/01; they were pulverized.

8.    The most reliable evidence we have is photographic evidence.

9.    The 9/11 events were unprecedented. Research shows that the perpetrators used extraordinary means to conceal their *modus operandi* (M.O.). These facts create a need for a new vocabulary. Also, the use of generic language acknowledges that an observed process may not yet be well understood. This alternate terminology enables the description of an observed process without unduly biasing the observed results.  I want to describe succinctly what I see without prejudicing the observations.



**Figure 3.**
(9/11/01)

10.

11.    In figure **3**, these folks are not afraid to go up to the missing building for a closer look.  They are mystified and curious.  Their body language suggests that they want to know what happened and they don't sense they're in danger of another building "falling" on them.  Coming out of hiding, these people look amazed.  From the postures, their jaws must be agape.  They are probably wondering if they are asleep and dreaming.  Was this magic?  After all, there should be a 110-story building directly in front of them.  Where did it go?

12.   Tim McGinn, NYPD, said,  "I was standing there for a couple of seconds thinking where the f**k is the tower?  I simply couldn't comprehend it."[1]



**Figure 4.**  This does not look like a collapse to me.  SAIC is complicit with the NIST report in calling this a collapse.  That is fraud; they know better!
*(9/11/01)*

13.   My allegations are based on my analysis of facts.  Many of these facts were publicly available, but I put these facts together and applied my original analysis to these facts.  The basis of my allegations is my analysis of the full range of the relevant facts.  The defendants made no attempt to analyze the full range of relevant facts.  Only I have done so.   For instance, Figure **4** above should make it clear to anyone with even a modicum of scientific training to know that the depicted conditions are utterly inconsistent with the claim of a gravity based collapse.  The destructive process clearly seen involves pulverization on a nearly instantaneous basis, not

---

[1] Tim McGinn, NYPD, p. 76., Mitchell Fink and Lois Mathias, Never Forget: An Oral History of September 11, 2001, NYC: HarperCollins, 2002.

a collapse of steel upon steel.  SAIC is complicit with the NIST report in calling this a collapse.  That is fraud; they know better!

14.  I have brought forth my analysis.  No one else has alleged that "DEW done it" nor have they demonstrated this.

15.  I have firsthand information about this fraud as I am the first one who has done the analysis and looked at dots that no one else had looked at or considered.  Thus, I am the original relator.   .

16.  My educational background degrees in structural engineering, engineering mechanics and materials engineering science, prepared me to scientifically analyze the WTC data.  But what data?

17.  Only I

   a)  assembled a proper selection of data from a vast collection of data.

   b)  conducted a proper analysis of the data

   c)  augmented and modified the data set as the analysis proceeded

   d)  discarded inauthentic evidence and misleading distractions, and collected more data.  I threw out the "Easter eggs" and valued anomalous data.

   e)  researched physical phenomena banned from mainstream discourse, for example, the Hutchison Effect.

   f)  caused NIST to admit that it had not investigated the destruction of the WTC.

18.  I did not know Directed Energy Weapons existed until the data told me that they must.

19.  My analysis of the entire range of data is outlined below. All of these physical phenomena contradict the findings by NIST and the defendants or any other relator of the events of September 11, 2001 at the World Trade Center complex. I am the original relator for each of these parts of the analysis, and therefore have direct and independent knowledge. They are as follows:

   a)  Rolled up carpet – Photographic evidence such as the "rolled up carpet" have not been addressed by any other relator or researcher of 9/11/01.  The assessment of horizontal bending of spandrel plates about a vertical axis (indicating the wrapping of material around the WTC towers) was never acknowledged by NIST, nor any other investigator of record.  I was the first person to complete this analysis.





**WTC Tower**

**Figure 5.** In a gravity collapse, the outer columns are essentially subjected to no loading in this direction.

**Figure 6.** **This makes no sense.**

b)   "Fuzzballs," refers to the fuzzy dust clouds emerging from the ground on 9/11, soon after the WTC towers had been destroyed.  Analyzing these images indicates that coarse dust settled out of the air fairly quickly, but then broke down into finer dust soon after that.  Dust that fine could not have settled out of the air that quickly or even settled out at all.

## Fuzzballs



**Figure 7.**  Coarse dust quickly settles to the ground. But fine dust can be seen around the feet.  This indicates the dust is continuing to break down. (9/11/01)



**Figure 8.**  Soon, finer and finer dust begins rising from the ground.  Dust this fine could not have settled out of the air this quickly.  Coarse dust settled to the ground, but continued to break down.



