# Bankers Trust



Figure 6-10 Area of collapsed floor slab in bays between C-8, E-8, C-7, and E-7, from the 15th floor.

**Figure 74.** (Fig6-10.) from the FEMA report. This beam shriveled up and has see-through holes in it, hanging in the gash/opening of Bankers Trust.



(a) π

(b) 2π

(c) **Not the result of buckling from axial load**

**Figure 75.** In buckling a beam deforms into (a) a half sine wave, π, or (b) a full sine wave, or 2 π. The random deformation in (c) is not associated with buckling.

**Figure 76.** A close-up view of an I-beam in Figure **74**.

http://www.fema.gov/pdf/library/fema403_ch6.pdf

# Bankers Trust

If the random deformation shown in Figures **74** and **76** were caused by heat, the paint would be burnt off.

  

**Figure 77.  Bankers Trust**     **Figure 78. Bankers Trust**     **Figure 79. Bankers Trust**

8.     There is no obvious cause of the gash in Bankers Trust (BT).   The wheatchex hanging from the gash did not make the gash that is several times wider and deeper and taller than the wheatchex.  Also the wheatchex shows little or no apparent damage.

 

**Figure 80.** Two years after 9/11 the missing floors are being replaced. (brightness, contrast, adjusted) *(11/3/03)*

Figure 81. Floors restored.  (early 2004) (brightness, contrast, adjusted)

17 of 25

 

**Figure 82.** Deconstruction begins.
(brightness, contrast, adjusted)
*(3/1/06)*

**Figure 83.** Deconstruction continues.
(brightness, contrast, adjusted)
*(7/28/06)*

9.   Bankers Trust was infected with a non-self-quenching process of molecular dissociation initiated on 9/11/01.   The folks in charge of Banker's Trust apparently thought it could be contained by replacing the damaged portion and adjacent beams.

 

**Figure 84.**  Fire at the Bankers Trust building, August 2007**.**
*(8/07)*

**Figure 85.** Fire at the Bankers Trust building, August 2007.  The steel appears to be on fire more than the wood does.  Also, there is a relative lack of smoke coming from those flames.
*(8/07)*

18 of 25




**Figure 86.** Photo of Bankers Trust, soon after 9/11. *(09/01) Source*:

**Figure 87.** This is Bankers Trust being taken apart. Floors have been removed down do approximately the elevation shown in Figure **86**. The very rusty beam (furry-rust) is approximately in the location shown in Figure **86**. Recognize any "rustification" out there?

10. The rusty beam near the center of Figure **87** is incredible! How many years at the bottom of the ocean would be required do that?

*(01/07)*




**Figure 88.** As more and more beams and columns are removed, what was once an enclosed building opens up to the sky.

**Figure 89.** Once the concrete slab and metal decking are removed, what remains is a steel skeleton of each floor. There is little rust in the southwest corner of the building, even though it is open during the deconstruction from the top down.

19 of 25

Case 1:07-cv-03314-GBD    Document 91-3    Filed 03/21/2008    Page 5 of 9



**Figure 90.** Close-up of Figure 88. As more and more beams and columns are removed, what was once an enclosed building opens up to the sky. *(brightness, contrast, adjusted)*



**Figure 91.** Close-up of Figure 87. This is Bankers Trust being taken apart. Recognize any "rustification" out there? *(brightness, contrast, adjusted)*

11.  Figures 90 and 91 are in the area of where the big gash was repaired. The replacement beams were presumably new, yet they are already thick with rust as located in the diagram below.



*Disintegrating Beams?*



**Figure 92.** The old PATH train station used to be below the area between the original WTC 4 & 5 and where the new Tower 3 is, including adjacent areas. *(01/07)*

**Figure 93.** The rust forms before the beams are in place. Surfaces where beams were stacked leave silhouettes of rust. *(07/07)*

*Ongoing Rapid Rusting*

12. Across from WTC7, they are building the **fourth temporary PATH train** station since 9/11.



**Figure 94.** Rust appears very quickly in some areas and not others. *(06/07)*



**Figure 95.** Rust appears very quickly in some areas and not others. *(06/07)*

21 of 25



**Figure 96.** Beams rust before they are put in place. *(06/07)*



**Figure 97.** Arial view of WTC complex. *(before to 9/11/01?)*

13. New beams. Nearly instantaneous rust. This is not normal, especially for treated and painted beams of structural steel. This is the kind of rust you might expect to see in an iron skillet left in standing water.



**Figure 98.** Prior to building the WTC, the PATH trains used to go through the big bathtub into the small (east) bathtub. The figure below comes from a document where they were planning to build the WTC and locate the PATH train stating in the big (west) bathtub. They left the old terminal.
*Source*:

**Figure 99.** The "bubble dates" locate fuming by date for the photos shown in this affidavit. The old PATH train station was located below the original WTC 4 & 5 and where the new Tower 3 is planned.
*Source*: PANYNJ

22 of 25



**Figure 100.** A view west along where the PATH train tracks were. Stirring the mud triggers fuming five years after 9/11. The fuming emerges from saturated dirt/mud.
*(9/06)*



**Figure 101.** March 15, 2002, a truck dumps fuming dirt into the bucket of a 500-ton floating crane located at FEMA's Pier 25 loading site, a few blocks north of Ground Zero. The fuming dirt is sprayed with water.
*(3/15/02)*



**Figure 102.** June 2006, looking north in the big bathtub. The new WTC7 is in the distance, on the right. Here's why the dirt is needed. This is the same "puff-ball poofing" I saw in October!
*(6/06)*

14. They officially said all fires were out at the 99-day mark. Figure **101** is at the 6-month mark, yet the truckbed and tailgate are fuming. The stuff is covered with wet dirt. They are hosing it down as they dump it -- and it is still fuming. The tailgate of the truck bed is swung open and is fuming with no water on it. The water appears to cut down on the fuming. If this were steam, we would see the opposite of this.

15. Also, if it were hot, why didn't they hose it down and cool it off *BEFORE* they operated the hydraulics?

　　* If it's hot enough to require hosing down, it's too hot for hydraulics.

　　* If it's hot enough to require hosing down, why didn't they cool it off before operating the hydraulics?

The front tires of the truck appear dry as well as the cab. The upper-front of the truck bed appears dry. The lower-right end of the truck bed appears wet. The hose-down appears to be just in one place (note the water path in front of the building on the right, and note the water pattern on the pavement).

16. In Figure **102** the power shovel is stirring up the fuming in a mud puddle nearly five years after 9/11. This is not "smoke." The process that began on 9/11 still continues.




**Figure 103.** Fuming emerges from the wet dirt in the area between where WTC2 and WTC4 once stood. *(10/31/01)*

**Figure 104.** In September 2007, they are taking dirt out from the eastern bathtub. Where did the dirt come from? It was trucked in from outside Manhattan. *(9/07)*

17. Port Authority Could Owe Larry Silverstein $12 M.-Plus for Delays[1], by Eliot Brown, December 31, 2007. Quoted from article: *(12/31/07):*

> "'**As we got deeper and deeper there was a lot more rock that had to be blasted and broken up**,"

---

[1] http://www.observer.com/2007/port-authority-could-owe-larry-silverstein-12m-plus-delays