he said. Officials said that the work on the 1,700-foot Freedom Tower is not affected by the problems at the Silverstein tower sites." They are not blasting rocks in Figure **104**. They are trucking dirt in and out.



**Figure 105.** Looking south across Ground Zero in October 2007. None of the rich-brown dirt came from the WTC nor was it dug up out of the bedrock.
*(10/20/07)*



**Figure 106.** Dirt has been brought in to the west bathtub (August 2007).
*(8/07)*



**Figure 107.** Dirt is not used to make concrete. (August 2007).
*(8/07)*



**Figure 108.** Dirt has been brought in to the west (big) bathtub.
*(9/07)*



**Figure 109.** Dirt is not used to make concrete or foundation to build a 1776-foot tower on.
*(9/07)*



**Figure 110** The dirt is higher than ground level.
*(10/07)*



**Figure 111** The dirt is lower than ground level.
*(10/07)*



**Figure 112.** Tuesday, October 9, 2007, the dirt is higher than ground level.
*(10/9/07) Source: Wood, Gerst, Reynolds*



**Figure 113.** Friday, October 12, 2007, The dirt is lower than ground level.
*(10/12/07) Source: Wood, Gerst, Reynolds*



**Figure 114.** (April 2007) 3-4 stories below street level in the southeast corner of the east bathtub. *(4/07)*



**Figure 115.** (October 2007) This is the southeast corner of the east bathtub six months later. The dirt is about 2 stories below street level. *(10/07)*



**Figure 116.** (October 2007) The dirt is about 2 stories below street level. *(10/07)*



**Figure 117.** (October 2007) The dirt is about 2 stories below street level. *(10/07)*



**Figure 118.** Extraordinary rust in the temporary PATH train station. *(1/17/08) Source: Wood,*



**Figure 119.** This is the temporary PATH train station below the area of former WTC5. *(1/17/08) Source: Wood,*

18. Evidence of compartmented dirt shifting operation.



**Figure 120.** Dirt hauled out.
*(1/17/08) Source: Wood,*



**Figure 121.** Clean-empty dirt trucks returning.
*(1/17/08) Source: Wood,*



**Figure 122.** Dirt is separated from rock and placed in separate trucks. Presumably they are transported to different locations.
*(1/17/08) Source: Wood,*



**Figure 123.** A returning dirt truck appears well scrubbed.
*(1/17/08) Source: Wood,*



**Figure 124.** Power shovel pushes dirt around. *(1/17/08) Source: Wood,*



**Figure 125.** Power shovel scoops up dirt. *(1/17/08) Source: Wood,*



**Figure 126.** Power shovel stirs up fuming. *(1/17/08) Source: Wood,*

29 of 43



**Figure 127.** Moving dirt without fuming. *(1/17/08) Source: Wood,*



**Figure 128.** Moving dirt without fuming. *(1/17/08) Source: Wood,*



**Figure 129.** Fuming appears. *(1/17/08) Source: Wood,*

**Figure 130.** Fuming emerges again. *(1/17/08) Source: Wood,*



**Figure 131.** Fuming near a swamp-like area. *(1/17/08) Source: Wood,*



**Figure 132.** Fuming near a swamp-like area. *(1/17/08) Source: Wood,*



**Figure 133.** Hosing down a suspended cable at the WTC Site, 17th Jan 2008. . *(1/17/08) Source: Wood, Johnson,*



**Figure 134.** Digging stirs up fuming. *(1/17/08) Source: Wood, Johnson,*



**Figure 135.** Severely rusted sheets of re-bar in front of WFC2. *(1/17/08) Source: Wood,*



**Figure 136.** Digging stirs up fuming. *(1/17/08) Source: Wood, Johnson,*



**Figure 137.** Digging stirs up fuming. *(1/17/08) Source: Wood, Johnson,*



**Figure 138.** Digging stirs up fuming. *(1/17/08) Source: Wood, Johnson,*



**Figure 139.** Steel turns to dust in mid-air. "Alkaseltzer"*(9/11/01) (9/11/01) Source: Shannon Stapleton, Reuters*

# Security by SAIC



**Figure 140.** Looking north along Greenwich Street, we see that Bankers Trust is partially deconstructed.
*(10/9/07) Source: Wood,*



**Figure 141.** Previous picture is from location 1
*Source:* fig1.jpg



**Figure 142(a).**
*(10/12/07) Source: Wood, Gerst,*



**Figure 142(b).**
*(10/12/07) Source: Wood, Gerst,*



**Figure 142(c).**
*(10/12/07) Source: Wood, Gerst,*



**Figure 142(d).**
*(10/12/07) Source: Wood, Gerst,*



**Figure 142(e).**
*(10/12/07) Source: Wood, Gerst,*

**Figure 142.** No security at this construction site two blocks from the WTC site.

 

**Figure143(a).** *(10/12/07) Source: Wood, Gerst,* **Figure 143(b).** *(10/12/07) Source: Wood, Gerst,*

**Figure 143.** Truckloads of dirt were not hauled in/out of this site nor was dirt used in the foundation of this new building, two blocks south of the WTC complex. Gravel, not dirt, was used in this construction.

