

**Figure 190.**
*(10/06)*



**Figure 191.**
*(10/06)*



**Figure 192.**
*(10/06)*



**Figure 193.**
*(10/06)*



**Figure 194.**
*(10/06)*



**Figure 195.**
*(10/06)*

**APRIL 2006**



**Figure 196.** Fine rich-brown imported dirt, imported from outside Manhattan.
*(4/06)*



**Figure 197.** Dirt is used in cleaning up toxic sites.
*(4/06)*



**Figure 198.** This rich dirt is not native to 21st-century downtown Manhattan.
*(4/06)*



**Figure 199.** Rich dirt is used to cover the construction zone.
*(4/06)*



**Figure 200.** The four yellow dump trucks are heading south on West Street, toward the WTC complex. Each of the dump trucks carries a uniform load of what appears to be dirt.
*(9/27/01)*



**Figure 201.** This appears to be dirt being trucked away from the WTC complex. Why is so much dirt coming and going? The four trucks ahead of the green one carry a uniform load of what appears to be dirt.
*(10/13/01)*



**Figure 202.** The four yellow dump trucks are heading south on West Street, toward the WTC complex. Each of the dump trucks carries a uniform load of what appears to be dirt.
*(9/27/01)*

# Example of a technology

20. Figures **203 - 225** compare metal samples from the experiments of Canadian experimental physicist John Hutchison with some of the effects seen in metal samples from the WTC. It is known that Los Alamos National Laboratories (LANL) visited John Hutchison and collaborated on experiments in 1983. It is understood Science Applications International Corporation (SAIC) have also, in the past, contacted John Hutchison.



**Figure 203.**
*(?/?)*

**Figure 204.**
*(?/?)*



**Figure 205.**
*(?/?)*

**Figure 206.**
*(?/?)*

**Science Applicacations
International Corp. (SAIC)**
**SAIC knows about this technology.**



**Figure 207.** Solid molybdenum, Hutchison-Effect beam, now in the possession of Col. John Alexander. *(Solid circular bar, 2.5-inch or 3-inch diameter)*



**Figure 208.** Solid copper bar bent from the Hutchison Effect. *(Solid circular bar, 2.5-inch or 3-inch diameter)*



**Figure 209.** Solid copper bar *(?/?)*



**Figure 210.** copper, aluminum *(?/?)*



**Figure 211.** Aluminum sample *(?/?)*



**Figure 212.** Aluminum sample *(?/?)*

47 of 55



**Figure 213.**



**Figure 214.** Aluminum sample



**Figure 215.** Aluminum sample



**Figure 216.** Peeling effect



**Figure 217.** Peeling effect



**Figure 218.** Aluminum sample



**Figure 219.** Aluminum sample



**Figure 220.** Aluminum sample



**Figure 221.** Aluminum sample



**Figure 222.** Aluminum sample



**Figure 223.** Aluminum sample



**Figure 224.** Aluminum sample



**Figure 225.** Aluminum sample



**Figure 226.** **"DEWed"** Red Bull can
*(6/06)*



**Figure 227.**  Hazmat van in front of WTC6.
*(9/11/01)* 010911_WTC6_911_1328.jpg.



**Figure 228.** Hutchison Effect sample with coin embedded.
*(?/?)*



**Figure 229.** Hutchison Effect sample with embedded coin.
*(?/?)*



Figure 230.  Coins found at the WTC site



Figure 231. Coins found at the WTC site



**Figure 232.** Blob of WTC material known as "the metiorite."



**Figure 233.**  Close-up of Figure **232**.



**Figure 234.** The pieces are kept in a humidity-controlled tent in Hangar 17 of Kennedy International Airport. (Photo by Lane Johnson)



**Figure 235.** Furniture, twisted metal, pipes, cords and even papers with legible type are visible. (Photo by Lane Johnson)

**Figure 236.**
Source:



**Figure 237.** Knife in aluminum



**Figure 238.** wood in aluminum



**Figure 239.** wood in aluminum



**Figure 240.** Where did the debris go? There is too little material for two 110-story buildings. The 8-story remains tower over the WTC site. The 22-story WTC3 is non existant.
*(9/23-26/01)*





**Figure 241. Figure 60.** WTC4 footprint at the bottom, the remaining WTC4 north wing on the right, and the WTC2 footprint above.

**Figure 242.** The center of WTC6 disappeared. It's gone.
(9/23/01)

*(9/23/01)*



**Figure 243.**  This does not look like a collapse to me.  SAIC is complicit with the NIST report in calling this a collapse.  That is fraud; they know better!
(9/11/01)