UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff/Relator,<br><br>         - against -<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP., APPLIED RESEARCH ASSOCIATES, INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVID SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br><br>                              Defendants. | **CERTIFICATE OF SERVICE**<br><br>Docket No. 07-CV-3314 (GBD) |

   The undersigned certifies that on March 24, 2008, the foregoing **REPLY DECLARATION OF PHILIP TOUITOU** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Jerry Vincent Leaphart, Esq.
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
*Attorney for Dr. Morgan Reynolds*

E. Leslie Hoffman, III, Esq.
Jackson Kelly PLLC
310 West Burke Street
Martinsburg, WV 25401
(304) 263-8800
phoffman@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Gail Debra Zirkelbach, Esq.
Jackson Kelly PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
(303) 390-0003
gdzirkelbach@jacksonkelly.com
Attorney for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Philip Carmine Semprevivo, Esq.
Biedermann, Hoenig, Massamillo & Ruff
570 Lexington Avenue
New York, NY 10022-6837
(212) 634-5066
psemprevivo@bhmr.com
Attorney for Defendant
*UNDERWRITERS LABORATORIES, INC.*

Michael J. Vardaro, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017
*Attorneys for Defendant*
*Skidmore, Owings & Merrill, LLP*

William David Byassee, Esq.
Jackson Kelly, PLLC
1099 18th Street, Ste. 2150
Denver, CO 80202
dbyassee@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

Chad Everette Sjoquist, Esq.
Louis J. Dennis
Zetlin & DeChiara, LLP
801 Second Avenue
New York, NY 10017
(212) 682-6800
csjoquist@zdlaw.com
ldennis@zdlaw.com
Attorneys for Defendant
*SKIDMORE, OWINGS & MERRILL, LLP*

Wilson Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (fax)
Jason Harrington, Esq.
Jason.harrington@wilsonelser.com
Attorneys for Defendant
*GILSANZ MURRAY STEFICEK*

Sean Thomas O'Leary, Esq.
Wormer, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
(212) 573-0618
(212) 687-5703 (fax)
soleary@wkgj.com
Attorneys for Defendant
*HUGHES ASSOCIATES, INC.*

Jackson Kelly PLLC
Three Gateway Center, Ste. 1340
Pittsburgh, PA 15222
(412) 434-8804
(412) 434-8062
Adam S. Ennis, Esq.
aennis@jacksonkelly.com
Attorneys for Defendant
*APPLIED RESEARCH ASSOCIATES, INC.*

David M. Pollack, Esq.
Donovan Hatem LLP
One Penn Plaza
New York, NY 10119
(212) 244-3333
dpollack@donovanhatem.com
Attorneys for Defendants
*SIMPSON GUMPHERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC., NuSTATS, DATASOURCE, INC., GeoSTATS, INC., GILSANZ, MURRAY, STEFICEK, LLP, HUGHES ASSOCIATES, INC., AJMAL ABBASI, EDUARDO KAUSEL, DAVID PARKS, DAVID SHARP, DANIELE VENEZIANO, JOSEF VAN DYCK, KASPER WILLIAM, ROLF JENSEN & ASSOC., INC., ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C., S.K. GHOSH ASSOCIATES, INC., SKIDMORE, OWINGS & MERRILL, LLP, TENG & ASSOCIATES, UNDERWRITERS LABORATORIES, INC., WISS JANNEY, ELSTNER ASSOCIATES, INC.*

Patricia B. Gary, Esq.
Donovan Hatem, P.C.
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 206-4500
pgary@donovanhatem.com
Attorneys for Defendants
*SIMPSON GUMPHERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC.*

- 4 -

| | |
|---|---|
| Edward B. Keidan, Esq.<br>Conway & Mrowiec<br>20 South Clark Street, Ste. 1000<br>Chicago, IL 60603<br>(312) 658-1100<br>(312) 658-1201 (fax)<br>ebk@cmcontractors.com<br>Attorneys for Defendant<br>*TENG & ASSOCIATES,INC.* | Jeffrey Steven Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>(212) 837-6375<br>Margolin@hugheshubbard.com<br>Attorneys for Defendant<br>*TENG & ASSOCIATES, INC.* |

Jason Andrew Harrington
Shelowitz Broder LLP
11 Penn Plaza, 5th Floor
New York, NY 10001
(212) 490-3000
jason.harrington@wilsonelser.com
Attorney for Defendant
*GILSANZ, MURRAY, STEFICEK, LLP*

Dated: New York, New York
        March 24, 2008

                                                    _____
                                                    MARK MOZUR