UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Wood

                                Plaintiff,

           -against-                               07 CIVIL 3314 (GBD)

Gilsanz Murray Steficek et al   Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Jason Harrington on behalf of Gilsanz Murray Steficerk

☐   *Attorney*

      ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JH 7273

      ☐   I am a Pro Hac Vice attorney

      ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

      From: _____

      To: _____

      ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:* _____

☐   *Telephone Number:* same as shown on ECF

☐   *Fax Number:* same as shown on ECF

☐   *E-Mail Address:* same as shown on ECF

Dated: 3/27/08

Please note: I have never been associated with the law firm or address currently shown on ECF and the case docket. Please advise as to how this error was made and please fix.