UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Wood

                          Plaintiff,

        -against-                              07 CIVIL 3314 (GBD)

Gilsanz Murray Steficek et al Defendant.
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Jason Harrington on behalf of Gilsanz Murray Steficek_

☐ ***Attorney***

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       JH 7273

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ ***Law Firm/Government Agency Association***

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ **Address:** Wilson Elser Moskowitz Edelman & Dicker LLP, 150 E 42nd St, NY, NY 10017

☐ **Telephone Number:** same as shown on ECF

☐ **Fax Number:** same as shown on ECF

☐ **E-Mail Address:** same as shown on ECF

Dated: 3/27/08

Please note: I have never been associated with the law firm or address currently shown on ECF and the case docket. Please advise as to how this error was made and please fix.