UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   07 CV 3314

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,                                **Notice of Appearance**
                                                         **(GBD)**

    Plaintiff/Relator,

vs.

APPLIED RESEARCH ASSOCIATES, INC.;
SCIENCE APPLICATIONS INTERNATIONAL
CORP., BOEING, NuSTATS; COMPUTER
AIDED ENGINEERING ASSOCIATES, INC.;
DATASOURCE, INC.; GEOSTAATS, INC.;
GILSANZ MURRAY STEFICEK LLP;
HUGHES ASSOCIATES, INC.; AJMAL
ABBASI; EDUARDO KAUSEL;
DAVID PARKS; DAVID SHARP; DANIELE
VENEZANO; JOSEF VAN DYCK; KASPAR
WILLIAM; ROLF JENSEN & ASOCIATES,
INC.; ROSENWASSER/GROSSMAN CONSULTING
ENGINEERS, P.C.; SIMPOSON GUMPERTZ &
HEGER, INC.; S.K. GHOSH ASSOCIATES,
INC.; SKIDMORE, OWINGS & MERRILL, LLP;
TENG & ASSOCIATES, INC;
UNDERWRITERS LABORATORIES, INC.;
WISS, JANNEY, ELSTNER ASSOCIATES, INC.;
AMERICAN AIRLINES; SILVERSTEIN
PROPERTIES; and UNITED AIRLINES,

    Defendants.
--------------------------------------------------------------------------X
COUNSEL:

    PLEASE TAKE NOTICE, that Donovan Hatem LLP, 1 Penn Plaza, Suite 3324,

New York, New York 10119, has been retained as counsel to represent the interests of

defendant Simpson Gumpertz & Heger, Inc. ("SGH") and Computed Aided Engineering

Associates, Inc. ("CAEAI") and hereby files a Notice of Appearance, without waiver of

its rights to assert any and all Affirmative Defenses including but not limited to all jurisdictional defenses.

Dated    New York, New York
             March 28, 2008

                                      Donovan Hatem LLP.

                                      /s/ David M. Pollack
                                      David M. Pollack (DP6143)
                                      Attorney for Defendant
                                      Simpson Gumpertz & Heger, Inc.
                                      One Penn Plaza, Suite 3324
                                      New York, New York 10119
                                      (212) 244-3333

                                      Donovan Hatem LLP.
                                      David J. Hatem
                                      Patricia B. Gary
                                      World Trade Center East
                                      Two Seaport Lane
                                      Boston, MA  02210

To:    All Parties via ECF

01136253/25550.144