UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br>     Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>     Defendants. | Case No. 07CV3314 (GBD)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

  PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I David M. Pollack, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Patricia Gary, Esq.
    Donovan Hatem, P.C
    World Trade Center East
    Two Seaport Lane
    Boston, MA 02210

  Patricia Gary is a member of good standing of the Bar of the States of Massachusetts and New Hampshire. There are no pending disciplinary proceedings against Patricia Gary in any State or Federal court

Dated: New York, New York
       April 24, 2008

                            DONOVAN HATEM LLP

                            _____
                            David M. Pollack (DP6143)
                            Attorneys for Defendants
                            SIMPSON GUMPERTZ & HEGER, INC. and
                            COMPUTER AIDED ENGINEERING
                            ASSOCIATES, INC.
                            One Penn Plaza
                            250 W. 34th Street
                            Suite 3324
                            New York, NY 10119
                            (212) 244-3333

                            David J. Hatem, P.C.
                            William D. Gillis, Jr., Esq.
                            Patricia B. Gary, Esq.
                            DONOVAN HATEM LLP
                            Two Seaport Lane
                            Boston, MA 02210
                            (617) 406-4500

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br>    Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>    Defendants. | Case No. 07CV3314<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

The defendant, Simpson Gumpertz & Heger, Inc., respectfully moves, pursuant to 1.3(c) of the Local Rules of the United States District Courts for the Southern Districts of New York, that their attorney, Patricia B. Gary, a member in good standing in the Commonwealth of Massachusetts, be admitted to practice for the purposes of this case, before the Bar of the United States District Court for the Southern District of New York, *pro hac vice*.

                                                     Respectfully submitted,
                                                     SIMPSON GUMPERTZ & HEGER, INC.
                                                     By their attorneys,

                                                     _____
                                                     David J. Hatem, PC
                                                     David Pollack, Esq.
                                                     Patricia B. Gary, Esq.
                                                     Donovan Hatem LLP
                                                     Two Seaport Lane
                                                     Boston, MA  02210

Dated:  April 24, 2008                       (617) 406-4500
01144533

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA,<br>    Plaintiff/Relator,<br>v.<br>SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES,<br>    Defendants. | Case No. 07CV3314 (GBD)<br><br>**AFFIRMATION OF DAVID M. POLLACK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

David M. Pollack, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Donovan Hatem, LLP., counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC., in the above captioned matter. I am a familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set for the herein and in support of Defendant's motion to admit Patricia Gary as counsel pro hac vice to represent Defendant, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on February 23, 1981. I was admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York on March 24, 1981 and am a member in good standing. I was admitted to the bar of the United States Court of Appeals, 2nd Circuit on September 1, 1981, and am a member in good standing.

3. I have known Patricia Gary since June, 2007.

4. Patricia Gary is an attorney at Donovan Hatem, P.C in Boston, Massachusetts.

5. I have found Patricia Gary to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am please to move for the admission of Patricia Gary, pro hac vice.

7. I respectfully submit a proposed order granting the submission of Patricia Gary, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the motion to admit Patricia Gary, pro hac vice, to represent, SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned matter be granted.

Dated: New York, New York
April 24, 2008

DONOVAN HATEM LLP

_____
David M. Pollack (DP6143)
Attorneys for Defendants
SIMPSON GUMPERTZ & HEGER, INC. and
COMPUTER AIDED ENGINEERING
ASSOCIATES, INC.
One Penn Plaza
250 W. 34th Street
Suite 3324
New York, NY 10119
(212) 244-3333

David J. Hatem, P.C.
William D. Gillis, Jr., Esq.
Patricia B. Gary, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

To:   All Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JUDY WOOD on behalf of the UNITED STATES OF AMERICA, | Case No. 07CV3314 (GBD) |
| Plaintiff/Relator,<br>v. | |
| SCIENCE APPLICATIONS INTERNATIONAL CORP.; APPLIED RESEARCH ASSOCIATES INC.; BOEING; NuSTATS; COMPUTER AIDED ENGINEERING ASSOCIATES, INC.; DATASOURCE, INC.; GEOSTAATS, INC.; GILSANZ MURRAY STEFICEK LLP; HUGHES ASSOCIATES, INC.; AJMAL ABBASI; EDUARDO KAUSEL; DAVID PARKS; DAVIS SHARP; DANIELE VENEZANO; JOSEF VAN DYCK; KASPAR WILLIAM; ROLF JENSEN & ASSOCIATES, INC.; ROSENWASSER/GROSSMAN CONSULTING ENGINEERS, P.C.; SIMPSON GUMPERTZ & HEGER, INC.; S.K. GHOSH ASSOCIATES, INC.; SKIDMORE, OWINGS & MERRILL, LLP; TENG & ASSOCIATES, INC.; UNDERWRITERS LABORATORIES, INC.; WISS, JANNEY, ELSTNER ASSOCIATES, INC.; AMERICAN AIRLINES; SILVERSTEIN PROPERTIES; and UNITED AIRLINES, | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendants. | |

Upon the motion of David M. Pollack, attorney for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

Patricia Gary, Esq.
Donovan Hatem, LLP.
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Is admitted to practice pro hac vice as counsel for SIMPSON GUMPERTZ & HEGER, INC. and COMPUTER AIDED ENGINEERING ASSOCIATES, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rulese governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

6

Dated: New York, New York
     April 23, 2008

                                                _____
                                                United States District/Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **June** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

**Patricia Gary**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **April** in the year of our Lord **two thousand and eight**.

