**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

                    Plaintiff/Relator        07 **CIVIL** 4612 (GBD)

    -against-                                 **JUDGMENT**

APPLIED RESEARCH ASSOCIATES, INC.,
Et al.,
                    Defendants.
-------------------------------------------------------------X

       All defendants, in each of the three actions, having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on June 26, 2008, having rendered its Memorandum Decision and Order granting defendants' motions to dismiss, filed in each of these three cases, and dismissing all three complaints with prejudice (07 CV 3314 (GBD), 07 CV 4612 (GBD), and 07 CV 3623 (GBD)), it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 26, 2008, defendants' motions to dismiss, filed in each of these three cases, are granted, and all three complaints are dismissed with prejudice (07 CV 3314 (GBD), 07 CV 4612 (GBD), and 07 CV 3623 (GBD)); accordingly, these actions are closed.

**Dated:** New York, New York
          June 30, 2008

                                          **J. MICHAEL McMAHON**
                                          **Clerk of Court**
                   BY:
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____