✎AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern ___ District of ___ New York

Dr. Judy Wood on behalf of the United States

V.

Applied Research Associates, Inc., Et al.

**BILL OF COSTS**

Case Number: 07CV3314 (GBD)

Judgment having been entered in the above entitled action on 6/30/2008 against Plaintiff/Relator ,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 327.42 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 97.70 |
| TOTAL | $ 425.12 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:    Philip C. Semprevivo    ( PS1526 )

For:    Defendant, Underwriters Laboratories, Inc.    Date:    7/7/2008

Name of Claiming Party

Costs are taxed in the amount of    $425.12    and included in the judgment.

By: _____

Clerk of Court _____    Deputy Clerk    Date

✎AO 133    (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| DR. JUDY WOOD on behalf of the<br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>APPLIED RESEARCH ASSOCIATES, INC.;<br>SCIENCE APPLICATIONS INTERNATIONAL<br>CORP.; BOEING; NuSTATS; COMPUTER<br>AIDED ENGINEERING ASSOCIATES,<br>INC.; DATASOURCE, INC.; GEOSTAATS,<br>INC.; GILSANZ MURRAY STEFICEK LLP;<br>HUGHES ASSOCIATES, INC.; AJMAL<br>ABBASI; EDUARDO KAUSEL; DAVID<br>PARKS; DAVID SHARP; DANIELE<br>VENEZANO; JOSEF VAN DYCK; KASPER<br>WILLIAM; ROLF JENSEN & ASSOCIATES,<br>INC.; ROSENWASSER/GROSSMAN<br>CONSULTING ENGINEERS, P.C.; SIMPSON<br>GUMPERTZ & HEGER, INC.; S.K. GHOSH<br>ASSOCIATES, INC.; SKIDMORE, OWINGS &<br>MERRILL, LLP; TENG & ASSOCIATES, INC.;<br>UNDERWRITERS LABORATORIES, INC.;<br>WISS, JANNEY, ELSTNER ASSOCIATES,<br>INC.; AMERICAN AIRLINES; SILVERSTEIN<br>PROPERTIES; and UNITED AIRLINES,<br><br>Defendants. | Case No. 07CV3314<br>(GBD)<br><br><br>**AFFIRMATION OF<br>PHILIP C. SEMPREVIVO** |

---------------------------------------------------------------

I, Philip C. Semprevivo, an attorney duly admitted to practice law in the State of New York, including the U.S. District for the Southern District of New York, certifies the following under penalty of perjury:

1.        I am a member of Biedermann, Reif, Hoenig & Ruff, P.C., attorneys for defendant Underwriters Laboratories, Inc. ("UL") in the within matter.  As such, I am familiar with the facts and circumstances surrounding this action based upon a review of the file maintained by this law office.

2.        I submit this Affirmation and verification of the bill of costs in the above captioned matter on behalf of defendant Underwriters Laboratories, Inc. ("UL"). As the duly authorized attorney for defendant Underwriters Laboratories, Inc. ("UL") in the within matter, I have knowledge of the facts, that all items of costs and/or disbursements are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3.        Attached as Exhibit "A" is a true and exact copy of Bills for the costs claimed in the Bill of Costs.

4.        Any and all costs claimed in the Bill of Costs for copies were of necessity for use in the case. Copies were necessary for the generation of service upon parties. In addition, the copying of electronically served documents was necessarily done for use in this case.

5.        The "Other costs" claimed in the Bill of Costs include the following necessarily incurred costs: (1) courier charges; (2) computer research-West Law; (3) computer research-Pacer Service Center; & (4) Facsimile.


Dated: July 7, 2008
       New York, New York

2

Respectfully submitted,

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____

Philip C. Semprevivo (PS1526)

570 Lexington Avenue
New York, New York 10022
(212) 697-6555
psemprevivo@bhmr.com

*Attorneys for Defendant Underwriters
Laboratories, Inc.*

3

**Ex. A**

A Professional Corporation
Attorneys at Law
570 Lexington Avenue
New York, New York 10022
Telephone (212)697-6555

Employer Id No. 13-3866269

                                                              Page: 1
Underwriters Laboratories, Inc.                       April 22, 2008
333 Pfingsten Road                               File No.: 341-15967M
Northbrook  IL  60062                        Statement No:      48179

Attn: Mr. Charles Rego


Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967


Legal Services for Period Ending 03/31/08

REDACTED

Underwriters Laboratories, Inc.

