UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

        Plaintiff/Relator,

    -against-

APPLIED RESEARCH ASSOCIATES, INC., *et al.*,

        Defendants.
------------------------------------------------------------x

ORDER

07 CV 3314 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2008

GEORGE B. DANIELS, District Judge:

    Plaintiff's motion, pursuant to Fed.R.Civ.P. 59(e) and Local Rule 6.3, that this Court reconsider and amend its June 26, 2008 decision granting defendants' motions to dismiss, is denied.

Dated: New York, New York
       July 11, 2008

                              SO ORDERED:

                              _____
                              GEORGE B. DANIELS
                              United States District Judge