USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2008

RECEIVED
2008 JUL 25 AM 10: 13
U.S. COURT OF APPEALS
SECOND CIRCUIT

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

File No. 1:07 CIV 03314 (GBD)

DR. JUDY WOOD on behalf of the
UNITED STATES OF AMERICA,

    Plaintiff,

v.                           NOTICE OF APPEAL

APPLIED RESEARCH ASSOCIATES,
INC., et al,

    Defendant.

NOTICE is hereby given that Dr. Judy Wood on behalf of the United States of America in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting defendants' motions to dismiss entered in this action on the 26th day of June 2008.

THE PLAINTIFF

By _____
Jerry V. Leaphart #JL4468
Jerry V. Leaphart & ASSOC., PC
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265
(203) 825-6256 – fax
jsleaphart@cs.com

Dated: Danbury, CT
           July 23, 2008