**Figure 9.** fuzzballs
*(9/11/01)*



**Figure 10.** Nice example of "fuzzballs."
*(9/11/01)*



**Figure 11.** fuzzballs
*(9/11/01)*

c)  Assessment of the Bankers Trust Building - analysis of materials at the WTC complex indicates infection of the structure.  This is evidenced by the repair and sudden decision to retire (demolish) the building.  The evidence indicates structural breakdown of the building, it is "infected," by an ongoing process of molecular dissociation, which explains the decision to tear down the building, even though they had repaired the gash.  Assessment of the photographic evidence of severe rusting of structural materials of this building, as it has been deconstructed, and relating of this rusting and decomposition of the building has not been documented by NIST or any other relators.

d)  Pictorial analysis of the PATH station - this indicates continuing breakdown of the materials used in the structure.  I directly witnessed this in October, 2007, and January, 2008.  No other relator has evaluated this evidence of material decay of the current structure along with the documented evidence that these structures have been moved several times since September 11, 2001.  Beginning in 2007 and continuing into 2008, another temporary PATH train terminal is being constructed.  I believe this is the fourth "temporary" PATH train terminal that has been built on GZ.

e)  Continued fuming in the GZ bathtubs -  I have pointed out and also personally observed continuous use of topsoil-like materials hauled into and out of the complex.  Fuming continues in 2008 despite topsoil spreading and subsequent removal, repeatedly.  The analysis of the usage of soil-like materials at the WTC complex are indicative of an environmental disaster clean-up.  No other relator has noted the initial and ongoing usage of soil at the site.  None have indicated the reason for this clean-up relates to the ongoing release of "fume-like" substances as documented by public record

photography of the site. This "fuming" has been in evidence in pictures of Ground Zero since September 11, 2001. Analysis indicates this fuming does not relate to excess heat at the site due to the habitability of the pile by rescue workers and expensive hydraulic equipment during the rescue efforts on and cleanup of the site. The fuming is also not smoke as it does not rise due to high temperatures of the off-gases. Further, if the fuming were steam coming off the hot pile, rain and hose water on the pile would have increased the steam volumes, not quenched it, as is also evidenced in photos of the site. I have been to the WTC site in October 2007 and January 2008 and have direct and independent knowledge of these phenomena.

f)  Lack of evidence for long-term fires or high heat – Official stories said that hot fires burned beneath ground zero for "99 days". Others have stated there was molten metal beneath ground zero. In my analysis, I considered several areas of study, which give me direct and independent knowledge that there were no hot fires beneath ground zero. My study considered the use of hydraulics equipment. Hydraulic oil can only function up to about 180 degrees F. Temperature above this level will cause thermal breakdown of the oil and failure of the equipment. This did not happened. Further, materials used in the pistons and shafts of hydraulic equipment will seize if heated above a few hundred degrees due to expansion outward of pistons and inward expansion of shafts. Rubber seals, etc. cannot withstand super-high temperatures. "Hydraulic fluid temperatures above 82°C (180ºF) damage most seal compounds and accelerate oil degradation. A single over-temperature event of sufficient magnitude can permanently damage all the seals in an entire hydraulic system, resulting in numerous leaks. The by-products of thermal degradation of the oil (soft particles) can cause reliability problems such as valve-spool stiction and filter clogging."[2] No other relators have analyzed or noted the evidence which shows there were no high temperatures at the WTC site.

g)  "Toasted cars," refers to the many vehicles that were damaged beyond repair or totaled. "Toasted" refers to the total loss, not the cause. The damage can be described as physical irregularities of

---

[2] http://www.machinerylubrication.com/article_detail.asp?articleid=772

parked automobiles and emergency vehicles at the WTC site on September 11, 2001. The "toasted cars," based upon the photographic record, have not been assessed by any other relator. My analysis was the first to point out delamination of vehicle finish; decomposition of door handles; wilting of steel chassis, engine blocks, and other metallic components. I also noted that some vehicles are turned upside down, while the cars next to them have not moved and trees nearby are undamaged by any supposed blast force strong enough to move the cars. Similarly, vehicles are noticeably damaged (charred, engines gutted, wilted and deformed) as if by fire, while paper and other flammable materials such as gas tanks in the same and nearby vehicles are undamaged. No other relator has included these phenomena in their analyses.