 

**Figure 144.** The fellow guarding the street almost didn't allow us to take these photos. *(10/12/07) Source: Wood, Gerst,*

**Figure 145.** He would not allow us to cross the street and look over the fence. *(10/12/07) Source: Wood, Gerst,*

 

**Figure 146.** Guarding the truck hose-down. *(10/12/07) Source: Wood, Gerst,*

**Figure 147.** Guarding the truck hose-down. *(10/12/07) Source: Wood, Gerst,*



**Figure 148.** Guarding truck entrance/exit.
*(10/12/07) Source: Wood, Gerst,*



**Figure 149.** Truck route
*Source:* fig1.jpg



**Figure 150.** Truck leaves wet tracks.
*(10/12/07) Source: Wood, Gerst,*



**Figure 151.** Hazmat suited traffic patrol.
*(10/12/07) Source: Wood, Gerst,*



**Figure 152.** Post-hosing departure.
*(10/12/07) Source: Wood, Gerst,*



**Figure 153.** Truck departs WTC site.
*(10/12/07) Source: Wood, Gerst,*



**Figure 154.** Directing traffic in a yellow hazmat suit on a sunny day.
*(10/12/07) Source: Wood, Gerst,*



**Figure 155.** Hosing down hazmat suits.
*(10/12/07) Source: Wood, Gerst,*



**Figure 156.** Hosing down hazmat suits.
*(10/12/07) Source: Wood, Gerst,*

# PATH Train Entrance Rust


**Figure 157.** In search of January 2008 rust *(1/17/08) Source: Wood,*


**Figure 158.** January 2008 rust *(1/17/08) Source: Wood,*


**Figure 159.** October 2007 rust *(10/9/07) Source: Gerst & Wood,*


**Figure 160.** October 2007 rust *(10/9/07) Source: Wood, Gerst,*


**Figure 161.** January 2008 rust *(1/17/08) Source: Wood,*


**Figure 162.** January 2008 rust *(1/17/08) Source: Wood,*



**Figure 163.** Hazardous degredation *(1/17/08) Source: Wood,*



**Figure 164.** January 2008 rust *(1/17/08) Source: Wood,*



**Figure 165.** January 2008 rust *(1/17/08) Source: Wood & Johnson,*



**Figure 166.** October 2007 rust *(10/9/07) Source: Wood, Gerst ,*



**Figure 167.** January 2008 rust *(1/17/08) Source: Wood,*


**Figure 168.** January 2008 rust *(1/17/08) Source: Wood,*


**Figure 169.** January 2008 rust *(1/17/08) Source: Wood,*

## Dustification (fuzzballs)


**Figure 170.** Coarse dust quickly settles to the ground. But fine dust can be seen around the feet. This indicates the dust is continuing to break down. (9/11/01)


**Figure 171.** Soon, finer and finer dust begins rising from the ground. Dust this fine could not have settled out of the air this quickly. Coarse dust settled to the ground, but continued to break down.

## Fuming


**Figure 172.** Fumes emerge from wet dirt. *(10/31/01)*


**Figure 173.** Fumes rise from GZ *(10/31/01)*

39 of 43

# Footprint Protection?

19.   The photographs below (Figure 174 - Figure 195) show how the footprint of the building was being "protected" – but it is not clear what is being treated or the reason for this treatment. There seems to be no explanation for the construction of the wooden grid, covering and odd mixture of cement like material.

**OCTOBER 2005**



**Figure 174.**
*(10/05)*



**Figure 175.**
*(10/05)*



**Figure 176.**
*(10/05)*



**Figure 177.**
*(10/05)*



**Figure 178.**
*(10/05)*



**Figure 179.**
*(10/05)*

**MARCH 2006**



**Figure 180.**
*(10/06)*



**Figure 181.**
*(10/06)*



**Figure 182.**
*(10/06)*



**Figure 183.**
*(10/06)*



**Figure 184.**
*(10/06)*



**Figure 185.**
*(10/06)*



**Figure 186.**
*(10/06)*



**Figure 187.**
*(10/06)*



**Figure 188.**
*(10/06)*



**Figure 189.**
*(10/06)*