*(signature)*
MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707

**MAURA S. DOYLE**
CLERK
(617) 557-1180

April 3, 2008

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ  (617) 557-1184
GEORGE E. SLYVA  (617) 557-1185
ERIC B. WETZEL  (617) 557-1186
FACSIMILE  (617) 557-1033

Patricia Gary
Donovan Hatem, LLP
2 Seaport Ln.
Boston, MA  02210

IN RE:    CERTIFICATE OF ADMISSION AND GOOD STANDING

Patricia Gary:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office.  This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs
CL Received: April 3, 2008
enclosure

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

1.  I, Kelly B. Faherty, being duly sworn, depose and say, I am not a party to this action, am over 18 years of age and reside in Farmingdale, New York.

2.  On April 24, 2008, I served the within **Motion to Admit Counsel Pro Hac Vice, Notice of Motion to Admit Counsel Pro Hac Vice, Affirmation of David M. Pollack in Support of Motion to Admit Counsel Pro Hac Vice and Proposed Order for Admission Pro Hac Vice on Written Motion,** by depositing true copies thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

**Jerry V. Leaphart**
Jerry V. Leaphart & Associates, P.C.
Attorneys for
**Dr. Judy Wood**
*on behalf of the United States of America*
8 West Street
Suite 203
Danbury, CT 06810

**Adam S. Ennis**
Law Offices of Richard A. Dienst
Attorneys for Applied Research Associates
233 Broadway, Suite 1800
New York, NY 10279

**Gail Debra Zirkelbach**
Jackson Kelly PLLC
Attorneys for Applied Research Associates
1099 18th Street, Suite 2150
Denver, CO 80202

**William David Byasee**
Jackson Kelly PLLC
Attorneys for Applied Research Associates
1099 18th Street, Suite 2150
Denver, CO 80202

**Charles E. Dorkey, III**
Attorneys for Science Applications International Corp.
McKenna Long & Aldridge(New York)
230 Park Avenue
New York, NY 10169

**Jason Andrew Harrington**
Attorneys for Gilsanz, Murray, Steficek, LLP.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017

| | |
|---|---|
| **John T. Morin**<br>Wormser, Kiely, Galef & Jacobs LLP<br>Attorneys for Huighes Associates, Inc.<br>825 Third Avenue, 26th Floor<br>New York, NY 10022<br>212 573-0635<br>Fax: 212 687-5703<br>Email: jtm@wkgj.com | **Kevin R. Sido**<br>Hinshaw & Culbertson LLP (IL)<br>Attorneys for Rolf Jensen & Associates, Inc.<br>222 N. Lasalle, Suite 300<br>Chicago, IL 60601 |
| **Renee C. Choy**<br>Hinshaw & Culbertson LLP (IL)<br>Attorneys for Rolf Jensen & Associates, Inc.<br>222 N. Lasalle, Suite 300<br>Chicago, IL 60601 | **Philip Touitou**<br>Hinshaw & Culbertson LLP<br>Attorneys for Rolf Jensen & Associates, Inc<br>780 Third Avenue<br>New York, NY 10017 |
| Chad Everette Sjoquist<br>Zetlin & De Chiara, LLP(NYC)<br>Attorney for Skidmore, Owings & Merrill, LLP<br>801 Second Avenue<br>New York, NY 10017 | Louis J. Dennis<br>Zetlin & De Chiara, LLP(NYC)<br>Attorney for Skidmore, Owings & Merrill, LLP<br>801 Second Avenue<br>New York, NY 10017 |
| **Edward B. Keidan**<br>Conway & Mrowiec<br>Attorneys for Teng & Associates<br>20 South Clark Street<br>Suite 1000<br>Chicago, IL 60603 | **Philip Carmine Semprevivo**<br>Biedermann, Hoenig, Massamillo & Ruff<br>Attorneys for Underwriter Laboratories, Inc.<br>570 Lexington Avenue<br>New York, NY 10022 |

_____
Kelly B. Faherty

Sworn to before me this

24th day of April, 2008

_____
Notary Public

DAVID M. POLLACK
Notary Public, State of New York
No. 30-02PO5035521
Qualified in Nassau County
Commission Expires Nov. 7, 20__