Page: 2
April 22, 2008
File No.: 341-15967M
Statement No:    48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 3

April 22, 2008
File No.: 341-15967M
Statement No:      48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Page: 4
April 22, 2008
File No.: 341-15967M
Statement No:       48179

Underwriters Laboratories, Inc.

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 5
April 22, 2008
File No.: 341-15967M
Statement No:    48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 6
April 22, 2008
File No.: 341-15967M
Statement No:        48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 7
April 22, 2008
File No.: 341-15967M
Statement No:      48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 8
April 22, 2008
File No.: 341-15967M
Statement No:      48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 9
April 22, 2008
File No.: 341-15967M
Statement No:      48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 10
April 22, 2008
File No.: 341-15967M
Statement No:        48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

April 22, 2008
File No.: 341-15967M
Statement No:    48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.

Page: 13
April 22, 2008
File No.: 341-15967M
Statement No:    48179

Re.:Wood v. Applied Research Associates, Inc.
Our File No.:341.15967

REDACTED

Underwriters Laboratories, Inc.
April 22, 2008
File No.: 341-15967M
Statement No:    48179

Re.: Wood v. Applied Research Associates, Inc.
Our File No.: 341.15967



<u>Disbursements:</u>

| | |
|---|---:|
| Photocopies | 327.42 |
| Postage | 0.41 |
| Court Service | 16.00 |
| Facsimile | 3.00 |
| **TOTAL EXPENSES** | |
| | 346.83 |

<u>Advances</u>

| | | |
|---|---|---:|
| '26/08 | Courier Charges - Fedex | |
| | Inv. #256682608 | |
| | To: Jerry V. Leaphart | |
| 03/08 | Computer Research - West Law | 11.32 |
| 03/08 | Computer Research - Pacer Service Center | 6.09 |
| | | 60.88 |
| | | 78.29 |

REDACTED

Case 1:07-cv-02311-GBD  Document 102  Filed 07/07/2008  Page 21 of 21

Detail Cost Transaction File List

| Client | Date | Tmkr | E/A | Src | H T B R P X C C | Tcd | C T | Amount | | Ref # |
|--------|------|------|-----|-----|-----------------|-----|-----|--------|---|-------|
| 341.15967 | 01/16/08 | 2 | E | | A 7 | 61 | 0 | 0.54 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 01/22/08 | 2 | E | | A 7 | 63 | 0 | 16.00 | Court Service - Pacer Service Center<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 01/28/08 | 2 | E | | A 7 | 61 | 0 | 1.44 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 01/28/08 | 2 | E | | A 7 | 61 | 0 | 110.16 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 01/31/08 | 2 | E | D | A | 62 | 0 | 0.41 | Postage<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/20/08 | 2 | E | | A 7 | 61 | 0 | 7.20 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/22/08 | 2 | E | | A 7 | 61 | 0 | 19.98 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/22/08 | 2 | E | | A 7 | 61 | 0 | 26.46 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/25/08 | 2 | E | | A 7 | 61 | 0 | 6.48 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/26/08 | 2 | E | | A 7 | 61 | 0 | 48.42 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 02/26/08 | 42 | A | A | A | 68 | 0 | 11.32 | Courier Charges - Fedex<br>Inv. #256682608<br>To: Jerry V. Leaphart<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/03/08 | 2 | E | | A 7 | 61 | 0 | 3.06 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/03/08 | 2 | E | | A 7 | 61 | 0 | 11.16 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/03/08 | 42 | A | | A | 71 | 0 | 6.09 | Computer Research - West Law<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/03/08 | 2 | A | | A | 71 | 0 | 60.88 | Computer Research - Pacer Service Center<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/18/08 | 2 | E | | A 7 | 61 | 0 | 92.52 | Photocopies<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |
| 341.15967 | 03/24/08 | 2 | E | | A 7 | 64 | 0 | 3.00 | Facsimile<br>Underwriters Laboratories, Inc.<br>Re.:Wood v. Applied Research Associates, Inc. | ARCH |

|  |  |  |
|--|--|--|
| Grand Totals | Billable | 425.12 |
| | Total | 425.12 |