# Fuming into nanohaze



**Figure 12.** No longer "venting," the pile is now just "fuming." Most of WTC3 disappeared during the destruction of WTC1. The pedestrian walkway over the West Side Highway was connected to something that is no longer there. The remains of WTC2 can be seen near the center of the photo and the remains of WTC1 are partly visible in the lower right corner.
*(9/27/01)*



**Figure 13.** Extensive fuming four days after 9/11/01.
*(9/15/01)*

20.   In summary, far-reaching evidence proves that the analysis by this relator is unique, original, and independent.  I have direct and independent knowledge regarding the so called collapses and that makes me the original relator.  The defendants by fraudulent means failed to perform a scientific analysis of the causes of the

destruction of the Twin Towers, as demonstrated by NCSTAR 1.  Further, no other outside source has

conducted a valid evaluation nor has drawn the conclusions above.  For example, no other critics of NCSTAR 1

have filed a Requests for Correction (RFC) of NCSTAR1 that is remotely comparable to my analysis.  I am the

only investigator who has submitted an RFC to NIST documenting the full range of physical anomalies and

analyzed these analyses to conclude that the findings of NIST and the defendants are impossible and therefore

fraudulent by acts of commission and omission.  NCSTAR 1 was a psychological operation (psy-op).

## The Ongoing Danger at Ground Zero

21.   Ground Zero is still contaminated with the aftereffects of the use of directed energy weaponry.  The

weapons used to destroy the Twin Towers are a new technology and affect the destruction of materials at the

molecular level, which accounts for the near instantaneous disappearance of the towers.  The results of 9/11

appear to be a non-self-quenching reaction.

## Example 1: Bankers Trust





**Figure 14.** Bankers Trust          **Figure 15.  Bankers Trust**          **Figure 16.** Bankers Trust

22.   There is no obvious cause of the gash in Bankers Trust (BT).  The wheatchex hanging from the gash did

not make the gash that is several times wider and deeper and taller than the wheatchex.  Also the wheatchex

shows no apparent damage.





**Figure 17.** Two years after 9/11 the missing floors are being replaced. 03-Nov-2003 13:23:39 *(11/3/03)*

**Figure 18.** Nicely repaired.

23.  Bankers Trust was infected with a non-self-quenching process of molecular dissociation initiated on 9/11/01.  The authorities apparently thought Bankers Trust could be restored by replacing the damaged portions and adjacent beams.  But it wasn't that simple.





**Figure 19.** Diagram of Bankers Trust with location of rusty beams.

**Figure 20.** Close-up of the partly deconstructed Bankers Trust. Recognize any "rustification" out there?

24.  These rusting beams look like they've been at the bottom of the ocean for years.

## Dirt being trucked in/out 9/11/01 to present



**Figure 21.** The four yellow dump trucks are heading south on West Street, toward the WTC complex. Each of the dump trucks carries a uniform load of what appears to be dirt. *(9/27/01)*



**Figure 22.** This appears to be dirt being trucked away from the WTC complex. Why is so much dirt coming and going? The four trucks ahead of the green one carry a uniform load of what appears to be dirt. *(10/13/01)*

## Example: Ongoing fuming



**Figure 23.** Fumes emerge from wet dirt. *(10/31/01)*



**Figure 24.** Fumes rise from GZ *(10/31/01)*



> **Science Applications International Corp. (SAIC)**
> **SAIC knows**

**Figure 25.** March 15, 2002, a truck dumps fuming dirt into the bucket of a 500-ton floating crane located at FEMA's Pier 25 loading site, a few blocks north of Ground Zero. The fuming dirt is sprayed with water. *(3/15/02)*





**Figure 26.** In September 2007, they are taking dirt out from the eastern bathtub. Where did the dirt come from? It was trucked in from outside Manhattan.
*(9/07) Source* PANYNJ 070900_slurrywallS03_s.jpg.
http://www.panynj.gov/drp/images/gallery/wtcth/2007/09/slurrywallS03.jpg

**Figure 27.** Dirt is not used to make concrete. (August 2007).
*(8//07) Source:* 070800_slurrywallS03_s.jpg.
http://www.panynj.gov/drp/images/gallery/wtcth/2007/08/slurrywallS03.jpg





**Figure 28.** Dirt has been brought in to the east bathtub (August 2007).
*(8/??/07)*

**Figure 29** Rich-looking dirt has been brought into the southeast corner of the site
*(10/??/07)*



**Figure 30.** This rich dirt is not native to 21st-century downtown Manhattan.
*(4/06)*



**Figure 31.** Fine rich-brown imported dirt, imported from outside Manhattan.
*(4/06) Source:* 060400_ArchDig02.jpg, http://www.panynj.gov/dmp/images/gallery/wtcth/2006/04/ArchDig02.jpg



**Figure 32.** Dirt is used in cleaning up toxic sites.
*(4/06) Source:* 060400_ArchDig01.jpg, http://www.panynj.gov/dmp/images/gallery/wtcth/2006/04/ArchDig01.jpg



**Figure 33.** Dirt pile on Tuesday, October 9, 2007
*(10/9/07)*



**Figure 34.** Dirt pile gone Friday, October 12, 2007
*(10/12/07)*



**Figure 35.** June 2006, looking north in the big bathtub. The new WTC7 is in the distance, on the right. Here's why the dirt is needed. This is the same "puff-ball poofing" I saw in October!
*(6/06)*



**Figure 36.** A view west along where the PATH train tracks were. Stirring the mud triggers fuming five years after 9/11. The fuming emerges from saturated dirt/mud.
*(9/06)*

## Security



**Figure 37.** No security at this construction site two blocks from the WTC site.
*(10/12/07)*



**Figure 38.** Previous picture is from location 2
*Source:* fig1.jpg



**Figure 39.** Hosing down the truck while the Guard keeps us away.
*(10/12/07)*



**Figure 40.** Hosing down the truck while the Guard keeps us away.
*(10/12/07)*



**Figure 41.** Hosing down hazmat suits.
*(10/12/07)*



**Figure 42.** Directing traffic in a yellow hazmat suit on a sunny day.
*(10/12/07)*

## Ongoing degradation of steel (temporary PATH train entrance #3)



**Figure 43.** October 2007 rust
*(10/9/07)*



**Figure 44.** January 2008 rust
*(1/17/08)*



**Figure 45.** Hazardous degradation
*(1/17/08)*



**Figure 46.  October 2005**
*(10/05)*



**Figure 47.**  March 2006
*(3/06)*



**Figure 48.**  March 2006
*(3/06)*



**Figure 49.**  March 2006
*(3/06)*



**Figure 50.**  March 2006
*(3/06)*



**Figure 51.** March 2006
*(3/06)*



**Figure 52.** March 2006
*(3/06)*



**Figure 53.** March 2006
*(3/06) Source: 060300_FtPrntProtection07_s.jpg.*
http://www.panynj.gov/drp/images/gallery/wtcth/2006/03/FtPrntProtection07.jpg



**Figure 54.** March 2006
*(3/06)*



**Figure 55.** March 2006
*(3/06)*



**Figure 56.** March 2006
*(3/06)*



**Figure 57.** March 2006
*(3/06)*

25.  SAIC must be compelled to address the issues, provide documents on and submit to depositions about the cleanup procedure evident since the beginning.  From day 1 the cleanup process has been consistent with the cleanup of the use of DEW.  An ideal candidate from SAIC for answering such queries would be their co-lead

investigators on the NIST project, John Eichner and Cheri Sawyer. Mr. Eichner's background and experience are directly related to and involved with the production of directed energy weapons. That is what he does. Ms. Sawyer is directly involved with computer and cyber security and can, therefore, direct, monitor and control the flow of information in a project such as the NIST NCSTAR 1 project, making sure that the actual cause of the destruction of the WTC remain hidden.

26.    There are others at SAIC and at other of the defendants who can be presumed to want what they know to become public. Many people I have spoken with are either afraid to raise questions about 9/11 or are very troubled by the inconsistency of explanation but who lack a forum for stating what they know. This is the proper forum for that purpose.

26.    I here assert that this case is properly brought before this court in every way and should be allowed to proceed.

27.    Exhibit A displays additional pictures and evidence regarding my affidavit. Exhibit B provides additional information about the deception in NCSTAR 1.

Dated: March 21, 2008


                                                              s/_____
                                                                    Dr. Judy Wood


Sworn to before me this 21st day of
March, 2008

s/ Jerry V. Leaphart
Commissioner of the Superior Court